# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN DUARTE, BETSY DUARTE and N.D., Infant, by Parents and Natural Guardians JUAN DUARTE and BETSY DUARTE, LEROY NOBLES and BETTY NOBLES, on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>UNITED STATES METALS REFINING COMPANY; FREEPORT MINERALS CORPORATION; and AMAX REALTY DEVELOPMENT, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:17-cv-01624-ES-SCM<br><br>Honorable Esther Salas<br>Honorable Steven C. Mannion<br><br>Hearing Date: Jan. 6, 2020 |

## DEFENDANTS' NOTICE OF MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFFS' EXPERTS

To:   Steven German, Esq.
　　　German Rubenstein LLP
　　　19 West 44th Street, Suite 1500
　　　New York, NY 10036

Sir:

**PLEASE TAKE NOTICE** that on Monday, November 25, 2019 or as soon thereafter as counsel may be heard, we shall apply to the United States District Court for the District of New Jersey for an Order excluding the opinions George Flowers, Paul Rosenfeld, Joel Blum, Jeffery Zabel, and Robert Harrison.

**PLEASE TAKE FURTHER NOTICE** that we shall rely on upon the Declaration of Theresa L. Romanosky, Esq. in Support of the Motion to Exclude the Opinions of George Flowers, Paul

1

Rosenfeld, Joel Blum, Jeffery Zabel, and Robert Harrison and the Brief in Support of

Defendants' Motion submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this

motion.

**Dated:** November 25, 2019

        Respectfully submitted,

        McCarter & English, LLP
        Attorneys for Defendants
        *United States Metals Refining Company,*
        *Freeport Minerals Corporation, and Amax*
        *Realty Development, Inc.*

        By: */s/ David R. Kott*
        David R. Kott
        A Member of the Firm

Robert M. Schick
George O. Wilkinson
Lewis C. Sutherland
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002

Kevin A. Gaynor
Benjamin S. Lippard
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701

Mortimer H. Hartwell
Vinson & Elkins LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105