```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
 2
                                      )
 3   JUAN DUARTE, BETSY DUARTE         )
     AND N.D., INFANT, BY              )
 4   PARENTS AND NATURAL               )
     GUARDIANS JUAN DUARTE AND         )
 5   BETSY DUARTE, LEROY               ) CIVIL ACTION
     NOBLES AND BETTY NOBLES,          )
 6   ON BEHALF OF THEMSELVES           ) NO.
     AND ALL OTHERS SIMILARLY          ) 2:17-cv-01624-ES-SCM
 7   SITUATED,                         )
                                       )
 8        Plaintiffs,                  )
                                       )
 9   VS.                               )
                                       )
10                                     )
     UNITED STATES METALS              )
11   REFINING COMPANY, ET AL,          )
                                       )
12        Defendants.                  )
13   *****************************************************
14   F.R.C.P. 30(b)(6) DEPOSITION DUCES TECUM OF DEFENDANTS
15      UNITED STATES METALS REFINING COMPANY, FREEPORT
16   MINERALS CORPORATION AND AMAX REALTY DEVELOPMENT, INC.
17             ORAL AND VIDEOTAPED DEPOSITION OF
18                     JOSEPH A. BRUNNER
19                       JUNE 6, 2018
20                         VOLUME 1
21   *****************************************************
22
23
24
```

1  to understand before I can give a more precise answer.

2      Q.   (By Mr. Nidel)  Okay.  I'm going to clarify

3  them for you.  Being released to a neighborhood, okay?

4  Would you agree that a company that releases, as USMR

5  did, lead, cadmium, arsenic and dioxin into a

6  residential neighborhood should clean them up?

7              MR. SCHICK:  Objection.  Form.

8      A.   Again, were they being released in excess of

9  standards of regulatory obligations, of, you know -- I

10  can't say yes or no.

11      Q.   (By Mr. Nidel)  Okay.  You cannot answer the

12  question yes or no unless I specify whether they're

13  being released in excess of some regulatory obligation

14  that may or may not have existed in 1940.  Is that

15  your testimony?

16              MR. SCHICK:  Objection.  Form.

17      A.   I need to understand, you know, kind of, you

18  know, what the releases were, what the impact on the

19  community, you know, might have been and, you know --

20  you know, you're not -- you've not given me that

21  clarification.

22      Q.   (By Mr. Nidel)  You know how they were

23  released by USMR.  Correct?

24      A.   Generally they were released through stack

```
 1   and fugitive emissions, if you're talking about the
 2   operation of the -- of the historic smelter.
 3       Q.   Okay.  The smelter and the related other
 4   things that went on at that facility.  Correct?
 5            MR. SCHICK:  Objection.  Form.
 6       A.   Other things?
 7       Q.   (By Mr. Nidel)  The other furnaces, the lead
 8   plant, those things.  Right?
 9       A.   Okay.
10       Q.   That's part of the facility.  Right?
11       A.   That'll be part of the -- yeah, the larger
12   facility, yes.
13       Q.   And assuming that the hazardous pollutants
14   including lead, arsenic, cadmium, dioxin, were
15   released in a way that was through the stacks and
16   through fugitive emissions into a residential
17   community, would you agree that a company should then
18   clean them up?
19            MR. SCHICK:  Objection.  Form.  Beyond
20   the scope.
21       A.   Again, released at what concentrations from
22   the source and, you know, what concentration within
23   the community?
24       Q.   (By Mr. Nidel)  What concentration did USMR
```

1  release pollutants into the community?

2      A.   I don't know those numbers.  That might have
3  been something you would have obtained from Mr. Fenn
4  from historic operations.

5      Q.   Unfortunately he couldn't really provide
6  those.

7      A.   I'm equally unable to cite any specifics.

8      Q.   Okay.  So as part of your cleanup on the
9  site, you did not go back and try to understand what
10 the nature of USMR's emissions were?

11     A.   As part of the onsite cleanup?

12     Q.   No.  As part of your offsite cleanup, did you
13 not go back to determine how those -- you're
14 struggling to answer my question.  I said the way USMR
15 did.  Do you not know how USMR released pollutants
16 into the environment?

17          MR. SCHICK:  Objection.  Form.  He's
18 already answered that.

19     A.   They were released through stacks and through
20 fugitive emissions.

21     Q.   (By Mr. Nidel)  Okay.  What was?

22     A.   Various -- various metals.

23     Q.   Okay.  Name them.

24     A.   I don't have a comprehensive list in my head,

Joseph A. Brunner

```
 1   but copper, lead, arsenic, zinc, cadmium, a couple of
 2   others potentially, selenium.
 3        Q.   Dioxin?
 4        A.   There was stack testing performed that
 5   indicated that there were levels of dioxin emitted, as
 6   well.
 7        Q.   Okay.  So -- and were they in compliance with
 8   regulatory standards or not?
 9             MR. SCHICK:  Objection.  Form.
10        A.   When?
11        Q.   (By Mr. Nidel)  Historically.  Were they ever
12   out of compliance with regulatory standards?
13             MR. SCHICK:  Objection.  Form.
14        A.   It's my understanding that there were some
15   notices of violation issued by the DEP during the '70s
16   and '80s.
17        Q.   (By Mr. Nidel)  In the '60s?
18        A.   I'm not aware of any in the '60s.
19        Q.   Okay.  When did regulations with respect to
20   USMR's emission of pollutants, when did they start
21   regulating those?
22        A.   I don't know precisely, but it was more
23   than -- more than likely with the advent of the Clean
24   Air Act in the early '70s.
```

Joseph A. Brunner

 1   standpoint, I mean, certainly those are important

 2   factors.  I mean, they're not the only factors.  I

 3   mean, there's meteorological conditions, all sorts of

 4   things that go into a model, all of which when you're

 5   looking back over the operation of a facility that

 6   operated as long as USMR they're -- you know, they're

 7   somewhat estimates.  So you use the -- you know, the

 8   best data that you can to put a model together,

 9   qualifying it that it's based on -- on estimates.

