Stephen Emsbo-Mattingly

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF NEW JERSEY

 3    -------------------------------x

 4    JUAN DUARTE, BETSY DUARTE and      Civil Action No.

 5    N.D., Infant, by Parents and        2:17-cv-01624

 6    Natural Guardians JUAN DUARTE and

 7    BETSY DUARTE, LEROY NOBLES and

 8    BETTY NOBLES, on Behalf of

 9    Themselves and All Others

10    Similarly Situated,

11          Plaintiffs,

12    v.

13    UNITED STATES METALS REFINING

14    COMPANY, et al.,

15          Defendants.

16    -------------------------------x

17

18      VIDEOTAPED DEPOSITION OF STEPHEN EMSBO-MATTINGLY

19                    Washington, D.C.

20             Wednesday, September 4, 2019

21

22     Job No. 225903

23              GOLKOW LITIGATION SERVICES

24         T 877.370.3377 | F 917.591.5672

25                 deps@golkow.com
```

Stephen Emsbo-Mattingly

1      Q.   Okay.  And 370 was analyzed by Geller

2   EMPA, correct?  Sorry.  It was not analyzed.

3      A.   Correct.

4      Q.   Okay.  And, therefore, you could not

5   determine whether it reflected a USMR emission or

6   not, correct?

7      A.   That is correct.

8      Q.   Okay.  Can you describe the forensic

9   microscopy analytical method that you used?

10     A.   Sure.  For all of it?

11     Q.   Yeah, how you reached your conclusions in

12   this case, your opinions in this case.

13     A.   Okay.  I think this is explained in the

14   report, so if you -- I'm not sure what part of that

15   is not clear, but I'm happy to look back on it and

16   tell you where it is in the report.

17     Q.   Okay.  I'd just like for you to describe

18   for the jury what you did.

19     A.   Okay.  So the first phase of the

20   investigation was one that was focused on a selection

21   of samples representing the high and the low

22   concentrations -- the highest and a few of the lowest

23   concentrations.  This is explained on page 9, section

24   2.1, Phase 1.

25          It goes on to say that in Phase 2 there were

Stephen Emsbo-Mattingly

```
 1    regulatory drivers were lead and arsenic.  So we were
 2    measuring copper, but it was not a central component
 3    of the investigation --
 4         Q.  Okay.
 5         A.  -- because there are so many other sources
 6    of copper.
 7         Q.  Okay.  What were the other sources of
 8    copper in Carteret?
 9         A.  Well, I mean, copper is a component of
10    urban fill.  I mean, copper -- you have copper wires,
11    you have copper electronics, you have copper piping.
12    There's a lot of copper in areas like this.
13         Q.  What's your basis for saying that copper
14    is a component of urban fill?
15         A.  Personal experience, New Jersey DEP
16    guidance.
17         Q.  Okay.  The New Jersey DEP fill guidance
18    doesn't actually list copper, does it.
19         A.  I think it's in there, in the 1993
20    guidance.
21         Q.  Okay.  Anything else?
22         A.  Let's leave it there for now.
23         Q.  Okay.  So you didn't look at copper --
24    well, you looked at copper, but you didn't focus on
25    copper because there are so many other sources of
```

Stephen Emsbo-Mattingly

```
 1      copper in Carteret, right?

 2              MR. SUTHERLAND:  Object to the form.

 3          A.  So let me just back up.  The reason we

 4      don't -- we are not focused on the copper is because

 5      the copper smelter is designed to recover copper,

 6      right.  It's a trace component of some of their

 7      waste, so we track it.  But the copper is also used

 8      so widely in just normal, everyday life that what we

 9      decided to do was to focus on those things that are

10      motivating the cleanup, which is lead and arsenic.  I

11      don't think copper has a lot of excedences in the

12      area, so it wasn't a central part of our selection

13      criteria.

14          Q.  Okay.  Is it your understanding that

15      copper was a trace component in the emissions from

16      the smelter?