10           What was -- what was important for the model

11   that was developed was, it substantiated the

12   conceptual site model that we had developed and in

13   that, you know, emissions from the facility generally

14   dropped out in fairly close proximity to the site and

15   then dropped exponentially, asymptotically, whatever

16   word you want to use, as you moved away from the site.

17   That was the basis for our conceptual model which we

18   attempted to validate through the sampling and the

19   ISDA.

20       Q.   (By Mr. Nidel)  Okay.  And did the sampling

21   and the ISDA as well as all the other sampling, did it

22   in fact validate that model?

23       A.   The ISDA sampling did validate that model.

24   We looked at -- essentially followed the DEP

Joseph A. Brunner

```
 1   guidelines on establishing essentially a set of
 2   concentric arcs that gradually go away from the
 3   facility.  Sampling within those arcs showed a
 4   decrease in the metals that we were analyzing for
 5   consistent with our conceptual site model.
 6       Q.   So it's your testimony that it's not
 7   important to you to know -- to your work in
 8   delineating the horizontal and vertical extent of
 9   contaminants from the site to know how much of those
10   contaminants were released from the site and what the
11   historical breakdown was of those releases?
12                MR. SCHICK:  Objection.  Form.
13       A.   At the end of the day, frankly, it's not that
14   important.  What's important is -- I mean, you can --
15   you can do the best air quality model in the world
16   and, you know, it's still going to be exactly that, a
17   model.  What we think is the most appropriate way to
18   determine what the impacts are are to get actual
19   samples.
20       Q.   (By Mr. Nidel)  Okay.  And that's what you
21   guys decided, was that you were going to rely on
22   actual samples rather than modeling.  Correct?
23       A.   We used modeling to inform, you know, what
24   the likely boundary of the ISDA and then ultimately
```

```
 1    believe that was the case.
 2        Q.   Did you review the modeling work that was
 3    done by Radian in 1986?
 4        A.   Very generally.  It was a pretty long report.
 5        Q.   But you reviewed it for your deposition.
 6    Right?
 7        A.   Yeah, quite a while ago, but yeah, I did look
 8    at it.
 9        Q.   Okay.  Did you review it as part of your work
10    in delineating the extent of contamination in
11    Carteret?
12        A.   The work?
13        Q.   Yeah.  Prior -- other than for your
14    deposition, did you review it for your -- for purposes
15    of your work?
16        A.   Not really.  You know, we used what's been
17    represented as the McVehil model to support the
18    conceptual site model.  But again, what's really
19    informed are ongoing work and the AOC was actual
20    sampling data.
21        Q.   Who did the model that supports the
22    conceptual site model?
23        A.   Who did the model?
24        Q.   Who performed it, yeah?
```

Joseph A. Brunner

```
 1      Q.   You avoided wooded -- pressure-treated wood
 2   such as fenced areas and sheds.  Correct?
 3      A.   I believe so, yes.
 4      Q.   Okay.  You avoided known or identified
 5   dumping areas.  Correct?
 6      A.   I believe so.
 7      Q.   Okay.  Do you agree that although air
 8   deposition may initially deposit these metals in a
 9   relatively uniform pattern, the cumulative localized
10   disturbances -- although air deposition may initially
11   deposit these metals in a relatively uniform pattern,
12   the cumulative localized disturbance such as
13   excavations, grading, landscaping and wind erosion, of
14   soil at any given location that can occur in this case
15   over a period of 80 years can redistribute these
16   metals and result in localized variances in soil metal
17   concentrations?
18      A.   I would -- I would agree that disturbances to
19   the soil with any -- within any particular yard area
20   can cause different distribution of the constituents
21   contained in that soil.
22      Q.   But your conceptual site model essentially
23   was based on a blanketing of decreasing deposition
24   across the neighborhood.  Correct?
```

Joseph A. Brunner

```
 1     A.    That's the conceptual site model, yes.
 2     Q.    Who is Brian Pederson or Pederson?
 3     A.    Brian Pederson?
 4     Q.    And I just read documents.  I don't know who
 5   he is.
 6     A.    I don't know.
 7     Q.    Was he an early LSRP involved in the work?
 8     A.    Not to my knowledge.  The only LSRP that
 9   we've retained on this site is Mr. McNally.
10     Q.    How soon after you received the results of
11   the lab testing -- well, let me start.  You submitted
12   the samples to the lab.  What was the turnaround time
13   for the samples that you submitted?
14     A.    For which?
15     Q.    I assume -- I was assuming for metal sampling
16   that there was a routine of 14 or 21 days.
17           MR. SCHICK:  ISDA?  AOC?
18     Q.    (By Mr. Nidel)  If it was different I
19   understand.  I was assuming it wasn't and I thought we
20   could quickly cut to the chase, but --
21     A.    I think the normal turnaround time is
22   typically two weeks.
23     Q.    Okay.
24     A.    From receipt at the lab.
```