17          A.  It can be, yes.

18          Q.  Okay.  That it was.

19          A.  It was, yes.

20          Q.  Okay.  And so you used methods that could

21      identify copper, right?  I always get this wrong, so

22      I have to go back to your table.  But either the EDS

23      or the EMPD, right?  EMPA?

24          A.  Electron microprobe, yes.

25          Q.  Okay.  And where did those methods, if
```

Stephen Emsbo-Mattingly

```
1     anywhere, identify copper?
2          A.  The copper would be identified on the
3     spectra, which is in the laboratory data.
4          Q.  Okay.  But you did not focus on that, so
5     you can't tell me; is that what's going on?  Can you
6     tell me properties where you found copper?
7          A.  Not off the top of my head.
8          Q.  Okay.  Can you tell me properties where
9     you found -- well, can you tell me where you found
10    arsenic?  Did you find arsenic?
11         A.  Yes.
12         Q.  Okay.  Where did you find arsenic?
13         A.  I didn't do a map of the arsenic.
14         Q.  Okay.  If we look at your Table 3, is it
15    fair to say you found arsenic in sample 335, and
16    possibly arsenic in 382?
17         A.  Yes.  So just to be clear, the sample ID
18    on row 335 is 311-F01-06-EG-G0079, and that is a
19    location where we did identify arsenic.
20         I'm sorry.  What was the second one?
21         Q.  You identified a source of arsenic, right?
22         A.  Correct.
23         Q.  And that was the -- was that the
24    arsenopyrite?
25         A.  The arsenopyrite is in Fig. 14.  That
```

Stephen Emsbo-Mattingly

1    sample is the 3110-F01-06-EG-G0079.  So we did

2    identify the arsenic there.

3          Q.  Okay.  So you identified arsenic in --

4    sorry -- a source of arsenic in two of your analyses,

5    right, and then a possible source in a third,

6    correct?

7          A.  That is correct.

8          Q.  Okay.  And that's out of your 400 plus

9    samples, right?

10         A.  So let me explain what we're doing here.

11   We did not --

12         Q.  Is that right?

13             MR. SUTHERLAND:  Let him finish his

14   answer, please.

15             MR. NIDEL:  That wasn't an answer.  It was

16   let me explain what we're doing when I asked him a

17   yes or no question.  If you want to ask him

18   questions, you can.

19             MR. SUTHERLAND:  If he needs to provide an

20   explanation to an answer --

21             MR. NIDEL:  He started with let me

22   explain.

23             MR. SUTHERLAND:  I'm got going to argue

24   with you, Chris.  You need to let him answer the

25   question.

Stephen Emsbo-Mattingly

 1          MR. NIDEL:  No, I don't need to let him

 2    give narrative responses.

 3          MR. SUTHERLAND:  If it requires a

 4    narrative response, you do.

 5          MR. NIDEL:  No, I don't.

 6          MR. SUTHERLAND:  I'm going to instruct the

 7    witness to answer the question the way he feels like

 8    it's appropriate so he can give a complete answer,

 9    notwithstanding improper instruction of opposite side

10    counsel.

11       Q.  I'm going to strike the question, and I'm

12    going to ask, you found evidence of arsenic --

13    evidence of a source of arsenic in two of your

14    samples and possible evidence of arsenic in one

15    additional sample, correct?

16       A.  That is correct.

17       Q.  Okay.  And you found -- well, what fill

18    materials contained lead?

19       A.  So what we need to discuss at this point

20    is the fact that the emissions from the copper

21    smelter will be a -- it will be in a particulate form

22    with small size and certain morphological features.

23          So after looking in the samples and not

24    finding them for arsenic, we then said, well, where

25    could this arsenic be, because in these samples that

Stephen Emsbo-Mattingly

1    we did test, we were detecting higher levels of

2    arsenic in the samples.

3         So I used the additional technique of the

4    microprobe to look on the interior of the soil

5    particles.  So you'll see, for example, in Fig. 17,

6    that we have a particle here where we have -- we're

7    not looking at the surface so much as we're looking

8    at the interior.  And this gets at some of the -- an

9    important distinction for how we are looking at this.

10   The exterior where all of the small particles

11   are is what we've done for most of the samples, but

12   in this case what we've done is we've looked at the

13   interior of the particle and we know where the

14   outside of the particle was and where the inside was.

15   That's self-explanatory when you look at the picture.

16        So what's happening here is we are measuring

17   the arsenic in the cracks and the fissures of

18   particles.  And the way that arsenic gets into those

19   cracks and fissures is the same way that water

20   absorbs into the sponge.

21        What happens is, is if there is an

22   arsenic-containing liquid that comes into contact

23   with these soil particles, it absorbs along the pore

24   spaces and goes into the interior.

25        So the distinction I'm trying to make for you

Stephen Emsbo-Mattingly

1   is that the interior of the particle, in particular,

2   these larger particles, is the place where a lot of

3   these -- these components that we're looking for

4   reside, in particular, arsenic.  And when we did that

5   for other samples, we consistently found it on the

6   interior of the particle, not the exterior.

7        So, based on that, we have a higher degree of

8   confidence in the conclusion that the USMR emission

9   is not the source of arsenic.  It's material that can

10   come to reside on the inside.

11        So this would be arsenic that was in a liquid

12   form, a water form at some point in the history.  And

13   as you mentioned previously, the arsenopyrite, that's

14   a naturally occurring mineral depicted in Fig. 14.

15   And, again, that's on the interior of the particle.

16   And had we, you know -- we didn't have an ability to

17   look into the interior of the particle with the

18   previous techniques.

19        So when we look -- you know, we don't expect

20   to see USMR particulates migrating into the interior

21   of other soil particles, but the interior is where we

22   come to understand why it is that arsenic can be

23   elevated in these samples with -- among the higher

24   concentrations of arsenic in the study area.

25        Q.  Okay.  In places where you found arsenic

Stephen Emsbo-Mattingly

```
 1     you identified them in Exhibit -- in Table 3, right?

 2          A.  That is correct.

 3          Q.  Okay.  And you identified aqueous arsenic,

 4     which I think is what you're describing now, right?

 5          A.  That is correct.

 6          Q.  You identified that in 4143, right?

 7          A.  That is correct.

 8          Q.  An area that you believe there was fill

 9     from U.S. Metals, correct?

10          A.  Maybe not in this particular sample, but

11     4143 is a big area, and in this particular sample we

12     are identifying the arsenic on the interior.

13          Q.  Okay.  And that's at -- what's the depth

14     of the sample with arsenic that you found there?

15          A.  This one is a surface sample, so that

16     would be zero to six inches, as it says on page 39.

17          Q.  4143-G28-08-DG, it's your testimony that's

18     a surface sample?

19          A.  I'm sorry.  I'm looking at page 39, and

20     the sample number is 4143-G16-08-AG-G1881.

21          Q.  Okay.  Well, I'm looking at your revised

22     Table 3 --

23          A.  Yeah.

24          Q.  -- which would indicate where you have

25     sources of arsenic, right?
```

Stephen Emsbo-Mattingly

1    which a handful of samples were sent; is that

2    correct?

3          A.   That is correct.

4          Q.   Okay.  We did this exercise last time, so

5    I think I have some answer, but I want to make sure

6    your answers haven't changed.

7          The fill materials that you began identifying,

8    I've tried to list them here: concrete, wood, glass,

9    asphalt, coke, cinders, brick, paint, coal, ash,

10   rust, clinker, and slag, right?

11         A.   Yes.

12         Q.   Okay.  Were there any other fill materials

13   that you can identify for us?

14         A.   The ones we are looking for are enumerated

15   in... let's see.

16         Q.   You mentioned them generally.

17   Construction debris and some other things.

18         A.   So in section 4.2, starting on page 20 and

19   continuing on to 21, we have a list of fill-related

20   materials.  There's construction and demolition

21   debris, and that covers a good number of the items

22   you have here.  And then there are thermogenic

23   byproducts, and you've got some of them there.

24         Q.   Okay.  In any of these that I have listed

25   that you found, did you identify them being in any

Stephen Emsbo-Mattingly

```
1      instance a source of arsenic?

2           A.  I'm sorry.  I can't see the bottom.  Is

3      clinker the last one?

4           Q.  Clinker and slag.

5           A.  For arsenic, I don't recall identifying

6      arsenic in any of those.  It's possible that they --

7      they could be in slag.  Sometimes there's arsenic in

8      slag.

9           Q.  Okay.  So slag is a possible, right?

10          A.  Mm-hmm.

11          Q.  Otherwise you didn't identify arsenic in

12     any of those fill sources, correct?

13          A.  It's not on the surface of it, no.

14          Q.  And, again, you did not identify it one

15     way or the other in those sources, right?

16              MR. SUTHERLAND:  Object to the form.

17          A.  I did not identify arsenic in those

18     samples that you have on that page, no.

19          Q.  Okay.  And just to be clear, you did not

20     test every particle from every sample that you

21     analyzed, right?

22          A.  That is correct.

23          Q.  Okay.  And in the case of Phase 2 and

24     Phase 3, I believe you sent isolates exclusively; is

25     that right?
```

Stephen Emsbo-Mattingly

```
 1          A.  You asked me about that last time.  I went
 2     back.  We have whole samples -- in the original -- in
 3     the data submission that we sent, I would say in the
 4     last month, you have -- you have the samples of what
 5     we call sub or fines.  Those are whole samples.
 6     Those are distinct from isolates.
 7          So to go through all those tables and the
 8     chains of custody and things like that, you'll see
 9     that, with very few exceptions, we -- whenever we did
10     isolates, we also did the whole sample.
11          Q.  What does "sub" mean?
12          A.  It just means it's subsampled from the
13     main archive at ALS.
14          Q.  Okay.  Was that done with any selection --
15          A.  No.
16          Q.  -- criteria?
17          A.  (Indicating).
18          Q.  With respect to these sources of fill,
19     concrete you did not find was a source of lead,
20     right?
21          A.  Give me a second.  Concrete, no, I did not
22     have any concrete with lead.
23          Q.  Okay.  And wood was not a source of lead,
24     correct?
25          A.  Correct.
```

Stephen Emsbo-Mattingly

1    Q.  Glass was not a source of lead, correct?

2    A.  No.

3    Q.  Asphalt was not a source of lead, correct?

4    A.  That's a question mark.  We didn't

5    identify -- we didn't have a lot of asphalt.

6    Q.  Okay.  But you -- let me just clarify my

7    question.  In the asphalt that you analyzed, you did

8    not identify it as a source of lead, correct?

9    A.  That is correct.

10   Q.  Okay.  And coke was not a source of lead?

11   A.  That is correct.

12   Q.  Cinders, were they a source of lead?

13   A.  No.

14   Q.  Was the brick that you analyzed identified

15   as a source of lead?

16   A.  Well, sometimes the brick was painted,

17   and, you know, the paint often had lead, so let's say

18   no for the brick.

19   Q.  Okay.  Paint, you had some lead paint and

20   some nonleaded paint, right?

21   A.  Correct.

22   Q.  Coal, was that a source of lead?

23   A.  No.

24   Q.  Ash, was that a source of lead?

25   A.  I don't believe so, no.

Stephen Emsbo-Mattingly

```
1              Q.   Rust, was that a source of lead?

2              A.   Sometimes it was.

3              Q.   Okay.  And sometimes it was not?

4              A.   Correct.

5              Q.   Okay.  Clinker, was that a source of lead?

6              A.   I don't recall.  I don't think so, but I

7       don't recall.  I don't want to guess.

8              Q.   Slag, was that a source of lead?

9              A.   Sometimes it was.

10             Q.   And sometimes it was not?

11             A.   Correct.

12             Q.   Okay.  Concrete, was that a source of

13      copper that you identified?

14             A.   No.

15             Q.   Were any of these a source of copper that

16      you identified?

17             A.   Again, it wasn't the primary focus of what

18      we were looking at, because the concentrations did

19      not motivate any regulatory activity, but the

20      copper -- no, I don't think the copper was in

21      concrete, no.

22             Q.   Okay.  Can you identify any of these where

23      your analysis identified copper -- identified these

24      as a source of copper?

25             A.   I mean, copper is in many of the spectrum.
```

Stephen Emsbo-Mattingly

1    I didn't call it out as a separate column on these

2    tables, but it's not uncommon.

3            Q.   Okay.  So can you identify for me which of

4    these sources of fill you identified as being a

5    source of copper?

6            A.   Again, we weren't focused on determining

7    the source of copper.

8            Q.   Okay.  So you said concrete was not a

9    source of copper, right?

10           A.   Right.

11           Q.   Okay.  Is it your testimony that you can't

12   tell me whether wood, glass, asphalt, coke, cinders,

13   brick, paint, coal, ash, rust, clinker, or slag were

14   identified as being sources of copper?

15           A.   Well, I can tell you, but I have to go

16   through the samples to call out the copper source.

17           Q.   Okay.  So you don't know sitting here

18   today, correct?

19           A.   That is correct.

20           Q.   What was the source of copper in the AOC

21   and the transect areas?

22               MR. SUTHERLAND:  Object to the form.

23           Q.   What is the source?

24               MR. SUTHERLAND:  Object to the form.

25           A.   I would attribute it to fill.

Stephen Emsbo-Mattingly

1       Q.   Okay.  Did you -- where did -- in any of

2    these fill materials that you looked at, where did

3    you identify it being a significant source of copper,

4    if any?

5       A.   I think the question has been asked and

6    answered.  I was not -- I was not focused on

7    determining a source of copper.

8       Q.   You're a scientist; I'm a lawyer.  I can

9    ask the same question multiple times; your lawyer can

10   object.  Okay?

11       Can you tell me where it's been a primary

12   source of copper?

13            MR. SUTHERLAND:  Object to the form.

14       Q.   Which is a different question.  Because

15   now I'm saying primary source or a major source,

16   which may be different than where it shows up as a

17   blip on your spectra.

18       A.   Okay.  So we, from my recollection of the

19   copper analyses, the main sources of copper would be

20   paint, would be -- we do find it in slag, and the

21   rest I just don't recall.

22       Q.   Okay.  So it's your belief that you found

23   a significant presence of copper in some paint

24   samples as well as some slag samples, correct?

25       A.   That is correct.

Stephen Emsbo-Mattingly

1          Q.   Okay.  The NewFields' stereomicroscope,

2     what resolution does that microscope have?

3          A.   As I said before, it goes down to about

4     90, a magnification of 90 times what you would see

5     with your eye.

6          Q.   Does it allow you to identify sub-10

7     micron particles?

8          A.   No.  It does not allow us to identify

9     particles in the micron level, in the micron range.

10          Q.   Okay.  And we talked about this.  The

11     UMass SEM-EDS was operated by NewFields employees,

12     right?

13          A.   The NewFields SEM was operated by

14     NewFields employees, yes.

15          Q.   Okay.  Why was that done at UMass?

16          A.   Wasn't always done at UMass.  Sometimes it

17     was done at another laboratory where we have

18     laboratory space called Alpha Analytical.

19          Q.   When you say UMass SEM-EDS, is that the

20     SEM that we're talking about, the NewFields SEM?

21          A.   I'm sorry.  The comment I just made was

22     about NewFields SM.  If we're moving over to the next

23     column, the UMass SEM-EDS is -- it doesn't move.

24     It's at the Boston campus at the University of

25     Massachusetts.

Stephen Emsbo-Mattingly

1        Q.   Okay.  I was asking you about the SEM.

2        A.   Okay.  Sorry.

3        Q.   Your response was the NewFields SM, I

4    guess.  And so now we can clarify.

5             NewFields operated a stereomicroscope that

6    they operated both at Alpha and at UMass, correct?

7        A.   Yes.

8        Q.   Okay.  And they went to Alpha and actually

9    analyzed a couple hundred samples, screened them at

10   Alpha, right?

11       A.   There was a number of analyses that were

12   done at Alpha.  There were a number of analyses that

13   were done at UMass.  This is a small microscope.

14   It's about this big (indicating), and we can move it

15   where we need to go.  Some of the analyses were done

16   at ALS, at the laboratory where the samples are

17   archived.  So we've done it in different locations.

18       Q.   Okay.  And that was used to screen for

19   indicators of these fill sources which you believed

20   might be associated with a source of arsenic or lead,

21   right?

22            MR. SUTHERLAND:  Object to the form.

23       A.   It's used to do an initial assessment of

24   the particles.  It's not specifically targeting fill.

25   It's targeting -- if anything, its primary target is

Stephen Emsbo-Mattingly

1    things that could be coming from USMR.  We were

2    trying to -- we were trying to find the ash or the

3    emissions from USMR.

4         So if after looking at it with the

5    stereomicroscope and we saw fine materials, we would

6    consider the concentrations that had been measured in

7    those samples and we would take a representative

8    number of samples and take them on for further

9    considerations.

10        If, for example, the sample was a rock, right,

11   and, you know, it was of a size that was well in

12   excess of anything that the USMR plant could have

13   emitted, then we didn't really need to do much with

14   it.

15        Q.  What's the smallest particle size that

16   that stereomicroscope could get resolution on?

17        A.  I would have to -- I'd have to look at the

18   specifications of the microscope to figure out how

19   small it can go.

20        It's not hard to see if you have a lot of fine

21   material in these particles, especially when you look

22   at the samples with the stereomicroscope.  If you see

23   a bunch of samples and a bunch of particulates that

24   are very fine, that would be a candidate for

25   something we'd want to look at.

Stephen Emsbo-Mattingly

1          Q.   Okay.  I didn't find that type of

2     discrimination anywhere in the documents that you

3     produced.  Was that just something that was done on

4     the fly by Gang Hu?

5               MR. SUTHERLAND:   Object to the form.

6          A.   No, it wasn't done on the fly.  We went in

7     with an approach, a technical approach, that we

8     reviewed earlier -- it's in the report -- and based

9     on the concentration -- I'm talking about Phase 2

10    here -- based on the concentration, this is where we

11    did a lot of the stereomicroscopy screening, just to

12    be clear -- that was Phase 2 -- that initial

13    screening with the stereomicroscope came in and

14    played a central role for Phase 2.

15         Q.   So I understand that's how you picked the

16    samples to look at, but then you looked at them with

17    the stereomicroscope, right?

18         A.   Yeah.

19         Q.   Okay.  And then you did not send them all

20    to a lab for further compositional and more detailed

21    microscopic analysis, right?

22         A.   That is correct.

23         Q.   Okay.  And so I'm asking if what you did

24    was you screened them and where you found evidence of

25    something that may be contributing lead or arsenic,

Stephen Emsbo-Mattingly

1    you sent those to either MVA or to Geller or to UMass

2    for further analysis, right?

3            A.  Based on the criteria in Table 2, yes.

4            Q.  Okay.  So the criteria that was in Table 2

5    was what you pulled the samples to begin that process

6    at the start of NewFields' stereomicroscope, right?

7            A.  Right.

8            Q.  And then you sent those samples, 300 or so

9    in Phase 2 and another 150 or so in Phase 3, through

10   that process.  And all I'm getting at is what made it

11   from Phase -- from the NewFields' stereomicroscope

12   beyond that.

13           A.  Okay.

14           Q.  And it seems like it's where there was

15   some indication stereomicroscopically that there may

16   be a source of lead or arsenic at play, right?

17           A.  The criteria is what we're looking for is

18   a wide range -- the first criteria is do we have

19   fines, because that would -- that would be the best

20   way to find the USMR emission.

21           And the second criteria is what represents the

22   widest range of particles that we are seeing among

23   samples that we have looked at that satisfy the

24   criteria in Table 2, of those samples, which ones

25   have the widest range of particle types, assuming

Stephen Emsbo-Mattingly

```
 1    that they contain the fines to start with.
 2         Q.   Okay.  We talked earlier about this.  If a
 3    sample was sent to MVA, it would have entries in here
 4    for MVA's analysis, right?
 5         A.   That is correct, yes.
 6         Q.   And if it was sent to one of the other
 7    labs, it would likewise have an entry, right?
 8         A.   That is correct.
 9         Q.   Can you tell me how many samples went on
10    for further analysis?
11         A.   Yes.
12         Q.   You're just going to do that by tallying
13    them up?
14         A.   Yes.
15         Q.   Okay.  And if they did go on for further
16    analysis, if we were sitting here with Excel we could
17    just count the number of nos, right?  Because they
18    would have a no.
19         A.   I'm sorry.  Can you say that question one
20    more time?
21         Q.   We could count the USMR emission no,
22    because you didn't identify a single yes, and we
23    could count up those nos and we would know what went
24    to one lab or the other.
25         A.   That would be a reasonable approach.
```

Stephen Emsbo-Mattingly

1       A.  That is correct.

2       Q.  Okay.  Those are not samples that Arcadis

3   analyzed, right?

4       A.  The samples on row 405 to the bottom were,

5   let's see, yeah, were not -- were not collected by

6   Arcadis.

7       Q.  And they were not collected according to

8   Arcadis sampling and analysis protocol, correct?

9       A.  That is correct.

10      Q.  And some of those were taken close to the

11  home or close to fence areas or close to excavated

12  areas that were otherwise not a part of Arcadis's

13  sampling protocol, right?

14          MR. SUTHERLAND:  Object to the form.  Go

15  ahead.

16      A.  The samples were not collected in

17  accordance with Arcadis's sample plan.

18      Q.  Okay.  And there were no setbacks used for

19  lead paint or for arsenic-treated wood, correct?

20      A.  There were -- there were no setbacks for,

21  no, there were no setbacks.

22      Q.  Okay.  So you went out and you actually

23  had, without a microscope, visual in some cases at

24  least identification of paint chips, and you sampled

25  material that included those paint chips, right?

Stephen Emsbo-Mattingly

```
 1          Q.  Handing you Exhibit 739.  Can you identify

 2     Exhibit 739?

 3          A.  Yes.  This is a proposal dated March 8th

 4     from myself to Mr. Sutherland scoping out Phase 2.

 5          Q.  Okay.  And in that proposal you say, "the

 6     samples will be analyzed to confirm the presence of

 7     anthropogenic fill," right?

 8          A.  Yes.

 9          Q.  Okay.  So I asked you if you screened with

10     a NewFields microscope to find indicators of fill,

11     and you said, well, that's not the only thing, but

12     that was the objective, right?

13          A.  Well, I'm saying anthropogenic fill,

14     recognizing it includes -- it's a genericization of

15     what we're looking for.  Anthropogenic fill includes

16     ash, for example.

17          So I'm not distinguishing USMR emissions from

18     what we are scoping here under the umbrella of

19     anthropogenic fill.  We wanted detailed

20     characterization of things that are not natural.

21          Q.  And you say there, on March 8th of 2018,

22     you say, "soil boring reports employ a wide range of

23     particle descriptions that consistent with fill,"

24     right?

25          A.  Yes.
```

Stephen Emsbo-Mattingly

```
 1          Q.   So you had seen the soil boring logs by
 2    that time, right?
 3          A.   Yes.
 4          Q.   Okay.  And you knew that they identified
 5    terms consistent with fill, right?
 6          A.   Yes.
 7          Q.   Okay.  And then it says:
 8               This phase of the investigation will
 9               confirm the presence -- the presence
10               estimate -- the presence estimate
11               the proportion of fill using
12               stereomicroscopy and polarized light
13               microscopy.
14          Right?  Estimate the proportion of fill, did
15    you do that?
16          A.   No.
17          Q.   Did you do Phase 2?
18          A.   Because it was all fill.
19          Q.   Okay.  Everything was fill, or there was
20    just an indication of fill in every sample that you
21    looked at?
22          A.   The characterization that it was
23    overwhelmingly fill is accurate.  I mean, I didn't
24    need to say, you know, this is the amount of fill
25    when the layers are just completely fill.
```