UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

JUAN DUARTE, BETSY DUARTE

and N.D., Infant, by Parents

and Natural Guardians JUAN

DUARTE and BETSY NOBLES, On

Behalf of Themselves and

All Others Similarly Situated,

               Plaintiffs,

       vs.          No. 2:17-cv-01624-ES-SCM

UNITED STATES METALS

REFINING COMPANY; FREEPORT

MINERALS CORPORATION and

AMAX REALTY DEVELOPMENT, INC.,

              Defendants.

_____

VIDEOTAPED DEPOSITION OF GEORGE FLOWERS, Ph.D.,

taken at 4 Gateway Center,

Newark, New Jersey, at 8:52 a.m.,

Friday, June 14, 2019, before Robin

LaFemina, a Registered Professional

Reporter, Certified LiveNote Reporter and

Notary Public.

**APPEARANCES OF COUNSEL:**

For Plaintiffs:

           STEVEN J. GERMAN, ESQ.

           JOEL RUBENSTEIN, ESQ.  (Via telephone)

           GERMAN RUBENSTEIN LLP

           19 West 44th Street, Suite 1500

           New York, New York 10036

           (212) 704-2020

           sgerman@germanrubenstein.com


           CHRIS GADOURY, ESQ.

           LANIER LAW FIRM

           10940 W. Sam Houston Parkway N.

           Suite 100

           Houston, Texas 77064

           (832) 460-2253

           chris.gadoury@lanierlawfirm.com

1   **APPEARANCES OF COUNSEL:** (C'td.)

2

3   For Plaintiffs:

4

5           CHRISTOPHER NIDEL, ESQ.

6           (Present via telephone)

7           NIDEL AND NACE

8           2201 Wisconsin Avenue NW

9           Suite 200

10          Washington, D.C. 20007

11          (202) 780-5153

12

13  For Defendants:

14

15          LEWIS COOPER SUTHERLAND, ESQ.

16          VINSON & ELKINS LLP

17          1001 Fannin Street

18          Suite 2500

19          Houston, Texas 77002

20          (713) 758-4834

21          lsutherland@velaw.com

22

23  Also Present:  ERIC LENZ, Videographer

24

25

1
2                    I N D E X
3
4   WITNESS              EXAMINATION BY    PAGE
5   George C. Flowers  Mr. Sutherland     9,285
6                      Mr. German         277,289
7
    EXHIBITS          DESCRIPTION          PAGE
8
    Exhibit 542   Notice of                11
9                 Deposition of
                  George Flowers
10
    Exhibit 543   Revised expert           16
11                report of George C.
                  Flowers, Ph.D., P.G.
12
    Exhibit 544   Curriculum vitae of      23
13                George C. Flowers
14  Exhibit 545   Report entitled          61
                  Chemical Stability
15                of Blackwell Zinc
                  Smelter Waste in
16                Kay County Oklahoma
                  by George C.
17                Flowers, Ph.D., May
                  21, 2013
18
    Exhibit 546   Study entitled           73
19                Ambient Levels of
                  Metals in New
20                Jersey Soils by
                  Paul F. Sanders,
21                Ph.D., bearing
                  Bates Nos.
22                NEWFIELDS_CNJ
                  00008751-8756
23
24
25

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

I N D E X  (C'td.)

| EXHIBITS | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 547 | Evaluation of AOC Boundary for USMR Soil Project, October 26, 2018, by Geosyntec Consultants, bearing Bates Nos. USMF01074655-4750 | 92 |
| Exhibit 548 | Document entitled Overview of Alternate Sources of Copper, Lead and Arsenic, bearing Bates Nos. USMR01155853-01155926 | 93 |
| Exhibit 549 | Newfields Carteret Forensic Microscopy Investigation bearing Bates Nos. USMR01074778-4797 | 94 |
| Exhibit 550 | Figure 2 from Sullivan report | 119 |
| Exhibit 551 | Figure 15 from Dr. Flowers' report | 147 |
| Exhibit 552 | Figure 20B | 149 |
| Exhibit 553 | Distributions of Soil Lead in the Nation's Housing Stock May 1996 | 152 |
| Exhibit 554 | Short table containing Sample Dataset and | 184 |

```
 1                      Correlation
 2
                        I N D E X   (C'td.)
 3
 4      EXHIBITS          DESCRIPTION            PAGE
 5      Exhibit 555   short table with          186
                      Sample Dataset and
 6                    Spearman
                      Correlation
 7
        Exhibit 556   Study entitled            203
 8                    Extent,
                      Characterization,
 9                    and Sources of Soil
                      Lead Contamination
10                    in Small-Urban
                      Residential
11                    Neighborhoods
12      Exhibit 557   Census data for          215
                      Carteret
13
        Exhibit 558   Microscopy               240
14                    investigation by
                      Newfields entitled
15                    AOC Non-Native
                      Residential Soil
16                    Excavation at 76
                      Union St:PPIN2010,
17                    bearing Bates No.
                      USMR01074789(
18                    annotated)
19      Exhibit 559   Copy of boring logs      253
                      for PPIN 7337
20
        Exhibit 560   Location map for         254
21                    where borings were
                      taken on PPIN 7337
22
        Exhibit 561   Copy of analytical       255
23                    results for PPIN
                      7337
24
        Exhibit 562   Document bearing         262
25                    Bates Nos.
```

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

```
 1                  000331-341
 2               I N D E X  (C'td.)
 3
 4    EXHIBITS        DESCRIPTION          PAGE
 5    Exhibit 563   Letter report by       265
                    Susan Litherland
 6                  dated June 21,
                    2018, bearing Bates
 7                  Nos.USMR00855064-104
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1          **THE VIDEOGRAPHER:**  Good morning.

2     This is the video operator speaking,

3     Eric Lenz, of Worldwide Court Reporters.

4     Today is Friday, June 14, 2019.  The

5     time is approximately 8:52 in the

6     morning.  We are at the offices of

7     McCarter English, 4 Gateway Center,

8     Newark, New Jersey, for the video

9     deposition of Dr. George Flowers in the

10    matter of Duarte, et al. versus U.S.

11    Metals Refining Company, et al.  This

12    is in the U.S. District Court, District

13    of New Jersey, matter number

14    2:17-CV-01624.

15         Counsel, please introduce

16    yourselves.

17         **MR. SUTHERLAND:**  Lewis Sutherland

18    for defendants.

19         **MR. GERMAN:**  Steven German for

20    the plaintiffs.

21         **MR. GADOURY:**  Chris Gadoury for

22    the plaintiffs.

23         **THE VIDEOGRAPHER:**  And will our

24    court reporter, Robin LaFemina --

25         **MR. SUTHERLAND:**  Hold on.  Do we

1          want to get who's on the phone?

2                    **THE VIDEOGRAPHER:**  I beg your

3          pardon.

4                    **MR. NIDEL:**  Chris Nidel by

5          telephone for the plaintiffs.

6                    **MR. RUBENSTEIN:**  Joel Rubenstein

7          by telephone.

8                    **MR. GERMAN:**  For the plaintiffs.

9                    **THE VIDEOGRAPHER:**  Okay.

10                   And will our court reporter,

11         Robin LaFemina, please swear the

12         witness.

13   GEORGE FLOWERS, Ph.D.,

14          called as a Witness, having been first

15          duly sworn by Robin LaFemina, a Notary

16          Public within and for the State of New

17          York, was examined and testified as

18          follows:

19   EXAMINATION BY

20   **MR. SUTHERLAND:**

21         Q.    **Dr. Flowers, you've had your**

22   **deposition taken a number of times before;**

23   **correct?**

24         A.    Yes.

25         Q.    **And so I'm not going to go over**

 1    all the rules and everything, but you

 2    understand that the testimony you give today

 3    is under oath; correct?

 4         A.    Yes.

 5         Q.    And you understand that I am --

 6    my name is Lewis Sutherland and I represent

 7    the defendants in the litigation where you

 8    are providing expert testimony for the

 9    plaintiffs; correct?

10         A.    Yes.

11         Q.    And if at any point in time

12    today you don't understand a question that

13    I'm asking you, I would ask that you tell me

14    that so I can clarify the question.

15              Is that okay with you?

16         A.    Yes.

17         Q.    And if you answer the question

18    that I've asked, I'm going to assume that

19    you've understood the question, at least to

20    the best of your ability; correct?

21              MR. GERMAN:   Objection.

22         A.    Yes.

23         Q.    And, again, if at any point in

24    time you need to take a break, that's fine

25    with me, just let me know, I may finish up

```
 1    the question that I'm working on, but this
 2    is not an endurance contest and we can take
 3    a break whenever you need to.
 4               Okay?
 5    A.    Yes.
 6    Q.    I hand you a document that I've
 7    marked as Exhibit 542.
 8               (Exhibit 542, Notice of
 9         Deposition of George Flowers, marked
10         for identification, as of this date.)
11    Q.    Do you recognize that document?
12    A.    Yes, I do.
13    Q.    And have you seen it before?
14    A.    Yes, I have.
15    Q.    And if I just direct your
16    attention to the last page of Exhibit 542,
17    there's a request for documents.
18               Do you see that?
19    A.    Yes.
20    Q.    And the counsel for the
21    plaintiffs provided me with a link yesterday
22    afternoon that included a number of files,
23    your GIS files, your data files, your
24    reference files and some deposition
25    transcripts.
```

```
 1                Are those documents that you
 2    prepared in response to this request for
 3    documents?
 4         A.    Yes.
 5         Q.    And those links and the
 6    documents contained within those links, is
 7    that -- do those represent a complete set of
 8    documents that you relied on in connection
 9    with the preparation of your report in this
10    case?
11         A.    Yes.
12         Q.    Is there anything else other
13    than those documents that you relied on that
14    you can think of as you sit here right now?
15         A.    No.
16         Q.    And if at any point in time
17    during the deposition you remember that
18    there was something else that you're relying
19    on, then you'll tell me that; right?
20         A.    Yes.
21         Q.    What did you do to get ready for
22    your deposition today?
23         A.    I read my report, I read
24    deposition transcripts for Dr. Blum,
25    Dr. Singh, Dr. Rosenfeld and Dr. Sullivan,
```

1    and that's about it.

2        **Q.    How much time did you spend**

3    **reading those deposition transcripts**

4    **approximately?**

5        A.    Probably 20 hours.  I didn't

6    keep track exactly.

7        **Q.    Was there anything in those**

8    **deposition transcripts, the testimony by**

9    **those witnesses, that, as you sit here right**

10   **now, that you can remember that you disagreed**

11   **with?**

12       A.    I -- no.  I think -- there's so

13   much information in the transcripts, a

14   specific question would be helpful.

15       **Q.    Okay.**

16           **But as you sit here, there's**

17   **nothing that jumps out at you right now that**

18   **says, oh, my goodness, I don't agree with**

19   **that?**

20       A.    I have some different opinions

21   about certain aspects in them, but they're

22   so specific that, you know, I would like a

23   question about them.

24       **Q.    Okay.**

25       A.    You know.  So when we -- as we

```
 1    get into discussing things, those depositions
 2    may come up.
 3         Q.     Okay.
 4                Let me go -- and --
 5         A.     The one exception I would make
 6    is I did note in Sullivan's deposition that
 7    he mentioned an input error to his air model.
 8    That's not a disagreement in his conclusion --
 9    with his conclusions as much as it's just a
10    fact that's in the deposition.
11         Q.     And that error that Mr. Sullivan
12    made in his air model resulted in an overall
13    estimation of the historic emissions from
14    the USMR facility; correct?
15         A.     I don't know.  I would reserve
16    judgment until I see the revised air model.
17         Q.     Okay.
18                And to the extent that your
19    report relies on the work by Sullivan, are
20    you reserving judgment in terms of how his
21    revised model may impact your --
22                MR. GERMAN:  Objection.
23         Q.     -- own conclusions here?
24                MR. GERMAN:  Objection.  Form
25         and foundation.  You may answer.
```

1          **THE WITNESS:**  Okay.

2       A.       I'm not relying on his

3    quantitative results.  I'm looking at the

4    configuration of the plume, the fact that

5    the plume, according to the model, went out

6    over the class area.  So I'll wait until he

7    revised the model and then reevaluate it.

8       **Q.       So if I understand your**

9    **testimony correctly, you are not relying on**

10   **the air modeling predictions as far as the**

11   **quantity of metals that were deposited on**

12   **the soil; is that right?**

13      A.       Right.  I see the model as

14   qualitative.

15      **Q.       And the qualitative information**

16   **that you're taking from it is essentially**

17   **the geographic shape of the plume; correct?**

18      A.       Yes.  Where the lobes of

19   deposition are.

20      **Q.       You issued an original report in**

21   **this case on May 6 of 2019; correct?**

22      A.       Yes.

23      **Q.       And then you issued a revised**

24   **report on June 10 of 2019; is that right?**

25      A.       Yes.

1          Q.     You have a copy of the June 10

2    version in front of you; is that right?

3          A.     Yes.

4          Q.     And I'm happy to mark your copy,

5    I have a copy for you.  Do you have a

6    preference on whether or not you want to

7    keep yours?

8          A.     I'd rather keep mine --

9          Q.     Okay.

10         A.      -- clean.

11         Q.     All right.

12                Well, let me go ahead and mark

13   Exhibit 543.

14                (Exhibit 543, revised expert

15        report of George C. Flowers, Ph.D., P.G.,

16        marked for identification, as of this

17        date.)

18                MR. GERMAN:  That's clean;

19        right?

20                THE WITNESS:  Yes.

21         Q.     And I'll hand this to you.

22         A.     Okay.

23         Q.     And if you could identify

24   Exhibit 543 for the record, please.

25         A.     Exhibit 543 marked 6/14/15

1     [sic], title is USMR Smelter Impact on

2     Carteret, New Jersey Residential Soils,

3     Revised Report Submitted to German &

4     Rubenstein, LLP June 10, 2019 by George C.

5     Flowers.

6          **Q.     And does Exhibit 543 contain the**

7     **opinions that you expect to render in this**

8     **case, at least so far as class certification**

9     **goes?**

10         A.     Yes.  Subject to revision as

11    other information becomes available, for

12    example, the revision of the air model.

13         **Q.     Okay.**

14              **But as of today, it's a complete**

15    **expression of your opinions?**

16         A.     Yes.

17         **Q.     Okay.**

18              **What are the differences between**

19    **Exhibit 543 and the original version that**

20    **you produced on May 6?**

21         A.     The main difference is inclusion

22    of the final tranche of sample data for the

23    plaintiffs.  There were three tranches, one

24    sort of December/January, one March/April

25    and then there was one extending into May,

```
 1    and I didn't have time to include those in

 2    the May 6 report.  So I included them in

 3    this revision.  So that's the major change.

 4         Q.    Did the May 6 sampling data

 5    change any of your opinions?

 6         A.    No.

 7         Q.    It was just more data that you

 8    wanted to include?

 9         A.    Right.

10         Q.    And if you could turn to page 4

11    of Exhibit 543 --

12         A.    There were some other changes.

13         Q.    Okay.  Well --

14         A.    You know.

15         Q.    -- let's go ahead and finish

16    that.  What other changes?

17         A.    Because they're just -- they're

18    not substantive and they didn't change any

19    of my opinions.

20              If you go to -- let's see if

21    I can find it -- if you go to point 1 on

22    page 1 --

23         Q.    Mm-hmm.

24         A.    -- at the very end, the last

25    sentence, heavy metal contamination from the
```

1    USMR's smelter has frequently increased soil

2    loading in the proposed class area that

3    exceed ambient background contamination for

4    all contaminants, that sentence was modified,

5    and it will persist.  So I think it's just

6    the clause that exceed ambient background

7    concentrations for all contaminants.

8         Q.    And why did you change that?

9         A.    It was an oversight not

10   including it.

11        Q.    Any other changes?

12        A.    Okay.  Let's just go -- hopefully

13   I can remember them all.  I corrected, if

14   you can find this hard to believe for a

15   geochemist, I corrected the reactions on

16   page 6, somehow I had some typos in them, so

17   they're balanced now.

18        Q.    Okay.

19        A.    They're just generalized

20   reactions showing smelter processes in a

21   copper smelter.  Let's see.  If you look at

22   Table 4 on page 16, I had a typo, again,

23   inconsequential, as a percentage in the

24   standard deviations for copper and lead.

25        Q.    Okay.

1    A.    You know, it's in the last two

2  decimal points in a number 4,000 or 3,000.

3    **Q.    All right.**

4         **Anything else?**

5    A.    I think that's it.  To the best

6  of my knowledge at this point.

7    **Q.    I noticed one other thing on**

8  **page 21 at the bottom, there's a calculation**

9  **of --**

10   A.    Oh, that's right.  You're right.

11   **Q.    -- of the --**

12   A.    There is one more.

13   **Q.    -- impact from I guess it's the**

14  **McVehil modeling?**

15   A.    Yes.  That was an error in the

16  first report.  I left out a conversion factor.

17   **Q.    Okay.**

18        **So that was just a math error**

19  **that you --**

20   A.    It's a math -- well, it's like I

21  forgot to convert from pounds to grams.

22   **Q.    Okay.**

23   A.    But I fixed it.

24   **Q.    Okay.**

25   A.    I think that's pretty much it.

```
 1        Q.      Okay.  All right.

 2               If you could turn to page 4 of

 3    Exhibit 543 and if you look at the first

 4    paragraph under the heading Purpose of Report.

 5               Do you see that?

 6        A.      Yes.

 7        Q.      And looking at that first

 8    sentence and just reading the second part,

 9    you were asked to render an expert opinion

10    on whether or not residential soil

11    contamination in the area was caused by

12    releases from the USMR smelter that operated

13    during the period 1906 to 1986 as a primary

14    and secondary copper smelter; is that right?

15        A.      That's what it says.

16        Q.      And does that accurately

17    summarize what you were asked to do in this

18    case?

19        A.      Yes.  I was asked to determine

20    whether or not the USMR impacted soils in

21    the class area and to what extent.

22        Q.      And is that what you ended up

23    doing?

24        A.      Yes.

25        Q.      Did you end up doing anything
```

22

1   else besides that?

2        A.      Yes.   I was also asked to

3   consider in the process alternate sources of

4   contamination that might be present in the

5   class area.

6        Q.      And did you complete your work

7   in terms of an assessment of potential

8   alternate sources to your satisfaction?

9              MR. GERMAN:   Objection to form.

10       You can answer.

11       A.      I did.   I concluded that the

12  smelter is the primary source and the other

13  sources are minor compared to the smelter.

14       Q.      And you felt like that you had

15  enough data and analytical work and the like

16  to reach a conclusion to a reasonable degree

17  of scientific certainty that all of the

18  alternate sources are minor; is that correct?

19             MR. GERMAN:   Objection.

20       A.      Yes.

21             MR. GERMAN:   You can answer.

22       A.      Yes.   My view was a view looking

23  at possibilities, for example, leaded gas,

24  pesticides, fill, etc., but in a very

25  general way, and comparing them to the mass

1    of contaminants that more than likely would

2    have been delivered from the smelter.

3    That's the approach I took.

4        **Q.    And there was no additional data**

5    **or information that you needed in order to**

6    **address that question as part of your**

7    **report; correct?**

8        A.    In my opinion, I didn't need any

9    other data.

10       **Q.    Okay.**

11           **Dr. Flowers, approximately what**

12   **are your billings to date on this case?**

13       A.    I saw this in some of the other

14   depositions.  I estimate roughly $70,000.

15       **Q.    And what's your hourly rate?**

16       A.    $350 an hour for general work

17   and $400 an hour for interrogation.

18           (Exhibit 544, curriculum vitae

19       of George C. Flowers, marked for

20       identification, as of this date.)

21       **Q.    I hand you a document that I've**

22   **marked as Exhibit 544.**

23           **Do you recognize that document?**

24       A.    Yes.  This is the CV that I

25   submit to clients for consulting work.

1    Q.    Do you have more than one CV?

2    A.    I have an academic CV, which

3  would have all the committees I'm on, all

4  the courses I teach, all the positions I've

5  held within the university, which are

6  mentioned on the front page here also, so

7  it's -- it would be all the grants, all the,

8  you know, the academic side of my life as

9  opposed to the consulting side of my life.

10    Q.    And so do you have more than two

11  CVs, you've got an academic --

12    A.    No.  I just have two.  I have an

13  academic and I have a consulting CV.

14    Q.    Okay.

15          And it's correct to say that

16  the -- well, let me ask another question

17  first.  Is Exhibit 544 an up-to-date version

18  of your consulting CV?

19    A.    Yes.

20    Q.    And it includes all the

21  employment that you had over the course of

22  your career?

23    A.    No.  Not all of it.  It goes

24  back about five years.  It says 2014 to

25  present.  Those are the cases that I've

1    testified in.

2         Q.     Oh, I'm sorry, I meant to say

3    your employment in terms of like not your

4    testifying experience, but --

5         A.     Okay.

6         Q.     -- but the jobs that you've held.

7         A.     But my jobs?  Most of my work is

8    in litigation.  Occasionally, a very minor

9    amount, I might be asked by an engineering

10   company to identify some strange thing in a

11   box of airplane engines like dust, but I

12   haven't had one of those cases -- too long

13   ago.  I'm trying to think, when's the last

14   time I had one of those.  I think an

15   engineering company asked me to identify

16   some materials -- they were doing a project

17   with the Japanese where they wanted to know

18   the amount of montmorillonite in soil

19   samples for foundations, and there were

20   competing methods, and so we did a trial

21   where we compared their method to a different

22   method and I gave them my results using the

23   different method and they went off and did

24   whatever the Japanese company decided to do

25   with it.

1    Q.      And what kind of methods were

2    those?  Were those chemical methods or --

3         A.      Well --

4         Q.      -- microscopy methods or --

5         A.      Well, there is a method called

6    the methylene blue method for determining

7    montmorillonite and then you can do an x-ray

8    defraction analysis of the clay and both

9    methods are semi-quantitative, and what you

10   want to do is correlate the mechanical

11   properties of the clay with the composition

12   of the clay, particularly the amount of

13   montmorillonite in it, and then they would

14   do amelioration, they would add, try to

15   stabilize the soil because the soil is in

16   this site what it is, so that's really what

17   they were trying to get at was try to get a

18   better -- higher strength soil in an area

19   that had really bad soil, so they had -- the

20   approach they took was to look at what was

21   the composition of the clay that they had

22   under -- at this site.

23        Q.      And is it correct to say that as

24   a general matter in geochemistry, source

25   identification like what you were just

1    talking about typically will focus on

2    identifying compositional features, that is,

3    what are the chemicals and compounds that

4    are present, morphological features, I mean,

5    what did the particles look like in terms of

6    their shape, and then the size of the

7    particles, aren't those three things that

8    typically are part of a source identification

9    in geochemistry?

10        A.    I wouldn't --

11              MR. GERMAN:  Objection.  You can

12        answer.

13        A.    I wouldn't say that they're

14    typical.  I would say it really depends on

15    the particular study what you're doing.

16        Q.    But in this particular study

17    that you did for the engineering company, at

18    least two of those components were a

19    significant part of it in terms of looking

20    at the morphology and the compositional

21    nature of the samples?

22        A.    We didn't look at morphology.

23    We looked at the mineralogy of the sample,

24    and that's the information that we delivered

25    to the company, the relative percent of each

1    constituent.

2         Q.    Well --

3         A.    We did not look at SEM work, we

4    did not do any of that.

5         Q.    Does x-ray defraction give you

6    information about morphology?

7         A.    No.  I would qualify that with

8    the exception that if you prepare the sample

9    poorly, the x-ray defraction will tell you

10   something about it, you know, for example,

11   you can take some of this rock and you grind

12   it, but you don't grind it well, you'll get

13   a mediocre x-ray defraction pattern.  On the

14   other hand, if you grind it thoroughly, you

15   will get an excellent x-ray defraction.  So

16   in that sense, indirectly it tells you

17   something, but it does not tell you anything

18   about the unaltered particle.

19        Q.    Okay.

20              Other than your consulting work,

21   your career has been spent in academia;

22   correct?

23        A.    Yes.

24        Q.    You got your advanced degree

25   training at California Berkeley; correct?

1   A.  Yes.

2   Q.  And then you spent the bulk of

3 your career in academia at Tulane in New

4 Orleans; correct?

5   A.  Yes.

6   Q.  Now, are you still a professor

7 at Tulane?

8   A.  Yes.

9   Q.  Okay.

10    Do you have an active class load?

11   A.  Yes.

12   Q.  Okay.

13    What did you teach this last

14 semester?

15   A.  I taught weather and climate and

16 petrology.

17   Q.  And what's petrology?

18   A.  Petrology is the study of rocks.

19   Q.  Okay.

20   A.  So we might -- I gave them a

21 piece of this to look at (indicating).

22   Q.  And you consider yourself an

23 expert in geochemistry; correct?

24   A.  Yes.

25   Q.  And you consider yourself an

1   **expert in geology; right?**

2   A.   Yes.

3   **Q.   Do you consider yourself an**

4   **expert in civil engineering?**

5   A.   I have a degree -- master's

6   degree in civil engineering, more focused on

7   soils and foundations rather than bridges,

8   say.

9   **Q.   Okay.**

10   A.   So I would say I'm a civil and

11   environmental engineer, more toward the

12   environmental side.

13   **Q.   And the focus of that engineering**

14   **expertise is on sort of the structures and**

15   **lithology of soils; is that right?**

16   A.   Yes.  But it's also, because

17   it's an engineering degree, it gets me an

18   entrée into any type of engineering report

19   or discussion or mechanism of -- because

20   engineers have a common curriculum at the

21   base and then they specialize in civil or

22   chemical or whatever, and so it allows me to

23   understand industrial processes, if they're

24   described clearly, to look at plans, but I

25   do not do any creation of plans, like no

1   design work.

2       Q.     You don't have a degree in

3   chemical engineering, do you?

4       A.     No.

5       Q.     And you have never worked in a

6   field where you either designed or operated

7   chemical processing units; correct?

8       A.     No.

9       Q.     And you don't have a degree in

10  mechanical engineering, do you?

11      A.     No.

12      Q.     And you never worked in a field

13  where you designed or operated mechanical

14  operating equipment like pumps and heat

15  exchangers and the like?

16      A.     No.

17      Q.     Are you an expert in

18  environmental freight and transport?

19      A.     Yes.

20      Q.     And when you talk about

21  environmental freight and transport, does

22  that include expertise in the dispersion and

23  deposition of air emissions?

24      A.     It -- like I was saying, the

25  engineering degree, I took courses, I teach

1    meteorology, I teach weather and climate, I

2    teach air pollution, I understand the

3    concepts surrounding those subjects, and

4    that allows me to read reports and understand

5    them, but I would not -- I'm not an air

6    modeler per se, but I can read an air

7    modeling report and understand it.

8        Q.    And you're also not an expert in

9    the creation and evaluation of air emission

10   estimates, are you?

11            MR. GERMAN:  Objection to form.

12       You can answer.

13       A.    Um, I'm not sure what you're

14   asking there.

15       Q.    Do you understand the concept of

16   an air emissions inventory?

17       A.    Yes.

18       Q.    You can't and you're not an

19   expert in the creation of an air emissions

20   inventory for an industrial process, are you?

21       A.    If we're talking in very general

22   terms where all the data is available, I'm

23   not an expert in that.  The problem in this

24   case is the data isn't available.

25       Q.    But the answer to my question is

1    is that's not something that you're an

2    expert in?

3         A.    I don't hold myself out as an

4    expert in doing that; no.

5         Q.    Did you look at Mr. Sullivan's

6    air emissions inventory in this case?

7         A.    I read his report.

8         Q.    Did you look at any of the

9    underlying data that formed his emissions

10   inventory?

11        A.    Most of the -- most of the air

12   models that I have seen rely on the EPA

13   estimates of emission rates, emission

14   factors for various industries as opposed to

15   direct measurements.  Since the plant in

16   this case doesn't exist anymore, such data,

17   particularly through the historical record,

18   is not available.

19             MR. SUTHERLAND:  Objection.

20        non responsive.

21        Q.    My question really was:  Did you

22   look at the basis for Mr. Sullivan's

23   emissions inventory in this case?

24        A.    Again, I'm not an air modeler.

25   I read his report and I can understand what

1  he said, but the details of how he generated

2  those figures, I'm not an expert in that.

3        **Q.     Did you do any due diligence on**

4  **the details that underlie his analysis?**

5              **MR. GERMAN:**  Objection.  You can

6        answer.

7        A.     Again, I'm not an air modeler.

8        **Q.     And so the answer to my question**

9  **is no, you didn't do any due diligence?**

10             **MR. GERMAN:**  Objection.

11       A.     No, the answer is I am not an

12 air modeler.

13       **Q.     Are you an expert in source**

14 **identification of minerals and chemicals in**

15 **soil?**

16       A.     Yes.

17       **Q.     And what, when you're doing that**

18 **kind of work, what are the tools that you**

19 **use to do it?**

20       A.     Well, if you're doing minerals,

21 you have to determine the mineralogy, and

22 I've written papers looking at heavy

23 minerals as an indicator of the source

24 regions of sedimentary rocks, so if you have

25 a course sand, there's a light fraction,

1    there's a heavy fraction.  The light

2    fraction is quartz, that doesn't help you,

3    the heavy fraction may be things like

4    tourmaline, staurolite, ilmenite, etc., and

5    by looking at that suite of heavy materials,

6    you can determine something oftentimes about

7    what the source is.  For example, in a young

8    sand that's only been eroded and weathered

9    once, the heavy mineral suite will have a

10   lot of unstable heavy minerals in it.

11   However, if it's a multi-cycle sand that's

12   been weathered several times and eroded

13   several times, the suite will only have the

14   most resistant heavy minerals in it.  So

15   I've done that type of work where I've

16   looked at mineral speciation and made

17   comments about source regions for

18   sedimentary rock units.

19        Q.    What analytical tools do you use

20   to separate out the various types of minerals?

21        A.    Heavy liquids, tetrabromomethane.

22        Q.    So it's a density test?

23        A.    Yes.  It's a density test.

24        Q.    Are you an expert in the

25   identification of the source of heavy metals

1    in soil?

2         A.    Yes.

3         Q.    And by heavy metals, I would

4    include lead.  You would agree that that's a

5    heavy metal?

6         A.    Sure.

7         Q.    What about arsenic?  Is arsenic

8    a heavy metal?

9         A.    Yes.

10        Q.    And so are you an expert in the

11   identification of lead and arsenic in metal,

12   the source of it?

13        A.    Yes.

14        Q.    And have you done that kind of

15   analysis in other cases before?

16        A.    Yes.

17        Q.    Did you do that kind of analysis

18   in the Patrick versus First Energy Generation

19   case?

20        A.    Let me see.  I don't see that

21   one on the list.  Who was the -- who was the

22   defendant?

23        Q.    First Energy Generation.  It

24   was --

25        A.    Was that Shipping Port?

1      **Q.     It was a power company in**
2   **Pennsylvania.**
3          A.     Yeah.  Shipping Port.  That case
4   was a fly ash case, deposition of fly ash
5   and gypsum on residential properties.  There
6   were upsets in the plant and it generated
7   white rain and black rain that deposited
8   material from the power plant on residential
9   properties.  So in that case, I looked at
10  the particles that were collected with white
11  samples and looked at them with the electron
12  microscope, documented that fly ash was
13  indeed on the properties, gypsum was indeed
14  on the properties, and pretty much that was
15  the extent of what my part of that case was.
16         **Q.     And in identifying the fly ash**
17  **particles, you used scanning electron**
18  **microscopy to identify the size of the**
19  **particles, for example; correct?**
20         A.     Size and chemistry.
21         **Q.     Yes.  So you looked at --**
22         A.     And morphology.
23         **Q.     Right.  So the big three things**
24  **that you looked at were are the size of the**
25  **particles consistent with the air emissions;**

1    correct?

2         A.    Yes.

3         Q.    Is the morphology of the

4    particle, the shape of the particle

5    consistent with the air emissions; correct?

6         A.    Yes.

7         Q.    And then you looked at what was

8    the chemical composition of the particle

9    consistent with what you would expect from a

10   coal fired power plant; correct?

11        A.    Yes.

12        Q.    And you also opined in that case

13   that those fly ash particles originating

14   from coal combustion contain arsenic; right?

15        A.    Yes.

16        Q.    And that arsenic was one of the

17   chemicals of concern with respect to potential

18   contamination of those properties; correct?

19        A.    Yes.

20        Q.    In looking at the source of

21   heavy metals and soil, have you ever used

22   metal ratios as a technique to evaluate the

23   source of the metal?

24        A.    Yes; but my experience is that

25   depending on the nature of the source, it

1    may be helpful, it may not be helpful.

2         Q.    Can you remember a case where

3    you did use metal ratios to identify the

4    source of heavy metals?

5         A.    I tend to shy away from ratios

6    because they're very difficult to do

7    statistics with, and I don't remember a case

8    where I considered them to be a definitive

9    answer.

10        Q.    And I didn't really ask if they

11   were a definitive answer, I just meant where

12   you may have used metal ratios as a line of

13   evidence in a number of other techniques.

14   Do you remember a case like that?

15        A.    No, I don't think I've ever used

16   ratios, but if you -- correct me if I'm wrong.

17        Q.    Okay.

18              You didn't use or evaluate metal

19   ratios in this case; correct?

20        A.    No.

21        Q.    In terms of evaluation of the

22   source of the lead and arsenic in soil, do

23   you use geostatistics?

24        A.    No.  I did include a diagram

25   that was geostatistical in nature, that

 1    would have been the contour map with the --

 2    in the AOC.

 3        **Q.    You would agree with me that**

 4    **geostatistics are sometimes used as a way to**

 5    **identify the source of heavy metals in soil;**

 6    **correct?**

 7        A.    Sometimes.

 8        **Q.    And those geostatistics can**

 9    **include things like, you know, are you**

10    **familiar with variograms?**

11        A.    Yeah.  Well, let me clarify

12    something.  The word geostatistics can have

13    two meanings.  One meaning is the application

14    of statistics to the geological sciences.

15    There's another form of definition of it,

16    which is the one you're talking about, where

17    you are using contouring as a mechanism for

18    estimate interpolation, and that's where

19    things like kriging, inverse distance come

20    into play, etc., and the variogram would be

21    part of kriging.

22        **Q.    Well, thank you for that because**

23    **I think that helps.  Let's talk about both**

24    **of those things then.**

25        A.    Okay.

1    Q.    So the broader category of just
2  statistics in this source analysis process,
3  you typically use that as part of the suite
4  of analytical tools in identifying the source
5  of lead and arsenic in soil; correct?
6    A.    Right.  I would apply statistics
7  through the chemical data.
8    Q.    And in this case, you did
9  exactly that with some Spearman correlation
10 coefficients; correct?
11   A.    Yes.
12   Q.    And there are a number of
13 statistical tools that can be used in a sort
14 of broad definition of what geostatistics
15 might mean; correct?
16   A.    Yes.
17   Q.    I mean, for example, you
18 mentioned that you prefer the use of
19 Spearman correlation coefficients to the
20 Pearson coefficient because we had a
21 non-normal sample distribution; correct?
22   A.    Right.
23   Q.    And you can also look at other
24 statistical methodologies like principal
25 component analysis; correct?

42

```
 1          A.     Yes.
 2          Q.     But you didn't do principal
 3   component analysis here --
 4          A.     No.
 5          Q.     -- right?
 6          A.     No.  It's kind of redundant with
 7   three variables.  You don't get a lot.
 8   Guess what?  The major effect's going to be
 9   copper, I can tell you right off the bat.
10   The other two are going to be second and
11   third --
12          Q.     Did you --
13          A.     -- in terms of eigenvalues.
14          Q.     Did you review any of the
15   principal component analysis done by other
16   experts in this case?
17          A.     No.
18          Q.     You haven't seen it?
19          A.     No.
20          Q.     Another thing that you can do is
21   you can do trend analyses like the Mann-Kendall
22   test; correct?
23          A.     Mann-Kendall, maybe I've got it
24   mixed up, but that seems to be a test that --
25   about normality.
```

1       Q.      That's your recollection as you

2  sit here, that that's --

3       A.      Right now.

4       Q.      -- a normality test?

5       A.      But I may be wrong about that.

6  Mann-Kendall doesn't seem like trend analysis.

7       Q.      Okay.  Well, you could use

8  statistical trend analysis.

9       A.      Oh, yeah, you could fit the data

10  and get a trend line and go to town on it.

11       Q.      But you didn't do that here;

12  right?

13       A.      No.  There's so much variability

14  in this data, that the fit would be mediocre

15  at best.

16       Q.      Okay.

17              And you can also do things like

18  other types of forensic chemistry like

19  looking at isotopes and other things like

20  that; correct?

21       A.      You could do that.

22       Q.      But you haven't done that here?

23       A.      No.

24       Q.      Are you an expert in environmental

25  site assessment for remediation purposes?

```
 1        A.    I am not a remediation expert,
 2   but I can take data and determine whether or
 3   not it is above screening levels and
 4   probably needs to be looked at by a licensed
 5   remediation specialist.
 6        Q.    But you wouldn't hold yourself
 7   out as an expert in setting those screening
 8   levels or clean-up levels; correct?
 9        A.    Those levels are set --
10   promulgated by regulatory agencies.  They're
11   already out there.
12        Q.    And you would defer to the
13   regulatory agencies as to the appropriate
14   clean-up level; correct?
15        A.    I would.  I would defer to them.
16   But they change their minds.
17        Q.    Fair enough.
18              You're not an expert in risk
19   assessment, are you?
20        A.    No.
21        Q.    And are you an expert in the New
22   Jersey environmental regulations?
23        A.    I have enough experience where I
24   can read those regulations, but I don't have
25   them memorized, I can't quote them to you,
```

1    etc.

2         **Q.    Are you rendering any opinions**

3    **regarding the adequacy of the lead clean-up**

4    **level that's established under New Jersey**

5    **regulation?**

6         A.    The one opinion that I am

7    advancing is simply an observation that

8    clean-up for lead levels are decreasing and

9    New Jersey has employed soil screening

10   levels less than 400, for example, 200.  If

11   you go to the West Coast, it might be 80.

12   So there's not unanimity about what the

13   magic level is to clean up lead in soils.

14        **Q.    But you're not rendering an**

15   **opinion and don't have an expertise to**

16   **render an opinion regarding the underlying**

17   **toxicology and scientific analysis that goes**

18   **into the debate about where those clean-up**

19   **levels ought to be?**

20        A.    No.

21        **Q.    That's not your --**

22        A.    I'm not a toxicologist.

23        **Q.    And so, for example, do you**

24   **understand that lead clean-up levels are**

25   **generally set by regulatory agencies and**

1    toxicologists based upon a model that's

2    known as the IEUBK model?

3         A.    Yes.

4         Q.    You're not an expert in what the

5    particular input parameters ought to be in

6    order to run the IEUBK model, are you?

7         A.    No.

8         Q.    I think you told me earlier that

9    the bulk of your consulting practice is in

10   litigation; correct?

11        A.    Yes.

12        Q.    And when you say litigation, are

13   you -- do you primarily mean that you're

14   functioning as a testifying expert like you

15   are here in this case today?

16        A.    Yes.

17        Q.    And is it correct to say that

18   the vast majority of your work as a

19   testifying expert has been testifying on

20   behalf of plaintiffs?

21        A.    Yes, that would be true.  I do

22   have one case that is for the defense, it's

23   a trip and fall case for the city of Kenner

24   that involves subsidence, and I work for the

25   defense.

```
1        Q.      In your report, you mention a
2   number of other smelters.  One of those
3   smelters is the smelter in West Virginia;
4   correct?
5        A.      Yes.
6        Q.      And were you a testifying expert
7   in litigation related to the Spelter smelter?
8        A.      Several times.
9        Q.      And what were the nature of your
10  opinions for that litigation?
11       A.      That the smelter had contaminated
12  the class area in the Perrine case.  The
13  other two cases I cannot talk about because
14  they've been sealed.
15       Q.      Okay.
16               The Spelter smelter was a zinc
17  smelter; right?
18       A.      Yes.
19       Q.      And that's a -- that's a
20  fundamentally different smelting process
21  than a copper smelting; correct?
22       A.      I would disagree with that.  I
23  think they both fall under extracted
24  metallurgy using a technique called
25  pyrometallurgy that involves reduction of
```

1    ore minerals to native metal.  So in that

2    sense, they're very similar chemically.

3    Different, cross out copper, put zinc.

4        **Q.    But the unit operations that you**

5    **go through --**

6        A.    Yes.  They're different.

7        **Q.    And --**

8        A.    But the chemical processes are

9    the same.

10       **Q.    And the feedstocks are**

11   **fundamentally different; right?**

12       A.    Sure.  One you're refining zinc,

13   you may be refining zinc as a green ore with

14   sulfur in it, or you may be refining zinc as

15   a calcine where the zinc is bound to oxygen

16   in the form of zincite and that eliminates a

17   step driving off the sulfur, which means

18   that you simply reduce the zinc oxide to

19   zinc metal at a temperature high enough

20   where it is a vapor, and then you condense

21   the zinc vapor to form slab zinc, which is

22   in German the word spelter.

23       **Q.    And none of those processes**

24   **occur in a copper smelter, do they?**

25       A.    No.

1      **Q.      The feedstock in a zinc smelter**

2   **will have different, I don't know if**

3   **contaminant is the right word, but unusable**

4   **materials than the feedstock to a copper**

5   **smelter; correct?**

6      A.      I wouldn't say different.  I

7   would say related.  In certain types of

8   deposits, which are called polymetallic

9   sulfide deposits, all kinds of sulfides can

10   occur together, but generally when you're

11   doing zinc you want to mine the highest tin

12   or ore that you can find, which is a zinc

13   deposit, usually lead zinc deposit, galena

14   sphalerite, and so -- but it also has a lot

15   of other minerals that are present in it

16   that are sulfides, arsenic sulfides, cadmium

17   sulfides, contaminants that occur.  So

18   between the two types, a copper and a zinc

19   smelter, the common denominators are lead

20   and zinc -- I mean, not lead and zinc, lead

21   and arsenic.  They occur in both types of

22   smelters.

23      **Q.      Does arsenic occur in appreciable**

24   **amounts in a secondary copper smelter?**

25      A.      Depends what you're feeding the

1    beast.

2        **Q.    Are you aware of any feedstock**

3    **for a secondary copper smelter that would**

4    **include appreciable amounts of arsenic?**

5        A.    Usually feedstock is not

6    analyzed.  There's no data.

7        **Q.    So you don't know?**

8        A.    There's no data.  I don't know.

9        **Q.    How long did the Spelter smelter**

10    **operate?**

11        A.    I think it opened in 1911 as a

12    primary smelter and then maybe '71 or ish it

13    transitioned to a secondary recycling zinc

14    smelter, made things like cadmium dust and,

15    you know, recycled zinc and like that, so

16    ultimately I think it closed down around --

17    totally around 2000.  So 1911 to 2000 in

18    various incarnations.  Is that what you say

19    in my report?  I have it in there.  We can

20    go to it and get dates if you'd like.

21        **Q.    You're welcome to consult it if**

22    **you need to.**

23        A.    Well, I'm just giving you off

24    the top of my head.  It's probably the same

25    general period of time that the Carteret

```
 1   smelter was operating.  You know, not all of
 2   them started in the 20th century.  Some of
 3   the -- some of the zinc smelters are even
 4   older than that, the late 19th century.
 5       Q.     How many smokestacks did the
 6   smelters in the Spelter smelter have?
 7       A.     Let's see.  Well, again, in
 8   various incarnations, things changed over
 9   the years, I remember one or two major stacks.
10       Q.     How tall were they?
11       A.     I don't remember how tall they
12   were.
13       Q.     Did you do any comparison
14   between the location of the West Virginia
15   zinc smelter and Carteret in terms of
16   whether the weather patterns were similar?
17       A.     No.  The situation is such that
18   it really wasn't part of my charge.
19       Q.     Okay.
20              How -- what was -- what was the
21   production out of the zinc smelter in Spelter?
22       A.     At one time, it was -- when it
23   transitioned to a vertical retort from
24   horizontal retort, manually charged retorts
25   to a vertical retort, it was the largest in
```

1    the country at one time.

2        Q.    And do you know how that compares

3    to the production rate of the primary smelting

4    that took place in Carteret?

5        A.    No.  I didn't compare those two.

6        Q.    That wasn't part of your charge?

7        A.    No.  I didn't compare those two.

8    The reason I -- I -- my purpose in bringing

9    up Spelter and the Rustin was to bring up

10   two pyrometallurgical smelters.  Not all

11   smelters use fire to extract metal.  Some

12   use electrochemistry to extract metal.  And

13   of the different families of smelters you

14   have, the ones that produce the most pollution

15   are the pyrometallurgical smelters.

16       Q.    Did you compare the arsenic

17   content of the feedstock to the -- of the

18   smelter, zinc smelter, to the arsenic

19   content of the feedstock in the Carteret

20   smelter when it ran as a primary copper

21   smelter?

22       A.    The only indication in Spelter

23   that there was some idea what was in the

24   feedstock was looking at what was called the

25   pile.  The pile was slag.  And when you

```
 1    analyzed the slag, you found that in the
 2    slag, which was one component of the waste,
 3    there's all kinds of -- there's fugitives,
 4    there's stack emissions, there's all kinds
 5    of stuff that goes on, runoff, erosion,
 6    etc., but when you looked at that, arsenic
 7    was a major contaminant of the feedstock.
 8         Q.    Did you compare that data point
 9    to any data point in Carteret?
10         A.    I didn't find any data on what
11    the composition of the slag was, you know,
12    in Spelter, the characterization was very,
13    very thorough, thousands of samples, and I
14    felt it was fairly reliable.  I found nothing
15    on that order of magnitude for Carteret.
16         Q.    Did you ask for that information
17    for Carteret?
18         A.    I looked at the sampling
19    locations, the map of sampling locations
20    onsite, and I could tell by looking at it
21    that it wasn't anywhere near the density of
22    sampling, I wouldn't think, and it was a
23    little bit different kind of sampling.  It
24    was a composite of all the contamination
25    that was on the site.  So it would have
```

```
 1    included fugitives, it would have included
 2    stack emissions, it would have included
 3    slag, it would have -- anything that would
 4    have come down or been moved into or thrown
 5    out the door from the smelter.  The Spelter
 6    smelter, they basically ran the charge
 7    through the smelter, zinc was pulled off as
 8    product and then this flaming mass of
 9    whatever was left was put into a little
10    small mining railroad car, was wheeled out
11    and then dumped on the ground, and they
12    operated that way.  So there was this huge
13    pile of spelter waste that could be sampled
14    and analyzed.
15        Q.    And as far as you know, the
16    facility in Carteret didn't have a unit
17    operation similar to that in its copper
18    smelting process; correct?
19        A.    Well, they would have had to
20    clean out the cupola, for example, somehow.
21        Q.    But as far as you know, they
22    don't have -- they didn't have anything like
23    what was happening at Spelter?
24        A.    I would not say they're one for
25    one exactly the same.  They're different --
```

1   there are differences between spelter sites.

2       Q.      And in terms of evaluation of

3   the loadings of arsenic and lead and the

4   other contaminants of concern, you didn't do

5   any sort of quantitative evaluation to

6   compare Spelter to Carteret; correct?

7       A.      No.  My purpose for including

8   Spelter was demonstrative, that contamination

9   is observed with pyrometallurgical smelters

10  and that that creates a plume and the plume

11  is significant in its geographic extent.

12      Q.      The other smelting facility that

13  you refer to in your report is the Asarco

14  smelter in Rustin; correct?

15      A.      Yes.

16      Q.      And is your sort of purpose in

17  including that report the same as what you

18  just described for Spelter?

19      A.      Yes; but it's closer to the

20  Carteret smelter because it's a copper

21  smelter.  It didn't start out that way.  It

22  started out as a lead one and then they

23  changed the feedstock to a copper feedstock.

24  Even at one time they produced arsenic.  You

25  know, most of these, they diversify over

1      time producing different kinds of materials.

2          Q.      And the reason or part of the

3      reason why the Rustin smelter produced

4      arsenic was because it had a very high

5      arsenic content in its feedstock; correct?

6          A.      If they produced arsenic as a

7      product, one would say that that was probably

8      correct.

9          Q.      And did you compare the arsenic

10     content of the feedstock in Rustin to the

11     arsenic content in the feedstock when

12     Carteret ran as a primary copper smelter?

13         A.      No.  Again, my purpose in

14     including those two was more to get the

15     point across, that pyrometallurgical

16     smelters create large geographic plumes of

17     heavy metal contamination.

18         Q.      Did you compare how long the

19     Tacoma smelter or how long the Rustin

20     smelter operated as a primary copper smelter

21     versus how long the USMR smelter operated?

22         A.      They're generally, you know,

23     like I said, it started off as lead and then

24     it transitioned to copper and it remained

25     copper all the way through it when it closed,

1    it closed in the 1980s, it began in the early

2    1900s.  It's in here.  So they overlapped.

3        Q.    So is it your testimony that the

4    Rustin copper smelter operated as a primary

5    copper smelter for a similar period to the

6    period that the Carteret USMR facility also

7    operated as a primary copper smelter?

8        A.    I wouldn't say that.  I would

9    say that their operation was primarily as a

10   copper smelter during their history, and

11   their histories overlapped.

12       Q.    Okay.

13            Did you do any kind of

14   quantitative comparison in terms of the

15   total production in terms of the amount of

16   production from Rustin versus the amount of

17   production --

18       A.    No, I didn't.

19       Q.    Did you do any comparison

20   between how many stacks and how tall the

21   stacks were comparing Rustin to the USMR

22   facility?

23       A.    I did make one note that the

24   Rustin stack was at one time the highest in

25   the world, over 500 feet, but other than

1    that, no.

2         Q.      Did you make any comparison

3    between the meteorology around the Rustin

4    smelter as compared to the meteorology

5    around the USMR facility?

6         A.      No.  Again, my purpose was to

7    document the fact that smelters create large

8    heavy metal anomalies everywhere.

9         Q.      Other than Rustin and Spelter,

10   did you look at any other particular smelters?

11        A.      Not in this paper, but I've

12   worked on a number of other smelters.

13        Q.      Which ones?

14        A.      I've worked on the Blackwell

15   smelter in Blackwell, Oklahoma.  Did you

16   depose me in that one?

17        Q.      I did.  I did.

18               And so, Dr. Flowers, what did

19   you do in the Blackwell smelter?

20        A.      Well, there are two components

21   to the Blackwell, there were two cases, both

22   of them involved Kay County, Oklahoma.  The

23   first one was soil sampling, and what I was

24   doing was sampling the right-of-way because

25   the county was concerned that workmen for

```
1    the city would be exposed if they dug and
2    got dirty and etc. because the soils were
3    contaminated, and in that one I sampled the
4    city, the right-of-ways, and then I found
5    out what background was in the same general
6    area, and that was settled, as far as I
7    knew.  The second case involved the disposal
8    of retort fragments.  The smelter provided
9    both to the city and individuals retort
10   fragments, so these retorts, as you know,
11   are clay vessels, and they were manually
12   charged with reductant, which is usually
13   coke or something like that plus the ore,
14   and then they're heated and the zinc is
15   tapped off manually and poured into a mold,
16   etc., but they have a finite lifetime because
17   they're ceramic vessels, and so when
18   they're -- they develop cracks, sometimes
19   they even exploded periodically, that must
20   have been spectacular, they would have to
21   dispose of them and they had a pottery shop,
22   they made new ones and recycled them.
23   Meanwhile, they're collecting a whole bunch
24   of shards, if you will, rather big shards of
25   pottery lined with smelter waste, and they
```

```
1    gave them to the city and other people and

2    they got dispersed throughout Kay County.

3    They were used as road metal, you can find

4    them alongside of the road, you can find

5    them in around, say, drainage pipes, I found

6    them there, you can find them in creeks,

7    sometimes in large accumulations, and there

8    was a dispute on whether or not they were a

9    nuisance and whether or not they needed to

10   be cleaned up.

11        Q.    And it's correct to say that

12   both of the projects that you worked on on

13   Blackwell, you didn't evaluate the historical

14   impact from air emissions from that facility;

15   correct?

16        A.    I looked at the end result,

17   which would be what was in the soils.

18        Q.    Well, if I understood the

19   testimony that you just gave in a relatively

20   long answer, mainly you were looking at the

21   waste materials like the broken retorts;

22   correct?

23        A.    Well, there are two cases.

24   Which case are you talking about?

25        Q.    So was there a case where you
```

 1   evaluated soils for --

 2       A.    Yes.

 3       Q.    -- historical --

 4       A.    That was the first case I

 5   described.

 6       Q.    Okay.

 7       A.    The second one was the retort

 8   case.

 9       Q.    And where -- the first case that

10   you described was exposure of Kay County

11   workers on the road; is that right?

12       A.    That's the way it was presented

13   to me.  The county was concerned that there

14   was an added risk and exposing people

15   working along the right-of-way, telephone,

16   plumbing, drainage, whatever, if they didn't

17   know what was in the soil, they might be

18   accidentally exposed.

19       Q.    And it's your testimony that as

20   part of that work, you evaluated potential

21   lead and arsenic contributions to the soil

22   from historical air emissions?

23       A.    Yes.  And I also determined

24   background levels for that area.

25                 (Exhibit 545, report entitled

```
1            Chemical Stability of Blackwell Zinc

2            Smelter Waste in Kay County Oklahoma by

3            George C. Flowers, Ph.D., May 21, 2013,

4            marked for identification, as of this

5            date.)

6       Q.    I show you a document that I've

7   marked as Exhibit 545.

8              Can you identify Exhibit 545 for

9   the record?

10      A.    It's entitled Chemical Stability

11  of Blackwell Zinc Smelter Waste in Kay County,

12  Oklahoma by George C. Flowers, May 21, 2013.

13      Q.    And is Exhibit 545 the expert

14  report for the work that you've been

15  describing related to exposure of workers on

16  Kay County roads?

17      A.    Nope.

18      Q.    This is the second case?

19      A.    This is the second case.

20      Q.    Did you prepare a report in

21  connection with the first case?

22      A.    No.

23      Q.    Did you do any sort of

24  quantitative comparison between the

25  operation of the -- historical operation of
```

1    the Blackwell smelter and the USMR smelter

2    as part of this case?

3         A.    No.

4         Q.    So the purpose in, you know,

5    sort of mentioning the Blackwell situation

6    in your report here was similar to --

7         A.    I didn't --

8         Q.    -- or I don't even know, did

9    you --

10        A.    I didn't mention it.

11        Q.    You didn't mention it.  Okay.

12   All right.

13              Other than the Blackwell smelter,

14   any other smelters that you worked on?

15              MR. GERMAN:  Objection to form.

16        You can answer.

17        A.    I currently am involved in a

18   project at the attorney work product stage.

19        Q.    Okay.

20              And so that's not something

21   that -- you're still covered by privilege --

22        A.    Yes.

23        Q.    -- is that right?

24        A.    Yes.

25        Q.    All right.

1          **Anything else other than that**
2  **project?**
3          A.    No.
4          **Q.    Okay.**
5          **Have you ever evaluated lead**
6  **paint as an alternate source of lead -- for**
7  **lead concentrations in soil other than this**
8  **case?**
9          **MR. GERMAN:**  Objection to form.
10      You can answer.
11      A.    I -- I don't remember any where
12  it really was an issue, so -- I was asked to
13  do it in this case.
14      **Q.    So as you sit here today, your**
15  **best recollection is that this is the first**
16  **time you've tried to look at lead paint as a**
17  **possible source for lead in soils?**
18      A.    I mean, it's always --
19          **MR. GERMAN:**  Objection to form.
20      You can answer.
21      A.    It's always out there as a
22  possibility, but, in my opinion, compared to
23  a smelter which produces 70,000 tons of
24  copper from a -- what may be a low-grade
25  concentrate, there's a tremendous amount of

```
1    waste, tons, produced by the process, and it
2    far outstrips lead paint as a source.
3                  MR. SUTHERLAND:  Objection.
4         non responsive.
5         Q.    My question really was:  As you
6    sit here today, you cannot remember another
7    project other than this one where you've
8    done a forensic evaluation to determine
9    whether lead-based paint accounted for all
10   or part of the lead present in soil?
11                 MR. GERMAN:  Objection to form.
12        You can answer.
13        A.    That's correct.
14        Q.    Have you had a project where you
15   worked with the New Jersey Department of
16   Environmental Protection?
17        A.    Yes.
18        Q.    When was the last time you had a
19   project where you were working directly with
20   the New Jersey Department of Environmental
21   Protection?
22        A.    Well, it depends what you mean
23   by work with.  I've been in projects --
24   because I've worked in New Jersey on several
25   different cases, I've had to interact with
```

```
 1   NJ DEP and we've had meetings with them, so
 2   I would -- but I wouldn't call it work with
 3   except in the meeting we talked about
 4   things, and like that; yeah.
 5       Q.    When was the last --
 6       A.    But not being hired by them to
 7   do a project or anything.
 8       Q.    When was the last time you had a
 9   meeting with NJ DEP?
10       A.    Probably it was -- oh, geez --
11   more than ten years ago.
12       Q.    Do you remember the project?
13       A.    It was the Honeywell site in
14   Elizabeth, I think it's Elizabeth; yeah.
15       Q.    And what was --
16       A.    On the Hoboken.
17       Q.    And what were the contaminants
18   of concern there?
19       A.    Hexavalent chromium.
20       Q.    And what was the purpose of the
21   meeting with the NJ DEP?
22       A.    We were talking over different
23   analytical methods for detecting hexavalent
24   chromium in soils.
25       Q.    And what were the analytical
```

1  methods that were under discussion?

2      A.     Well, you know, they're -- EPA

3  has promulgated probably three different

4  methods.  One is alkaline extraction followed

5  by a colorimetric test, the other one

6  essentially is an alkaline extraction

7  followed by a clean-up that removes

8  interfering organics, and then colorimetric

9  determination, and the final one would have

10  been an isotopic analysis.  Chromium has a

11  number of different isotopes.  That's

12  extremely complicated, and we were talking

13  about whether or not it was -- that's one

14  thing we talked about, whether or not it was

15  worth it to go there for a large site that

16  was being remediated like the Honeywell

17  site.

18      Q.     And was one of the purposes for

19  those analytical to do forensic evaluation

20  of where that hexavalent chromium came from?

21      A.     No.  It was all said and done,

22  it had been litigated all the way out.

23      Q.     So it was just --

24      A.     The remedy was in place and they

25  were executing.

1        Q.      Okay.

2        A.      And so they wanted to evaluate

3    the remedy in terms of finding a clean edge.

4        Q.      Have you talked with anybody

5    with New Jersey Department of Environmental

6    Protection in connection with this case?

7        A.      No.

8        Q.      You have rendered opinions in

9    the past regarding background concentrations;

10   correct?

11       A.      Yes.

12       Q.      Are you rendering any opinions

13   regarding background in this case?

14       A.      Yes.  I give a table where I --

15   and we can refer to it, it's the first

16   table, where I kind of looked around and saw

17   what people were proposing and thought about

18   them and did an evaluation in my mind about

19   them.

20       Q.      So are you rendering an opinion

21   regarding the quantitative, this is what

22   background is for lead, for example, in this

23   case?

24            MR. GERMAN:  Objection to form.

25       A.      Yes.  In my opinion, the natural

1    background, which is perhaps the most relevant,

2    is less than 20, the arsenic is again less

3    than 20 for sure, probably less than 10, and

4    copper is 20, 30, 40, something like that.

5    Those are the natural background levels.

6        **Q.    And are you rendering an opinion**

7    **regarding the background levels in the**

8    **proposed class area where background is not**

9    **only natural background, but also non-site**

10   **related anthropogenic background?**

11       A.    Well, I think that trying to do

12   that in the vicinity of a smelter is wrong.

13   The reason is that the general guidance is

14   to stay away from hazardous waste facilities

15   when you're doing your sampling to try to

16   get background, and so if you use data from

17   the site area, the class area, for example,

18   and try to get a background number, there's

19   no way you'll screen out the effect of the

20   smelter.

21       **Q.    All right.  Why don't we take a**

22   **break.  We gotta change the video anyway.**

23           **THE VIDEOGRAPHER:**  All right.

24   We will go off the record at 10:08

25   ending media 1.

```
 1              (Whereupon, a brief recess was
 2       taken.)
 3              THE VIDEOGRAPHER:  We are back
 4       on the record at 10:12.  This is media 2
 5       in the deposition of Dr. Flowers.
 6  CONTINUED BY MR. SUTHERLAND:
 7       Q.     All right.  I'm going to direct
 8  you to your report, Dr. Flowers, Exhibit
 9  543, and if you could look at page 12 for
10  me, please.
11       A.     Okay.
12       Q.     And there at the bottom of the
13  page there's an underlined italicized
14  section that starts with Background Soil
15  Loading and Soil Spinning Levels.
16              Do you see that?
17       A.     Yes.
18       Q.     And the first sentence states,
19  and this is your statement, generally
20  industry is not required to clean up below
21  the background levels of soil constituents.
22              Did I read that correctly?
23       A.     Yes.
24       Q.     And that's generally consistent
25  with your experience; correct?
```

1        A.      Yes.   Natural background more

2    specifically.

3        Q.      **But it doesn't say natural**

4    **background.  It says industry --**

5        A.      But that's what they say.

6        Q.      **They say natural background?**

7        A.      Yes.

8        Q.      **That's your experience?**

9        A.      Yes.

10        Q.      **Even --**

11        A.      It's in the deposition -- one of

12    the depositions.

13        Q.      **Even if it's in non-site-**

14    **related -- if the contamination comes from**

15    **non-site related sources?**

16            **MR. GERMAN:**  Objection to form.

17        You can answer.

18        A.      Well, if you look at in the

19    deposition, there is a quote, I think it's

20    Dr. Singh, that says natural background is --

21    absolutely we don't clean below that,

22    anything else is subject to all of these

23    different processes, regulatory processes,

24    litigation, etc.

25        Q.      **Is it your testimony that you**

1    know from your own, you know, expertise that

2    that's the rule that gets applied in New

3    Jersey?

4            MR. GERMAN:  Objection to form.

5        You can answer.

6        A.    Again, I'm pretty sure they do

7    not require you to clean below background,

8    natural background.

9        Q.    Did they require you to clean

10   below background that includes non-site-

11   related anthropogenic entities?

12       A.    They might.

13       Q.    You don't know whether --

14       A.    If you can -- if you can

15   demonstrate, you know, that -- convince --

16   if you can't convince them that it is an

17   anthropogenic background, they might make

18   you clean it up.

19       Q.    Well, do you know if the State

20   of New Jersey has established background

21   levels that include both natural background

22   and general area sources of anthropogenic

23   impacts?

24            MR. GERMAN:  Objection.  You can

25       answer.

1     A.     There are a number of papers

2  where clearly there's some anthropogenic

3  data mixed in with more natural background

4  numbers, so they have a marble cake answer.

5     **Q.     And do you know whether or not**

6  **the statutory definition under New Jersey of**

7  **the natural background level includes**

8  **influences of non-site related anthropogenic**

9  **entities?**

10    A.     Not if it's natural.

11    **Q.     Do you know what the statute says?**

12    A.     It says natural background, and

13 to me my interpretation of natural background

14 is, is that it would be the amount that's

15 present due to the weathering of the

16 underlying bedrock in the absence of any of

17 man's anthropogenic inputs, so that's the

18 natural background.

19          (Exhibit 546, study entitled

20     Ambient Levels of Metals in New Jersey

21     Soils by Paul F. Sanders, Ph.D.,

22     bearing Bates Nos.

23     NEWFIELDS_CNJ00008751-8756, marked for

24     identification, as of this date.)

25    **Q.     Okay.  Well, I'm going to hand**

1    you a document that I've marked as Exhibit 546.

2        A.    Okay.  Oh, this guy.

3        Q.    Have you seen Exhibit 546 before?

4        A.    I have.

5        Q.    And Exhibit 546 is a study of

6    the Ambient Levels of Metals in New Jersey

7    Soils by Paul F. Sanders; correct?

8        A.    Yes.

9        Q.    And Paul F. Sanders is an

10   employee of the Department of Environmental

11   Protection; correct?

12       A.    That's correct.

13       Q.    And if you look under the

14   introduction, you see it states there

15   current New Jersey law requires that the

16   NJDEP determine background levels of

17   contaminants in soils and that remediation

18   of contaminated areas shall not be required

19   below regional natural background levels for

20   any particular contaminant; correct?

21       A.    Right.

22       Q.    And then the next sentence goes

23   on to state:  Natural background level is

24   further defined as the concentration of a

25   contaminant consistently present in the

```
1    environment of the region of the site and

2    which has not been influenced by localized

3    human activities.

4                Do you see that?

5         A.    Yes.

6         Q.    And then the next sentence goes

7    on and states:  Therefore, naturally

8    occurring constituents in soil and those

9    resulting from regional deposition are

10   included, but not those from point

11   contamination sources.

12               Do you see that?

13        A.    I see that, but I see those two

14   sentences as contradicting each other.

15        Q.    Well, but you would agree with

16   me that Mr. Sanders as an employee of the

17   Department of Environmental Protection

18   published this article and says that in --

19   and states that under New Jersey statute,

20   that anthropogenic activities resulting from

21   regional deposition are included in background;

22   right?

23               MR. GERMAN:  Objection.

24        A.    You would have to show me the

25   statute.
```

1        Q.      You can agree with me that's

2    what this paper says?

3        A.      That's what it says, but show me

4    the statute.

5        Q.      Okay.

6                Do you know if the background

7    numbers that are reported in Exhibit 546

8    include regional anthropogenic impacts for

9    lead?

10       A.      Absolutely.

11       Q.      And you cited for your

12   background table the BEM systems study that

13   was done in 1970; correct?

14       A.      Right.

15       Q.      And I assume that since you

16   cited it in your paper, you believe it was a

17   well done study?

18       A.      I thought it was a well done

19   study in the sense that they made an effort,

20   a good faith effort to try to figure out

21   what the natural background was in a state

22   where it's quite a challenge to figure out

23   what natural background is.  New Jersey's

24   heavily industrialized and particularly in

25   this area, the urban Piedmont area, there

1    are numerous hazardous waste sites, numerous

2    emitters, and it's a real challenge to try

3    to keep those out of a data set trying to

4    figure out what natural background is.

5        **Q.    Do you know how they chose their**

6    **sample sites for the 1997 urban Piedmont**

7    **study?**

8        A.    Yeah.  I think they looked at a

9    variety of different land use types.  They

10   tried to stay away from point sources where

11   they could identify them.  But when you're

12   taking a soil sample, you don't know for

13   sure what has happened, where that soil

14   sample has happened.  You only know after

15   the fact, after you've analyzed it.

16       **Q.    What type of properties did they**

17   **sample?**

18       A.    They sampled urban, suburban,

19   farm, agricultural.  For example, they

20   stayed away from a golf course because they

21   put a lot of chemicals on a golf course to

22   maintain the turf.  They looked at a variety

23   of different ones.  I thought they did a

24   reasonable approach to a difficult problem

25   in New Jersey.

1     **Q.     So it's your testimony that the**
2  **1997 study for the urban Piedmont sampled**
3  **farms?**
4     A.     Well, I don't know whether they
5  actually sampled farms.  They -- you know,
6  I'd have to review it.  They might have, you
7  know, they sampled a variety of different
8  land use types.
9     **Q.     And so it's your testimony that**
10 **the 1997 study included rural samples?**
11    A.     Yes.  See, if you sampled up in
12 the industrial corridor, your background
13 would be blown off of the face of the earth.
14 If you sampled just in the farms -- not
15 farms, but rural areas, you would get a
16 better estimate of what would be derived
17 from the rocks that are in this area.
18    **Q.     Did you evaluate the individual**
19 **data points that were reported from the 1997**
20 **BEM study cited in your report?**
21    A.     Not one by one.  I looked at
22 some of them and noticed that this cannot be
23 a background number.
24    **Q.     You discussed in your report the**
25 **upper confidence limit of the data that was**

```
 1    reported in the 1997 BEM study; correct?
 2         A.    Yes.
 3         Q.    Isn't it correct that the
 4    regulatory agencies when they're looking
 5    at background, they don't use the upper
 6    confidence limit, they use the upper
 7    tolerance limit; correct?
 8         A.    Not necessarily.  I've seen it
 9    both ways.
10         Q.    Have you seen what New Jersey
11    does?
12         A.    New Jersey probably does it with
13    an upper tolerance limit.  West Virginia
14    does it with an upper tolerance limit.  My
15    problem with an upper tolerance limit is
16    that unless you know exactly the shapes of
17    the distributions between contaminated and
18    pristine or natural, whatever word you want
19    to use, you don't know the degree of overlap
20    between the two.  So if you use a low
21    probability estimator, which is the 95th
22    percentile, the odds of you being right are
23    not very large because it's not a very
24    probable answer, and there can be significant
25    overlap of contamination way down below it,
```

1    so the mean is a more probable answer, and

2    to give some error, you use the upper

3    confidence limit of the mean, I think that's

4    a better measure of characterizing the

5    population.   In fact, the mean is the best

6    estimator of the population.

7        Q.    Well, Dr. Flowers, it's correct

8    to say that even if we're looking at natural

9    background the way that you defined it, not

10   the way New Jersey has defined it, that the

11   background concentrations are distribution;

12   correct?

13            MR. GERMAN:   Objection to form.

14       You can answer.

15       A.    Sure.

16       Q.    And that distribution may be a

17   normal distribution or it may be log-normal

18   or it may have no statistical character at

19   all; correct?

20       A.    It has some statistical character,

21   whether you can describe it or not with an

22   equation.

23       Q.    But notwithstanding whatever

24   that distribution happens to be, if you're

25   looking at the mean, then some percentage of

1    **the natural background samples that you got**

2    **are going to be greater than that value, just**

3    **by definition; right?**

4        A.    Sure.

5        **Q.    And so if you establish a**

6    **clean-up level based upon the mean, then you**

7    **are making a decision that you're going to**

8    **be cleaning up some concentrations that are**

9    **close to that clean-up level that very**

10   **likely may be natural background; right?**

11       A.    It's a possibility.  However,

12   you know, when we're talking about clean-up,

13   it depends on your philosophy.  Is your

14   philosophy to err on the side of caution or

15   is it to err on the side of just leaving

16   contamination in place.

17       **Q.    And what -- I mean, what we're**

18   **really talking about here is that your**

19   **philosophy using the mean or the upper**

20   **confidence limit is different from those**

21   **regulatory agencies that choose to use the**

22   **upper tolerance limit; correct?**

23           **MR. GERMAN:**  Objection to form,

24       foundation.  You can answer.

25       A.    Yes, it is.  So to turn your

```
 1    statement around, you could leave

 2    contamination in place with the approach

 3    that you're advocating, and we don't know

 4    what impact that might have on a human

 5    population.  I would prefer to be more

 6    conservative relative to the human population

 7    rather than the responsible party.

 8              MR. SUTHERLAND:  Objection.

 9        non responsive to the last point.

10        Q.    Dr. Flowers, have you spoken

11    with Mike McNally?

12        A.    No, I haven't.

13        Q.    Do you know who he is?

14        A.    Yes.  He's the licensed

15    remediation guy.

16        Q.    Yes.  LSRP?

17        A.    Yeah.

18        Q.    I don't know what it stands for

19    either.

20              Did you read Mr. McNally's

21    deposition?

22        A.    Yes, I did, a while back.

23        Q.    Before you issued your report,

24    that is, the May 6 report, had you looked at

25    any of the other plaintiff's expert reports?
```

1     A.    No.

2     **Q.    Had you spoken to any of them?**

3     A.    Which date are you talking

4 about?  May 10?

5     **Q.    The first one, May 6.**

6     A.    The first one?

7     **Q.    Yes.**

8     A.    Yes.  There probably was a

9 conference call with the attorneys where we

10 talked about what we found to some degree,

11 but not extensively, but by then I had

12 written my report, so they didn't -- I

13 didn't rely on them and I'm -- in reading

14 their reports, they didn't rely on me except

15 to say, Dr. Flowers, you know, like I did, a

16 courtesy citation.

17     **Q.    Okay.**

18          **And before you issued your**

19 **June 10 revised version, had you read the**

20 **depositions of Singh and Blum and Rosenfeld**

21 **and Sullivan?**

22     A.    Let's see.  The 10th would have

23 been last Monday.  I would have read some of

24 them.  I don't remember which ones I would

25 have read.

```
 1        Q.      Okay.

 2        A.      Anything -- say they came in,

 3   and as they came in, I read them.

 4        Q.      But you're not relying on any of

 5   that deposition testimony --

 6        A.      No.

 7        Q.      -- in connection with your

 8   report?

 9        A.      No, I'm not.

10        Q.      Did you read Mr. Bruner's

11   deposition?

12        A.      A long time ago, it seems like;

13   yes.

14        Q.      Did you read Mr. Finn's

15   deposition?

16        A.      Yes.  A long time ago.

17        Q.      And did you read Lisa Szegedi's

18   deposition?

19        A.      I don't remember that one.

20        Q.      Okay.

21        A.      Who is she?

22        Q.      She was the remediation -- the

23   principal person at Arcadis overseeing the

24   remediation.

25        A.      I probably saw the name, but
```

1    never talked to her.

2         Q.    **Okay.**

3         A.    Or never read anything except a

4    report.  If she wrote the Arcadis report, I

5    might have read it.

6         Q.    **And her -- just to be fair to**

7    **you, her deposition transcript doesn't**

8    **appear in your materials that you --**

9         A.    Okay.

10        Q.    **Did you read Jeff Kurtz's**

11   **deposition?**

12        A.    Who is he?

13        Q.    **You actually cite him in your**

14   **report on page 24.**

15        A.    Let me see.  Maybe that will

16   help me.

17        Q.    **It's under -- the first section**

18   **under Other Possibilities.**

19        A.    Jeff Kurtz?

20        Q.    **Yes.**

21        A.    Yeah, I did read that one.

22        Q.    **And if you look at your quote**

23   **there from Dr. Kurtz's deposition, he talks**

24   **about his presentation to the LSRP.  It's in**

25   **the italicized section of the report.**

```
 1        A.      Yeah.  What page was that on?
 2        Q.      24.
 3                (Witness reviewing document.)
 4        A.      I don't know what the hell
 5   this -- this means.
 6        Q.      Okay.
 7        A.      I don't think any of that can be
 8   proved.
 9        Q.      Yeah, well, my question is
10   really more focused than that, and that is
11   you cite -- in the citation that you pulled
12   out of his deposition --
13        A.      Right.
14        Q.      -- he references a presentation
15   that was made to the LSRP.
16                Do you see that?
17        A.      Yes.
18        Q.      Did you see that presentation?
19        A.      No.
20        Q.      Did you ask for it?
21        A.      No.  I don't think so.
22        Q.      Did you get the exhibits to
23   Dr. Kurtz's deposition?
24        A.      I don't think I looked at them;
25   no.
```

1       Q.      So that wasn't in your mind
2   necessary to render the opinions that you
3   rendered in Exhibit 543?
4               MR. GERMAN:  Objection.
5       A.      I don't --
6               MR. GERMAN:  You can answer.
7       A.      No, I don't -- for the opinions
8   in my report, absolutely not.
9       Q.      Okay.
10      A.      To quote this, you know, this
11  was more a lead-in to the subsequent
12  discussion of, you know, alternate sources.
13  Up to that time, this is the list.  I expect
14  the list will get longer.
15      Q.      Well, you recall, Dr. Flowers,
16  that from Dr. Kurtz's deposition that one of
17  the things that he discussed extensively in
18  his deposition is the various lines of
19  evidence that support the presence of other
20  sources of -- particularly of lead.
21              Do you recall that?
22      A.      I would change your wording.
23  That support the hypothesis of other
24  sources.  The presence implies a fact.  I
25  don't think, you know, significant other

88

```
 1    sources have been proved.
 2         Q.    Okay.
 3               But you understand that that was
 4    one of the major topics of Dr. Kurtz's
 5    deposition; right?
 6         A.    I think he looked at those
 7    things; yeah.
 8         Q.    And it wasn't important to you
 9    in evaluating the scientific validity of
10    Dr. Kurtz's points to look at the primary
11    presentation where he put together his
12    support for that?
13               MR. GERMAN:  Objection to form.
14         And I would ask that you put the
15         document in front of him so out of the
16         universe of documents in the case he
17         could see whether he looked at it or
18         not instead of asking him off of memory
19         whether out of the tens of thousands of
20         documents in this case, he saw
21         something.
22         Q.    You can answer the question.
23         A.    Okay.  I read his deposition and
24    I wasn't very convinced that he had anything
25    to go with, and so what I took his
```

```
 1    deposition as a jumping off point for me to
 2    look at independently.
 3         Q.    And you felt it was unnecessary
 4    to look at the specific support for the
 5    lines of evidence that he discussed in his
 6    deposition?
 7              MR. GERMAN:  Objection.  Hold
 8         on.  Lewis, you are not here to trick
 9         the man, you are here to get factual
10         response, so why don't you show him
11         what it is so he knows whether he
12         looked at it or not instead of trying
13         to test his memory as to whether or not
14         he saw that particular document.
15              MR. SUTHERLAND:  Steven, your
16         colleague, Chris Nidel, does this for
17         three or four hours in the deposition
18         in every single deposition.  I don't
19         have to show him the document.  I'm
20         entitled to know what he knows now
21         without seeing it and I'm --
22              MR. GERMAN:  I know, but you are
23         running the risk of getting answers
24         that are not accurate because he --
25              MR. SUTHERLAND:  I'm not --
```

 1          MR. GERMAN:  -- may have seen a

 2     document and he just doesn't recall it.

 3          MR. SUTHERLAND:  I'm not going

 4     to argue with you.  Either --

 5          MR. GERMAN:  Okay.

 6          MR. SUTHERLAND:  -- lodge your

 7     objection or, you know, or if you feel

 8     it's necessary, instruct the witness

 9     not to answer.

10          MR. GERMAN:  Okay.

11          MR. SUTHERLAND:  But I've asked

12     my question.

13          MR. GERMAN:  I don't have to

14     instruct not to answer, but if you're

15     asking questions about a document, then

16     put the document in front of him so

17     that he could answer the question about

18     it.  It makes a lot more sense to get

19     factual information at a deposition.

20          MR. SUTHERLAND:  I'm not going

21     to argue, Steven.

22          MR. GERMAN:  Okay.

23     Q.     Go ahead.

24          MR. GERMAN:  I'm going to

25     instruct the witness not to guess --

```
 1              THE WITNESS:  I'm not going to

 2       guess.

 3              MR. GERMAN:  -- as to whether or

 4       not he saw something out of the

 5       universe of documents in the case, and

 6       if you need to see the document, ask to

 7       see the document, that's going to be my

 8       instruction, but you can answer the

 9       question to the best of your ability

10       without the document in front of you.

11              THE WITNESS:  Okay.

12       A.     My answer is that in this case

13  it's been kind of different because I prefer

14  to evaluate things with an expert report in

15  front of me rather than deposition, and so a

16  deposition with a bunch of exhibits behind

17  it, I read the deposition and I -- I

18  evaluate it.  I consider that a preliminary

19  evaluation.  I will not know what I

20  really -- my true opinion of Kurtz's work

21  until I see his expert report, have time to

22  read it and evaluate it.  I may go back to

23  the deposition, I may go back to the exhibits,

24  but I would not, you know, he just presents

25  a laundry list and I made note of it and I
```

1    tried to make some comments about it in my

2    report.  That's what I did.

3                    (Exhibit 547, Evaluation of AOC

4         Boundary for USMR Soil Project, October

5         26, 2018, by Geosyntec Consultants,

6         bearing Bates Nos. USMF01074655-4750,

7         marked for identification, as of this

8         date.)

9         Q.    I'm handing you a document that

10   I've marked as Exhibit 547.

11                    Do you recognize Exhibit 547?

12        A.    No.

13        Q.    Have you ever seen it before?

14        A.    No.

15        Q.    So I'll represent to you that

16   this is the presentation that Jeff Kurtz

17   gave to the LSRP on October 26 of 2018.

18        A.    Okay.

19        Q.    It's your testimony that you've

20   never seen it before?

21        A.    Yes.

22        Q.    And this document that we've

23   marked as Exhibit 547 was Exhibit 454 to

24   Dr. Kurtz's deposition.

25                    Do you understand that?

1      A.     I don't know.

2      Q.     And it's your testimony that you

3  did not look at this exhibit in connection

4  with your review of Dr. Kurtz's deposition;

5  correct?

6      A.     That's true.

7      Q.     Do you know if there were other

8  presentations that were made to the LSRP in

9  October of 2018?

10     A.     Dr. Sullivan alludes to other

11  presentations and other people's work on

12  alternate sources and stuff like that, but I

13  didn't look at any of that.

14     Q.     And do you recall from Dr. Kurtz's

15  deposition testimony that took place in

16  December of 2018 that there were references

17  to presentations made by other experts to

18  the LSRP?

19     A.     I don't remember.

20          (Exhibit 548, document entitled

21      Overview of Alternate Sources of

22      Copper, Lead and Arsenic, bearing Bates

23      Nos. USMR01155853-01155926, marked for

24      identification, as of this date.)

25     Q.     I'm going to hand you a document

1    that I've marked as Exhibit 548.

2              Have you ever seen Exhibit 548?

3        A.    No.

4        Q.    And Exhibit 548 was Exhibit 437

5    to Dr. Kurtz's or I'm not sure if it's

6    Ms. Is a Getty's or Dr. Kurtz's deposition,

7    but you don't recall seeing any discussion

8    about Exhibit 548 in Dr. Kurtz's; correct?

9        A.    I don't recall it; no.

10             (Exhibit 549, Newfields Carteret

11       Forensic Microscopy Investigation

12       bearing Bates Nos. USMR01074778-4797,

13       marked for identification, as of this

14       date.)

15       Q.    I'm handing you a document that

16   I've marked as Exhibit 549.

17             Do you recognize Exhibit 549?

18       A.    No.

19       Q.    You've never seen Exhibit 549

20   before?

21       A.    No.

22       Q.    This was also previously, you

23   know, produced in connection with the

24   presentation to the LSRP and has previously

25   been marked as Exhibit 406 in prior

1    depositions, but it's your testimony you've

2    never seen it before?

3         A.    I've never looked at it.  I will

4    say that some things or so much paper flying

5    around labeled Newfields, but I was not

6    directed to look at them.

7         Q.    Did you look at any of -- well,

8    let me start back and set a foundation.

9              There are a number of Newfields

10   PowerPoints that are included in your

11   produced materials.

12        A.    Yeah.

13        Q.    Did you look at those?

14        A.    No.

15        Q.    Why not?

16        A.    I wasn't directed to, I wasn't

17   tasked.

18        Q.    Okay.

19              So you haven't evaluated any of

20   the analyses that are included in those

21   Newfields presentations even though you had

22   possession of them --

23              MR. GERMAN:  Objection.

24        Q.    -- correct?

25              MR. GERMAN:  Objection.

```
 1        A.    That's true.  Again, my
 2   preference is to evaluate them with the
 3   expert report.  A PowerPoint in and of
 4   itself, particularly when I wasn't there to
 5   hear what was said, doesn't seem like a very
 6   smart way to evaluate something.
 7        Q.    But you're not really in a
 8   position to say that, are you, Dr. Flowers --
 9        A.    I absolutely am in a position --
10   if there's a PowerPoint and there's someone
11   talking and I wasn't there, I don't know
12   what was said about this or what it means.
13   I would prefer to see an expert report that
14   has -- that talks about this stuff.
15        Q.    Do you -- if you're evaluating
16   the importance of data, does it matter
17   whether or not that data is presented on a
18   piece of paper generated by PowerPoint or
19   whether that data is presented on a piece of
20   paper that was generated by Word?
21             MR. GERMAN:  Objection to the
22        form of the question.  You can answer.
23        A.    To answer the question, no, but
24   this is a piece of intellectual property.  I
25   have no foundation to evaluate it with.
```

```
1              MR. SUTHERLAND:  Objection,
2       non responsive everything after no.
3       Q.     Did you evaluate the Newfields
4  documents that you were provided to determine
5  whether or not they had any data that were
6  relevant to the questions that you were
7  asked to assess as part of your report?
8       A.     No.  But I may be called upon in
9  the future to do that.
10      Q.     Yeah, but you could have done
11 that right after you got --
12      A.     I could have done lots of
13 things, but I didn't do this.
14      Q.     Right.
15      A.     Because I wasn't tasked.
16      Q.     Okay.  That's fine.
17             Did you review Dr. Mattingly's
18 deposition in this case?
19      A.     You'll have to identify him.
20 They're all running together now.
21      Q.     Steve Mattingly --
22      A.     Who is he?
23      Q.     Steve Mattingly with Newfields.
24 He did the microscopy work.
25      A.     I don't remember that one.  I'll
```

```
1    just -- I just don't remember.
2         Q.    Okay.
3               Did you review Dr. McVehil's
4    deposition?
5         A.    Yes, I did.  I read it.
6         Q.    Did you review a deposition by
7    AJ Gravel?  He's a historian.
8         A.    I don't remember that one.  I know
9    the name, but I don't remember that one.
10        Q.    Did you review a deposition by
11   Dr. Rouhani?  He's a Newfields geostatistician.
12        A.    Again, I don't remember it.
13        Q.    Did anybody assist you in the
14   preparation of Exhibit 543, your report?
15        A.    No.
16        Q.    You wrote it all yourself?
17        A.    I wrote it all myself.  One stop
18   shopping.
19        Q.    If you could turn in your
20   report, Exhibit 543, and go to page 1, and
21   if you look at the first numbered -- the
22   second numbered paragraph, the one that's
23   numbered 2.
24        A.    Again, the page?
25        Q.    It's page 1, Summary of Opinions.
```

```
 1          A.      Okay.

 2          Q.      And under numbered paragraph 2,

 3     it's the middle sentence that begins

 4     contamination was transported.

 5              Do you see that?

 6          A.      Yes.

 7          Q.      And the sentence reads:

 8     Contamination was transported into Carteret

 9     by wind as fugitive dust, particulate

10     matter, and gaseous emissions, derived from

11     the cupola and other furnaces, that cooled,

12     condensed, and settled to the ground,

13     blanketing the proposed Class Area.

14          A.      Yes.

15          Q.      Did I read that correctly?

16          A.      Yes.

17          Q.      And are you familiar with the

18     term conceptual site model?

19          A.      Yes.

20          Q.      And as I understand it -- well,

21     why don't you tell me what you understand

22     conceptual site model to mean.

23          A.      Conceptual site models are

24     usually employed in remedial investigation

25     to try to determine how contaminants may
```

1    have moved off site, the different pathways.

2         Q.    And is it correct --

3         A.    Where they might -- and where

4    they might reside.

5         Q.    And is it correct to say that

6    your hypothesis or maybe even it's your

7    opinion that's contained in your report is

8    that the predominant conceptual site model

9    for the USMR's facility for impacts within

10   the proposed class area is described in this

11   sentence that we just read?

12              MR. GERMAN:  Objection to form.

13        You can answer.

14        A.    Essentially, yes.

15        Q.    And so essentially, what you're

16   saying is that the mechanism for the USMR

17   smelter impacts was the deposition of

18   airborne dust from fugitive and point source

19   emissions?

20        A.    I would say particulates.

21        Q.    Okay.

22              And those particulates came from

23   both fugitive sources and from point sources?

24        A.    I would say they're a contribution

25   of fugitive dust and stack emissions.

```
 1        Q.      There's a comment on page 10 of

 2   your report, it's the last sentence in the

 3   first paragraph under brief history of the

 4   Carteret smelter.

 5        A.      Okay.

 6        Q.      Tell me when you're there.

 7                (Witness reviewing document.)

 8        A.      Where --

 9        Q.      And the last sentence of that

10   paragraph reads:  Not unlike smelters

11   discussed above, it -- and then referring

12   the USMR smelter -- closed in a period of

13   increasing regulatory pressure to reduce air

14   pollution beginning in 1955; specifically,

15   it closed because of uncontrollable, ambient

16   lead pollution in the air, with a citation

17   to CH2MHILL.

18                Do you see that?

19        A.      Yes.

20        Q.      What -- other than the citation

21   to CH2MHILL, is your conclusion that the

22   smelter closed because of uncontrollable

23   ambient lead pollution in the air, is there

24   any other source that you're relying on for

25   that conclusion?
```

1      A.     There's a lawsuit of the State

2  of New York versus USMR talking about lead,

3  ambient lead over Staten Island, and usually

4  it's not one thing that causes a smelter to

5  close.  It's a combination of economics and

6  regulatory pressures that come up, and by

7  1986 it was too much for the smelter, and

8  they decided to close it.

9      Q.     And you're not rendering

10  opinions with respect to how all those

11  various economic and other factors combine

12  to result in the closure of the smelter, are

13  you?

14      A.     No.

15      Q.     And you understand that this the

16  CH2MHILL was an adverse party in litigation

17  against USMR at the time that this citation

18  that you have in your report was created?

19      A.     Yes.

20      Q.     Have you done any evaluation of

21  the ambient air testing that was done around

22  the USMR facility in the mid to late '80s?

23      A.     No.

24      Q.     And so your opinion that we've

25  been talking about here, or maybe it's not

1    even an opinion, but your notation in your

2    report on page 10, you're not relying on any

3    of the ambient air testing that was done;

4    correct?

5         A.    No.  I'm looking at the soil data.

6         Q.    Okay.

7               And just another sort of stray

8    comment in your report I wanted to follow up

9    on, if you turn to page 20, and it's in the

10   middle of the page a sentence that starts

11   sort of also in the midpoint of the line,

12   some smelters were able to remain viable.

13               Do you see that?

14        A.    Yes.

15        Q.    Okay.

16               So the whole sentence reads:

17   Some smelters were able to remain viable as

18   long as commodity prices remained high

19   enough; regulatory fines probably had little

20   to do with their demise because they were

21   effectively part of the operational overhead.

22               Did I read that correctly?

23        A.    Yes.

24        Q.    And the first part of that

25   sentence is really going to the comment that

1    you made before, that there may have been

2    economic factors that drove the closure of

3    the smelter as well; right?

4         A.    Coincident, perfect storm.

5         Q.    But then the last part of that

6    sentence, regulatory fines probably had

7    little to do with their demise because they

8    were effectively part of the operational

9    overhead, did you do any evaluation of how

10   the USMR facility accounted for any fines it

11   may have had to pay?

12        A.    I remember seeing a document

13   which was a very strange document because it

14   had a total of profits on one side and a

15   total of fines on the other side, and as you

16   would expect the fines were miniscule

17   compared to the profits.

18        Q.    Was that a USMR document?

19        A.    I presume it was, but I

20   couldn't -- there was nothing on the

21   document that told me it was a USMR

22   document.

23        Q.    There's no citation to this

24   sentence.  Do you recall if that document

25   was included in your references?

```
 1        A.    No, I didn't use it.  I -- it's
 2   not telling me anything I didn't already
 3   know from other smelters, that they get
 4   fined a lot and they stay in business as
 5   long as the commodity business is high
 6   enough and the fines are not large enough to
 7   put them out of business.
 8        Q.    But you're not rendering an
 9   opinion with respect to how from an
10   accounting standpoint USMR treated fines;
11   correct?
12        A.    Oh, no.  I'm just saying there
13   were fines and they were a cost of doing
14   business and there are profits.
15        Q.    And then there are costs
16   associated with --
17        A.    Sure.
18        Q.    -- additional pollution control
19   that may be necessary to comply with new air
20   emission requirements; right?
21        A.    Absolutely.
22        Q.    And that may be an economic
23   issue in this whole process?
24        A.    Absolutely.
25        Q.    Okay.
```

```
 1              All right.  And so what I want
 2   to do next is figure out what were the
 3   analytical tools that you used to make your
 4   determination that the USMR facility was the
 5   primary source of lead and arsenic within
 6   the proposed class area.  So one of the
 7   things that you did is you looked at
 8   physical trends in the data; right?
 9        A.     (Witness nods head.)
10             MR. GERMAN:  Yes.
11        A.     Yes.
12        Q.     And one of the things that you
13   did is you looked at Spearman nonparametric
14   correlation coefficients in the data; correct?
15        A.     Yes.
16        Q.     And you describe when you're
17   talking about the Spearman analysis a
18   sympathetic variation in the data; right?
19        A.     Yes.
20        Q.     And that's really another
21   description of kind of what the Spearman
22   analysis tells you?
23        A.     Yes.
24        Q.     Is it anything beyond that?
25        A.     It tells me that to a high
```

1    degree of certainty that as copper goes up,

2    lead and arsenic also go up in samples.

3    It's not a hundred percent of the time, but

4    it's a significant -- the majority of the

5    time and that estimate has a high statistical

6    significance.

7        Q.    **And when you use the term**

8    **sympathetic variation from a quantitative**

9    **standpoint, you're referring to the Spearman**

10   **analysis; right?**

11       A.    Yes.

12       Q.    **Are you referring to anything**

13   **else?**

14       A.    Just looking at the data, like

15   in the table you'll notice of the plaintiff's

16   data, I went through and I marked where I

17   thought there was an elevation in copper and

18   then I looked at whether or not the arsenic

19   and the lead exceeded screening levels.

20       Q.    **So those were -- those were**

21   **visual analyses --**

22       A.    Visual --

23       Q.    **-- against --**

24       A.    Yes.  But they're captured in

25   the Spearman analysis.

1    **Q.     So we've got these visual trends**
2  **that we've talked about and we've got**
3  **Spearman.   Is there anything else that you**
4  **used to determine that the USMR facility was**
5  **the dominant source of lead and arsenic?**
6        A.     The statistics based on the
7  USMR, the transects and samples taken by the
8  plaintiff in the class area.
9        **Q.     And what do you mean by the**
10  **statistics?**
11        A.     Statistics would be like the
12  general descriptive statistics, the min, the
13  max, the mean, standard deviation, the
14  percentiles, number of exceedances for each
15  heavy metal.
16        **Q.     And how does that distinguish**
17  **between, say, for example, lead-based paint**
18  **versus the USMR facility?**
19             **MR. GERMAN:**  Objection.  You can
20        answer.
21             **THE WITNESS:**  Okay.
22        A.     For example, lead-based paint
23  has lead in it and it doesn't have copper in
24  it to speak of and it doesn't have arsenic
25  in it to speak of, so let's just take one

1  end member.  Let's say that all the

2  contamination in the class area is due to

3  lead paint.  Then you would see lead

4  elevated everywhere and no copper and no

5  arsenic.  You see no relationship between

6  copper content, arsenic content, lead

7  content.  You go on the other side, let's

8  say the smelter just emitted copper.  Then

9  you would see no lead and no arsenic.  But

10  we know that the source emitted all three,

11  and so the fact that they're highly

12  correlated in soil samples is more likely

13  than not an indication that one source with

14  that signature is the source for contamination

15  over the entire class area to a reasonable

16  degree of scientific certainty.

17      Q.     I understand what you're saying,

18  Dr. Flowers, but I don't think that it

19  really answers my question.  The correlation

20  between the elements is what's illustrated

21  by the Spearman correlation coefficient;

22  right?  Correct?

23      A.     Yes.

24      Q.     My question really was:  When

25  you look at the tables, the max and the min

1    **and the standard deviation, how do those**

2    **particular statistics lead you to the -- or**

3    **how do they support the conclusion that the**

4    **USMR smelter is the dominant source?**

5        A.     Because they -- the averages

6    decrease with distance away from the smelter.

7    That's what you expect.  If you go to the

8    EPA, EPA says the major point of evidence

9    for smelters being point sources is that

10   decrease with distance away from the source,

11   and they look at lead and soils and I -- I

12   think it's a 1998 citation, and so you get a

13   pattern.  Now, it's not entirely clear that

14   with lead paint you would get such a pattern

15   over a wide geographic area.  You get some

16   houses maybe that might have a little lead

17   paint, some others might have a little more,

18   but there would be no pattern over a wide

19   geographic area.  Similarly, if a brake pad

20   was dumped somewhere and somehow dissolved,

21   there might be a copper anomaly around that

22   brake pad, but it wouldn't be over a wide

23   geographic area showing the pattern of

24   decrease with distance away from the smelter.

25       **Q.     So it's your testimony,**

1    Dr. Flowers, that one of the criteria you're

2    looking at in terms of the patterns you're

3    searching for is a decrease in the average

4    concentrations with distance?

5              MR. GERMAN:  Objection to form.

6         You can answer.

7         A.    With distance from the smelter.

8         Q.    Okay.

9              Well, let me have you look at

10   Table 2.

11        A.    Okay.

12        Q.    And the average concentration of

13   arsenic in Table 2 is 24; is that correct?

14        A.    Yes.

15        Q.    For the AOC.  Is that right?

16        A.    Yes.

17        Q.    And then if we look at Table 5

18   on page 18, that also has an average arsenic

19   concentration of 24 for outside of the AOC;

20   right?

21        A.    Yes.  That doesn't bother me.

22   It depends how big the plume is.

23        Q.    But it doesn't show a decreasing

24   concentration in arsenic, does it?

25        A.    It depends -- you have a

```
 1    footprint.  It depends where you're sampling

 2    the footprint.  If you're sampling pretty

 3    much on top of the biggest impact area,

 4    you're going to get similar numbers.  They're

 5    not going to match up exactly decreasing

 6    with distance.  There's var -- so much

 7    variability in this data that, you know,

 8    it's sometimes -- if you looked at the air

 9    bars, you might be up on top.  In other

10    words, the way I would interpret that is the

11    transects are part of the AOC.

12         Q.     Well, they're not, are they?

13         A.     Well, that's according to you

14    they're not, but to me they are.

15         Q.     Okay.

16              If you look at page 14 of your

17    report, in that first paragraph, you

18    reference Figure 10 of your report, which is

19    an evaluation of the copper with depth; right?

20         A.     Yes.

21         Q.     And --

22         A.     In the AOC.

23         Q.     In the AOC.

24              And you state in about the

25    middle of that first paragraph on page 10:
```

1    It can be seen in Figure 10 that copper

2    enrichment and exceedances occur in all

3    depths as deep as 90 inches measured depth

4    below the ground surface; correct?

5        A.    That's what the data shows.

6        Q.    And when we were talking about a

7    conceptual site model, you indicated to me

8    that the conceptual site model that you were

9    using was an air deposition pathway; right?

10            MR. GERMAN:  Objection to form.

11       A.    Yes.

12       Q.    And by definition, an air

13   deposition pathway means that at least the

14   initial deposition of the contaminant of

15   concern would be on the surface; correct?

16       A.    Yes.

17       Q.    And then you would expect that

18   the concentration, if indeed it came from

19   the air, would be highest at the surface;

20   right?

21       A.    It depends when you look.

22       Q.    Well, if you look at --

23            THE VIDEOGRAPHER:  Doctor,

24   where's your microphone?

25            THE WITNESS:  Did I lose it?

1          **THE VIDEOGRAPHER:**  You lost it.

2          **THE WITNESS:**  I'm running around

3     too much.

4          **THE VIDEOGRAPHER:**  Just don't

5     run it over.  Okay?

6          **THE WITNESS:**  Okay.  I'm sorry.

7          **THE VIDEOGRAPHER:**  Okay.

8     A.     Okay.

9     **Q.     So if you look, say, the next**

10    **day after the air emission occurs, it's**

11    **going to be in the surface; correct?**

12    A.     Sure.

13    **Q.     If you look the next year after**

14    **a lead emission, it's still going to be**

15    **mostly concentrated in the surface; correct?**

16    A.     It depends.

17    **Q.     It depends on what?**

18    A.     Depends on what's going on at

19    the site.  I mean, it is -- generally what

20    you say is true, that lead would tend to lag

21    behind other contaminants, but it can be

22    mobile.

23    **Q.     What conditions make lead mobile?**

24    A.     Generally high organics make it

25    more mobile.

1    **Q.    Is that the only thing that**
2    **makes it more mobile?**

3        A.    Digging it up and burying it

4    might.

5        **Q.    Does it depend upon what the**

6    **lead compound is?**

7        A.    Well, I wouldn't -- I never

8    think of specific compounds in this case.

9    This is more imparting a lead signature to a

10   six-inch core sample.

11       **Q.    Well, for example, would lead**

12   **oxide or would lead sulfite be more likely**

13   **to move through a soil column?**

14       A.    Lead sulfite would weather and

15   produce sulfuric acid and that would

16   mobilize the lead more.

17       **Q.    Okay.**

18            **So it's your testimony that a**

19   **lead sulfite would move more easily than a**

20   **lead oxide?**

21       A.    Plus if there's SO2 coming in

22   from the atmosphere because of the smelter,

23   there would be acid rain falling, and that

24   would enhance weathering at the surface.

25       **Q.    And so it's your testimony that**

1    lead is more likely to move in soil if the

2    soils are acidic?

3        A.    Yes.

4        Q.    Is it your opinion that the lead

5    numbers that we see down to depths below

6    three or four feet, that those originated

7    from air deposition on the surface?

8        A.    I can't tell.

9        Q.    You don't know one way or the

10   other?

11       A.    No, I don't.  I mean, they could

12   be burial, they could be migration.

13       Q.    What about lead concentrations

14   between 12 and 18 inches?  Is it your

15   opinion that those predominantly came from

16   air emissions?

17       A.    Again, I don't know.  I haven't

18   investigated that.

19       Q.    Have you investigated any other

20   sites where they looked at aerial deposition

21   of lead?

22       A.    No.

23       Q.    And so do you -- you don't know

24   whether what other researchers have reported

25   in terms of what the depth profile looks

```
 1    like for an aerial deposition of a lead
 2    contaminant --
 3                 MR. GERMAN:   Objection.
 4         Q.      -- do you?
 5                 MR. GERMAN:   Objection to form.
 6         A.      In terms of the aerial extent of
 7    lead deposition, yes.  As a function of
 8    depth, I don't think I've done a project
 9    looking at that.  The only project that I've
10    done looking at really depth as a factor in
11    contaminant freight and transport is a
12    contaminated bayou where they dredged it and
13    the dredge spoil was put up on the bank and
14    originally it contained zinc and chromium
15    and lead, and pretty much in that environment
16    anyway all the zinc and chromium leached out
17    and the lead was left behind.
18         Q.      So of all --
19         A.      In that case.
20         Q.      Of all the metals that were
21    present in that case, lead was the least
22    mobile; correct?
23         A.      Right.  But you have to remember
24    that that was in a highly reducing environment
25    contaminated with hydrocarbons and then it
```

1    was put up on a bank and was weathered,

2    leached, oxidized, etc., and the end result

3    was the lead content kept going up whereas

4    the other contaminants disappeared.

5        **Q.     And are you aware that there are**

6    **a number of documents from a regulatory**

7    **standpoint where EPA generally characterizes**

8    **lead as being largely immobile in soil?**

9        A.     That's not unreasonable.

10       **Q.     And if you look at Figure 19 of**

11   **your report.**

12       A.     Sorry.  Okay.

13       **Q.     If you look at Figure 19 of your**

14   **report, some of the highest concentrations**

15   **of lead are at depth; correct?**

16       A.     Yes.

17       **Q.     I mean, the highest numbers are**

18   **in the 6 to 12 and the 12 to 18 inch soil**

19   **intervals; correct?**

20       A.     Yes.

21       **Q.     And you have concentrations over**

22   **10,000 below 45 inches; correct?**

23       A.     Yes.

24              Can we take a break --

25       **Q.     Yes.  Sure.**

```
 1        A.     -- so I can get some water?
 2        Q.     Yes.  That will help me find
 3   what I'm looking for, too.
 4        A.     Okay.
 5             THE VIDEOGRAPHER:  All right.
 6        We are going to go off the record at
 7        11:10.  We'll end media 2.
 8             (Whereupon, a brief recess was
 9        taken.)
10             THE VIDEOGRAPHER:  Back on the
11        record 11:15.  This is media 3 in the
12        deposition of Flowers.
13             (Exhibit 550, Figure 2 from
14        Sullivan report, marked for
15        identification, as of this date.)
16   CONTINUED BY MR. SUTHERLAND:
17        Q.     Dr. Flowers, before the break,
18   we were talking about the depth profile for
19   lead samples and the concentrations at the
20   various depth intervals.  I'm going to hand
21   you a document that I've marked as
22   Exhibit 550, and this is a figure from
23   Mr. Sullivan's report for plaintiffs in this
24   case.
25             Do you recall ever seeing this
```

120

1    exhibit before?

2         A.    Yes, I've seen this document.

3         Q.    And it's a depth profile for the

4    lead concentrations or the mean lead

5    concentrations for the soil samples

6    collected by Arcadis; correct?

7         A.    That's what it says; yes.

8         Q.    And what Mr. Sullivan has

9    reported is that the two highest mean

10   concentrations for lead concentration occur

11   in the interval that's between 6 and 12

12   inches which is reported on this figure at

13   9 inches.

14             Do you see that?

15        A.    Yes.  He said the median, so. . .

16        Q.    The median?

17        A.    Yes.

18        Q.    Okay.

19             So the median concentration

20   is highest in that 6 to 12 inch interval;

21   correct?

22        A.    According to this graph, yeah.

23        Q.    And the second highest median

24   concentration is at the 12 to 18 inch

25   interval; correct?

```
 1          A.     No, I don't -- maybe I'm missing
 2   something.  I see it somewhere below 10.
 3          Q.     Well, if you look at the -- I'm
 4   not talking about the line, but the data
 5   points.
 6          A.     I'm looking at the data points.
 7          Q.     All right.  If you look --
 8          A.     The second data point is up near
 9   300.
10          Q.     Right.
11          A.     Which is above the 2 on either
12   side.
13          Q.     Right.  And that's the 6 to 12
14   inch interval; right?
15          A.     Oh, that's what you're calling
16   6 to 12.
17          Q.     Yeah.  I mean, it reports out at
18   9, which is halfway --
19          A.     Okay.
20          Q.     -- between 6 and 12.
21          A.     Okay.  Okay.  Yes.  That's okay.
22          Q.     And then the second highest
23   reports out at 15, which is the 12 to 18
24   inch interval; correct?
25          A.     Right.
```

1    Q.    And so what Mr. Sullivan's

2  figure is showing us is that there's

3  actually greater concentrations, at least

4  according to the median, at those two lower

5  intervals; right?

6    A.    Yeah.  50% of the values are

7  above, 50% are below what's plotted.

8    Q.    And is it your opinion to a

9  reasonable degree of scientific certainty

10 that that particular depth profile is

11 consistent with an air deposition pathway of

12 lead?

13        MR. GERMAN:  Objection to form

14    and foundation.

15        You can answer.

16    A.    Well, I guess my answer is a

17 little more complicated than your question.

18 Material in the class area, and this happens

19 with all smelters, isn't necessarily

20 pristinely left where it settles from the

21 air.  People dig it up, they move it around,

22 they truck it through the neighborhood, they

23 fill in stuff, and like that.  The AOC in

24 particular, there are aerial photos that

25 show it completely denuded of vegetation, so

1    I don't know, you know, you could have air

2    deposition and then plow it under as a

3    possibility.

4        **Q.    Dr. Flowers, can you point me to**

5    **any document or other evidence that plowing**

6    **under, as you describe it, accounts for the**

7    **data that we see on Exhibit 550?**

8        A.    Again, he's using the median,

9    50% above, 50% below.  I'd prefer to look at

10   the whole distribution.

11           **MR. SUTHERLAND:**  Objection.

12   non responsive.

13       **Q.    Can you point me to any**

14   **particular document or other evidence**

15   **that supports your statement that plowing**

16   **under explains the data that we can see in**

17   **Exhibit 550?**

18       A.    No.

19           **MR. GERMAN:**  Objection.  Asked

20   and answered.

21       A.    I can't.

22       **Q.    And you haven't done that**

23   **analysis as part of your report; correct?**

24           **MR. GERMAN:**  Objection.

25       A.    Not yet.  No.

```
 1        Q.     And you say not yet.  Are you
 2   planning to do it?
 3        A.     If I'm asked to do it, I will.
 4        Q.     And you haven't been asked so far?
 5        A.     Not so far.  But I don't, you
 6   know, think that you can rule out the
 7   possibility of burial of airborne deposition.
 8        Q.     Okay.  I mean, fair enough, you
 9   can't rule it out, but you, at this point in
10   time, you can't say whether that happened or
11   it didn't happen; right?
12        A.     I can say that in an aerial
13   photo of the AOC area, it's completely
14   denuded of vegetation and it looks like
15   there was some heavy equipment working
16   across the surface, but I don't know what
17   they were doing, whether they were digging
18   or whatever, like that.
19        Q.     What aerial photo are you
20   referring to?
21        A.     It's in the --
22        Q.     Is that cited in your report?
23        A.     It's in the '40s.  No.  I'm just
24   recalling it from the memory.  I just don't
25   think you can be categorical about what went
```

1    on in the --

2        Q.    Whether a particular property

3    had significant disturbances of soil like

4    the type that you have described, that would

5    be something that would happen that would be

6    unique to that particular property; right?

7        A.    I don't know.

8        Q.    You don't know?

9        A.    No.

10       Q.    Well, you wouldn't expect there

11   to be reworking of the whole proposed class

12   area in a uniform way, would you?

13               MR. GERMAN:  Objection.

14       A.    Not in a uniform way, but there

15   could be erosion, there could be transport,

16   there could be hauling, there could be dust,

17   there could be -- there are all kinds of

18   possibilities.  This is what I've seen in

19   other smelter areas.  Primary mode of

20   transport was their deposition, but then it

21   was rearranged.

22       Q.    In that second rearrangement,

23   where and how that happened, that would vary

24   across the class area; right?

25       A.    Different mechanisms could be

126

1    operating, but I don't know specifics here.

2        Q.    I direct your attention to page 26

3    of your report, and if you look at that first

4    paragraph under other sources, the last two

5    sentences, maybe the last three, but the

6    last two sentences say:  The solubility of

7    heavy metals is limited under neutral to

8    mildly alkaline conditions in the soil.

9            Do you see that?

10   A.    Yes.

11       Q.    And then you go on to say:

12   Highly acidic soils are found in New Jersey

13   when metal sulfides weather and generate

14   sulfuric acid that enhances the solubility

15   of buried metal.  New Jersey has produced

16   maps showing the occurrence of acidic soils,

17   and soils in the Carteret area have a low

18   potential for acidity.

19           Did I read that correctly?

20   A.    Yes.

21       Q.    And so it's your opinion that at

22   least with respect to acidity promoting the

23   movement of lead within the soil column,

24   that's a low probability in Carteret; correct?

25           A.    Well, the map that is produced

1    here is talking about indigenous sulfides,

2    and it doesn't treat things like sulfur

3    dioxide coming off of a smelter, acid rain

4    being produced in the vicinity of a smelter,

5    sulfides being spread across the ground,

6    weathering producing sulfuric acid, all

7    those things could mobilize metals and cause

8    them to sink deep into the ground.

9         Q.     Did you do any evaluation of the

10   sulfur content of soils in Carteret?

11        A.     Sulfur content in and of itself

12   would not help you.  What you need -- would

13   need is measurements of pH.

14        Q.     Did you do any evaluation of the

15   pH of the soils in Carteret?

16        A.     No.  I looked at the soil map to

17   see if there was any indigenous acidic soils,

18   and there weren't, and then everything else

19   would have been in the past.

20        Q.     And another parameter that would

21   be important to that evaluation would be the

22   buffering capacity of the soil, too; correct?

23        A.     Right.

24        Q.     And did you do any evaluation of

25   the buffering capacity?

1        A.      No; but I know what the soils

2   are and the soils are -- have limited

3   buffering capacity.

4        Q.      And what kind of soils are those?

5        A.      Well, you know, you have triacic

6   soils there, there's sand, silts, clays, you

7   don't have any limestone.  Limestone would

8   have a high buffering and neutralization

9   capacity.  The diabase doesn't have a high

10  buffering capacity.  What you -- what I

11  think you're getting at is something that

12  would neutralize the acid.  There's not a

13  lot in the Carteret area that would neutralize

14  acid.  So I would think acid rain would be a

15  common occurrence around a smelter that was

16  smelting green sulfite concentration.

17       Q.      But you haven't done any pH

18  analysis?

19       A.      No, I haven't.

20       Q.      And you could have requested

21  that particular analysis as part of

22  plaintiff's soils in this case; correct?

23       A.      Right.  But I can generally

24  predict what the answer would be.

25       Q.      You can't --

1    A.    Based on the rock type.

2    Q.    **You can't say?**

3    A.    I can't tell you the exact

4  number, but I can tell you whether it's

5  alkaline or acid.

6    Q.    **And so do you have an opinion to**

7  **a reasonable degree of scientific certainty**

8  **as to the pH of the soils that are present**

9  **in the borough, Carteret?**

10   A.    Right now?  No.

11   Q.    **Because you don't have the data;**

12 **right?**

13   A.    No, I don't.  But I know what

14 the rocks are and I know what buffering

15 capacity is and I know what acid rain is

16 and, you know, acid rain is a problem in

17 areas underlain by granitic rocks because

18 they have no buffering capacity where acid

19 rain is less of a problem in areas underlain

20 by limestone.

21   Q.    **Well, Dr. Flowers, I mean,**

22 **directing you back to page 26 of your report**

23 **where other sources of potential**

24 **contaminants including metal scraps, you**

25 **dismissed those potentials because the**

1   Carteret area soils have a low potential for

2   acidity; right?

3       A.      Yes.

4       Q.      And so you're changing your mind?

5       A.      No.   I'm saying that the acidity

6   wasn't constant, it changed, it varied,

7   depended on which way the wind blew,

8   depended on whether or not it rained.

9       Q.      So that's something that we

10  would have to evaluate on a property by

11  property basis?

12      A.      No.

13      Q.      Well, I --

14      A.      You wouldn't --

15      Q.      I don't -- don't understand your

16  answer then.

17      A.       Well, my answer is this is a

18  larger meterological phenomenon and a

19  smelter phenomenon, it's not an individual

20  property phenomenon.

21      Q.       Well, then you also go on and

22  you say on page 26 that it's not a

23  phenomenon that is important with respect to

24  other sources because the soils are

25  generally not acidic; right?

1     A.     That's what you would expect

2   absent of anthropogenic effects.

3     Q.     So you're changing your mind and

4   you're saying --

5     A.     No, I'm not.

6     Q.     No?

7     A.     Your question was what I wrote

8   and I'm explaining what I wrote and why I

9   wrote it and that would say that generally

10  you wouldn't expect a brake pad to dissolve

11  and move over the entire class area, you

12  wouldn't expect type face to dissolve and

13  move over the entire class area, but you

14  would expect emissions from a smelter to

15  come through the air and be deposited in the

16  entire class area.

17    Q.     What you actually said on page 26,

18  the last section, is:  Soils in the Carteret

19  area have a low potential for acidity.

20  That's what you said; right?

21    A.     According to the State of New

22  Jersey.

23    Q.     Well, this is according to you.

24    A.     No, I am looking -- I am citing

25  a reference there that takes the big picture

       view of soils in New Jersey.

           Q.     How -- what does the pH have to
       be to solubilize lead?

           A.     2 maybe.

           Q.     What's a typical acidic soil pH?

           A.     Less than 4.

           Q.     pH is a long scale; right?

           A.     Sure.

           Q.     So the difference between a pH
       of 2 and a pH of 4 is a thousand; right?

           A.     No.  It's a hundred.

           Q.     Or a hundred.  Okay.  It's a
       factor of a hundred.

           A.     Yeah.

           Q.     And so even if we have acidic
       soils, the pH is still a hundred times too
       high to solubilize lead?

           A.     In a broad geographic sense.

           Q.     Okay.

           A.     But it doesn't preclude the
       possibility that one day some particularly
       noxious stuff came out of the smelter that
       was full of acid and blew across the ground
       and then it rained and sulfuric acid fell
       from the sky.

1    Q.    And it's your testimony to a

2    reasonable degree of scientific certainty

3    that the scenario that you just described

4    explains the data that we see in Exhibit 5 --

5        A.    No, it does not.

6        Q.    It does not?

7        A.    Does not.

8        Q.    Because you haven't done the work?

9        MR. GERMAN:    Objection.

10       A.    No, I haven't investigated that.

11       Q.    What's more likely to move

12   through the soil column?  A particle that

13   originated from a pyrological process like a

14   smelter or a chip of lead-based paint?

15       MR. GERMAN:    Objection to form,

16       foundation.

17       A.    It depends on the particle.

18       Q.    What parameters of the

19   particle --

20       A.    Well --

21       Q.    -- influence that?

22       A.    -- you might have little bitty

23   bitty submicron particles that could pipe

24   their way down, not go into solution, but be

25   carried down simply physically by infiltrating

1    groundwater.

2        Q.      How small would it have to be to

3    do that?

4        A.      It depends on what the porosity

5    and the size of the pores are.  I don't know

6    what that is.

7        Q.      That would be less likely to

8    happen in a clay soil; correct?

9        A.      In a clay, probably so, unless

10   there were fractures.

11       Q.      And do you know whether or not

12   Carteret typically has clay soils?

13       A.      The exact texture of soils varies,

14   but they didn't look like pure clay to me.

15       Q.      Well, they're not sandy, are they?

16       A.      No, they're not sandy.

17       Q.      What other things would influence

18   whether a paint particle or a smelter

19   particle is more likely to move to deeper

20   depths?

21       A.      One would be whether or not the

22   particle density, the -- whether or not the

23   particle is reactive with other particles.

24       Q.      Would lead paint or lead in a

25   smelter particle tend to be more reactive to

1    the environment?

2         A.    I would think the smelter

3    particle would be reactive.  Lead paint is

4    low density, unless it was ground up really

5    fine, it might infiltrate.  Again, it just

6    depends on the specifics.

7         Q.    What about the comparison

8    between a smelter derived particle with lead

9    and a pure solder ball?

10        A.    A pure what?

11        Q.    Solder, you know, the

12   combination of lead and tin that makes up

13   solder.

14        A.    Yeah.

15        Q.    Which is more likely to react in

16   the environment?

17        A.    Well, the smelter particle I

18   would expect to be much smaller than the

19   solder ball on the micron scale.

20        Q.    Well, what about solder balls

21   that are created by the -- when you're

22   sweating the pipe, you vaporize small

23   amounts of the lead and they coalesce small

24   balls?  Do you know what the micron size of

25   those are?

1      A.     I don't -- I think they're

2  pretty -- if you can see them, they're big.

3      Q.     Well, let me direct your

4  attention to this one, Exhibit 549.

5      A.     Do I have that one?

6      Q.     Yes.

7      A.     It says 545.  Oh, that's a 9.

8  I'm sorry.

9      Q.     And if you could turn to it's

10  Bates USMR01074793.

11      A.     Okay.

12      Q.     And this is a PowerPoint of a

13  sample that was collected in the 0-6 inch

14  layer at 148 Carteret Avenue.

15      A.     Okay.

16      Q.     Do you see that?

17      A.     Yeah.

18      Q.     And as part of that sample, the

19  microscopy identified some very small solder

20  balls.

21             Do you see that?

22      A.     I see them.

23      Q.     In your opinion, would those

24  solder balls be more likely or less likely

25  to be reactive such that they move deeper in

1    the soil column than smelter material?

2         A.    I can't tell how big they are

3    from -- just because it's 100X, I don't -- I

4    can't see the scale bar.

5         Q.    Okay.

6               Well, if -- assuming that they're

7    less than 20 microns, if they're less than

8    20 microns, would you expect them to be more

9    reactive or smelter material to be more

10   reactive?

11        A.    I don't know.

12        Q.    You don't know?

13        A.    (Witness shakes head.)

14        Q.    Generally, smaller particles

15   have larger surface area, correct, per mass?

16        A.    Per mass?

17        Q.    Yeah.

18        A.    Yeah.  They -- generally the

19   smaller the particle, the greater the

20   surface area.

21        Q.    And that is --

22        A.    But it depends what the particle

23   is.

24        Q.    Right.  I mean, if it has

25   porosity, that may or may not be true, I

1    guess; correct?

2         A.     Sure.

3         Q.     But as a general matter, the

4    greater the surface area, the more potential

5    that the material has to react in the soil

6    environment?

7         A.     Potential; yes.

8         Q.     And is it also true that some

9    types of particles, particularly vitrified

10   particles, are less reactive because of

11   their physical structure?

12        A.     They can be less reactive; yeah.

13        Q.     And the pyrological emissions

14   from a facility like a smelter will tend to

15   be a vitrified particle; right?

16        A.     It depends on the rate of

17   cooling and the composition.  I can't make a

18   blanket statement.  They're generally

19   spherulitic, but they could be partially

20   crystallized, partially glass.

21        Q.     But frequently they are --

22   they're vitrified to at least some extent;

23   correct?

24        A.     I would say that it's not

25   uncommon to find glass in them.

1      Q.      Have you found an evaluation in

2   this case to determine whether or not the

3   particles that emanated from the USMR smelter

4   were vitrified or not?

5      A.      No.   There's no samples that

6   exist.

7      Q.      Have you done any evaluation to,

8   looking at the soil samples, to determine

9   whether or not there are vitrified spheru --

10  I can't say it -- spherulitic, how do you

11  say it?

12     A.      Spherulitic.

13     Q.      Spherulitic particles present?

14     A.      No, I haven't.

15     Q.      You've done that in other cases;

16  right?

17     A.      Yes.

18     Q.      I mean, for example, we were

19  talking about that case in Pennsylvania, the

20  coal burning power plant.

21     A.      Shipping Port; yes.

22     Q.      One of the things you did is you

23  looked at the wipe samples and soil samples

24  and identified each of the particles; right?

25     A.      Right.

1      Q.     But you didn't do that here?

2      A.     No.  I didn't need to do that

3  here.

4      Q.     Turn back to your report again,

5  page 16.

6              In this paragraph, you describe

7  that -- the transwidth distance that we

8  talked about briefly earlier this morning

9  that you saw in the soil data; correct?

10     A.     Yes.

11     Q.     And you reference figures -- I

12 think Figure 12 is the figure that describes

13 copper, Figure 15 is the one for arsenic and

14 Figure 20 is the one for lead.

15     A.     Okay.

16     Q.     Is that right?

17     A.     Yeah.

18     Q.     All right.  Well, let's look at

19 arsenic first, so let's go and look at

20 Figure 15.  I think it's -- yeah, Figure 15B.

21     A.     Yes.

22     Q.     And it's your testimony to a

23 reasonable degree of scientific certainty

24 that Figure 15B shows a downward trend in

25 the arsenic concentration; correct?

1      A.      Yes.

2      Q.      And that's based upon your

3  visual observation of this data, it tells

4  you that the trend is going downwards?

5      A.      Yes.

6      Q.      Do you understand, Dr. Flowers,

7  that there's general agreement I think among

8  the experts that there is a downward trend

9  in the data within the AOC?  Do you understand

10 that?

11     A.      Yes.

12     Q.      But it's your opinion that that

13 downward trend continues into the AOC and

14 continues into the area where the plaintiff

15 took samples; correct?

16     A.      Right.  My opinion is that the

17 AOC is too small.

18     Q.      Well, and I'm not asking about

19 remediation or anything else like that.  I'm

20 just focusing in on your opinion about the

21 trend.

22     A.      Okay.

23     Q.      And as I understand, where the

24 difference occurs between what the

25 defendants' experts are saying and what

1    **you're saying is the defendants' experts are**

2    **saying, you know, there's no longer a trend**

3    **with distance, once you get outside of the**

4    **AOC, you're probably -- or even shortly**

5    **before, even before you get to the boundary,**

6    **shortly before the boundary in the AOC, but**

7    **what you're saying is no, that trend**

8    **continues even outside of the AOC; right?**

9         A.    Yes.  And the reason I say that

10   is that, you know, a smelter plume, you can

11   use the mathematical function and draw it

12   and take a cross-section through it and it

13   will decrease with distance in a regular

14   way.  In reality, things don't happen that

15   way.  I think slopes from the AOC to the

16   transects are completely unreliable, changes

17   in slope as a demarcation, that's a

18   completely unreliable practice because the

19   materials in a smelter plume are subject to

20   natural forces, it's not a mathematical

21   function, and although they may show that

22   general trend, the trend's not going to be

23   necessarily perfect.

24        Q.    Dr. Flowers, you told me this

25   morning you're not an air modeling expert;

1   right?

2        A.     I'm not an air modeling expert,

3   but I can look at contours on a plume and

4   tell you that there are certain directions

5   you can cut through that plume with where

6   the emissions just remain constant.

7        Q.     And you're not an expert on

8   meteorology either, are you?

9              MR. GERMAN:  Objection.

10       A.     I teach weather and climate.

11   I'm not a weather forecaster.

12       Q.     So you're not really -- you're

13   not really -- you don't have the expertise

14   to render an opinion on how the dispersion

15   of air contaminants occurs within the

16   Carteret proposed class area, are you?

17             MR. GERMAN:  Objection.

18       A.     I would say that it has nothing

19   to do with meteorology or air modeling or

20   anything, it's based on the soil data and

21   the fact that a plume in a natural setting

22   does not necessarily conform to rigid

23   expectations.  There can be highs that are

24   displaced from the source, for example.  We

25   see that in volcanic eruptions all the time.

1    It depends on what's going on in nature as

2    this stuff is dispersed out into the

3    atmosphere.

4        **Q.      Have you done any quantitative**

5    **or even semi-quantitative analyses that**

6    **would suggest that there are hot spots or**

7    **higher concentration as a result of**

8    **historical air emissions that are far away**

9    **from the USMR smelter?**

10       A.      Well, if you -- I can only look

11   at the data that we have, and if you look at

12   all the different distance plots, you'll

13   find some where all three metals jump up off

14   trend.  Trend has a lot of variation in it.

15   That's why they have to be plotted in logged

16   space.  So the fact that you find a high

17   value away from a smelter doesn't surprise

18   me at all.

19       **Q.      Well, another explanation for**

20   **the high value away from the smelter is that**

21   **it came from another source; right?**

22       A.      If it's got all three metals in

23   it, it's hard to embrace that alternate

24   source theory.

25       **Q.      The answer to my question though**

1    is if another explanation -- assuming that

2    the source or multiple sources contain those

3    metals, another explanation is it came from

4    those alternate sources?

5              MR. GERMAN:  Objection.

6       A.    Not necessarily.

7       Q.    So that's not possible?

8       A.    I'll tell you what's not

9    possible, is to have --

10      Q.    Can you answer my question?

11             MR. GERMAN:  Allow him to.

12      A.    I'm trying to.

13             Is to have a confluence of

14   multiple sources come together in the right

15   place and give the pattern that we see in

16   this plume.  That's a very low probability

17   occurrence.  So you need to deliver to a

18   specific site from an alternate source, you

19   need to deliver copper, you need to deliver

20   arsenic, you need to deliver, more often

21   than not, lead in the relative abundance

22   that we observe on average in the plume, and

23   with alternate sources, that's -- so it's

24   low probability that that would occur over

25   the entire class area that I rejected that

 1    hypothesis.

 2        Q.    Okay.  All right.

 3            So it's your testimony to a

 4    reasonable degree of scientific certainty

 5    that where we have one of these properties

 6    that's anomalous in terms of jumping up, as

 7    you explained it, based upon your analysis,

 8    you cannot explain those with some

 9    combination of alternate sources, and that's

10    true for every single one of those properties?

11            MR. GERMAN:  Objection.  You can

12        answer.

13        A.    Again, I did not look at it as a

14    parcel by parcel analysis.

15        Q.    You didn't do any specific

16    parcel analysis --

17        A.    No.

18        Q.    -- did you?

19        A.    No.

20        Q.    And you didn't do any evaluation

21    of, you know, the various parameters that

22    you can use to characterize individual

23    properties such as the boring logs and other

24    things that are available from the field

25    notes that give you indications as to the

```
 1    history of that property; right?
 2              MR. GERMAN:  Objection.
 3        A.    No, I didn't need to.
 4              (Exhibit 551, Figure 15 from Dr.
 5        Flowers' report, marked for
 6        identification, as of this date.)
 7        Q.    I hand you what I've marked as
 8    Exhibit 551.  This is -- what I did is I
 9    took your Figure 15, Dr. Flowers, and all I
10    did was I blew it up so it's a little bit
11    easier to see and then I blanked out the
12    blue data, so all of the AOC samples are
13    removed.
14              Do you see that?
15        A.    Yes.
16        Q.    And is it your testimony to a
17    reasonable degree of scientific certainty
18    that with respect to the remaining red data
19    that we can see on this Exhibit 551 there's
20    a downward trend in that data?
21        A.    Yes.
22        Q.    Okay.
23              You can see that trend?
24        A.    I can see it.
25              MR. GERMAN:  I just want to
```

1          object to your characterization of what

2          you've done to the exhibit.  Dr. Flowers

3          could testify whether it matters or

4          not, but not all -- it appears to me

5          not all of the red data remains in

6          Exhibit 551 and some of the blue data

7          remains in Exhibit 551.

8      Q.     Do you have enough information

9  and did you understand my question with

10  respect to whether or not there's a downward

11  trend in the red data?

12      A.     Yes.

13      Q.     And then you see the -- that

14  sort of green oval that's put around that

15  data that's about .9 mile distance?

16      A.     Yes.

17      Q.     Do you know whether all of that

18  data is for the same property or not?

19      A.     No, I don't.

20      Q.     You didn't do any individual

21  analyses?

22      A.     No, I didn't.

23      Q.     And so you don't know what the

24  particular history is, if indeed that is one

25  property, what the history of that property

1    is; right?

2         A.    No, I don't.

3         Q.    Were you using that particular

4    set of data in your evaluation of whether or

5    not there's a downward trend here?

6         A.    Yes.  I would consider those

7    outliers to the trend.

8         Q.    So the trend exists

9    notwithstanding -- even if you take those

10   data points out?

11        A.    Yeah.

12        Q.    And I want to direct your

13   attention to Figure 20B, and Figure 20B is

14   your trend plot for lead; correct?

15        A.    Yes.

16        Q.    And you've indicated in your

17   report that you can observe a downward trend

18   in that data, too; correct?

19        A.    Yes.

20        Q.    And it's your opinion that that

21   downward trend extends into the samples that

22   are colored red on the figure; correct?

23        A.    Yes.

24             (Exhibit 552, Figure 20B, marked

25        for identification, as of this date.)

1    Q.    I'm handing you a document that
2    I've marked as Exhibit 552.
3    A.    You're going to --
4    Q.    Yes.  That one.
5    A.    Okay.
6    Q.    And I've done something similar
7    here, I've taken out the blue data, which is
8    the data within the AOC, and then I've drawn
9    a green box around the data from
10   approximately .6 miles to 1 mile and then
11   I've drawn a red box around the data from
12   approximately 1 mile to 1.6 miles.
13         Do you see that?
14   A.    Yes.
15   Q.    Do you know what the difference
16   in housing age is between the properties
17   contained in the green box versus the
18   properties contained in the red box?
19   A.    Not specifically.
20   Q.    Would you be surprised to know
21   that the median -- the difference in the
22   median of those houses is over 30 years?
23   A.    Which way?
24   Q.    The houses in the red box are 30
25   years newer than the houses in the green box.

1      A.      That would be consistent with

2  the development of Carteret.

3      Q.      **And are you also aware that it**

4  **has been repeatedly demonstrated in the**

5  **scientific literature that lead soil**

6  **concentrations are heavily correlated to the**

7  **age of the house?**

8              MR. GERMAN:  Objection.  You can

9         answer.

10     A.      Particularly if they were built

11 after the ban on lead paint occurred.

12     Q.      **So is it your testimony that**

13 **there is no difference in the impact on soil**

14 **lead from houses between, say, 1920 and**

15 **houses from 1950?**

16             MR. GERMAN:  Objection.  You can

17        answer.

18     A.      I think lead paint was still

19 being used in 1950.

20     Q.      **So you would expect that the**

21 **lead concentrations for houses built in 1950**

22 **to have similar lead concentrations to those**

23 **built in 1920?**

24             MR. GERMAN:  Objection.  You may

25        answer.

1        A.     I don't know.  It depends what
2  kind of paint was used.
3        **Q.     You haven't done that kind of**
4  **evaluation?**
5        A.     No, I haven't done that.
6        **Q.     And as far as you know, you**
7  **cannot make a general determination with**
8  **respect to the potential for lead-based**
9  **paint to impact soil concentrations based**
10  **upon the difference between a house built in**
11  **1920 versus one built in 1950; is that right?**
12             MR. GERMAN:  Objection.  You can
13        answer.
14        A.     No, I can't.
15        **Q.     You would agree with me that**
16  **Figure 20 does not control for housing age;**
17  **right?**
18        A.     No, it doesn't.
19             (Exhibit 553, Distributions of
20        Soil Lead in the Nation's Housing Stock
21        May 1996, marked for identification, as
22        of this date.)
23        **Q.     I'm handing you a document that**
24  **I've marked as Exhibit 553.  Have you ever**
25  **seen that document before, Dr. Flowers?**

```
 1          A.     No.
 2          Q.     Exhibit 553 is entitled
 3    Distributions of Soil Lead in the Nation's
 4    Housing Stock; correct?
 5          A.     Yes.
 6          Q.     And it's a U.S. Environmental
 7    Protection Agency document dated May 1996;
 8    correct?
 9          A.     Yes.
10          Q.     And I'll direct your attention
11    to the Executive Summary, and for the record
12    it's not the entire document, just I didn't
13    want to kill too many trees.  The Executive
14    Summary, the first sentence states:  The
15    primary objective of this study was to
16    supplement the prior reports on the national
17    survey of lead-based paint and housing
18    through additional data analyses specifically
19    focusing on the relationship between lead
20    and exterior soil, a potential source of
21    lead hazard in homes with housing unit
22    characteristics.
23                Do you see that?
24          A.     Yes.
25          Q.     And then if you flip over to the
```

1    next page under Private Housing, the first

2    sentence states:  The strongest statistical

3    predictor soil lead was found to be the

4    building age.

5              Do you see that?

6         A.    Yes.

7         Q.    And then the second -- skipping

8    one sentence, the next sentence reads:  For

9    private housing units, soil lead around

10   homes built before 1940 were significantly

11   greater than lead in soil around homes built

12   between 1960 and 1979; correct?

13        A.    Right.

14        Q.    And that would suggest that the

15   potential for lead impacts on properties

16   within, going back to Exhibit 552, if I'm

17   correct, is much higher in the green box

18   than it is in the red box; right?

19             MR. GERMAN:  Objection.  Form,

20        foundation.

21        A.     There is a complication here in

22   the fact that this study presumably was not

23   in the presence of a copper smelter.

24        Q.    Well, I understand that, but in

25   terms of the potential for impact from lead-

1    based paint, if we're just focusing on that

2    factor as a potential source of lead, what

3    Exhibit 553 tells you is that that potential

4    is much greater for the properties in the

5    green box than it is for the properties in

6    the red box?

7              MR. GERMAN:  Objection.

8         A.    I don't think that's what it

9    tells you.

10        Q.    Why not?

11        A.    Because there's no smelter

12   present here.

13        Q.    I'm just asking about the

14   potential for lead-based paint.  I'm not

15   asking about the smelter.

16        A.    Regardless of what you're

17   asking, there is a smelter here.

18        Q.    You can't answer my question --

19        A.    No, I can't.

20        Q.    You can't?

21        A.    No.  Not with the smelter present.

22        Q.    Okay.

23        A.    No.

24        Q.    Fair enough.

25              You can't tell me whether or not

1    the potential for lead-based paint impacts

2    is greater in housing built in 1920 versus

3    housing built in 1950, that's something that

4    you can't tell me?

5         A.     If you --

6              MR. GERMAN:   Objection.

7         A.     -- asked me the question in New

8    Orleans, I can answer the question.

9         Q.     All right.  What's the answer in

10   New Orleans?

11        A.      In New Orleans, the older houses

12   have a greater potential for lead-based

13   paint in soil.

14        Q.      And that same conclusion cannot

15   be applied in Carteret, is that what you're

16   telling me?

17        A.      Not in the presence of a smelter.

18        Q.      Okay.

19              Did you do -- for Figures 12, 19

20   and 20, did you do any sort of best fit

21   calculation?

22        A.      No, I didn't.

23        Q.      And I think you --

24        A.      I considered --

25        Q.      Go ahead.

1          A.      I considered that a vacuous

2     enterprise.

3          **Q.      And you felt like that your own**

4     **visual interpretation of the data was more**

5     **accurate than a best fit line?**

6               MR. GERMAN:  Objection.  You can

7          answer.

8          A.      I considered that there's so

9     much scatter in the data that the quality of

10    the fit would be dubious, and so I used a

11    visual examination.

12         **Q.      And in your mind, a visual**

13    **examination under those circumstances is**

14    **more reliable than a best fit line?**

15         A.      With this data, yes.

16         **Q.      And I think you told me before,**

17    **you didn't run a Mann-Kendall test; correct?**

18         A.      No.

19         **Q.      Did you do any kind of variogram**

20    **analysis?**

21         A.      No, I didn't.  You would have to

22    have -- variograms are for this type,

23    referring to Exhibit 21, generally are used

24    with kriging where you're contouring, where

25    you're trying to interpolate between data

1    points.

2         **Q.      That's your testimony, the only**

3    **use of a variogram is --**

4         A.      No.  But that's generally where

5    it comes into play.

6         **Q.      Aren't variograms frequently**

7    **used to determine whether there's any**

8    **directionality in the data?**

9         A.      That's what a contour map tells

10   you also.

11        **Q.      Well, isn't that what you're**

12   **trying to determine with Figures 12, 15 and**

13   **20, that there's a direction in the data**

14   **that it decreases; right?**

15        A.      No.  This is just distance, any

16   compass distance.

17        **Q.      But the conclusion that you drew**

18   **from Figures 12, 15 and 20 was that the**

19   **concentrations were decreasing with distance?**

20             **MR. GERMAN:**  Objection to form.

21        A.      The distance in varying

22   directions.  Kriging and variograms are used

23   to predict in geographic directions like to

24   the north, to the south, to the west.  These

25   diagrams are simply as the crow flies, how

 1    far is the sample from the smelter in all

 2    directions geographically.

 3         Q.    Well, wouldn't you expect that

 4    if your conceptual site model is correct,

 5    that you would have a decreasing trend in

 6    concentration along a particular transect?

 7              MR. GERMAN:  Objection.  You can

 8         answer.

 9         A.    You may or may not.  It depends

10    where the transect is located.

11         Q.    Well, if the transect origin is

12    at the USMR facility and it projects outward

13    in a consistent ordinal direction, wouldn't

14    you expect to have a decreasing trend?

15         A.    Not necessarily.

16         Q.    What's your basis for that

17    statement?

18         A.    Well, I mean, it wouldn't be

19    necessarily strictly decreasing.  It would

20    be high near the smelter and it would

21    decrease, but it could keep going at a very

22    low level for a long distance.  It depends

23    how big the plume is.

24         Q.    Well, wouldn't you expect a

25    directional variogram to identify that trend?

1      A.      It might if you had complete

2  sampling of the plume.

3      **Q.      But you didn't do that?**

4      A.      There aren't the samples.

5      **Q.      There's not enough soil**

6  **samples --**

7      A.      No.

8      **Q.      -- to make that determination?**

9      A.      No.  Absolutely not.

10      **Q.      How many samples do you need?**

11      A.      Well, first you need a

12  geographic distribution, if you want the

13  whole plume.

14      **Q.      I don't want the whole plume.  I**

15  **want to know if there's directionality**

16  **within the geographic area that we have**

17  **sample from.  How many samples within that**

18  **1.6 miles or so that we have samples, how**

19  **many samples do I need to run a variogram?**

20      A.      I don't know what -- I haven't

21  done it, so I can't answer that question.

22      **Q.      Well, you said you didn't have**

23  **enough samples.  On what basis --**

24      A.      No.  What I --

25      **Q.      -- did you determine that?**

```
 1              MR. GERMAN:  Objection.
 2      A.      No.  That is not correct.
 3              MR. GERMAN:  Objection to form.
 4      A.      What I said is if we're looking
 5   at the entire plume, we don't have enough
 6   samples.
 7      Q.      Okay.  Well, let me ask the
 8   question this way.  Do we have enough
 9   samples on any one of the three transects
10   that all of the people have been looking at
11   as far as the data goes to do a directional
12   variogram along that transect?
13              MR. GERMAN:  Objection.  You can
14      answer.
15      A.      With respect to discerning the
16   general trend of a decrease of distance, we
17   have enough samples.
18      Q.      But you didn't do that?
19              MR. GERMAN:  Objection.
20      A.      Not with a variogram.
21      Q.      All you did was look at the data?
22              MR. GERMAN:  Objection.
23      A.      I looked at the data.
24      Q.      Okay.
25      A.      But the data trumps potentially
```

```
 1    the variogram.
 2         Q.     Well, the variogram evaluates
 3    the data, too; right?
 4         A.     Of course.
 5         Q.     And so what you're saying is
 6    that your visual interpretation trumps the
 7    variogram?
 8              MR. GERMAN:  Objection.
 9         A.     No.  I have to see the
10    variogram.  I haven't seen any of this
11    stuff.  I don't know what you're talking
12    about.
13         Q.     All right.  Well --
14         A.     What specifically was done?
15         Q.     Let me direct your attention to
16    Exhibit 547.  This is the Geosyntec
17    presentation.
18         A.     Again, I have not reviewed this.
19         Q.     But you have reviewed the
20    Newfields PowerPoint.
21         A.     No, I haven't.
22         Q.     You haven't?
23         A.     No.
24         Q.     You do have them.  They are in
25    your reference materials.
```

```
 1        A.    I know, but I've told you
 2   already I haven't reviewed them.
 3        Q.    Okay.
 4              And if you look starting on
 5   Bates USMR01074703 --
 6        A.    Yes.
 7        Q.    -- there's some variograms for
 8   the AOC data.
 9              Do you see that?
10        A.    Yes.
11        Q.    So within the AOC they run
12   variograms and the first one is for copper
13   and it actually shows based upon the
14   variogram that there is a trend with
15   distance within the AOC.
16              Do you see that?
17              MR. GERMAN:  Objection.  You can
18        answer.
19        A.    Okay.  Distance feet.  What is
20   the units on the X axis?
21        Q.    I think it's feet times 10 to
22   the third.
23        A.    And feet is increasing to the
24   right?
25        Q.    Increasing to the right.
```

1     A.     From the smelter?

2     **Q.     Yes.**

3     A.     Well, this shows the opposite

4 pattern.  It shows it low by the smelter and

5 getting higher away from the smelter, if I'm

6 interpreting correctly.

7     **Q.     Have you used variograms in your**

8 **work before, Dr. Flowers?**

9     A.     I used -- there is a variogram

10 underneath this, but I used the defaults.  I

11 didn't mess with it for this contour map on

12 Figure 21.

13     **Q.     Okay.**

14     A.     Because the variogram tells it

15 how the variable varies with geographic

16 distance.

17     **Q.     Right.  And I don't -- I don't**

18 **think the Y axis is concentrations on Bates**

19 **1074703.**

20     A.     Maybe it isn't.

21     **Q.     I think it's a statistical**

22 **parameter.**

23     A.     Yeah.

24     **Q.     And as I understand it, an**

25 **increasing line on a variogram indicates**

1    directionality in the data.

2         A.    Okay.  So what this is saying,

3    according to you, is that there's more

4    directionality further away from the

5    smelter?

6         Q.    No.  It just -- I think a

7    constant slope or a slope of this type just

8    means directionality, period.  I'm not

9    certain that it does.

10        A.    I think there is directionality

11   in the data.  I'm not --

12        Q.    Within the AOC?

13        A.    I'm thinking the whole class area.

14        Q.    Well, I guess what I'd like to

15   point out to you is that if you compare the

16   AOC copper variogram, which is on Bates 703 --

17        A.    Right.

18        Q.    -- to the directional variograms

19   for copper on the transects, which is at

20   711 --

21        A.    Okay.

22        Q.    -- and they're kind of small, so

23   they're a little hard to see, you see what

24   I've referred -- what's been explained to me

25   are what's called hole-effects.

1      A.     Yes.

2      **Q.     Which means it's a random**

3  **distribution.**

4           MR. GERMAN:  Objection.

5      A.     Yeah, but I see no problem with

6  that at distance away from the smelter.

7      **Q.     So you don't -- you would not**

8  **expect once you get into the transects to be**

9  **able to see a trend with distance on the**

10  **variograms; is that right?**

11           MR. GERMAN:  Objection.

12      A.     What I'm saying is that as you

13  move away from the smelter, the signal

14  degrades.  The signal is strongest right

15  near the smelter and it degrades away from

16  the smelter, and then as you go really far

17  away from the smelter, the signal drops

18  below background.

19      **Q.     And so is it your testimony then**

20  **that at least using variograms as a tool,**

21  **that you would not be able to see what you**

22  **refer to as the decreasing concentrations**

23  **with distance once you get outside of the**

24  **AOC?**

25           MR. GERMAN:  Objection.

1    A.    No.  That's not my testimony.

2  You still see a decrease along the western

3  edge --

4    Q.    But do you --

5    A.    -- of the class area.

6    Q.    But do you --

7    A.    It's less than near the smelter.

8    Q.    **That's true with -- that's your**

9  **testimony that that's true with respect to**

10  **arsenic?**

11    A.    Sure.  It decreases.  It doesn't

12  decrease as much as, say, copper, but it --

13  they still decrease.  Lead is lower, the

14  number of exceedances are lower.  Copper is

15  the one that sticks around.

16    Q.    **Well, I mean, we talked about --**

17    A.    I mean arsenic.  Arsenic is the

18  one that sticks around.

19    Q.    **Well, I mean, we talked about it**

20  **earlier today that we looked at the AOC and**

21  **we looked at outside the AOC and the average**

22  **concentration of arsenic was the same, it**

23  **was 24 ppm per --**

24    **MR. GERMAN:**  Objection.  You can

25    answer.

 1          A.    Yes.  But I think they're up on

 2     top, you're up in the major impact zone of

 3     the smelter.

 4          Q.    **I don't understand your answer.**

 5          A.    Well, okay.  Think of it this

 6     way.  This is the smelter.  Here's the

 7     impact.  It's way, way up here.  It's

 8     bobbing around because there's variability.

 9     And then it starts to fall off at some rate

10     and then it comes off end into the tail and

11     the tail just keeps going.

12          Q.    **That's your --**

13          A.    It doesn't go to zero.

14          Q.    **That's your testimony as to the**

15     **shape of the impact that you would expect**

16     **from the smelter?**

17          A.    Sure.

18          Q.    **And --**

19          A.    I would not expect it to go to

20     zero.

21          Q.    **And it's your testimony that**

22     **what you just described in terms of the**

23     **shape of the K-curve that the AOC arsenic,**

24     **average concentration of 24 ppm, that makes**

25     **sense compared to the further out average**

```
 1    arsenic concentration of 24 ppm in the

 2    transects in the plaintiff's samples?

 3                 MR. GERMAN:  Objection.

 4         A.    Well --

 5         Q.    Is that right?

 6         A.    Particularly when you consider

 7    all three metals.

 8         Q.    All right.

 9         A.    And, in fact, they're correlated.

10         Q.    Okay.

11                Now, looking at -- and I'm not

12    sure if I did this with your new report, so

13    let me make certain.  Looking at Figure 16

14    where you've got your contour map for arsenic.

15         A.    Yes.

16         Q.    You did not evaluate any of the

17    transects in plaintiff's data in connection

18    with that figure; right?

19         A.    No.

20         Q.    And the same thing is true with

21    respect to Figure 21 for lead; correct?

22         A.    Anything for the AOC is just the

23    AOC.

24         Q.    And so both Figure 16 and 21

25    don't tell us anything with respect to what
```

1    contours we might expect out in the transects

2    of the plaintiffs' sample area; correct?

3         A.    No, they do not tell you anything.

4         Q.    On Figure 16, you identified a

5    linear feature that's just northeast of the

6    parking lot.

7         A.    Yes.

8         Q.    Did you do any evaluation of

9    those particular samples that are within

10   that linear feature?

11        A.    There's a table in the report

12   that summarizes -- I selected them by

13   intersecting a polygon with the data which

14   is a point layer with a polygon that I made

15   around this feature, and then somewhere in

16   the set of tables there's a set of summary

17   statistics.

18        Q.    Is it your testimony that the

19   impacts that you can -- are associated with

20   that linear feature that we can see in

21   Figure 16 are as a result of aerial

22   deposition of particulate from the USMR

23   facility?

24        A.    I don't know what they're from.

25        Q.    So in that particular case, you

1   don't know what the --

2        A.     I think they would be impacted

3   by aerial deposition.  It would be -- they

4   look like a ditch.

5        Q.     Do you know whether or not those

6   particular samples in that linear feature

7   were impacted by the placement of non-native

8   fill material?

9                MR. GERMAN:  Objection.  You can

10       answer.

11       A.     Not with the -- if you look at

12  the statistics on Table 4, page 16, the

13  maximum copper is 19,000, the average is

14  3,750, and then when you go to lead, it's

15  21,000 is the max and the min -- the average

16  is 3,436, and then arsenic, 605 is the max

17  and 135 is the average.  These are some of

18  the highest values observed in the AOC.

19                MR. SUTHERLAND:  Objection.

20       non responsive.

21       Q.     My question was:  Do you know

22  whether or not the samples that were

23  collected from this area, whether they were

24  as a result of air deposition or whether

25  they're as a result of non-native fill

1     material?

2         A.     They are not native fill

3     material, I guarantee you.

4         **Q.     I said non-native fill material.**

5         A.     Non-native.  That's what I'm --

6         **Q.     You're guaranteeing me they are**

7     **not --**

8         A.     I'm guaranteeing you they are

9     not.  They are not paint chips, they are not

10    leaded gasoline, they are not pesticides.

11    They are connected to that smelter.

12        **Q.     Could they be slag?**

13        A.     Sure, they could be any kind of

14    material, but they're always being impacted

15    by air fall.  They're right next to the

16    smelter.

17        **Q.     Well, I mean, my -- I guess**

18    **maybe I wasn't clear with my question,**

19    **Dr. Flowers, but I'm including within**

20    **non-native materials things like slags and**

21    **other sort of waste materials like, you**

22    **know --**

23        A.     From where?

24        **Q.     From anywhere.**

25        A.     No.  These are slags from the

1    site, from the USMR site if they're in there.

2        Q.    And so how do you know that?

3        A.    Because they're enriched in

4    copper, arsenic and lead --

5        Q.    Is it your --

6        A.    -- to an extreme degree.

7        Q.    Is it your testimony,

8    Dr. Flowers -- or let me ask this another way.

9            What evaluation have you done of

10   other industrial sources located in the

11   immediate vicinity to the USMR facility that

12   generated solid waste materials that may

13   have been used as fill that contained

14   arsenic, copper and lead?

15       A.    I haven't done that.

16       Q.    And so you can't say as you sit

17   here today whether or not, assuming that

18   these are non-native waste materials that

19   were put there, you can't say whether they

20   came from the USMR facility or some other

21   industrial facility in the immediate

22   vicinity, can you?

23       A.    It is my opinion that they came

24   from the USMR facility, and I can say that.

25   You have a feature that is emanating from

```
 1    the site, the most logical, greater

 2    preponderance of evidence, if you will, and

 3    its signature geochemically says it's from

 4    the site.

 5         Q.    What do you mean by its signature

 6    geochemically?

 7         A.    What I read from you in Table 4.

 8    It is 19,000.  It's over 1% copper.

 9         Q.    What if --

10         A.    And there's a copper smelter 10

11    feet away.

12         Q.    Well --

13         A.    And so you're trying to tell me

14    that it was a plant 40 miles up the road

15    that hauled the slag here and dumped it in

16    this ditch right next to the smelter?

17         Q.    Dr. Flowers --

18         A.    Which is more likely?

19         Q.    Dr. Flowers, what if there's

20    another copper smelter two miles away?

21         A.    There is?

22         Q.    I'm asking, what if there is one?

23         A.    I don't know of one two miles

24    away.

25         Q.    If there is one two miles away,
```

1    then the slags -- I mean, it's less likely,

2    I'll give you that, but, I mean, once you

3    put the slags in a truck, you know, there's

4    not a huge difference between a quarter of a

5    mile and two miles, is there?

6                   MR. GERMAN:  Objection to the

7          form and foundation.

8          A.     I have no way of knowing if

9    there was a smelter -- copper smelter

10   equivalent in size to the USMR two miles

11   away from it.

12         Q.     Does it have to be --

13         A.     And whether or not they would

14   accept waste from another -- they got their

15   own waste problems.  They don't want any

16   extra waste.

17         Q.     Is it your testimony that the

18   sample that we have been talking about in

19   this linear feature was on the smelter site?

20         A.     No.  It's not on the site itself.

21   It's emanating from the smelter site.

22         Q.     And do you have an opinion -- I

23   just want to make sure -- we've talked about

24   this before, but do you have an opinion as

25   to whether or not that linear feature is as

1    a result of air deposition or if it's as a

2    result of the placement of waste materials?

3                MR. GERMAN:  Objection.  You can

4        answer.

5        A.    I don't know.

6        Q.    You don't know one way or another?

7        A.    I think it's both.

8        Q.    And how would you answer that

9    question?

10               MR. GERMAN:  Just did.

11               MR. SUTHERLAND:  No.

12       Q.    How would you answer the question

13   of whether it came from air deposition or

14   whether it came from waste materials?

15               MR. GERMAN:  You can answer.

16       A.    I think you would have to do a

17   complete sampling of the linear feature,

18   you'd have to look at it and see what's in it.

19       Q.    And how would you go about seeing

20   what's in it?  What particular analyses

21   would you do?

22               MR. GERMAN:  For that ditch?

23               MR. SUTHERLAND:  For -- to

24       distinguish between air deposition and

25       waste materials.

```
 1        A.     The size of the particles.  If I
 2   saw globules --
 3             MR. GERMAN:  Object --
 4             MR. SUTHERLAND:  Let him answer.
 5             MR. GERMAN:  No.  I want to get
 6        my objection on the record because I
 7        don't know if you're talking about
 8        ditch or you're talking generally or
 9        you're talking about class area, so I
10        want to know what question he's
11        answering.
12        Q.     I'm talking about the linear
13   feature, and I want to know what analytical
14   tools would you use to distinguish between
15   air particulate emissions and the disposal
16   of waste materials.
17             MR. GERMAN:  Objection.  You can
18        answer.
19        A.     You would look at what's in the
20   ditch.
21        Q.     And what specific analytical
22   tools would you use to look at what's in the
23   ditch?
24        A.     I think with these kind of
25   numbers, I might take the soil and sive it
```

1   to try to extract particulates from it and I
2   might look at them under a microscope.
3        Q.    So you would look at, for
4   example, the size of the particles would be
5   one thing; right?  Correct?
6        A.    Sure.
7        Q.    And because you would expect air
8   particles to be smaller than waste particles;
9   right?
10       A.    Maybe, maybe not, that close to
11  the smelter.
12       Q.    You would also look at the
13  morphology of the particles or the pieces?
14       A.    Yeah.
15       Q.    Would you look at the chemical
16  composition of the pieces?
17       A.    Yeah.  But I wasn't tasked to do
18  that.
19       Q.    Okay.
20       A.    In fact, I didn't know this
21  thing existed until I contoured it.
22       Q.    Okay.
23             Did you look, once you figured
24  out that it existed, did you look at the
25  boring logs?

1        A.      No.

2        Q.      Would the boring logs have given

3   you any useful information in determining

4   whether or not the material was a waste

5   material or whether it was as a result of

6   air emissions?

7        A.      They might have, but I haven't

8   done that yet.  I may be asked to do that.

9        Q.      Do you know if the microscopy

10  work that was given to you at Exhibit 549

11  includes some microscopy work of the material

12  that was removed from this linear feature?

13       A.      No.  I don't know that.

14       Q.      Would that have been helpful to

15  you to have some microscopy analysis in

16  determining whether or not this linear

17  feature was as a result of air emissions

18  deposition or placement of waste materials?

19               MR. GERMAN:  Objection.

20       A.      Again, I wasn't asked to do that.

21  I was asked to say whether or not the

22  smelter impacted areas, and it clearly

23  impacted this area, so I didn't need -- the

24  chemical analyses were sufficient to tell me

25  that it had been impacted.

1    **Q.    Well, wasn't part of your**
2    **assignment to specifically look at the air**
3    **deposition conceptual site model?**
4        A.    It was to look at --
5            MR. GERMAN:  Objection.
6        A.    -- the conceptual site model,
7    the licensed mediation specialist says the
8    predominant way of transport is air
9    deposition, Arcadis says the predominant way
10   of transfer waste into the class area is air
11   deposition, and I agree with them.
12   **Q.    But you didn't --**
13       A.    That's not to say that other
14   things didn't happen.
15   **Q.    Okay.**
16       **And in this case, this linear**
17   **feature may be one of those locations where**
18   **other things happened; right?**
19       A.    Sure.
20   **Q.    Okay.**
21           MR. SUTHERLAND:  I'm about to
22       change topics, I don't know -- it's
23       12:23.  We could take a lunch break or
24       we could keep going for another 30 or
25       40 minutes?

```
 1              MR. GERMAN:  Up to everyone else.

 2              THE WITNESS:  I'm fine.

 3              MR. SUTHERLAND:  Okay.

 4              THE WITNESS:  Just let me get

 5        some water.

 6              THE VIDEOGRAPHER:  We are going

 7        to go off the record at 12:24, ending

 8        media unit number 3.

 9              (Lunch recess taken.)

10              THE VIDEOGRAPHER:  Back on the

11        record, 1 p.m.  This is media number 4

12        in the deposition of Flowers.

13   CONTINUED BY MR. SUTHERLAND:

14        Q.     Dr. Flowers, before our lunch

15   break we spent some time at least briefly

16   introducing the topic of your use of Spearman

17   non-parametric correlation coefficient.

18              Do you remember that?

19        A.     Yes.

20        Q.     Can you describe for the judge

21   and the jury what is -- what does a Spearman

22   nonparametric correlation coefficient measure?

23        A.     It measures the degree to which

24   multiple variables from 2 onward vary

25   sympathetically, monotonically increasing,
```

1  monotonically decreasing.  If the

2  correlation coefficient is positive, then

3  that would indicate a monotonic positive

4  increasing relationship.  If they are

5  decreasing, then it would be a decreasing

6  relationship.  And it measures the

7  strength -- you do two things with it.

8  Strength, you usually look for one above .5,

9  and whether or not it's statistically

10  significant, and statistically significant

11  means what are the odds that this

12  relationship can occur randomly just because

13  of chance, like what we were exploring

14  earlier, a little bit of lead paint, a

15  little piece of pipe, a little piece of

16  arsenic-bearing waste magically appearing in

17  the same place to give this relationship,

18  and a Spearman coefficient indicates that

19  that's highly improbable because the

20  significance is much less than 1 in 10,000.

21        Q.    **Where does the 1 in 10,000 come**

22  **from?**

23        A.    Well, that's calculated as part

24  of -- it was provided in the auxiliary

25  materials, it gives the significance of the

1    correlation coefficients.

2         Q.    Okay.

3         A.    It's not in -- I just say -- I

4    may reference it by saying P is much, much

5    less than .0001.

6         Q.    Okay.

7              And it's correct to say that the

8    Spearman correlation coefficient process, it

9    takes in this case the concentrations of the

10   metals and it converts them into a numerical

11   integer; correct?

12        A.    More precisely, it ranks the

13   numerical values.

14        Q.    So, for example, if you got a

15   sample set, the very highest value is going

16   to get a rank -- the highest value gets a

17   rank of like 1?

18        A.    No.  It's the other way around.

19        Q.    Okay.

20        A.    The lowest value gets a rank of

21   1, the highest value gets a rank of N where

22   N is the size of the data set.

23        Q.    Okay.

24              And so to just make sure we're

25   talking about the same thing, if our data

1    set had a hundred samples in it, the highest

2    value would have a rank of 100; correct?

3         A.    Yes.  If they were all distinct

4    values, that would be true.

5         Q.    And then the next highest value

6    would have a rank of 99?

7         A.    Yes.

8         Q.    All right.

9              (Exhibit 554, short table

10        containing Sample Dataset and Spearman

11        Correlation, marked for identification,

12        as of this date.)

13        Q.    Okay.  So I -- because statistics

14   are sometimes confusing, I went ahead and I

15   prepared a short table.  Just so we can get

16   this for the record, I'm handing you what

17   I've marked as Exhibit 554, and this does

18   not -- the data here doesn't have anything

19   to do with this case.  I just, in terms of

20   the data that was collected in the field, I

21   just made this up.  Okay?

22        A.    Okay.

23        Q.    But I just, for purposes of

24   illustration, I just picked four samples,

25   and I just assigned concentrations to lead,

```
1    copper and arsenic to those four samples.
2              Do you see that?
3         A.    Yes.
4         Q.    And so for Sample 1, for
5    example, it's 500 ppm lead, 295 ppm copper
6    and arsenic 40 ppm; correct?
7         A.    Right.
8         Q.    And then what I did for these
9    four samples is then I just ranked them
10   according to which is the highest and which
11   is the low -- you know, second highest,
12   which is the third highest, and it looks
13   like I probably did it backwards because I
14   think I put the highest one --
15        A.    Yes, you did do it backwards.
16        Q.    Yes.  But nevertheless, the
17   process, if you just flip the integers,
18   that's the way that Spearman works; right?
19        A.    Right.
20        Q.    And in this particular case
21   because the order of the lead and the copper
22   and the arsenic concentrations, the ranking
23   is the same for all three metals, for all
24   four of the samples, do you see that?
25        A.    Yes.
```

 1      Q.     And so what the result would be

 2  from a Spearman analysis of this particular

 3  small set of made up samples would be you

 4  would get a Spearman correlation coefficient

 5  of 1 across the board; right?

 6      A.     Right.  All the ranks are

 7  correlated.

 8             (Exhibit 555, short table with

 9      Sample Dataset and Spearman

10      Correlation, marked for identification,

11      as of this date.)

12      Q.     I'm handing you a document that

13  I've marked as 555, and I've added three

14  columns to this one.

15             Do you see that?

16      A.     Yes.

17      Q.     Where I've added the lead to

18  copper ratio, the lead to arsenic radio and

19  the copper to arsenic ratio.

20             Do you see that?

21      A.     Yes.

22      Q.     And the samples themselves, I'll

23  represent to you, are unchanged, the values

24  are the same.

25             Do you agree with that?

1        A.     Yes.

2        Q.     And what I'm trying to illustrate

3    here is that the Spearman correlation

4    coefficient, it doesn't give you any

5    information about variability within those

6    metal ratios; is that right?  Would you

7    agree with that?

8        A.     Not within the ratios; no.

9    Because I didn't do ratios.

10       Q.     And the Spearman analysis that

11   you did wouldn't really give you any

12   information about what those ratios and what

13   those ratios might vary across the proposed

14   class area, would it?

15       A.     It might.

16       Q.     It might and it might not?

17       A.     I don't know.

18       Q.     You don't know.  Okay.

19              Do you ever use principal

20   component analysis in your work?

21       A.     I teach it.

22       Q.     Okay.

23              Did you consider using principal

24   component analysis here?

25       A.     I could tell from looking at the

```
 1    data that the first eigenvalue was going to
 2    be copper, that's the main variable that's
 3    varying across the class area, but I didn't
 4    pursue it beyond that.
 5         Q.    If you could look at Exhibit 547
 6    for me, it's the Geosyntec document.
 7         A.    Okay.
 8         Q.    And if you could turn to Bates
 9    USMR01074664.  Do you see on Bates 664 that
10    that's a diagram from a principal component
11    analysis; correct?
12         A.    Yeah.  It's consistent.
13         Q.    And it shows that the transect
14    samples which are encompassed within that
15    trapezoidal figure are distinct from the
16    site sample numbers which are down in the
17    lower right corner; correct?
18              MR. GERMAN:  Objection.
19         A.    That's what the graph says.
20         Q.    And it's your testimony that you
21    didn't see Exhibit 547 before you issued
22    your report; correct?
23         A.    That's correct.
24         Q.    If you had reviewed Exhibit 547,
25    could you have at least drawn some basic
```

1   conclusions regarding the principal component

2   analysis that was conducted by Geosyntec?

3        A.    If I had all the background

4   information, what the loadings on the

5   components are, things like that, the data.

6        Q.    If you had had the data, you

7   could have done your own analysis to confirm

8   or deny?

9        A.    If I had everything that went

10  into this diagram, I could have done this

11  analysis; yeah.

12       Q.    But it's your testimony that you

13  weren't asked to do that prior to completing

14  your report; correct?

15       A.    Right.

16       Q.    And you don't know whether or

17  not all those materials were produced to the

18  plaintiffs or not; right?

19       A.    What materials?

20       Q.    You don't know whether all that

21  underlying data and analysis that underlies

22  this particular figure --

23       A.    I do not.

24       Q.    -- whether that was available --

25       A.    I don't know.

1    Q.    -- to the plaintiffs' lawyers?
2  You don't know that?
3    A.    I don't know.
4    Q.    On page 8 of your report --
5    A.    Okay.
6    Q.    You -- under chemical
7  characteristics of smelter emissions, do you
8  see that?
9    A.    Yes.
10   Q.    And one of the things there is
11 that you state in your report most of the
12 particulates, 80%, were less than 53 microns
13 in size.
14   A.    According to Okanigby, et al.
15 2017 for a smelter in South Africa.
16   Q.    And so that gave you information,
17 at least general information for another
18 smelter as to what kind of particulate size
19 you would expect from a smelting facility;
20 is that right?
21   A.    Yes.  Most of them are less than
22 53 microns.
23   Q.    And then you go on and state
24 that compositionally, those particulates,
25 you would expect to have copper in them with

1    smaller amounts of lead and zinc; is that

2    right?

3         A.    Yes.  They didn't report any

4    analyses for arsenic.

5         Q.    And did you -- did you

6    compare -- the ratio that you got there of

7    the composition of those particulates, the

8    copper is about 120 times higher than the

9    lead; right?

10        A.    Right.  But these are samples

11   taken from electrostatic precipitators.

12   This would be the strongest signal of the

13   smelter.

14        Q.    Did you compare that ratio of

15   copper to lead for what you're observing in

16   soil samples within Carteret?

17        A.    No, it's a different smelter.

18        Q.    And because it's a different

19   smelter, you expect it to be different?

20        A.    It may be the same, it may be

21   different.  I can't tell.

22        Q.    But the answer to my question is

23   you didn't look at it as --

24        A.    No, I didn't.

25        Q.    -- being indicative of what you

1    would expect within Carteret?

2         A.    No.  It was illustrated.

3         Q.    And then you go on to say that

4    the morphology of the particulate you would

5    expect to be spherulitic particles; correct?

6         A.    Yes.

7         Q.    And so setting out on page 8,

8    you've essentially identified at least a

9    starting point for what you would expect the

10   air emissions from the smelter to look like

11   as far as particle size, chemical composition

12   and morphology; right?

13        A.    With the --

14            MR. GERMAN:  Objection.  You can

15       answer.

16        A.    With the exception I don't know

17   what arsenic to expect.  If it's two things,

18   if it's dust per se, then it's going to be

19   different than something that condenses from

20   a gas phase.  The gas phase will be the

21   spherulitic material.  So what this is,

22   again, is illustrative of what can happen in

23   a smelter.

24        Q.    You could have used what you

25   define on page 8 of your report as a starting

1    point at least to do some microscopy

2    analysis to look for particles that meet

3    these criteria; correct?

4                MR. GERMAN:  Objection.

5        A.    I didn't consider it necessary

6    to do that.

7        Q.    But you could have based upon

8    what you've outlined on page 8, you could

9    have done that?

10       A.    You could do all kinds of

11   things, but I didn't think it was necessary.

12   I didn't do it.

13       Q.    Okay.

14             But that's what you did in your

15   case in Pennsylvania with the coal fire --

16       A.    But that was what I was tasked

17   to do, was to look for the presence of fly

18   ash on properties as opposed to chemical

19   contamination.

20       Q.    Okay.

21       A.    Now, the problem with microscopy

22   is that if you take a sample, you separate

23   it, you magnify it, and you characterize it,

24   it's very difficult to get back to what the

25   bulk sample is going to read in terms of a

1   chemical analysis.  So if you see like a

2   piece of lead paint, you don't know how many

3   pieces of lead paint are in a six inch core

4   sample.  There my be one.  There's a lot of

5   soil particles, a lot of weight that is not

6   lead paint, and so it may be diluted out so

7   it's insignificant.  It's very difficult to

8   go from the microscopic to the macroscopic.

9        Q.     **They're really two different**

10  **analyses in terms of what you learn from**

11  **them; correct?**

12       A.     Right.

13       Q.     **I mean, microscopy is much more**

14  **useful at identifying particular types of**

15  **materials in terms of identifying their**

16  **source; right?**

17            **MR. GERMAN:**  Objection.

18       A.     It is --

19            **MR. GERMAN:**  You can answer.

20       A.     It is useful in determining what

21  the particle is, what its shape is, how big

22  is it, what its chemical composition is, but

23  it has very little relevance to a bulk sample.

24       Q.     **Yeah.  If I understand you**

25  **correctly, what you're saying is that you**

1    really can't translate what you get from a

2    scanning electron microscope with EDS to a

3    concentration of lead in a soil sample; right?

4         A.    That's correct.

5         Q.    If you go back to page 2 of your

6    report and look under Roman 5, the fifth

7    numbered paragraph, about two thirds of the

8    way of that paragraph, there's a sentence

9    that starts numerous individual sources.

10             Do you see that?

11        A.    Yes.

12        Q.    And the sentence reads:  Numerous

13   individual sources would give rise to a more

14   highly random localized pattern of

15   contamination that is not observed in the

16   thousands of samples taken in Carteret.

17             Do you see that?

18        A.    Yes.

19        Q.    How is that characterization of

20   a highly random localized pattern different

21   from what we see in the variograms in the

22   transects for Exhibit 547?  And I'm

23   referring specifically to the Bates pages

24   that begin with USMR01074711.

25             MR. GERMAN:  Objection.

1    A.    Well, let's go back to what we

2    were just talking about.  We have a soil

3    sample and we'll take your hypothesis that

4    that soil sample, the lead loadings, the

5    arsenic loadings and the copper loadings are

6    due to everything else except the smelter,

7    and we have one soil sample and we see this

8    in, for example, some of the data taken on

9    parcels, it will be clean here, it will be

10   high here, it will -- you know, it varies

11   all over the place, and so -- but to get a

12   generalized pattern of copper contamination

13   as is seen in the class area, you can't --

14   it seems to me very improbable that you can

15   get individual sources to give you that answer.

16   **Q.    Are you -- are you relying on the**

17   **Spearman analysis to reach that conclusion?**

18   A.    You can look at the samples.

19   The samples are contaminated with copper all

20   the way out to the edge of the class area.

21   **Q.    I mean, what's confusing me,**

22   **Dr. Flowers, is you just described a property**

23   **where you had concentrations varying from**

24   **bore hole to bore hole and you said the**

25   **concentrations vary all over the place I**

1    **think was your words, and how is that**

2    **different from a highly random localized**

3    **pattern that you say is associated with**

4    **numerous individual sources?**

5         A.    Well, first of all --

6              **MR. GERMAN:**  Objection.  You can

7         answer.

8         A.    First of all, I was giving a

9    hypothetical.  And my hypothetical was how

10   do we get an entire class area contaminated

11   with highly correlated metals using individual

12   sources, and it would require every source

13   to be present most of the time in every

14   sample, and for when one source went up,

15   when one element went up, the others went

16   up, when it went down, the others went down.

17   That's very difficult to do with individual

18   sources.  You have to go, you know, and get

19   the right amount of lead paint, you have to

20   get the right amount of some coppers from

21   somewhere, you have to get the arsenic from

22   somewhere if you want to take those,

23   whatever your alternative sources are, and

24   the idea that somehow they all line up and

25   they give this pattern that we see in the

1    class area, I find that to be very improbable.

2        **Q.    Well, you haven't evaluated the**

3    **relative ratios of the metals; right?**

4        A.    I don't think you have to.

5        **Q.    Well, I think there's probably**

6    **just going to be a disagreement about that.**

7        A.    Well, I think we can agree to

8    disagree.  I say you have a big source,

9    giant source.  Let's go way back in the

10   beginning of the smelter.  Produced 10,000

11   tons of copper.  The concentrate it was fed,

12   let's just be very generous and say it was

13   point 4% copper, I mean, 40% copper, well,

14   that means it would produce 75,000 tons of

15   waste material, and that waste material

16   would be slag, it would be stuff coming out

17   of the stack, no air pollution control.

18   When the first smelter came online, it was

19   an open pipe to the atmosphere.  It's

20   entirely feasible that the contamination --

21   most of the contamination could have

22   occurred then.

23       **Q.    You haven't done, and I think**

24   **we've already established this, but just to**

25   **make it clear, you haven't done any kind of**

1  emissions inventory that would quantify how

2  much emissions went out as air emissions

3  versus what was produced as slag from the

4  fraction of non-copper, you haven't done

5  that, have you?

6      A.    I can say the slag was more

7  tonnage than the air fall, but the exact

8  numbers, I don't -- but tons went into the

9  air and tons went on the ground.

10     Q.    Another thing that you have not

11 done is you have not done any kind of

12 analysis of when the properties were built

13 within Carteret and how much lead was

14 contributed to this community by the use of

15 lead-based paint over the years; correct?

16     A.    Well, I would put it to you this

17 way.  You could take all the lead-based

18 paint that was scraped off every house in

19 Carteret and weigh it and it was nothing

20 like what came out of that smelter.

21     Q.    Have you done that calculation?

22     A.    No, I haven't.

23     Q.    Your testimony is you don't have

24 to?

25     A.    No, I don't, because smelter

1    produces at the ton level, and lead-based

2    paint is low density, it's not very thick on

3    the side of the house.  I guarantee you

4    there's more stuff coming out of the smelter

5    than there is coming off a house.

6         **Q.      Your testimony is that**

7    **lead-based paint is low density?**

8         A.      Compared to a smelter waste.

9    Have you picked up a chip of paint?  Does it

10   go (indicating)?

11        **Q.      Have you --**

12        A.      It's not just lead in the lead

13   paint.

14        **Q.      You haven't done -- you haven't**

15   **done a mass balance of --**

16        A.      No one can do a mass balance

17   because they don't have the data.

18        **Q.      Well, you can estimate it; right?**

19        A.      Well, sure.

20        **Q.      I mean, we know -- we know**

21   **roughly what the lead content of paint was**

22   **historically; right?**

23        A.      Okay.

24        **Q.      Isn't that true?**

25        A.      You can get some idea.

1      Q.      And we can look at a house and

2  see how much paint its surface had; correct?

3      A.      Sure.

4      Q.      And we could look at based upon

5  the age of the house under a normal

6  repainting cycle how many times it was

7  likely painted; correct?

8                  MR. GERMAN:  Objection.

9      A.      Sure.

10      Q.      And we can come up with a number

11  of approximately how much lead was added to

12  that property based upon the historical use

13  of lead-based paint?

14                  MR. GERMAN:  Objection.

15      A.      I don't think you can go that far.

16      Q.      Well, but, I mean, you can at

17  least get to the total mass, even if we're

18  not down into the total soil yet --

19      A.      Yeah.

20      Q.      -- we can get to the total mass

21  of lead that was put on the house.

22      A.      You can get an estimate; sure.

23      Q.      And you told me in the prior

24  deposition that we had on the Kay County

25  case everything breaks down; right?

1      A.      Sure.

2      Q.      I mean, that's entropy; right?

3      A.      Yeah.

4      Q.      And so a lot of that lead is

5  going to break down from the paint and it's

6  going to end up in the yard, isn't it?

7           MR. GERMAN:  Objection.

8      A.      It has potential for ending up

9  in the yard, but I guarantee you what's

10  coming out of that smelter is a lot more.

11      Q.      But you haven't done the

12  calculations to --

13      A.      I don't have to do the

14  calculations.  All I know is that thing

15  produces 80,000 tons of copper or 70,000

16  tons of copper and produces 75,000 tons of

17  waste, it's a high temperature process, it's

18  got a stack, it may or may not have had air

19  pollution control, the ores are typically

20  laced with arsenic and lead, so you have a

21  pollution generator.  You also have a copper

22  smelter, but it's also a pollution generator.

23  And it dwarfs the rest of the sources.

24      Q.      And you're not an air emissions

25  expert; correct?

 1        A.     No, I'm not.

 2        **Q.     And you have not --**

 3        A.     But that, I don't think you have

 4   to be to make my -- the statement I made.

 5        **Q.     That's fine.**

 6             **And you have not done a**

 7   **quantitative calculation of even if we**

 8   **accept your postulation as to the historical**

 9   **record, you haven't done a calculation as to**

10   **how much of that waste --**

11        A.     I don't think anyone --

12        **Q.     Let me finish --**

13        A.     -- can do that --

14        **Q.     -- my question.**

15        A.     -- that calculation.

16        **Q.     Let me finish my question.**

17        A.     Yeah.

18        **Q.     You have not done a calculation**

19   **of how much of those materials actually**

20   **ended up in the proposed class area?**

21        A.     No one can do that calculation.

22             (Exhibit 556, study entitled

23        Extent, Characterization, and Sources

24        of Soil Lead Contamination in

25        Small-Urban Residential Neighborhoods,

```
 1          marked for identification, as of this

 2          date.)

 3          Q.     I hand you a document which I've

 4    marked as Exhibit 556.

 5                 Have you ever seen that document

 6    before, Dr. Flowers?

 7          A.     No.

 8          Q.     Exhibit 556 is a study that's

 9    entitled Extent, Characterization and

10    Sources of Soil Lead Contamination in Small-

11    Urban Residential Neighborhoods.

12                 Do you see that?

13          A.     Yes.

14          Q.     And the authors are Jeffrey

15    Clark and Andrew Knudsen.

16                 Do you see that?

17          A.     Yes.

18          Q.     And in the abstract of the

19    article, the first sentence states:  We

20    present high spatial-resolution mapping of

21    soil lead concentrations in a small-urban

22    residential setting.

23                 Do you see that?

24          A.     Yes.

25          Q.     Would you agree that Carteret is
```

1    a small-urban residential setting?

2         A.    Yes, with a smelter.

3         Q.    And then the authors go on to

4    say that they did x-ray fluorescence and

5    used -- was used to measure soil at 170

6    properties in the City Park neighborhood of

7    Appleton, Wisconsin.

8              Do you see that?

9         A.    Yes.

10        Q.    And they -- then if you skip a

11   few lines down, they indicate that they

12   sampled in three front yard locations, the

13   drip line, the mid-yard and the terrace at

14   71 properties.

15             Do you see that?

16        A.    Yes.

17        Q.    And their results, they

18   summarize a few more lines further down,

19   they say: Approximately 40% of the yard

20   space exceeded concentrations of 400

21   micrograms per gram, which I think is the

22   same thing as parts per million.

23             Do you agree with that?

24        A.    Yes.  That's what it says.

25        Q.    And they indicate that these

```
 1   patterns of contamination are consistent

 2   with lead paint as the main contributor of

 3   lead to soil.

 4              Do you see that?

 5       A.      Yeah.

 6       Q.      If you jump over to history of

 7   lead use in the residential environment, the

 8   first sentence states:  The two main sources

 9   of lead in urban residential environment are

10   combustion of leaded gasoline and the

11   deterioration of exterior paints.

12              Do you see that?

13       A.      Yeah.

14       Q.      And then they go on, skipping a

15   few sentences, the use of lead is a paint

16   additive peaked in the 1920s, before

17   advocacy and legislative efforts during the

18   post-World War II housing boom led to a

19   steep decline in the use of lead in house

20   paints.

21              Do you see that?

22       A.      Yes.

23       Q.      And that statement is consistent

24   with the discussion we had before lunch

25   where we were talking about lead values for
```

```
 1   older housing tends to be higher than those

 2   after the second world war or after 1950;

 3   right?

 4        A.    That's true.

 5        Q.    And then if you skip over to the

 6   next page at the bottom of the first column,

 7   the study -- the authors explain this study

 8   differs from previous works in two important

 9   ways.  First, our study site is a small city

10   rather than a major urban area.  Second, we

11   conduct a high spatial-resolution survey of,

12   and they use an acronym SLL, that's -- I

13   think that stands for soil lead level -- so

14   they -- we conduct a high spatial-resolution

15   survey of SLL, focusing first on a single

16   residential neighborhood and then a city

17   block.

18             Do you see that?

19        A.    Yes.

20        Q.    And this was a study that was

21   done in -- well, let me ask the question.

22   Do you know whether Appleton, Wisconsin has

23   a smelter in it?

24        A.    I would think probably not.

25        Q.    And so the authors were seeking
```

1    to try and determine the impact on soil lead

2    from lead-based paint into a lesser extent

3    from automobile emissions; correct?

4              MR. GERMAN:   Objection.

5        A.    Yes.

6        Q.    And then if we go over to page

7    1502, there's some box of whisker plots up

8    there at the top of the page.

9              Are you there?

10       A.    Yes.

11       Q.    In the first column of that page

12   about a third of the way down, the authors

13   report:  Nearly half the samples exceeded

14   400 micrograms per gram, and this zone, that

15   is the exceedance of 400 ppm, extended

16   several meters into the yard all the way

17   around the home.

18             Do you see that?

19       A.    Yes.

20       Q.    And then we skip a sentence and

21   then the authors go on:  Where homes are

22   close to one another (see, for example, the

23   two homes in the northwest corner of Figure

24   1b), the concentrations tend to remain

25   relatively high even in the mid-lawn area.

1              Do you see that?

2      A.     Yes.

3      Q.     Have you been to Carteret?

4      A.     Yes.

5      Q.     And the homes in Carteret, many

6  of them are very close to one another; correct?

7      A.     Yes.

8      Q.     The authors then in this study

9  go on to say:  Soil lead levels near

10  outbuildings are also often elevated.

11              And you would agree with me that

12  in Carteret there is a high frequency of

13  detached garages and detached storage areas;

14  correct?

15              MR. GERMAN:  Objection.

16      A.     I --

17              MR. GERMAN:  You can answer.

18      A.     I didn't look for them

19  specifically, but I would suspect there are.

20      Q.     And it's also true then in a

21  community as old as Carteret, a lot of times

22  those older structures existed previously

23  and have been torn down; correct?

24              MR. GERMAN:  Objection.  You can

25      answer.

          A.     That's possible.

          Q.     So then the authors go on to
state:  The detailed-block study suggests
that a large proportion of the soil in older
neighborhoods is likely contaminated.  Based
on the interpolated data, approximately 40%
of the yard area has soil lead levels
greater than 400 parts per million.

               Do you see that?

          A.     Yes.

          Q.     And then if we look at the
right-hand box and whisker plot that's up in
Figure 2, this reports the lead concentrations
for the drip line, the mid-lawn and the
terrace; correct?

          A.     Yes.

          Q.     And if you look at the larger, I
think what we're looking at is the larger of
the two is -- shows all of the data --

          A.     Mm-hmm.

          Q.     -- even the high points, and the
one that's kind of inset inside the larger
one is just showing the boxes for the 25th
percentile and the 75th percentile and the
median value; correct?

1      A.    Well, I think it's just another

2  representation of the lower diagram.

3      Q.    Right.  Yeah.  But it gives

4  you a little bit better idea of where the

5  25 percent and 75 percentile levels are;

6  right?

7      A.    Sure, in this town.

8      Q.    And if you look at the

9  mid-lawn -- well, let me back up.

10         You would agree with me based

11  upon the definitions that I've read to you

12  from this paper, the mid-lawn's not -- it's

13  out in the middle of the yard; right?

14      A.    Yes.

15      Q.    And in this particular town,

16  without a smelter, there were mid-lawn

17  samples that approached 4,000 parts per

18  million; correct?

19      A.    Some samples; yeah.

20      Q.    And if you look at the smaller

21  inset up above there, the 75 percentile

22  number, that is the top of the box for the

23  mid-lawn, that's around 500 parts per million;

24  right?

25      A.    400 -- mid-lawn?  Yeah.  500.

1          Q.     Yes.   Because I think that dash

2     line is actually 400.

3          A.     Yeah.   That's what it is.

4          Q.     And let's go back and look at

5     Mr. Sullivan's averages for the class area.

6     So looking at Mr. Sullivan's average for the

7     class area and the top zero to six inches

8     that we can see on Exhibit 550, what was the

9     average concentration in the class area

10    according to Mr. Sullivan in that top interval?

11               MR. GERMAN:   Objection.

12         A.     It's not average.

13         Q.     Or median.   I'm sorry.   I keep

14    doing that.

15               What was the median concentration?

16         A.     For -- once again?

17         Q.     For the zero to six inch top

18    interval.

19         A.     250.   Consistent with the lead

20    paint diagram.

21         Q.     You say it is consistent with

22    the lead paint diagram?

23         A.     I mean, the numbers are different.

24         Q.     The number from Carteret is

25    actually less than the number from Appleton,

1    isn't it?

2        A.    For the median, yeah.

3        Q.    And Appleton had lead-based

4    paint, but it didn't have a smelter; right?

5        A.    It's true.

6        Q.    If you could flip over to page

7    1505, if you look in the middle of that

8    first column, there's a paragraph that

9    starts with our study area.

10       A.    Yes.

11       Q.    Do you see that?

12       A.    Yes.

13       Q.    And the first two sentences

14   read:  Our study area is not exceptional and

15   the trends we report here are likely to be

16   similar in smaller urban residential

17   communities across the country.  We know

18   that the best predictor contamination is the

19   age of the structure with those built before

20   1960 returning significantly higher soil

21   lead levels.

22               Did I read that correctly?

23               MR. GERMAN:  Objection.

24       A.    Yes.

25       Q.    Do you have any reason or basis

1    to contest the authors of this paper, that

2    is, Mr. Clark and Mr. Knudsen's, conclusion

3    that their results are not exceptional and

4    are likely similar to other smaller urban

5    residential communities?

6              MR. GERMAN:  Objection.  He

7         hasn't read the whole paper, but --

8         A.    Well, without a smelter.

9         Q.    Well, you would suspect that a

10   community without a smelter would actually

11   have lower lead concentration levels than

12   one with a smelter, all other things being

13   equal; right?

14             MR. GERMAN:  Objection.  Same

15        objection.

16        A.    Maybe, maybe not.

17        Q.    All other things being equal,

18   one community has --

19        A.    What do you mean by things being

20   equal?

21        Q.    Everything like housing age,

22   housing condition, housing maintenance, all

23   the things that relate to lead-based paint,

24   traffic volume, all of the things that lead

25   to that, you have one community that has a

1    smelter and one community that doesn't, you

2    would expect the community with the smelter

3    to have higher lead concentrations; right?

4              MR. GERMAN:  Objection.  Form.

5        Foundation, incomplete hypothetical.

6        A.    The smelter would be an additive

7    component.

8              (Exhibit 557, census data for

9        Carteret, marked for identification, as

10       of this date.)

11       Q.    I hand you a document we've

12   marked as Exhibit 557.

13             Have you looked at the census

14   data for Carteret?

15       A.    No.

16       Q.    I'll represent to you that

17   Exhibit 557 is a census data that I just

18   printed off of the internet on the housing

19   stock within Carteret.

20             Do you understand that?

21       A.    Yes.

22       Q.    And if you just look at the

23   first page of Exhibit 557, there's an

24   indication on housing units, the year that

25   they were built.

```
 1                    Do you see that?

 2        A.      Yes.

 3        Q.      And it indicates for houses

 4   built between 1950 and 1959 that those make

 5   up 26.7% of the Carteret housing?

 6        A.      Yes.

 7        Q.      And then from built from 1940 to

 8   1949, they represent 13.4% of the --

 9        A.      Yes.

10             MR. GERMAN:  Objection.

11        Q.      And then built prior to 1939,

12   that's 16.6% of the housing stock; correct?

13        A.      Yes.

14        Q.      And you would agree with me that

15   those three age ranges are the ones that are

16   most likely to contain significant quantities

17   of lead-based paint; correct?

18             MR. GERMAN:  Objection.  You can

19        answer.

20        A.      At one time, perhaps.

21        Q.      And if we look at those totals,

22   that's more than 55% of the housing stock in

23   the community of Carteret; correct?

24        A.      Yeah, if you add the numbers up.

25        Q.      Dr. Flowers, if you go to
```

```
 1    Exhibit 548, it's the Overview of Alternate
 2    Sources of Copper, Lead and Arsenic.
 3         A.    Okay.
 4         Q.    And this is a presentation
 5    that's dated October 26, 2018; correct?
 6         A.    Yes.
 7         Q.    And so that was from seven, over
 8    seven months ago; right?
 9         A.    Yes.
10         Q.    And if you look, the initial
11    section of Exhibit 548 evaluates the
12    historical use of land for agriculture in
13    Carteret and chemical use associated with
14    those agricultural activities.
15              Do you see that?
16         A.    Yeah.
17         Q.    And if you turn to Bates
18    USMR01155857, there's a map of Carteret from
19    1850.
20              Do you see that?
21         A.    Yes.
22         Q.    And there's a reference for that
23    map that's included on that PowerPoint slide
24    that indicates where it came from; right?
25         A.    Right.
```

218

1      Q.     And as part of that map, there

2  are names that are circled as farmers who or

3  at least people who lived within Carteret

4  during that time period.

5             Do you see that?

6      A.     Yeah.

7      Q.     And then if you go to, skip a

8  few pages to USMR 01155860.

9      A.     Okay.

10     Q.     You will see a copy of a page

11 from the 1850 farm census.

12             Do you see that?

13     A.     Yeah.

14     Q.     And I realize it's difficult to

15 read, but there's a reference on which census

16 and where that data came from; correct?

17     A.     Yes.

18     Q.     And what the consultant has done

19 here is they've identified the farmers that

20 are circled on the map by name on the census

21 itself.

22             Do you understand that?

23     A.     Yes.

24     Q.     And you don't have any

25 information as you sit here today that would

1   suggest to you that those farmers weren't

2   actually farming in the Carteret community

3   in the time period for this particular

4   presentation, 1850, do you?

5           MR. GERMAN:  Objection.

6       A.    No, I don't have anything to

7   contradict it.

8       Q.    And the census sets out that

9   those farmers were growing things like

10  potatoes and orchard produce on the farms

11  that they were actively farming at that

12  point in time.

13          Do you see that?

14      A.    Yes.

15      Q.    And if you go through this

16  presentation, and I don't want to go through

17  every single page, but there are subsequent

18  maps for 1876 and then census data for 1870,

19  a map for 1887 and then the data from the

20  1880 census on crops that were grown.

21          Do you see that?

22      A.    Mm-hmm.

23      Q.    Is that a yes?

24      A.    Yes.

25      Q.    Okay.

1          And, again, you don't have any

2    information as you sit here today that any

3    of the information that's presented with

4    respect to these maps, the location of these

5    farmers and the crops that they grew at the

6    relevant time periods are inaccurate or

7    incorrect; right?

8              MR. GERMAN:  Objection.

9         A.    No, I have no information about

10   this.  I haven't looked at this.

11        Q.    And there are references that

12   are included in these PowerPoint slides for

13   all the underlying information that's

14   reported here; correct?

15        A.    Yes.

16        Q.    And you could have, if you had

17   had access to these documents prior to doing

18   your report, have obtained those references

19   and cross-checked this information; right?

20        A.    I don't see why I would have,

21   but I could have.

22        Q.    You could have done that; right?

23        A.    You can do lots of things, but I

24   couldn't -- you know, I don't see any purpose.

25        Q.    Okay.

1           And then if you go on to the

2    next page, USMR01155874, there's a citation

3    to a document by Donald EH Frear, Chemistry

4    of Insecticides and Fungicides from 1948 and

5    a quote from the Colorado potato beetle.

6           Do you see that?

7    A.     Yes.

8    Q.     And this document, Mr. Frear's

9    Chemistry of Insecticides and Fungicides,

10   reports that by 1874, copper arsenates were

11   used to control the Colorado potato beetle.

12          Do you see that?

13   A.     That's what it says; yeah.

14   Q.     And you don't have any reason to

15   believe that that's not true; right?

16          MR. GERMAN:  Objection.

17   A.     The only comment, which I do

18   mention, is that first Paris Green was

19   phytotoxic if it was oversprayed, and

20   secondly it was replaced later on by the

21   lead arsenates, but the fact that there were

22   pests and needed -- they needed control

23   according to the farmers, that's a

24   possibility, and the report on pesticide use

25   in New Jersey, they make a point that the

1    intensive use of pesticides was more for

2    commercial operations rather than individual

3    farms, but it's impossible to know what

4    frequency of use, whether they used them at

5    all.   It just says the worms were there, the

6    farms were there, but there's no connection

7    between the two.

8        Q.    Well, we know based upon these

9    documents that the farms were there, as you

10   say; right?

11       A.    Yes.

12       Q.    And we know based upon these

13   documents that the farmers were growing

14   potatoes; correct?

15       A.    That's true.

16       Q.    And we know that from

17   contemporaneous documents that potatoes were

18   subject to infestation with the Colorado

19   beetle; correct?

20       A.    That's true.

21       Q.    And we know that during this

22   time period the pesticide that was applied

23   to control the Colorado beetle was Paris

24   Green; correct?

25            MR. GERMAN:   Objection to form.

1    A.    But we don't know if these

2  farmers spent the money to buy the pesticide

3  to put on it.

4    **Q.    But the answer to my question is**

5  **yes, we know that Paris Green was used to**

6  **control for the potato beetle, we may not**

7  **know if the particular farmers used it --**

8    A.    We don't know if it was used

9  here.

10    **Q.    Right.  But we know as a general**

11  **matter for the agricultural community in the**

12  **late 1800s, Paris Green was an insecticide a**

13  **that was used to control the Colorado beetle?**

14         MR. GERMAN:  Objection.

15    A.    Predominantly in commercial

16  operations.

17    **Q.    All right.**

18         **Let me address your attention to**

19  **USMR01155876.**

20         **This is an advertisement from**

21  **The Independent Hour, which was a newspaper**

22  **in Woodbridge, New Jersey, from June 8 of 1876.**

23         **Do you see that citation?**

24    A.    Yes.

25    **Q.    And do you know where Woodbridge,**

```
 1      New Jersey is?
 2           A.     Not exactly.
 3           Q.     It's just south of Carteret.
 4           A.     Just south?
 5           Q.     Yes.  And it was at this point
 6      in time the largest community around these
 7      farms.
 8                  Will you accept that?
 9                  MR. GERMAN:  Objection.
10      That's --
11           A.     I'll take your word for it.  I
12      don't know.
13           Q.     And a local newspaper had an
14      advertisement from a hardware store.
15                  Do you see that?
16           A.     Yes.
17           Q.     And that hardware store was
18      advertising potato bug exterminator.
19                  Do you see that?
20                  MR. GERMAN:  Objection.
21           A.     Right.
22           Q.     And that is -- and then right
23      above that, that's Paris Green; right?
24           A.     Yeah.
25           Q.     And that would suggest that not
```

225

1    only big commercial farms, but hardware

2    store customers were using Paris Green to

3    control the Colorado potato beetle; right?

4              MR. GERMAN:  Objection.

5        A.    I don't think that necessarily

6    follows.  It might have sat on the shelf --

7        Q.    Well, they were --

8        A.    -- because it was too expensive.

9        Q.    Well, they were at least

10   advertising it in the community; right?

11             MR. GERMAN:  Objection.

12       A.    Maybe that's why they were

13   advertising it.  If it flew off the shelves,

14   they wouldn't be advertising it.

15       Q.    Is that why they're advertising

16   agricultural implements, too, is because

17   they're not being sold?

18             MR. GERMAN:  Objection.

19       A.    Well, I'm just saying that

20   buying chemicals may have been too expensive

21   for --

22       Q.    But you don't --

23       A.    -- individual farmers.  I don't

24   know that.  You don't know that.

25       Q.    Right.  I mean, nobody -- we

1  don't --

2       A.    No one knows that.

3       Q.    Okay.  Fine.

4             And then if you jump over to the

5  next page, this is Bates 1155877, there's

6  another little newspaper article from the

7  Courier Post in Camden, New Jersey from June

8  27 of 1885.

9             Do you see that?

10      A.    Yes.

11      Q.    And it indicates that Paris Green

12 for killing the potato bugs, that some

13 families were poisoned because they ate

14 strawberries next to where the potato patch

15 was?

16            MR. GERMAN:  Objection.

17      A.    Yeah.

18      Q.    Is that what it says?  Yes?

19      A.    That's what it says.

20      Q.    And that suggests that at least

21 one farmer in Rahway, which is just north of

22 Carteret, was using Paris Green to control

23 Colorado potato beetles; correct?

24            MR. GERMAN:  Objection.

25      A.    Yes.  And he got a little

```
 1   rambunctious with the spray.
 2        Q.    Do you know what caused the
 3   famine in Ireland when all the potatoes died?
 4        A.    Pests.
 5        Q.    It was fungus, wasn't it, the
 6   potato famine was a fungus?
 7        A.    A pest; yes.
 8        Q.    And you would agree with me that
 9   potatoes are particularly susceptible to
10   fungus; right?
11        A.    Yes.
12        Q.    And if you look at Bates 1155879,
13   the most common fungicide at that point in
14   time was something called the Bordeaux
15   mixture.
16              Do you see that?
17              (Witness reviewing document.)
18        A.    Yes.
19        Q.    And the Bordeaux mixture was a
20   mixture of copper sulfate and lime; right?
21        A.    Right.  But this refers to
22   treating fungal diseases on grapes.
23        Q.    Well, if you go to the next
24   page, the State Board of Agriculture for New
25   Jersey recommended the Bordeaux mixture in
```

228

1    1889 to treat potato blight, didn't it?

2              (Witness reviewing document.)

3              MR. GERMAN:  Objection.

4    A.    Yes.

5    Q.    If there was a farmer, and we

6    know that they were growing potatoes, but if

7    he wanted to protect his crop against potato

8    blight and he applied the Bordeaux mixture

9    to his potatoes, he would be introducing

10   copper to the soil where his farm is; right?

11   A.    If everything you say is true,

12   that would be true.

13   Q.    Turn to page Bates 1155888.

14   This is a citation to a paper by it looks

15   like Hangsford entitled Elements in Fruits

16   and Vegetables From Areas of Commercial

17   Production in the Coterminious States, it's

18   a U.S. Geological Survey publication.

19             Do you see that?

20   A.    Yes.

21   Q.    And one of the things that this

22   study was reporting on was the concentration

23   of copper in soils where potatoes were grown.

24             Do you see that?

25   A.    Yes.

1    Q.    And the study reports that the

2    mean copper value for potatoes -- for potato

3    field soils in New Jersey for the soils that

4    they tested was 140 parts per million.

5         Do you see that?

6    A.    Yes.

7    Q.    And that's the mean there, that

8    means the average; right?

9    A.    Yes.

10   Q.    And so there would be values

11   and, you know, approximately half of the

12   values are going to be higher than 140 parts

13   per million; correct?

14   A.    Right.  But they're not over

15   3,100.

16   Q.    Do you know what the average

17   copper concentration is in the transects and

18   the samples that the plaintiffs collected?

19   A.    It's not 3,100.  It's much less

20   than that.

21   Q.    Do you know --

22   A.    It's in my table.

23   Q.    Do you know if it's greater than

24   140?

25   A.    Yes.

230

```
 1          Q.      It is greater than 140?

 2          A.      Yes.  I'm pretty sure.

 3          Q.      Let me see.

 4          A.      Let's check it to be sure.

 5                  228.

 6          Q.      228.

 7          A.      Are we still on the same

 8   document?

 9          Q.      We may be done.  Hold on.  No,

10   I'm not done.

11                  If you go to page 26 of your

12   report.  If you look at the second complete

13   paragraph on page 26.

14          A.      Okay.

15          Q.      The first sentence states:

16   Historical fill is mainly used to create

17   land by filling in waterbodies.  A map of

18   the Carteret area shows that portions of the

19   Arthur Kill were filled near Carteret, but

20   there is no indication of widespread use of

21   fill in Carteret proper, especially where

22   sampled by USMR.

23                  Do you see that?

24          A.      Yes.

25          Q.      What evaluation, research did
```

1    you do to reach the conclusion that there is

2    no indication of widespread use of fill in

3    Carteret proper?

4         A.    The State of New Jersey produces

5    a set of maps that shows where fill was used.

6         Q.    Did you do anything besides look

7    at the New Jersey fill maps?

8         A.    No.

9         Q.    So you did not look at the

10   boring logs, for example --

11        A.    No.

12        Q.    The boring logs can give you

13   information regarding the presence of

14   non-native materials that are typically

15   associated with fill; right?

16        A.    Yes.

17        Q.    But you chose not to do that?

18        A.    Right.

19             MR. GERMAN:   Objection.

20        A.    Again, I considered all fill,

21   pesticides, fungicides, your whole laundry

22   list in here to be a second order effect

23   compared to the smelter which was the

24   dominant effect.

25        Q.    If you could go back to Exhibit

```
1    548, that's the historical document.

2         A.     Okay.

3         Q.     And turn to Bates 1155898.  And

4    there are three little snippets from the

5    Carteret Press, one from 1928 and one from --

6    well, two from 1928 and one from 1937.

7              Do you see that?

8         A.     Yes.

9         Q.     And the first one reports that

10   there was a gap in Everard Street and that

11   that gap would be filled by putting in

12   garbage.

13             Do you see that?

14        A.     Yes.

15        Q.     And then the second one from

16   1928, Councilman Andres, reporting for the

17   street and road committee, said that

18   satisfactory results had been obtained by

19   using a residue furnished by the Warner

20   Chemical Company for filling holes and

21   building up the streets in low places.

22             Do you see that?

23        A.     Yes.

24        Q.     Do you know what the industrial

25   waste was that Warner Chemical Company
```

```
 1    contributed to the streets?
 2         A.    No, I don't.
 3         Q.    Do you know whether or not it
 4    contained any of the contaminants of concern?
 5         A.    No, I don't.
 6         Q.    And then it goes on in the '47
 7    newspaper article that ash from pulverized
 8    coal becomes molten slag which flows in a
 9    continuous stream from the furnace bottom
10    and drops into water where it can -- okay.
11    That's not talking about the streets.
12              If you go to Bates 1155903.  Are
13    you there?
14         A.    Yes.
15         Q.    Do you see the citation here,
16    these are notes in the Carteret Borough City
17    Council Meeting Minutes.
18              Do you understand that?
19         A.    Yes.
20         Q.    And the notes, for example, from
21    1903 indicate that the road committee
22    reported the need for 150 loads of ashes to
23    be used on crosswalks.
24              It's a little bit difficult
25    because it's handwritten, but do you see that?
```

```
 1          A.      Yes.
 2          Q.      And then in 1926 the street and
 3    roads committee, Andres said ashes were
 4    needed on Sharot Street and that they could
 5    be had at the Warner Chemical Company now.
 6                  Do you see that?
 7          A.      Yes.
 8          Q.      And then if you go back to Bates
 9    1155901, what the consultant did here is
10    that they looked at those meeting minutes
11    and highlighted the streets where the
12    streets and road committee identified the
13    use of fill materials to maintain the streets.
14          A.      Yes.
15          Q.      Do you understand that?
16                  MR. GERMAN:  Objection.
17          Q.      And that indicates a relatively
18    broad application of ash, cinder and slag at
19    least in the AOC and the immediate transect
20    area; correct?
21                  MR. GERMAN:  Object.  You're
22          mischaracterizing a document.  You can
23          answer.  Form, foundation.
24          A.      It's hard to tell.  The AOC
25    part, maybe.  Transects, I don't know, maybe.
```

1        Q.      If you had been provided the

2    underlying information with respect to the

3    PDF copies of the Carteret meeting minute

4    notebooks and all the other information that

5    was generated by this consultant, you could

6    have at least done some due diligence as to

7    the veracity of what the consultant is

8    saying in terms of the use of non-native

9    fill materials here; right?

10                MR. GERMAN:  Objection.

11       A.      Again, I would wait until there

12   was an expert report that had the opinions

13   laid out before I would comment.

14       Q.      But this is enough information

15   combined with the copies of the meeting

16   minutes for you to at least evaluate the

17   claim; right?

18                MR. GERMAN:  Objection.

19       A.      No.  I don't agree.

20       Q.      What else would you need?

21       A.      An expert report.

22       Q.      And what specifically in that

23   expert report would be in the report that's

24   not present here and in the materials

25   supporting this diagram?

 1          A.     Well, I would think you would

 2     agree that an expert report represents a

 3     synthesis and I would have had time to look

 4     at it as opposed to getting it this -- right

 5     now and doing it, and the idea of having

 6     time plus a synthesis, I could respond to it

 7     better.  I mean, everybody would do better

 8     if they had a set of opinions, a rationale,

 9     and the evidence all together and then were

10     asked to respond.  You'd get a better

11     response as opposed to going through this

12     document and reading about where ash was put

13     on a certain -- you know, by Carteret or

14     whatever.  The problem is I can't connect

15     these facts and I don't know if the facts

16     can be connected.  That's the problem.

17     They're just facts.

18          **Q.     Well, you understand that this**

19     **document contains a conclusion even if you**

20     **don't want to call it an opinion, it contains**

21     **a conclusion that non-native fill materials**

22     **were widely used in the construction of the**

23     **streets in Carteret; right?**

24          A.     I don't dispute that fill was

25     used in Carteret.

1    Q.    Okay.

2    A.    I just say it's a secondary

3  contributor compared to the smelter, which

4  contributed over the entire class area.

5    Q.    **Well, and, I mean, just relating**

6  **it back to the comment that we talked about**

7  **before where you said there was no**

8  **indication of widespread use of fill in**

9  **Carteret property --**

10    A.    I'll tell you what you don't see

11  in this.

12    Q.    **Can you answer my --**

13    A.    You do not see the smelter.  You

14  do not see an evaluation of the smelter as a

15  source.  You see everything else, including

16  the kitchen sink as a source, but you do not

17  see it compared to the smelter.

18        **MR. SUTHERLAND:**  Objection.

19    A.    Now, presumably an expert

20  report, that analysis would be done.

21        **MR. SUTHERLAND:**  Objection.

22  non responsive.

23    Q.    **The -- I want to focus on your**

24  **statement in your report that there's no**

25  **indication of widespread use of fill in**

1    Carteret proper.

2           Do you see that?

3       A.    Again, widespread use of fill.

4    What does widespread mean?

5       Q.    It's your report.  You tell me.

6       A.    Widespread would mean Carteret's

7    built on an island made of fill.

8       Q.    Nothing less than that qualifies

9    as widespread in your mind?

10      A.    Not in my mind; no.

11      Q.    Okay.

12      A.    You know, a little ash on a

13   road, a little ash under a sidewalk, a

14   little ash in a low spot in the street, to

15   me that doesn't mean widespread use of ash.

16      Q.    You've testified in the past,

17   haven't you, Dr. Flowers, that cinders and

18   bottom ash from coal burning furnaces

19   contain arsenic; correct?

20      A.    Yes.

21      Q.    And they contain enough arsenic

22   to adversely impact the environment; correct?

23           MR. GERMAN:  Objection.  You can

24      answer.

25      A.    In large quantities, yes.  Like

1    in a slag boiler ash pod.  That's over a

2    thousand acres and the berms break and it

3    flows into a river.  That's a pretty

4    negative impact.

5        Q.    Well, I mean, one of the

6    concerns in the Pennsylvania fly ash case

7    was the fact that the fly ash contained

8    metals; right?

9        A.    Absolutely.

10       Q.    And there was potentially enough

11   in those air emissions of fly ash from a

12   coal burning power plant that you

13   participated on behalf of the plaintiffs

14   that it needed to be cleaned up; right?

15       A.    Yes.  Because it was on a

16   property and in a house.  But I would point

17   out it was air deposition.

18           MR. SUTHERLAND:  I seem to have

19       lost something.

20           THE VIDEOGRAPHER:  Why don't we

21       close here.

22           MR. SUTHERLAND:  Okay.

23           THE VIDEOGRAPHER:  We are going

24       to go off at 2:14 and we'll end media 4.

25           Okay.  We're off the record.

1              (Whereupon, a brief recess was

2        taken.)

3              **THE VIDEOGRAPHER:**  We're back on

4        the record at 2:23.  This is media 5 in

5        the deposition of Dr. Flowers.

6              (Exhibit 558, microscopy

7        investigation by Newfields entitled AOC

8        Non-Native Residential Soil Excavation

9        at 76 Union St:PPIN2010, bearing Bates

10       No. USMR01074789(annotated), marked for

11       identification, as of this date.)

12   **CONTINUED BY MR. SUTHERLAND:**

13       Q.    Dr. Flowers, I'm showing you a

14   document that I marked as Exhibit 558.  And

15   Exhibit 558 is a page that I just blew up

16   from Exhibit 549, that is the microscopy

17   investigation by Newfields.

18       A.    Yes.

19       Q.    And it is just one page that I

20   made bigger so we can see it a little bit

21   better.  And Exhibit 558 is some photographs

22   of some microscopy and an aerial photograph

23   of one of the properties in the AOC, it's

24   PPIN2010 at 76 Union Street.

25              Do you see that?

```
 1        A.     Yes.
 2        Q.     And I've inserted the Bates
 3   number here although, you know, this
 4   document has obviously been annotated since
 5   the original.  What I wanted to direct your
 6   attention to was the soil profiles that you
 7   can see on the left side of the page, sort
 8   of the second column there.
 9        A.     Yes.
10        Q.     And do you agree with me that
11   those soil profiles show lenses of material
12   that appear to be non-native?
13        A.     Since I haven't really looked at
14   the native soil, I can't say for sure.
15        Q.     Well, at least with respect to
16   the --
17        A.     They look like they're layers
18   there, I would say that.
19        Q.     Yes.  If we look at the bottom
20   one, there's at least, you know, four,
21   perhaps even five distinct layers there;
22   correct?
23        A.     There are different layers there
24   for sure.
25        Q.     And there's at least four of
```

```
 1    them; right?
 2         A.      Yeah.
 3         Q.      And if we assume that black
 4    layer that I've got the red oval around is
 5    bottom ash or cinder, then that machine has
 6    the potential to contain elevated levels of
 7    arsenic; right?
 8         A.      Maybe.
 9         Q.      It's possible?
10         A.      Yeah.  It's possible.  It
11    depends where the ash came from.
12         Q.      And if we look at -- well, let
13    me ask a question about that.
14                 You testified in your
15    Pennsylvania coal ash case -- no, no, you
16    testified in the Raritan Baykeeper case that
17    coal from Appalachia tends to have higher
18    levels of metals; correct?
19         A.      Higher levels of metals?
20         Q.      Yes.
21         A.      It does have metals in it and it
22    particularly reports to the boiler ash when
23    it's burned, that's where the highest
24    concentrations are, but some of it reports
25    to the fly ash.
```

1    Q.    And those metals would include

2    arsenic; correct?

3    A.    Yes.

4    Q.    And they would include, to a

5    lesser extent, but they would also include

6    some lead?

7    A.    Maybe, maybe not.

8    Q.    And if we look in the third

9    column, the bottom picture, do you see that

10   layer that's visible that has the red circle

11   around it?

12   A.    Yes.

13   Q.    And you notice that that layer,

14   you would agree with me, it ends somewhere

15   sort of in the middle of the page; correct?

16   I mean the middle of the photograph.

17   A.    I don't -- the one with a circle

18   around it seems to be toward the bottom of

19   the -- you mean the top part of it?

20   Q.    Yeah.  I'm just -- I'm just --

21   I'm referring to this photograph in the

22   third column on the bottom.

23   A.    Oh, I'm on a different

24   photograph.  That's what the problem is.

25   Q.    Yeah.  The third column, the

```
 1    bottom photograph, it's got a little text

 2    box that's got an arrow on it and it says

 3    excavation under the driveway between the

 4    two houses.  The black cinder layer ends at

 5    the property line.

 6              Do you see that?

 7       A.    Yeah.  I see what you're talking

 8    about.

 9       Q.    And so we have, at least between

10    these two adjacent properties, we have

11    distinctly different positions at least at

12    this location as to the lithology of this

13    soil column at least in this area; right?

14              MR. GERMAN:  Objection.  You can

15         answer.

16       A.    Well, I guess I would like to

17    have been there and, you know, if you look

18    at the diagram, it looks like the digging,

19    there may be material on top of that layer

20    to the right.

21       Q.    Have you had an opportunity to

22    be present for any of the excavations in

23    Carteret?

24       A.    No.

25       Q.    Is that something that you had
```

1  **wanted to do?**

2      A.     No.  Not really.  I haven't

3  wanted to do it.  I didn't find it necessary

4  to be there.

5      **Q.     Did you know that the excavation**

6  **at the named plaintiff, the Duartes,**

7  **happened this week?**

8      A.     No, I didn't know that.

9      **Q.     Would you have wanted to be**

10 **there if you could?**

11     A.     For my opinion, it wasn't

12 necessary to be there on an individual

13 property.

14     **Q.     It's not necessary to be there**

15 **to make an assessment of whether or not**

16 **non-native fill materials were present on**

17 **these residential properties?**

18     A.     Well, I don't think from one

19 property you can make the conclusion that

20 it's on all properties, but, you know,

21 again, my conclusion was that air deposition

22 was the dominant mechanism, and I did say

23 that fill could be present on some properties.

24 May be contaminated, may not be contaminated,

25 but the overall pattern is consistent with

1    air deposition.

2         Q.    But you would agree with me that

3    to answer the question of is there a fill on

4    the property and is that fill if it's

5    present contaminated, those are questions

6    that you have to go and look at the specific

7    property to answer; right?

8              MR. GERMAN:  Objection.

9         A.    I was not asked that question.

10        Q.    But in order to answer those

11   questions, those are questions if we want to

12   know the answer for a particular property,

13   we have to go and look at the property

14   itself; right?

15             MR. GERMAN:  Objection.

16        A.    I was never asked to go to a

17   specific property.  I wasn't tasked that.

18        Q.    Can you answer my question in

19   terms of if you were asked that question and

20   if you needed to answer that question, you

21   would have to go to the property and

22   investigate it to determine if there was

23   fill present and if it was contaminated?

24             MR. GERMAN:  Objection.  Asked

25        and answered.  You can answer.

 1        A.    I -- again, if that was the

 2   task, say you called me up and said I want

 3   you to go specifically to this parcel and I

 4   want you to go and put down holes and tell

 5   me what you find, I would have to go put

 6   down holes and tell you what I found.

 7        **Q.    And the answers to the questions**

 8   **that we've been talking about in terms of**

 9   **whether there's fill present on that**

10   **property and whether that fill, if present,**

11   **was contaminated, the answer to those**

12   **questions as to that property don't tell you**

13   **anything about what the answer to those same**

14   **questions would be for the property next**

15   **door, do they?**

16             **MR. GERMAN:**  Objection.

17        A.    Not necessarily.

18        **Q.    They do or they don't?**

19        A.    They don't necessarily.

20        **Q.    They don't tell --**

21        A.    I don't know -- I don't have

22   data -- I don't have, you know, information,

23   I didn't look at that.  I wasn't asked to do

24   that, look at it on a parcel by parcel basis.

25   I was asked to determine the dominant, you

```
 1    know, transport mechanism for waste.

 2         Q.      If you could turn to Exhibit 547,

 3    the Geosyntec deposition -- document.  And

 4    if you go almost to the back, go to Bates

 5    USMR01074746.

 6              Are you there?

 7         A.      I'm trying to get there.

 8              Okay.

 9         Q.      And in this initial page, 746,

10    it describes terms that were used in the

11    lithology descriptions.

12              Do you understand that?

13         A.      Yes.

14         Q.      And these terms were chosen as

15    being indicative of non-native fill materials.

16              Do you understand that?

17              MR. GERMAN:   Objection.

18         A.      Yes.

19         Q.      And then what Geosyntec did is

20    that they then searched for the individual

21    soil intervals and identified those that

22    included these lithology terms that are

23    associated with non-native material.

24              Do you see that?

25         A.      Yes.
```

1    Q.    And the results of that exercise

2  indicated that depending upon the soil

3  interval in the first four intervals, 31 to

4  39% of the samples had some sort of

5  indication of non-native fill material.

6         Do you see that?

7    A.    That's what it says; yeah.

8    Q.    And did you -- I think you

9  already told me, you didn't look at the

10 boring logs in connection with your

11 conclusion that there's no evidence of

12 extensive non-native fill materials; correct?

13        MR. GERMAN:  Objection to the

14     form of the question.  You can answer.

15    A.    Again, it depends on what you

16 call the definition of extensive.  They have

17 53,960 samples in the AOC.  That's way more

18 than the number of analyses that are in the

19 AOC.  So I don't know how that number

20 relates to the number of samples taken.

21    Q.    But at least, according to this

22 table, for that top two feet, approximately

23 a third of the top two feet, approximately a

24 third of the samples have fill in them; right?

25    A.    According to this, yeah.

1      Q.    You had access to the boring
2  logs, didn't you?
3      A.    We've gone over this.  Yes, I --
4  no, I didn't.  I never got the boring logs
5  and I didn't need the boring logs.
6      Q.    So you didn't ask for them?
7      A.    No.
8      Q.    One of the properties that you
9  identified by -- specifically was PPIN 7337
10 and I'm looking at page 18 of your report.
11     A.    Right.
12     Q.    And this was one of the transect
13 samples that had particularly high copper,
14 arsenic and lead concentrations; correct?
15     A.    Right.
16     Q.    But you didn't do any property
17 specific evaluation as to why those
18 concentrations were high; right?
19     A.    No, I didn't.
20     Q.    Did you ask if anybody else had
21 done an analysis of that type?
22     A.    No.  My point in mentioning that
23 was to show that there was anomalous copper,
24 arsenic and lead removed from the smelter
25 site, and that was consistent with what I

```
1    had seen looking at all the data.
2         Q.     Is it your opinion that the
3    copper, arsenic and lead that you report
4    there on page 18 more likely than not came
5    from the smelter?
6         A.     Yes.
7         Q.     All right.  Let me have you go
8    back to Exhibit 547.  And turn to Bates
9    USMR01074725.
10              Are you there?
11        A.     Yes.
12        Q.     And this initial page shows a
13   picture of the structure and cross-
14   references the address, 180 Pershing to the
15   PPIN 7337.
16              Do you see that?
17        A.     Yes.
18        Q.     And that matches up with the
19   sample ID that you have for sample 7337 on
20   page 18 of your report; correct?
21        A.     Right.
22        Q.     And if you flip the page to the
23   next page Bates USMR01074726, you will see a
24   Sandborn map of that same property from 1912.
25              Do you see that?
```

```
 1          A.     Yes.
 2          Q.     And backed up against that
 3   property is a property that was used --
 4   that's -- it's a Roosevelt Printing Shop.
 5                 Do you see that?
 6          A.     Yes.
 7          Q.     And there's a shed that's
 8   immediately adjacent to the back property
 9   line --
10          A.     Right.
11          Q.     -- of 7337; right?
12          A.     (Witness nods head.)
13          Q.     Is that correct?
14          A.     Yes.
15          Q.     And it's correct to say that
16   copper is a common component of printing
17   ink; right?
18                 MR. GERMAN:  Objection.  You can
19          answer.
20          A.     It's a component of printing
21   ink; yes.
22          Q.     The cayenne that we talk about,
23   that's a copper cayenne compound that --
24          A.     Right.
25          Q.     -- gives that color its name;
```

1   right?

2        A.      Right.

3        Q.      And it's at least plausible that

4   while that property was being used as a

5   printing shop, that shed was used to store

6   printing ink; correct?

7                MR. GERMAN:  Objection.

8        A.      It's plausible.

9        Q.      And it's plausible that that

10  shed could have been used to store used

11  solvents that were used to clean the

12  printing presses from the printing sledges;

13  correct?

14               MR. GERMAN:  Objection.

15       A.      It's possible.

16       Q.      If we go to the next page of

17  Exhibit 547, that's USMR01074727, in the

18  late 1960s, that property tied into an auto

19  shop; right?

20       A.      Yes.

21       Q.      And copper is a common compound

22  for brake pads; right?

23               MR. GERMAN:  Objection.

24       A.      Yes.

25               (Exhibit 559, copy of boring

1           logs for PPIN 7337, marked for

2           identification, as of this date.)

3       Q.    I'm handing you a document that

4  I've marked Exhibit 559.  Exhibit 559 is a

5  copy of the boring logs for the property

6  we've been talking about, PPIN 7337 at

7  180 Pershing Avenue.

8         Do you understand that?

9       A.    Yes.

10      Q.    And if you look at the boring

11  log information for the various borings that

12  were done, many of them mention the presence

13  of cinders and coal within the boring;

14  correct?

15       A.    Yes, they do.

16      Q.    And cinders and coal would not

17  naturally be present in the soils of Carteret,

18  would they?

19         MR. GERMAN:  Objection.

20       A.    No, they wouldn't.

21         (Exhibit 560, location map for

22       where borings were taken on PPIN 7337,

23       marked for identification, as of this

24       date.)

25      Q.    I'm handing you a document that

```
 1     I've marked as Exhibit 560.  Exhibit 560 is
 2     a location map for where the borings were
 3     taken on PPIN 7337.
 4             Do you see that?
 5     A.     Yes.
 6     Q.     And let me go ahead and do this,
 7     too.
 8             (Exhibi5 561, copy of analytical
 9         results for PPIN 7337, marked for
10         identification, as of this date.)
11     Q.     I will hand you a map, a table
12     that I've marked as Exhibit 561, and Exhibit
13     561 is a copy of the analytical results for
14     PPIN 7337.
15             Do you see that?
16     A.     Yes.
17     Q.     And if we look at the highest
18     copper and lead and arsenic concentrations,
19     those are in sample numbers 1, 2 and 3; right?
20         MR. GERMAN:  Objection.
21     A.     No.  I mean, are you --
22     Q.     Well, okay, and then 9.  1, 2, 3
23     and 9.
24         MR. GERMAN:  Objection.
25     A.     I mean, are you throwing out the
```

1    X?  That's the highest copper.

2        Q.    Okay.  All right.  Well, okay.

3              So the highest copper, we got --

4    I did say 3; right?  So the highest copper

5    is in boring 3; right?  Because that's 6,550?

6        A.    Maybe I'm -- yeah, yeah, that's

7    the highest copper.

8        Q.    And then the second highest

9    copper is in boring 2; right?  1,710; right?

10       A.    Yes.

11       Q.    And if we look at our sample

12   map, that's borings 2 and 3, those are the

13   two borings that are closest to the shed

14   that was used by the printing press; right?

15             MR. GERMAN:  Objection.

16       A.    When you compare the maps, that's

17   true.

18       Q.    Is it at least within the realm

19   of possibility that some of the copper that

20   was measured in borings 2 and 3 came from

21   spillage from copper inks and copper cleaning

22   materials from that printing press operation?

23             MR. GERMAN:  Objection.

24       A.    It's within the realm of

25   possibility, yeah.  Can it be proved?  No.

1    Q.    Within -- if we look at boring

2  number 8 on Exhibit 561?

3    A.    So when you say boring, what

4  identifier are you using?

5    Q.    Oh, I'm sorry.  I should have

6  helped you with that.  If you look at the

7  sample ID number --

8    A.    Yes.

9    Q.    -- and then next to the sample

10  ID number it says use area.

11    A.    Use area.

12    Q.    The use area, the last, that's

13  the --

14    A.    That's the boring?

15    Q.    That's the boring number.

16    A.    Okay.

17    Q.    And then just to make it all

18  clear, those boring numbers then correspond

19  to the numbers on the map on page 560.

20    A.    Okay.  I get that.  I just

21  didn't know where you were getting the

22  boring number --

23    Q.    Yeah.

24    A.    -- because there was no label.

25    Q.    And the boring number is

 1     actually repeated in the sample ID number,

 2     it's the third field over.

 3          A.     Yes.  I get it.

 4          Q.     I'm sorry.  I should have done

 5     that.

 6                 So if we look at boring number 8

 7     on Exhibit 561, all of those values, both

 8     for the zero to 6 and the 6 to 12 inch

 9     intervals are low; right?

10                 MR. GERMAN:  Objection.

11          A.     Lower; yeah.

12          Q.     I mean, the lead values are even

13     lower than the 200 ppm that you've mentioned

14     based upon the Matteo Record of Decision?

15          A.     Yes, they are.

16          Q.     And the arsenic numbers are

17     below the cleanup level of 19?

18          A.     That's true.  The copper, that

19     68 is a little high.

20          Q.     So you would agree with me that

21     at least between boring number 8 and borings

22     1, 2 and 3 that we talked about previously,

23     there's a wide disparity in the concentrations

24     on this one property; right?

25                 MR. GERMAN:  Objection.

```
 1        A.      There's variation on this
 2   property and that's seen throughout the data
 3   set.
 4        Q.      And is it your opinion to a
 5   reasonable degree of scientific certainty
 6   that the variability that we see on PPIN 7337
 7   in concentrations is consistent with the
 8   conceptual site model based upon air
 9   deposition?
10              MR. GERMAN:  Objection.  You can
11        answer.
12        A.      The -- that's a hard question to
13   answer.  There's variability with depth and
14   you don't know -- if you look at a log, it's
15   hard to say at this degree of granularity
16   what part is air deposition, but it was in
17   close proximity to a smelter that was
18   raining material out of it, so I would say
19   that some of this represents smelter material.
20        Q.      How much of it is smelter
21   material?
22        A.      I don't know.
23        Q.      I think I understood you to say
24   that you did not do any individual property
25   analysis as part of the preparation of your
```

1    opinions in this case; correct?

2        A.    That's correct.

3        Q.    And that includes any individual

4    property analysis of the named plaintiff's

5    property, that is the Duartes; correct?

6        A.    That is correct.

7        Q.    In your mind, would a visible

8    fill layer of combustion materials that's

9    two feet thick, would that be typical of a

10   residential property in this class?

11           MR. GERMAN:  Objection.

12       A.    I don't know if it's typical.

13       Q.    Would visible remnants of a prior

14   building foundation and would construction

15   debris below the soil, would that be typical

16   of what you would expect to find in Carteret?

17       A.    I don't know --

18           MR. GERMAN:  Objection.

19       A.    -- what typical means.

20       Q.    And you don't have an opinion

21   about what's typical; correct?

22           MR. GERMAN:  Objection.

23       A.    I don't know what typical means.

24       Q.    Okay.

25       A.    See, I think you have to take

1    into consideration that while all this stuff

2    is going on in Carteret, filling, tearing

3    down buildings, doing whatever they're

4    doing, meanwhile the smelter is raining down

5    continuously contaminated material that gets

6    mixed in with all of this (indicating), and

7    so as long as the smelter is working, the

8    smelter is contributing.

9              **MR. SUTHERLAND:**  Objection.

10         non responsive to everything after I

11         don't know what typical means.

12         **Q.     Dr. Flowers, did you have any**

13    **involvement in the sampling that was done by**

14    **the plaintiffs?**

15         A.     We've covered this and I said

16    that I did not go in the field.

17         **Q.     Did you talk to the contractor**

18    **who did the  sampling?**

19         A.     No; except after the fact.

20         **Q.     And what discussions did you**

21    **have with him after the fact?**

22         A.     I asked him to provide me with

23    location diagrams for where the samples were

24    taken and coordinates for the sample locations.

25         **Q.     And did he provide you with a**

1  copy of his field notes?

2       A.    He provided me with drawings

3  showing the location of the building and

4  where the samples were taken and their

5  coordinates.

6             (Exhibit 562, document bearing

7        Bates Nos. Rosenfeld 000331-341, marked

8        for identification, as of this date.)

9       Q.    I'm handing you a document that

10  I've marked as Exhibit 562.

11            Is that a copy of the document

12  that he provided to you?

13      A.    One of them.  This is the first

14  one, the first tranche.

15      Q.    And if you just flip through it,

16  is it -- there's a couple more after it.

17      A.    Oh, well, then if you've got

18  them all, then you're -- this is the type --

19  yeah, this is the information I was provided

20  with.

21      Q.    Okay.

22            Do you recall who it was that

23  you talked to?

24      A.    No, I don't, which is not

25  atypical for me.

1    Q.    I just -- I want to ask you just

2  a couple of questions about these field notes.

3              Did you notice looking at, for

4  example, look at Bates Rosenfeld 0000337,

5  it's a hand -- one of the handwritten ones

6  about a little more than halfway back.

7    A.    Okay.

8    Q.    And the top property is

9  99 Randolph.

10              Do you see that?

11    A.    Yes.

12    Q.    And the plaintiff's contractor

13  noted that this particular set of samples,

14  there were coal fragments present between

15  zero and 1 foot; correct?

16    A.    Yes.

17    Q.    And then the sample below that,

18  the plaintiff's contractor indicated that

19  there was fill to 1 foot; correct?

20    A.    Right.

21    Q.    And then the third sample, there

22  is no fill, and then the fourth sample,

23  there was fill from zero to 1 feet coal frag;

24  correct?

25    A.    Yes.

1    Q.    Did you have any discussion with

2  the contractor for the plaintiff's sampling

3  about whether or not they saw evidence of

4  fill on a somewhat frequent basis?

5          MR. GERMAN:  Objection.

6    A.    No, I didn't.

7    Q.    Have you physically looked at

8  any of the samples?

9    A.    No.

10   Q.    You said that you'd been to

11  Carteret before.  When did you go to Carteret?

12   A.    I visited Carteret in April.

13   Q.    What was the purpose of your

14  visit?

15   A.    I was asked by Mr. German to

16  connect up the on site geography with what

17  I'd been looking at maps so I understood

18  where the smelter was, where the houses were.

19   Q.    So the primary purpose of your

20  visit was to get oriented in terms of the

21  location of the smelter versus the location --

22   A.    Yes.

23   Q.    -- of the whole class area?

24   A.    Yes, I would say that's correct.

25   Q.    You have to let me finish.  I

1   know I'm slow sometimes, but --

2        A.      Yeah.   Well, that's what it was

3   for, is to put together, you know, when I

4   look at a map, I don't know what the place

5   looks like, so the idea was to go visit and

6   see what Carteret looked like.

7                (Exhibit 563, letter report by

8         Susan Litherland dated June 21, 2018,

9         bearing Bates Nos. USMR00855064-104,

10        marked for identification, as of this

11        date.)

12       Q.      I'm handing you a document that

13  I've marked as 563.

14                Have you ever seen Exhibit 563

15  before?

16       A.      No.

17       Q.      Exhibit 563 is a letter report

18  of a property inspection that was done by

19  defendant's consultant, Susan Litherland.

20                Do you understand that?

21       A.      That's what it says.

22       Q.      And there was actually an

23  environmental consultant there for the

24  plaintiffs.

25                Did you ever see a report from a

1    plaintiff's expert related to this inspection

2    that took place in summer of last year?

3         A.    No.

4         Q.    Let me have you turn to -- let's

5    see -- let me have you turn to Bates

6    USMR00855074, and you can see there in

7    photo 9 the various sample locations that

8    the consultant sampled.

9              Do you see that?

10        A.    Yes.

11        Q.    And so, for example, there was a

12   sample of the dirt right below a deck and

13   then they actually took a sample of the wood

14   of the deck.

15        A.    Okay.

16        Q.    Do you see that?

17              And then if you, for example,

18   flip over to Bates USMR008558080, you'll see

19   some samples that were taken of -- in photo

20   5 there's a dock where we took a wood sample

21   of a garden, you know, timber, you know,

22   timber that people use to make flower beds

23   and the like.

24              Do you see that?

25        A.    Right.

1    Q.    And then we took a sample of the

2  fence and you can see in photo 8.

3         Do you see that?

4    A.    Yes.

5    Q.    And if we go back in the report

6  to the analytical report, and I'm looking at

7  page 855070, there's a table of the analytical

8  results.

9    A.    855070?

10   Q.    Yeah.  It looks like this.

11   A.    Okay.

12   Q.    And the various wood samples,

13  one of the wood samples, and you can see

14  this by the sample type, wood sample had

15  3,240 parts per million arsenic and 2,040

16  parts per million of copper; correct?

17   A.    Yes.

18   Q.    And then another wood sample had

19  1,960 parts per million arsenic and 626 parts

20  per million copper; right?

21   A.    Right.

22   Q.    And then the deck post that we

23  looked at, that obviously was made after

24  copper chromium arsenic treated wood was no

25  longer sold for residential purposes because

1    the arsenic is low, but the copper is still

2    high, 4,840; right?

3        A.    Yes.

4        Q.    And then some lattice that was

5    sampled that was treated still had the high

6    arsenic at 1,040; right?

7        A.    Right.

8        Q.    And you would agree with me

9    that, as you say, everything breaks down;

10   right?

11       A.    Sure.

12       Q.    And so some portion of this

13   arsenic and copper from these construction

14   materials as they break down in age, it's

15   going to end up in the soil; right?

16           MR. GERMAN:  Objection.

17       A.    Sure, it's possible it could end

18   up in the soil.  It could be diluted out by

19   the soil, too, to some degree.

20       Q.    Right, but, I mean, just -- I

21   mean, mass doesn't disappear.

22       A.    No, it doesn't disappear, but

23   concentration varies depending on dilution

24   factor.

25       Q.    Right.  Right.

```
1          MR. SUTHERLAND:  I need to take
2      a break and organize my materials to
3      see what else I have left.
4          THE VIDEOGRAPHER:  Okay.  We are
5      going to go off record 3:01.
6          (Whereupon, a brief recess was
7      taken.)
8          THE VIDEOGRAPHER:  Back on the
9      record at 3:11.
10 CONTINUED BY MR. SUTHERLAND:
11     Q.    Dr. Flowers, I just have a few
12 more questions.
13          If you could turn back to your
14 report, Exhibit 543, and under Summary of
15 Opinions in the first numbered paragraph,
16 you list a number of things that are lines
17 of evidence that you contend support your
18 conclusion that the class area was
19 contaminated with copper, arsenic and lead
20 from the USMR smelter.
21          Do you see that?
22     A.    Yes.
23     Q.    And I think we've talked about
24 most of these, but I want to make certain.
25 The first one is history of air pollution
```

270

1      violations.

2              Do you see that?

3      A.      Yes.

4      Q.      And you didn't make any effort

5      to quantify the emissions from those air

6      violations, did you?

7      A.      No.  I just made a note there

8      were a lot of violations for ambient lead in

9      the atmosphere.

10     Q.      You noticed that there were

11     violations for ambient lead?

12     A.      For ambient lead.  That means

13     lead was getting into the atmosphere in

14     sufficient concentrations where you could

15     measure it in the air.

16     Q.      Well, I thought you told me this

17     morning that you did not review the ambient

18     air monitoring data for lead concentrations?

19     A.      I did not.  I just made note of

20     the fact that there were violations.

21     Q.      And it's your understanding that

22     there were actual violations of the Lead

23     National Ambien Air Quality Standards?

24     A.      There were citations --

25     Q.      And they were --

1      A.      -- in some of the literature I

2   read.

3      Q.      And it's your recollection that

4   those citations included citations for

5   violations of the Ambient Air Quality

6   Standards for lead?

7      A.      I don't see how you get a

8   citation without a violation.

9      Q.      Well, you know, I don't know

10  that you can either.  I'm just trying to

11  make certain as you sit here right now your

12  recollection of the violations that you're

13  referencing are actually violations --

14     A.      Right.

15     Q.      -- of the National Ambient Air

16  Quality Standards.

17     A.      I think they are.

18     Q.      Okay.

19     A.      I think they are.

20     Q.      Okay.

21             And you did not do any kind of

22  quantification of how much lead those

23  violations may have contributed to particular

24  properties in the class; right?

25     A.      No, I didn't.

1    Q.    And then the fourth line of

2  evidence you have listed there is historical

3  aerial photographs showing plant emissions

4  blowing over Carteret.

5         Do you see that?

6    A.    Yes.

7    Q.    And sort of the same question,

8  you didn't do any quantitative type of

9  analysis of what the lead or particulate

10  impacts of those, what was depicted in those

11  photographs might be on the proposed class

12  area, did you?

13    A.    No, I didn't.

14    Q.    And then I will have you turn to

15  exhibit or Figure 27 of your report.

16    A.    Okay.

17    Q.    And Figure 27 is a figure that

18  was created by Mr. Sullivan; correct?

19    A.    Yes.

20    Q.    And I think you testified that

21  you were relying on Sullivan's air modeling

22  really from a qualitative standpoint of

23  here's what we would expect in terms of the

24  general distribution of airborne contaminants;

25  right?

1      A.     Right.  And I think that's the

2  main utility of air models.

3      Q.     And if we look at modeling data

4  that Mr. Sullivan has reported, he shows a

5  number of I think they're referred to as

6  isopleths; right?

7      A.     Yes.

8      Q.     And those are those black lines,

9  and those indicate, according to Mr. Sullivan's

10  report, the contribution of lead to the soil

11  from the USMR facility; right?

12      A.     From air deposition; yes.

13      Q.     And if I understand your

14  testimony correctly, you're not really

15  putting a lot of stock in the actual numbers

16  themselves, but you are relying on sort of

17  the general shape of what those lines look

18  like?

19      A.     Yes.  Because to get a

20  concentration, he has to make a number of

21  assumptions like what is the volume of soil

22  the lead goes into, what's the density,

23  etc., and so -- and he only considers the

24  upper six inches, for example, and it's

25  clear that at least from the plaintiff's

1    sampling, the upper foot is impacted, we

2    don't know if it goes deeper than a foot,

3    but out on the periphery we do have

4    exceedances within the top foot.

5        **Q.    So if I understand the modeling**

6    **correctly, the model at least predicts that**

7    **along each one of those black lines, the air**

8    **deposition impact ought to be at least roughly**

9    **equivalent; correct?**

10            MR. GERMAN:  Objection.  You can

11       answer.

12       A.    Yes.  Again, with the restriction

13   that there are assumptions built in to

14   drawing those lines.  The better way to say

15   it would be that according to the model, the

16   dry deposition from the smelter is constant

17   along those lines and he converts that to an

18   equivalent concentration in the soil under a

19   set of assumptions.

20       **Q.    So if we look at, and I'm**

21   **particularly focused on the area between the**

22   **250 ppm line and the 200 ppm line.  Do you**

23   **see that?**

24       A.    Yes.

25       **Q.    So if we look at the area**

 1    between those lines, the model would tell us

 2    that the impact should be roughly equivalent

 3    between those two lines; right?

 4         A.    It would be somewhere between

 5    250 and 300.

 6         Q.    But if we look at Sullivan's

 7    figure, he's posted the zero to six inch

 8    soil lead concentrations for the properties

 9    that were sampled between those two lines.

10              Do you see that?

11         A.    Barely.

12         Q.    And if you look at the far east

13    transect, there are a number of properties

14    with post plots that are orange and red;

15    correct?  And those indicate lead

16    concentrations of over 600 parts per million;

17    correct?

18         A.    Right.

19         Q.    And then if we look along that

20    same interval and we go over to the far west

21    transect, all of the samples there are

22    either green or blue which indicates that

23    all concentrations are below 400 ppm.

24              Do you see that?

25         A.    Yes, I see that.

1     Q.     And have you done any evaluation
2  that explains why when the model predicts
3  equivalent concentrations, the actual data
4  shows a marked difference?
5     A.     No; but my point was that the
6  model is qualitative, it's based on a set of
7  assumptions that are probably not easily
8  verifiable, and so the predictions in terms
9  of parts per million I take with a grain of
10 salt.
11    Q.     Well, I'm not really asking you
12 about predictions in terms of parts per
13 million, what I'm really asking you is
14 predictions with respect to equivalents,
15 because these isopleths suggest that there
16 would be an equivalent impact between these
17 two sets of properties; isn't that right?
18          MR. GERMAN:  Objection.
19    A.     That's what it predicts based on
20 deposition, not anything that might have
21 happened after deposition and this is an
22 integrated picture of a full scenario.
23    Q.     And you would at least agree
24 with me that the post plot of the soil data
25 suggests that those impacts between the

1   western transect and eastern transect are

2   not equivalent, are they?

3        A.    Oh, that's what the graph shows;

4   yes.  I would agree with that.

5        Q.    Okay.

6              MR. SUTHERLAND:  Pass the witness.

7              MR. GERMAN:  I need like five

8        minutes just to look through my notes.

9              MR. SUTHERLAND:  Okay.

10             THE VIDEOGRAPHER:  All right.

11       We'll go off the record at 3:20.

12             (Whereupon, a brief recess was

13       taken.)

14             THE VIDEOGRAPHER:  Back on the

15       record 3:34.

16   EXAMINATION BY

17   MR. GERMAN:

18       Q.    Dr. Flowers, I just want to ask

19   you hopefully a few questions to clarify

20   some issues that I had with your testimony

21   today, make sure I understand it, and I want

22   to begin with the series of questions we just

23   left off with concerning the Dr. Sullivan's

24   air model, which is exhibit -- which is

25   Figure 27 in your report, which is Exhibit 543.

1          Do you have that?

2     A.     Yes.

3     Q.     And Mr. Sutherland asked you

4  some questions about what this model is

5  predicting.

6          Do you know those questions?

7     A.     Yes.

8     Q.     And one of the last questions he

9  asked you is whether this model predicts

10 that properties in the northeast along the

11 iso-concentration lines would receive

12 smelter impacts that are different, for

13 instance, from properties in the far west.

14          Do you remember a question like

15 that?

16    A.     Yes.

17          MR. SUTHERLAND:  Object to the

18    form.

19    Q.     And I think your testimony was,

20 according to what's predicted here, which

21 you take with a grain of salt, this model

22 would predict that the impacts in the

23 northeast, for instance, would be different

24 from -- would be numerically different to

25 some extent from impacts in the west.

1              Is that what you said in your
2   testimony or --
3              MR. SUTHERLAND:  Object to --
4       Q.     -- did I misunderstand that?
5              MR. SUTHERLAND:  Objection to
6   form.
7       A.     That's what I see in the diagram.
8       Q.     Okay.  I have a slightly
9   different question.
10             Does this model, Figure 27 from
11  Dr. Sullivan, tell you anything in a broader
12  sense about impacts from the smelter in the
13  proposed class area?
14      A.     The fact that the isopleths
15  extend outward to the New Jersey Turnpike
16  tells me that the entire class area was
17  impacted by smelter operations.
18      Q.     And that's true despite some
19  variations in these contour lines; is that
20  accurate?
21      A.     Yes.
22      Q.     Okay.
23             Now, this area of impact from
24  the smelter, is that what you depicted in
25  Figure 28?

```
 1        A.       In Figure 28, this is a figure

 2   showing the proposed class area is considered

 3   with the area impacted, and in my opinion

 4   the impact probably goes beyond the proposed

 5   class area, but it does impact the entire

 6   class area.

 7        Q.       Okay.

 8                 And would it be accurate to say

 9   that all of the properties in this proposed

10   class area on Figure 28 share the common

11   trait that they've been impacted by that

12   source, the USMR smelter?

13        A.       Yes.

14                 MR. SUTHERLAND:  Object to the

15        form.

16        Q.       And would a property in the

17   northeast of the proposed class area be

18   similarly situated as a property in the

19   southwest vis-à-vis its impacts from the

20   smelter?

21                 MR. SUTHERLAND:  Object to the

22        form.

23        A.       It would be impacted regardless

24   of where it is in the class area.

25        Q.       And when you say impacted, are
```

1     those significant impacts?  How would you

2     describe those impacts?

3                 MR. SUTHERLAND:  Object to the

4          form.

5          A.     Yes, I would -- I would describe

6     them as significant impacts from air

7     deposition.

8          Q.     From the smelter?

9          A.     From the smelter.

10         Q.     Now, I want to turn your

11    attention to Exhibit 561.

12         A.     Is that my report?

13         Q.     No.  It's this table, this Excel

14    file.

15         A.     Okay.

16         Q.     Concerning PPIN 7337.

17         A.     Okay.

18         Q.     And --

19         A.     Is this it?

20         Q.     Yes.

21         A.     Okay.

22         Q.     561?

23         A.     Yeah.

24         Q.     And Mr. Sutherland asked you a

25    series of questions about this.

1           Do you recall some of those

2    questions?

3        A.    Yes.

4        Q.    And one of the questions or a

5    series of the questions related to sampling

6    boring number 08.

7           Do you remember that?

8        A.    Yes.

9        Q.    And I'm going to paraphrase this

10   testimony and you can correct me if I

11   misunderstood it or I'm sure he will object,

12   but I recall you being asked something along

13   the lines of as you look at boring 8, can

14   you tell us how much of what we're seeing in

15   the boring 8 sampling results came from the

16   smelter.

17          Do you remember that question?

18       A.    Yes, I do.

19       Q.    Okay.

20          And do you remember what your

21   answer was?

22          MR. SUTHERLAND:  We're talking

23       about boring 8?

24          MR. GERMAN:  Boring 8.

25       Q.    I think you asked -- your answer

1    was I can't tell for boring 8 how much of

2    this came from the smelter.  Do you remember

3    saying that?

4         A.    Not quantitatively.

5         Q.    Okay.

6         A.    But it has the signature of the

7    smelter in the sense that arsenic, copper

8    and lead show the sympathetic relationship

9    that I cite in my report.  Even the low

10   values like the sample with 68.6, that's an

11   elevated copper, it has an elevated lead and

12   not so much an elevated arsenic.  The only

13   sample in there that is really atypical is

14   the lowest one, which has the low copper.

15        Q.    And if I asked you to look at

16   the bigger data set of 7337, all of the

17   sampling results --

18        A.    Okay.

19        Q.    -- could you then tell us how

20   much of that comes from the smelter?

21        A.    I could tell you whether the

22   majority of it came from the smelter or not.

23   One of the things I would do is I'd take all

24   the data and I'd run the Spearman coefficient

25   on all of the data from this boring and I'd

1    see how big it was.

2         Q.     And sitting here now, as you

3    look at this data and having done what

4    you've done in this case, can you tell us

5    how much comes from the smelter?

6         A.     The majority.  Mainly because of

7    the elevated copper throughout the core.

8         Q.     Throughout the day today you

9    were shown certain exhibits, including, for

10   instance, 547, which is the Geosyntec

11   PowerPoint, which contains some chemical

12   fingerprint analyses and variograms, you

13   were shown the Newfields forensic microscopy

14   investigation, which is 549, and you were

15   shown Exhibit 548, which is the FTI overview

16   of alternate sources of copper, lead and

17   arsenic.

18              Do you remember discussions

19   surrounding those three documents?

20        A.     Yes.

21        Q.     And we spoke about Paris Green

22   and we spoke about leaded paint and we spoke

23   about all sorts of other potential sources

24   of contamination or theoretical or hypothetical

25   sources of contamination in Carteret.

```
 1        A.     Yes.
 2        Q.     Did you -- having seen all this
 3   today, are you comfortable that you've seen
 4   the information you need to see to render
 5   the opinions you've been asked to render to
 6   date?
 7        A.     Well, I rendered the opinions
 8   before I saw any of that, and as a result I
 9   must be confident in my opinions, so I don't
10   think I needed that material to render the
11   opinions I rendered.
12        Q.     And do you feel that you've
13   conducted all of the analysis you need to
14   conduct to render the opinions you've
15   rendered to date?
16        A.     Yes.
17             MR. GERMAN:  I have no other
18        questions.
19             MR. SUTHERLAND:  Just a few
20        follow-ups.
21   CONTINUED EXAMINATION
22   BY MR. SUTHERLAND:
23        Q.     Dr. Flowers, you were asked a
24   number of questions sort of what you said in
25   response to my questions about Figure 27 of
```

1    your report and then what you said in

2    response to my questions with respect to

3    Exhibit 561.  None of the answers that you

4    gave me, you know, 30 minutes to an hour

5    ago, you don't feel the need to amend any of

6    those answers, do you?

7         A.    To your questions?

8         Q.    Yes.

9         A.    I don't think that -- so your

10   questions were very focused on specific

11   details here.  The only amendment I would

12   offer is that there is a significant impact,

13   the chemical data here is consistent with

14   significant impact from the smelter.

15        Q.    Okay.

16        A.    Regardless of whatever else is

17   in there.

18        Q.    Right.

19              But in getting into the details

20   that we discussed with the individual borings

21   and the like, you don't feel a need to amend

22   any of those answers, do you?

23        A.    I would -- not really.  I don't

24   think they bear on my report.  They weren't

25   required for my conclusions and they don't --

1    I don't believe they affect my conclusions.

2         Q.    Okay.  Fair enough.

3              And the same thing is true with

4    respect to the discussion that we had about

5    Figure 27 and how to interpret the various

6    isopleths versus the post plot data for the

7    soil samples on Figure 27 of your report,

8    you don't need to amend any of your answers,

9    do you?

10        A.    You asked me what I saw in the

11   picture and what's in the picture is in the

12   picture.

13        Q.    Okay.  Fair enough.

14              On Figure 28, that's the proposed

15   class area; correct?

16        A.    Yes.

17        Q.    Did you have any involvement in

18   setting the geographic boundaries of the

19   proposed class area?

20              MR. GERMAN:  Object to form.

21        You can answer.

22        A.    No.

23        Q.    And when you received the

24   assignment that you did in this case, you

25   were given that proposed class area as part

1    of your assignment; right?

2         A.    Yes, I was --

3              MR. GERMAN:  Objection to form.

4         A.    -- given the Complaint and the

5    class area was in the Complaint.

6         Q.    There were a few questions that

7    Mr. German asked you about where you used

8    the word impacts.

9              Do you recall that?

10        A.    Yes.

11        Q.    And in the context of those

12   answers where you used that term impacts,

13   you were not attempting and you have not

14   indeed done any kind of quantitative

15   analysis of the impact of the historical air

16   emissions from the smelter on particular

17   properties within the class; right?

18        A.    Not on particular properties.

19   Just the class area as a whole.

20        Q.    And even with respect to the

21   class area as a whole, when you described

22   there being significant impacts across the

23   class, have you done any sort of putting a

24   number to that for the class area?

25              MR. GERMAN:  Objection to form.

1    A.    I would say that the majority of

2  the elevations that we see in the soil are

3  due to the smelter.

4    **Q.    But in terms of the actual, hey,**

5  **it was --**

6    A.    12% or --

7    **Q.    12% --**

8    A.    -- 13?

9    **Q.    -- or 30%.**

10   A.    No, I haven't done that.

11         MR. SUTHERLAND:  Pass the

12   witness.

13         MR. GERMAN:  One last question.

14  CONTINUED EXAMINATION

15  **BY MR. GERMAN:**

16   **Q.    Dr. Flowers, if you were to**

17  **define the class area, if you were asked to**

18  **define the class area, based on an area with**

19  **significant impacts from the smelter, would**

20  **it extend beyond the boundaries in Figure 28?**

21   A.    Yes, I would expect that it would.

22         MR. GERMAN:  No other questions.

23         MR. SUTHERLAND:  We're done.

24         MR. GERMAN:  All right.  That

25   will conclude this deposition at 3:48

1      and end media 5.

2              **THE REPORTER:**  Can you please

3      just tell me if you want the witness to

4      read and sign or if you waive?

5              **MR. GERMAN:**  Read and sign.

6              **THE WITNESS:**  I would like to

7      read and sign.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              A C K N O W L E D G E M E N T

2

3            I, GEORGE C. FLOWERS, Ph.D.,

4       hereby certify that I have read the

5       transcript of my testimony taken under

6       oath in my deposition of June 14, 2019;

7       that the transcript is a true, complete

8       and correct record of what was asked,

9       answered and said during this

10      deposition, and that the answers on the

11      record as given by me are true and

12      correct.

13

14

15      _____

        GEORGE C. FLOWERS, Ph.D.

16

17

        Subscribed and sworn to

18

        before me this _____ day

19

        of_____, 2019.

20

21      _____

        NOTARY PUBLIC

22

23

24

25

```
 1              C E R T I F I C A T E
 2   STATE OF NEW YORK        )
 3                            ) ass.:
 4   COUNTY OF NASSAU         )
 5              I, ROBIN LaFEMINA, a Registered
 6   Professional Reporter, Certified LiveNote
 7   Reporter and Notary Public within and for
 8   the State of New York, do hereby certify:
 9              That GEORGE C. FLOWERS, Ph.D.,
10   the witness whose deposition is hereinbefore
11   set forth, was duly sworn by me and that such
12   deposition is a true record of the testimony
13   given by such witness.
14              I further certify that I am not
15   related to any of the parties to this action
16   by blood or marriage; and that I am in no
17   way interested in the outcome of this matter.
18              IN WITNESS WHEREOF, I have
19   hereunto set my hand this 20th  day of June,
20   2019.
21
22
                    ROBIN LaFEMINA
23
24
25
```

## A

**a.m** 1:20
**ability** 10:20
  91:9
**able** 103:12,17
  166:9,21
**absence** 73:16
**absent** 131:2
**absolutely** 71:21
  76:10 87:8
  96:9 105:21,24
  160:9 239:9
**abstract** 204:18
**abundance**
  145:21
**academia** 28:21
  29:3
**academic** 24:2,8
  24:11,13
**accept** 175:14
  203:8 224:8
**access** 220:17
  250:1
**accidentally**
  61:18
**accounted** 65:9
  104:10
**accounting**
  105:10
**accounts** 123:6
**accumulations**
  60:7
**accurate** 89:24
  157:5 279:20
  280:8
**accurately** 21:16
**acid** 115:15,23
  126:14 127:3,6
  128:12,14,14
  129:5,15,16,18
  132:23,24
**acidic** 116:2
  126:12,16
  127:17 130:25
  132:5,15
**acidity** 126:18

126:22 130:2,5
  131:19
**acres** 239:2
**acronym** 207:12
**action** 292:15
**active** 29:10
**actively** 219:11
**activities** 75:3
  75:20 217:14
**actual** 270:22
  273:15 276:3
  289:4
**add** 26:14
  216:24
**added** 61:14
  186:13,17
  201:11
**additional** 23:4
  105:18 153:18
**additive** 206:16
  215:6
**address** 23:6
  223:18 251:14
**adequacy** 45:3
**adjacent** 244:10
  252:8
**advanced** 28:24
**advancing** 45:7
**adverse** 102:16
**adversely**
  238:22
**advertisement**
  223:20 224:14
**advertising**
  224:18 225:10
  225:13,14,15
**advocacy** 206:17
**advocating** 82:3
**aerial** 116:20
  117:1,6 122:24
  124:12,19
  170:21 171:3
  240:22 272:3
**affect** 287:1
**Africa** 190:15
**afternoon** 11:22
**age** 150:16

151:7 152:16
  154:4 201:5
  213:19 214:21
  216:15 268:14
**agencies** 44:10
  44:13 45:25
  79:4 81:21
**Agency** 153:7
**ago** 25:13 66:11
  84:12,16 217:8
  286:5
**agree** 13:18 36:4
  40:3 75:15
  76:1 152:15
  180:11 186:25
  187:7 198:7
  204:25 205:23
  209:11 211:10
  216:14 227:8
  235:19 236:2
  241:10 243:14
  246:2 258:20
  268:8 276:23
  277:4
**agreement** 141:7
**agricultural**
  77:19 217:14
  223:11 225:16
**agriculture**
  217:12 227:24
**ahead** 16:12
  18:15 90:23
  156:25 184:14
  255:6
**air** 14:7,12,16
  15:10 17:12
  31:23 32:2,5,6
  32:9,16,19
  33:6,11,24
  34:7,12 37:25
  38:5 60:14
  61:22 101:13
  101:16,23
  102:21 103:3
  105:19 112:8
  113:9,12,19
  114:10 116:7

116:16 122:11
  122:21 123:1
  131:15 142:25
  143:2,15,19
  144:8 171:24
  172:15 176:1
  176:13,24
  177:15 178:7
  179:6,17 180:2
  180:8,10
  192:10 198:17
  199:2,7,9
  202:18,24
  239:11,17
  245:21 246:1
  259:8,16
  269:25 270:5
  270:15,18,23
  271:5,15
  272:21 273:2
  273:12 274:7
  277:24 281:6
  288:15
**airborne** 100:18
  124:7 272:24
**airplane** 25:11
**AJ** 98:7
**al** 8:10,11
  190:14
**alkaline** 67:4,6
  126:8 129:5
**Allow** 145:11
**allows** 30:22
  32:4
**alludes** 93:10
**alongside** 60:4
**alternate** 5:11
  22:3,8,18 64:6
  87:12 93:12,21
  144:23 145:4
  145:18,23
  146:9 217:1
  284:16
**alternative**
  197:23
**AMAX** 1:14
**Ambien** 270:23

**ambient** 4:19
  19:3,6 73:20
  74:6 101:15,23
  102:3,21 103:3
  270:8,11,12,17
  271:5,15
**amelioration**
  26:14
**amend** 286:5,21
  287:8
**amendment**
  286:11
**amount** 25:9,18
  26:12 57:15,16
  64:25 73:14
  197:19,20
**amounts** 49:24
  50:4 135:23
  191:1
**analyses** 42:21
  95:20 107:21
  144:5 148:21
  153:18 176:20
  179:24 191:4
  194:10 249:18
  284:12
**analysis** 26:8
  34:4 36:15,17
  41:2,25 42:3
  42:15 43:6,8
  45:17 67:10
  106:17,22
  107:10,25
  123:23 128:18
  128:21 146:7
  146:14,16
  157:20 179:15
  186:2 187:10
  187:20,24
  188:11 189:2,7
  189:11,21
  193:2 194:1
  196:17 199:12
  237:20 250:21
  259:25 260:4
  272:9 285:13
  288:15

analytical 6:22
22:15 35:19
41:4 66:23,25
67:19 106:3
177:13,21
255:8,13 267:6
267:7
analyzed 50:6
53:1 54:14
77:15
Andres 232:16
234:3
Andrew 204:15
annotated 6:18
241:4
anomalies 58:8
anomalous
146:6 250:23
anomaly 110:21
answer 10:17
14:25 22:10,21
27:12 32:12,25
34:6,8,11 39:9
39:11 60:20
63:16 64:10,20
65:12 71:17
72:5,25 73:4
79:24 80:1,14
81:24 87:6
88:22 90:9,14
90:17 91:8,12
96:22,23
100:13 108:20
111:6 122:15
122:16 128:24
130:16,17
144:25 145:10
146:12 151:9
151:17,25
152:13 155:18
156:8,9 157:7
159:8 160:21
161:14 163:18
167:25 168:4
171:10 176:4,8
176:12,15
177:4,18

191:22 192:15
194:19 196:15
197:7 209:17
209:25 216:19
223:4 234:23
237:12 238:24
244:15 246:3,7
246:10,12,18
246:20,25
247:11,13
249:14 252:19
259:11,13
274:11 282:21
282:25 287:21
answered
123:20 246:25
291:9
answering
177:11
answers 89:23
109:19 247:7
286:3,6,22
287:8 288:12
291:10
anthropogenic
69:10 72:11,17
72:22 73:2,8
73:17 75:20
76:8 131:2
anybody 68:4
98:13 250:20
anymore 33:16
anyway 69:22
117:16
AOC 5:5 6:15
40:2 92:3
111:15,19
112:11,22,23
122:23 124:13
141:9,13,17
142:4,6,8,15
147:12 150:8
163:8,11,15
165:12,16
166:24 167:20
167:21 168:23
169:22,23

171:18 234:19
234:24 240:7
240:23 249:17
249:19
Appalachia
242:17
appear 85:8
241:12
APPEARAN...
2:1 3:1
appearing
182:16
appears 148:4
Appleton 205:7
207:22 212:25
213:3
application
40:13 234:18
applied 72:2
156:15 222:22
228:8
apply 41:6
appreciable
49:23 50:4
approach 23:3
26:20 77:24
82:2
approached
211:17
appropriate
44:13
approximately
8:5 13:4 23:11
150:10,12
201:11 205:19
210:6 229:11
249:22,23
April 264:12
Arcadis 84:23
85:4 120:6
180:9
area 15:6 19:2
21:11,21 22:5
26:18 47:12
59:6 61:24
69:8,17,17
72:22 76:25,25

78:17 99:13
100:10 106:6
108:8 109:2,15
110:15,19,23
112:3 122:18
124:13 125:12
125:24 126:17
128:13 130:1
131:11,13,16
131:19 137:15
137:20 138:4
141:14 143:16
145:25 160:16
165:13 167:5
170:2 171:23
177:9 179:23
180:10 187:14
188:3 196:13
196:20 197:10
198:1 203:20
207:10 208:25
210:7 212:5,7
212:9 213:9,14
230:18 234:20
237:4 244:13
257:10,11,12
264:23 269:18
272:12 274:21
274:25 279:13
279:16,23
280:2,3,5,6,10
280:17,24
287:15,19,25
288:5,19,21,24
289:17,18,18
areas 74:18
78:15 125:19
129:17,19
179:22 209:13
228:16
argue 90:4,21
arrow 244:2
arsenates 221:10
221:21
arsenic 5:12
36:7,7,11
38:14,16 39:22

41:5 49:16,21
49:23 50:4
52:16,18 53:6
55:3,24 56:4,5
56:6,9,11
61:21 69:2
93:22 106:5
107:2,18 108:5
108:24 109:5,6
109:9 111:13
111:18,24
140:13,19,25
145:20 167:10
167:17,17,22
168:23 169:1
169:14 171:16
173:4,14 185:1
185:6,22
186:18,19
191:4 192:17
196:5 197:21
202:20 217:2
238:19,21
242:7 243:2
250:14,24
251:3 255:18
258:16 267:15
267:19,24
268:1,6,13
269:19 283:7
283:12 284:17
arsenic-bearing
182:16
Arthur 230:19
article 75:18
204:19 226:6
233:7
Asarco 55:13
ash 37:4,4,12,16
38:13 193:18
233:7 234:18
236:12 238:12
238:13,14,15
238:18 239:1,6
239:7,11 242:5
242:11,15,22
242:25

**ashes** 233:22 234:3
**asked** 10:18 21:9 21:17,19 22:2 25:9,15 64:12 90:11 97:7 123:19 124:3,4 156:7 179:8,20 179:21 189:13 236:10 246:9 246:16,19,24 247:23,25 261:22 264:15 278:3,9 281:24 282:12,25 283:15 285:5 285:23 287:10 288:7 289:17 291:8
**asking** 10:13 32:14 88:18 90:15 141:18 155:13,15,17 174:22 276:11 276:13
**aspects** 13:21
**ass** 292:3
**assess** 97:7
**assessment** 22:7 43:25 44:19 245:15
**assigned** 184:25
**assignment** 180:2 287:24 288:1
**assist** 98:13
**associated** 105:16 170:19 197:3 217:13 231:15 248:23
**assume** 10:18 76:15 242:3
**assuming** 137:6 145:1 173:17
**assumptions** 273:21 274:13 274:19 276:7

**ate** 226:13
**atmosphere** 115:22 144:3 198:19 270:9 270:13
**attempting** 288:13
**attention** 11:16 126:2 136:4 149:13 153:10 162:15 223:18 241:6 281:11
**attorney** 63:18
**attorneys** 83:9
**atypical** 262:25 283:13
**authors** 204:14 205:3 207:7,25 208:12,21 209:8 210:2 214:1
**auto** 253:18
**automobile** 208:3
**auxiliary** 182:24
**available** 17:11 32:22,24 33:18 146:24 189:24
**Avenue** 3:8 136:14 254:7
**average** 111:3 111:12,18 145:22 167:21 168:24,25 171:13,15,17 212:6,9,12 229:8,16
**averages** 110:5 212:5
**aware** 50:2 118:5 151:3
**axis** 163:20 164:18

———————
**B**
———————
**back** 24:24 70:3 82:22 91:22,23

95:8 119:10 129:22 140:4 154:16 181:10 193:24 195:5 196:1 198:9 211:9 212:4 231:25 234:8 237:6 240:3 248:4 251:8 252:8 263:6 267:5 269:8,13 277:14
**backed** 252:2
**background** 19:3,6 59:5 61:24 68:9,13 68:22 69:1,5,7 69:8,9,10,16 69:18 70:14,21 71:1,4,6,20 72:7,8,10,17 72:20,21 73:3 73:7,12,13,18 74:16,19,23 75:21 76:6,12 76:21,23 77:4 78:12,23 79:5 80:9,11 81:1 81:10 166:18 189:3
**backwards** 185:13,15
**bad** 26:19
**balance** 200:15 200:16
**balanced** 19:17
**ball** 135:9,19
**balls** 135:20,24 136:20,24
**ban** 151:11
**bank** 117:13 118:1
**bar** 137:4
**Barely** 275:11
**bars** 112:9
**base** 30:21
**based** 46:1 81:6

108:6 129:1 141:2 143:20 146:7 152:9 155:1 163:13 193:7 201:4,12 210:5 211:10 222:8,12 258:14 259:8 276:6,19 289:18
**basic** 188:25
**basically** 54:6
**basis** 33:22 130:11 159:16 160:23 213:25 247:24 264:4
**bat** 42:9
**Bates** 4:21 5:8 5:12,16 6:17 6:25 7:6 73:22 92:6 93:22 94:12 136:10 163:5 164:18 165:16 188:8,9 195:23 217:17 226:5 227:12 228:13 232:3 233:12 234:8 240:9 241:2 248:4 251:8,23 262:7 263:4 265:9 266:5,18
**Baykeeper** 242:16
**bayou** 117:12
**bear** 286:24
**bearing** 4:21 5:8 5:12,16 6:17 6:24 7:6 73:22 92:6 93:22 94:12 240:9 262:6 265:9
**beast** 50:1
**bedrock** 73:16
**beds** 266:22
**beetle** 221:5,11 222:19,23

223:6,13 225:3
**beetles** 226:23
**beg** 9:2
**began** 57:1
**beginning** 101:14 198:10
**begins** 99:3
**behalf** 1:7 46:20 239:13
**believe** 19:14 76:16 221:15 287:1
**BEM** 76:12 78:20 79:1
**Berkeley** 28:25
**berms** 239:2
**best** 10:20 20:5 43:15 64:15 80:5 91:9 156:20 157:5 157:14 213:18
**BETSY** 1:3,6
**better** 26:18 78:16 80:4 211:4 236:7,7 236:10 240:21 274:14
**beyond** 106:24 188:4 280:4 289:20
**big** 37:23 59:24 111:22 131:25 136:2 137:2 159:23 194:21 198:8 225:1 284:1
**bigger** 240:20 283:16
**biggest** 112:3
**billings** 23:12
**bit** 53:23 147:10 182:14 211:4 233:24 240:20
**bitty** 133:22,23
**black** 37:7 242:3 244:4 273:8 274:7

Blackwell 4:15 58:14,15,19,21 60:13 62:1,11 63:1,5,13
blanked 147:11
blanket 138:18
blanketing 99:13
blew 130:7 132:23 147:10 240:15
blight 228:1,8
block 207:17
blood 292:16
blowing 272:4
blown 78:13
blue 26:6 147:12 148:6 150:7 275:22
Blum 12:24 83:20
board 186:5 227:24
bobbing 168:8
boiler 239:1 242:22
boom 206:18
Bordeaux 227:14,19,25 228:8
bore 196:24,24
boring 6:19 146:23 178:25 179:2 231:10 231:12 249:10 250:1,4,5 253:25 254:5 254:10,13 256:5,9 257:1 257:3,14,15,18 257:22,25 258:6,21 282:6 282:13,15,23 282:24 283:1 283:25
borings 6:21 254:11,22

255:2 256:12 256:13,20 258:21 286:20
borough 129:9 233:16
bother 111:21
bottom 20:8 70:12 207:6 233:9 238:18 241:19 242:5 243:9,18,22 244:1
bound 48:15
boundaries 287:18 289:20
boundary 5:6 92:4 142:5,6
box 25:11 150:9 150:11,17,18 150:24,25 154:17,18 155:5,6 208:7 210:12 211:22 244:2
boxes 210:23
brake 110:19,22 131:10 253:22
break 10:24 11:3 69:22 118:24 119:17 180:23 181:15 202:5 239:2 268:14 269:2
breaks 201:25 268:9
bridges 30:7
brief 70:1 101:3 119:8 240:1 269:6 277:12
briefly 140:8 181:15
bring 52:9
bringing 52:8
broad 41:14 132:18 234:18
broader 41:1 279:11

broken 60:21
Bruner's 84:10
buffering 127:22 127:25 128:3,8 128:10 129:14 129:18
bug 224:18
bugs 226:12
building 154:4 232:21 260:14 262:3
buildings 261:3
built 151:10,21 151:23 152:10 152:11 154:10 154:11 156:2,3 199:12 213:19 215:25 216:4,7 216:11 238:7 274:13
bulk 29:2 46:9 193:25 194:23
bunch 59:23 91:16
burial 116:12 124:7
buried 126:15
burned 242:23
burning 139:20 238:18 239:12
burying 115:3
business 105:4,5 105:7,14
buy 223:2
buying 225:20

**C**

C 4:5,11,13,16 16:15 17:4 23:19 62:3,12 291:1,3,15 292:1,1,9
C'td 3:1 5:2 6:2 7:2
cadmium 49:16 50:14
cake 73:4

calcine 48:15
calculated 182:23
calculation 20:8 156:21 199:21 203:7,9,15,18 203:21
calculations 202:12,14
California 28:25
call 66:2 83:9 236:20 249:16
called 9:14 26:5 47:24 49:8 52:24 97:8 165:25 227:14 247:2
calling 121:15
Camden 226:7
capacity 127:22 127:25 128:3,9 128:10 129:15 129:18
captured 107:24
car 54:10
career 24:22 28:21 29:3
carried 133:25
Carteret 5:14 6:12 17:2 50:25 51:15 52:4,19 53:9 53:15,17 54:16 55:6,20 56:12 57:6 94:10 99:8 101:4 126:17,24 127:10,15 128:13 129:9 130:1 131:18 134:12 136:14 143:16 151:2 156:15 191:16 192:1 195:16 199:13,19 204:25 209:3,5 209:12,21

212:24 215:9 215:14,19 216:5,23 217:13,18 218:3 219:2 224:3 226:22 230:18,19,21 231:3 232:5 233:16 235:3 236:13,23,25 237:9 238:1 244:23 254:17 260:16 261:2 264:11,11,12 265:6 272:4 284:25
Carteret's 238:6
case 12:10 15:21 17:8 21:18 23:12 32:24 33:6,16,23 36:19 37:3,4,9 37:15 38:12 39:2,7,14,19 41:8 42:16 46:15,22,23 47:12 59:7 60:24,25 61:4 61:8,9 62:18 62:19,21 63:2 64:8,13 68:6 68:13,23 88:16 88:20 91:5,12 97:18 115:8 117:19,21 119:24 128:22 139:2,19 170:25 180:16 183:9 184:19 185:20 193:15 201:25 239:6 242:15,16 260:1 284:4 287:24
cases 24:25 25:12 36:15 47:13 58:21

60:23 65:25 139:15
**categorical** 124:25
**category** 41:1
**cause** 127:7
**caused** 21:11 227:2
**causes** 102:4
**caution** 81:14
**cayenne** 252:22 252:23
**census** 6:12 215:8,13,17 218:11,15,20 219:8,18,20
**Center** 1:19 8:7
**century** 51:2,4
**ceramic** 59:17
**certain** 13:21 49:7 143:4 165:9 169:13 236:13 269:24 271:11 284:9
**certainty** 22:17 107:1 109:16 122:9 129:7 133:2 140:23 146:4 147:17 259:5
**certification** 17:8
**Certified** 1:23 292:6
**certify** 291:4 292:8,14
**CH2MHILL** 101:17,21 102:16
**challenge** 76:22 77:2
**chance** 182:13
**change** 18:3,5 18:18 19:8 44:16 69:22 87:22 180:22
**changed** 51:8

55:23 130:6
**changes** 18:12 18:16 19:11 142:16
**changing** 130:4 131:3
**character** 80:18 80:20
**characteristics** 153:22 190:7
**characterizati...** 6:8 53:12 148:1 195:19 203:23 204:9
**characterize** 146:22 193:23
**characterizes** 118:7
**characterizing** 80:4
**charge** 51:18 52:6 54:6
**charged** 51:24 59:12
**check** 230:4
**chemical** 4:14 26:2 30:22 31:3,7 38:8 41:7 48:8 62:1 62:10 178:15 179:24 190:6 192:11 193:18 194:1,22 217:13 232:20 232:25 234:5 284:11 286:13
**chemically** 48:2
**chemicals** 27:3 34:14 38:17 77:21 225:20
**chemistry** 37:20 43:18 221:3,9
**chip** 133:14 200:9
**chips** 172:9
**choose** 81:21
**chose** 77:5

231:17
**chosen** 248:14
**Chris** 2:15 8:21 9:4 89:16
**chris.gadoury...** 2:21
**CHRISTOPH...** 3:5
**chromium** 66:19 66:24 67:10,20 117:14,16 267:24
**cinder** 234:18 242:5 244:4
**cinders** 238:17 254:13,16
**circle** 243:10,17
**circled** 218:2,20
**circumstances** 157:13
**citation** 83:16 86:11 101:16 101:20 102:17 104:23 110:12 221:2 223:23 228:14 233:15 271:8
**citations** 270:24 271:4,4
**cite** 85:13 86:11 283:9
**cited** 76:11,16 78:20 124:22
**citing** 131:24
**city** 46:23 59:1,4 59:9 60:1 205:6 207:9,16 233:16
**civil** 30:4,6,10 30:21
**claim** 235:17
**clarify** 10:14 40:11 277:19
**Clark** 204:15 214:2
**class** 15:6 17:8 19:2 21:21

22:5 29:10
47:12 69:8,17
99:13 100:10
106:6 108:8
109:2,15
122:18 125:11
125:24 131:11
131:13,16
143:16 145:25
165:13 167:5
177:9 180:10
187:14 188:3
196:13,20
197:10 198:1
203:20 212:5,7
212:9 237:4
260:10 264:23
269:18 271:24
272:11 279:13
279:16 280:2,5
280:6,10,17,24
287:15,19,25
288:5,17,19,21
288:23,24
289:17,18
**clause** 19:6
**clay** 26:8,11,12 26:21 59:11 134:8,9,12,14
**clays** 128:6
**clean** 16:10,18 45:13 54:20 68:3 70:20 71:21 72:7,9 72:18 196:9 253:11
**clean-up** 44:8,14 45:3,8,18,24 67:7 81:6,9,12
**cleaned** 60:10 239:14
**cleaning** 81:8 256:21
**cleanup** 258:17
**clear** 110:13 172:18 198:25 257:18 273:25

**clearly** 30:24 73:2 179:22
**clients** 23:25
**climate** 29:15 32:1 143:10
**close** 81:9 102:5 102:8 178:10 208:22 209:6 239:21 259:17
**closed** 50:16 56:25 57:1 101:12,15,22
**closer** 55:19
**closest** 256:13
**closure** 102:12 104:2
**coal** 38:10,14 139:20 193:15 233:8 238:18 239:12 242:15 242:17 254:13 254:16 263:14 263:23
**coalesce** 135:23
**Coast** 45:11
**coefficient** 41:20 109:21 181:17 181:22 182:2 182:18 183:8 186:4 187:4 283:24
**coefficients** 41:10,19 106:14 183:1
**Coincident** 104:4
**coke** 59:13
**colleague** 89:16
**collected** 37:10 120:6 136:13 171:23 184:20 229:18
**collecting** 59:23
**color** 252:25
**Colorado** 221:5 221:11 222:18 222:23 223:13

225:3 226:23
colored 149:22
colorimetric
  67:5,8
column 115:13
  126:23 133:12
  137:1 207:6
  208:11 213:8
  241:8 243:9,22
  243:25 244:13
columns 186:14
combination
  102:5 135:12
  146:9
combine 102:11
combined
  235:15
combustion
  38:14 206:10
  260:8
come 14:2 40:19
  54:4 102:6
  131:15 145:14
  182:21 201:10
comes 71:14
  158:5 168:10
  283:20 284:5
comfortable
  285:3
coming 115:21
  127:3 198:16
  200:4,5 202:10
comment 101:1
  103:8,25
  221:17 235:13
  237:6
comments 35:17
  92:1
commercial
  222:2 223:15
  225:1 228:16
committee
  232:17 233:21
  234:3,12
committees 24:3
commodity
  103:18 105:5

common 30:20
  49:19 128:15
  227:13 252:16
  253:21 280:10
communities
  213:17 214:5
community
  199:14 209:21
  214:10,18,25
  215:1,2 216:23
  219:2 223:11
  224:6 225:10
company 1:12
  8:11 25:10,15
  25:24 27:17,25
  37:1 232:20,25
  234:5
compare 52:5,7
  52:16 53:8
  55:6 56:9,18
  165:15 191:6
  191:14 256:16
compared 22:13
  25:21 58:4
  64:22 104:17
  168:25 200:8
  231:23 237:3
  237:17
compares 52:2
comparing
  22:25 57:21
comparison
  51:13 57:14,19
  58:2 62:24
  135:7
compass 158:16
competing 25:20
Complaint
  288:4,5
complete 12:7
  17:14 22:6
  160:1 176:17
  230:12 291:7
completely
  122:25 124:13
  142:16,18
completing

189:13
complicated
  67:12 122:17
complication
  154:21
comply 105:19
component
  41:25 42:3,15
  53:2 187:20,24
  188:10 189:1
  215:7 252:16
  252:20
components
  27:18 58:20
  189:5
composite 53:24
composition
  26:11,21 38:8
  53:11 138:17
  178:16 191:7
  192:11 194:22
compositional
  27:2,20
compositionally
  190:24
compound
  115:6 252:23
  253:21
compounds 27:3
  115:8
concentrate
  64:25 198:11
concentrated
  114:15
concentration
  74:24 111:12
  111:19,24
  113:18 120:10
  120:19,24
  128:16 140:25
  144:7 159:6
  167:22 168:24
  169:1 195:3
  212:9,15
  214:11 228:22
  229:17 268:23
  273:20 274:18

concentrations
  19:7 64:7 68:9
  80:11 81:8
  111:4 116:13
  118:14,21
  119:19 120:4,5
  120:10 122:3
  151:6,21,22
  152:9 158:19
  164:18 166:22
  183:9 184:25
  185:22 196:23
  196:25 204:21
  205:20 208:24
  210:13 215:3
  242:24 250:14
  250:18 255:18
  258:23 259:7
  270:14,18
  275:8,16,23
  276:3
concept 32:15
concepts 32:3
conceptual
  99:18,22,23
  100:8 113:7,8
  159:4 180:3,6
  259:8
concern 38:17
  55:4 66:18
  113:15 233:4
concerned 58:25
  61:13
concerning
  277:23 281:16
concerns 239:6
conclude 289:25
concluded 22:11
conclusion 14:8
  22:16 101:21
  101:25 110:3
  156:14 158:17
  196:17 214:2
  231:1 236:19
  236:21 245:19
  245:21 249:11
  269:18

conclusions 14:9
  14:23 189:1
  286:25 287:1
condense 48:20
condensed 99:12
condenses
  192:19
condition
  214:22
conditions
  114:23 126:8
conduct 207:11
  207:14 285:14
conducted 189:2
  285:13
conference 83:9
confidence
  78:25 79:6
  80:3 81:20
confident 285:9
configuration
  15:4
confirm 189:7
confluence
  145:13
conform 143:22
confusing
  184:14 196:21
connect 236:14
  264:16
connected
  172:11 236:16
connection 12:8
  62:21 68:6
  84:7 93:3
  94:23 169:17
  222:6 249:10
conservative
  82:6
consider 22:3
  29:22,25 30:3
  91:18 149:6
  169:6 187:23
  193:5
consideration
  261:1
considered 39:8

156:24 157:1,8
231:20 280:2
**considers** 273:23
**consistent** 37:25
38:5,9 70:24
122:11 151:1
159:13 188:12
206:1,23
212:19,21
245:25 250:25
259:7 286:13
**consistently**
74:25
**constant** 130:6
143:6 165:7
274:16
**constituent** 28:1
**constituents**
70:21 75:8
**construction**
236:22 260:14
268:13
**consult** 50:21
**consultant**
218:18 234:9
235:5,7 265:19
265:23 266:8
**Consultants** 5:8
92:5
**consulting** 23:25
24:9,13,18
28:20 46:9
**contain** 17:6
38:14 145:2
216:16 238:19
238:21 242:6
**contained** 12:6
100:7 117:14
150:17,18
173:13 233:4
239:7
**containing** 5:24
184:10
**contains** 236:19
236:20 284:11
**contaminant**
49:3 53:7

74:20,25
113:14 117:2
117:11
**contaminants**
19:4,7 23:1
49:17 55:4
66:17 74:17
99:25 114:21
118:4 129:24
143:15 233:4
272:24
**contaminated**
47:11 59:3
74:18 79:17
117:12,25
196:19 197:10
210:5 245:24
245:24 246:5
246:23 247:11
261:5 269:19
**contamination**
6:9 18:25 19:3
21:11 22:4
38:18 53:24
55:8 56:17
71:14 75:11
79:25 81:16
82:2 99:4,8
109:2,14
193:19 195:15
196:12 198:20
198:21 203:24
204:10 206:1
213:18 284:24
284:25
**contemporane...**
222:17
**contend** 269:17
**content** 52:17,19
56:5,10,11
109:6,6,7
118:3 127:10
127:11 200:21
**contest** 11:2
214:1
**context** 288:11
**CONTINUED**

70:6 119:16
181:13 240:12
269:10 285:21
289:14
**continues**
141:13,14
142:8
**continuous**
233:9
**continuously**
261:5
**contour** 40:1
158:9 164:11
169:14 279:19
**contoured**
178:21
**contouring**
40:17 157:24
**contours** 143:3
170:1
**contractor**
261:17 263:12
263:18 264:2
**contradict** 219:7
**contradicting**
75:14
**contributed**
199:14 233:1
237:4 271:23
**contributing**
261:8
**contribution**
100:24 273:10
**contributions**
61:21
**contributor**
206:2 237:3
**control** 105:18
152:16 198:17
202:19 221:11
221:22 222:23
223:6,13 225:3
226:22
**conversion**
20:16
**convert** 20:21
**converts** 183:10

274:17
**convince** 72:15
72:16
**convinced** 88:24
**cooled** 99:11
**cooling** 138:17
**COOPER** 3:15
**coordinates**
261:24 262:5
**copies** 235:3,15
**copper** 5:11
19:21,24 21:14
42:9 47:21
48:3,24 49:4
49:18,24 50:3
52:20 54:17
55:20,23 56:12
56:20,24,25
57:4,5,7,10
64:24 69:4
93:22 107:1,17
108:23 109:4,6
109:8 110:21
112:19 113:1
140:13 145:19
154:23 163:12
165:16,19
167:12,14
171:13 173:4
173:14 174:8
174:10,20
175:9 185:1,5
185:21 186:18
186:19 188:2
190:25 191:8
191:15 196:5
196:12,19
198:11,13,13
202:15,16,21
217:2 221:10
227:20 228:10
228:23 229:2
229:17 250:13
250:23 251:3
252:16,23
253:21 255:18
256:1,3,4,7,9

256:19,21,21
258:18 267:16
267:20,24
268:1,13
269:19 283:7
283:11,14
284:7,16
**coppers** 197:20
**copy** 6:19,22
16:1,4,5
218:10 253:25
254:5 255:8,13
262:1,11
**core** 115:10
194:3 284:7
**corner** 188:17
208:23
**CORPORATI...**
1:13
**correct** 9:23
10:3,9,20
14:14 15:17,21
22:18 23:7
24:15 26:23
28:22,25 29:4
29:23 31:7
37:19 38:1,5
38:10,18 39:16
39:19 40:6
41:5,10,15,21
41:25 42:22
43:20 44:8,14
46:10,17 47:4
47:21 49:5
54:18 55:6,14
56:5,8 60:11
60:15,22 65:13
68:10 70:25
74:7,11,12,20
76:13 79:1,3,7
80:7,12,19
81:22 93:5
94:8 95:24
100:2,5 103:4
105:11 106:14
109:22 111:13
113:4,15

114:11,15
117:22 118:15
118:19,22
120:6,21,25
121:24 123:23
126:24 127:22
128:22 134:8
137:15 138:1
138:23 140:9
140:25 141:15
149:14,18,22
153:4,8 154:12
154:17 157:17
159:4 161:2
169:21 170:2
178:5 183:7,11
184:2 185:6
188:11,17,22
188:23 189:14
192:5 193:3
194:11 195:4
199:15 201:2,7
202:25 208:3
209:6,14,23
210:15,25
211:18 216:12
216:17,23
217:5 218:16
220:14 222:14
222:19,24
226:23 229:13
234:20 238:19
238:22 241:22
242:18 243:2
243:15 249:12
250:14 251:20
252:13,15
253:6,13
254:14 260:1,2
260:5,6,21
263:15,19,24
264:24 267:16
272:18 274:9
275:15,17
282:10 287:15
291:8,12
**corrected** 19:13

19:15
**correctly** 15:9
70:22 99:15
103:22 126:19
164:6 194:25
213:22 273:14
274:6
**correlate** 26:10
**correlated**
109:12 151:6
169:9 186:7
197:11
**correlation** 6:1,6
41:9,19 106:14
109:19,21
181:17,22
182:2 183:1,8
184:11 186:4
186:10 187:3
**correspond**
257:18
**corridor** 78:12
**cost** 105:13
**costs** 105:15
**Coterminious**
228:17
**Council** 233:17
**Councilman**
232:16
**counsel** 2:1 3:1
8:15 11:20
**country** 52:1
213:17
**county** 4:16
58:22,25 60:2
61:10,13 62:2
62:11,16
201:24 292:4
**couple** 262:16
263:2
**Courier** 226:7
**course** 24:21
34:25 77:20,21
162:4
**courses** 24:4
31:25
**court** 1:1 8:3,12

8:24 9:10
**courtesy** 83:16
**covered** 63:21
261:15
**cracks** 59:18
**create** 56:16
58:7 230:16
**created** 102:18
135:21 272:18
**creates** 55:10
**creation** 30:25
32:9,19
**creeks** 60:6
**criteria** 111:1
193:3
**crop** 228:7
**crops** 219:20
220:5
**cross** 48:3
**cross-** 251:13
**cross-checked**
220:19
**cross-section**
142:12
**crosswalks**
233:23
**crow** 158:25
**crystallized**
138:20
**cupola** 54:20
99:11
**current** 74:15
**currently** 63:17
**curriculum** 4:12
23:18 30:20
**customers** 225:2
**cut** 143:5
**CV** 23:24 24:1,2
24:13,18
**CVs** 24:11
**cycle** 201:6

───────

**D**

**D** 4:2 5:2 6:2 7:2
291:1
**D.C** 3:10
**dash** 212:1

**data** 6:12 11:23
17:22 18:4,7
22:15 23:4,9
32:22,24 33:9
33:16 41:7
43:9,14 44:2
50:6,8 53:8,9
53:10 69:16
73:3 77:3
78:19,25 96:16
96:17,19 97:5
103:5 106:8,14
106:18 107:14
107:16 112:7
113:5 121:4,6
121:8 123:7,16
129:11 133:4
140:9 141:3,9
143:20 144:11
147:12,18,20
148:5,6,11,15
148:18 149:4
149:10,18
150:7,8,9,11
153:18 157:4,9
157:15,25
158:8,13
161:11,21,23
161:25 162:3
163:8 165:1,11
169:17 170:13
183:22,25
184:18,20
188:1 189:5,6
189:21 196:8
200:17 210:6
210:19 215:8
215:14,17
218:16 219:18
219:19 247:22
251:1 259:2
270:18 273:3
276:3,24
283:16,24,25
284:3 286:13
287:6
**Dataset** 5:25 6:5

184:10 186:9
**date** 11:10 16:17
23:12,20 62:5
73:24 83:3
92:8 93:24
94:14 119:15
147:6 149:25
152:22 184:12
186:11 204:2
215:10 240:11
254:2,24
255:10 262:8
265:11 285:6
285:15
**dated** 7:6 153:7
217:5 265:8
**dates** 50:20
**day** 114:10
132:21 284:8
291:18 292:19
**debate** 45:18
**debris** 260:15
**December** 93:16
**December/Jan...**
17:24
**decided** 25:24
102:8
**decimal** 20:2
**decision** 81:7
258:14
**deck** 266:12,14
267:22
**decline** 206:19
**decrease** 110:6
110:10,24
111:3 142:13
159:21 161:16
167:2,12,13
**decreases**
158:14 167:11
**decreasing** 45:8
111:23 112:5
158:19 159:5
159:14,19
166:22 182:1,5
182:5
**deep** 113:3

127:8
**deeper** 134:19
136:25 274:2
**defaults** 164:10
**defendant** 36:22
**defendant's**
265:19
**defendants** 1:15
3:13 8:18 10:7
**defendants'**
141:25 142:1
**defense** 46:22,25
**defer** 44:12,15
**define** 192:25
289:17,18
**defined** 74:24
80:9,10
**definition** 40:15
41:14 73:6
81:3 113:12
249:16
**definitions**
211:11
**definitive** 39:8
39:11
**defraction** 26:8
28:5,9,13,15
**degrades** 166:14
166:15
**degree** 22:16
28:24 30:5,6
30:17 31:2,9
31:25 79:19
83:10 107:1
109:16 122:9
129:7 133:2
140:23 146:4
147:17 173:6
181:23 259:5
259:15 268:19
**deliver** 145:17
145:19,19,20
**delivered** 23:2
27:24
**demarcation**
142:17
**demise** 103:20

104:7
**demonstrate**
72:15
**demonstrated**
151:4
**demonstrative**
55:8
**denominators**
49:19
**density** 35:22,23
53:21 134:22
135:4 200:2,7
273:22
**denuded** 122:25
124:14
**deny** 189:8
**DEP** 66:1,9,21
**Department**
65:15,20 68:5
74:10 75:17
**depend** 115:5
**depended** 130:7
130:8
**depending** 38:25
249:2 268:23
**depends** 27:14
49:25 65:22
81:13 111:22
111:25 112:1
113:21 114:16
114:17,18
133:17 134:4
135:6 137:22
138:16 144:1
152:1 159:9,22
242:11 249:15
**depicted** 272:10
279:24
**depose** 58:16
**deposit** 49:13,13
**deposited** 15:11
37:7 131:15
**deposition** 1:18
4:9 8:9 9:22
11:9,24 12:17
12:22,24 13:3
13:8 14:6,10

15:19 31:23
37:4 70:5
71:11,19 75:9
75:21 82:21
84:5,11,15,18
85:7,11,23
86:12,23 87:16
87:18 88:5,23
89:1,6,17,18
90:19 91:15,16
91:17,23 92:24
93:4,15 94:6
97:18 98:4,6
98:10 100:17
113:9,13,14
116:7,20 117:1
117:7 119:12
122:11 123:2
124:7 125:20
170:22 171:3
171:24 176:1
176:13,24
179:18 180:3,9
180:11 181:12
201:24 239:17
240:5 245:21
246:1 248:3
259:9,16
273:12 274:8
274:16 276:20
276:21 281:7
289:25 291:6
291:10 292:10
292:12
**depositions** 14:1
23:14 71:12
83:20 95:1
**deposits** 49:8,9
**depth** 112:19
113:3 116:25
117:8,10
118:15 119:18
119:20 120:3
122:10 259:13
**depths** 113:3
116:5 134:20
**derived** 78:16

99:10 135:8
**describe** 80:21
106:16 123:6
140:6 181:20
281:2,5
**described** 30:24
55:18 61:5,10
100:10 125:4
133:3 168:22
196:22 288:21
**describes** 140:12
248:10
**describing** 62:15
**description** 4:7
5:4 6:4 7:4
106:21
**descriptions**
248:11
**descriptive**
108:12
**design** 31:1
**designed** 31:6
31:13
**despite** 279:18
**detached** 209:13
209:13
**detailed-block**
210:3
**details** 34:1,4
286:11,19
**detecting** 66:23
**deterioration**
206:11
**determination**
67:9 106:4
152:7 160:8
**determine** 21:19
34:21 35:6
44:2 65:8
74:16 97:4
99:25 108:4
139:2,8 158:7
158:12 160:25
208:1 246:22
247:25
**determined**
61:23

**determining**
26:6 179:3,16
194:20
**develop** 59:18
**development**
1:14 151:2
**deviation** 108:13
110:1
**deviations** 19:24
**diabase** 128:9
**diagram** 39:24
188:10 189:10
211:2 212:20
212:22 235:25
244:18 279:7
**diagrams** 158:25
261:23
**died** 227:3
**difference** 17:21
132:9 141:24
150:15,21
151:13 152:10
175:4 276:4
**differences**
17:18 55:1
**different** 13:20
25:21,23 47:20
48:3,6,11 49:2
49:6 52:13
53:23 54:25
56:1 65:25
66:22 67:3,11
71:23 77:9,23
78:7 81:20
91:13 100:1
125:25 144:12
191:17,18
191:21 192:19
194:9 195:20
197:2 212:23
241:23 243:23
244:11 278:12
278:23,24
279:9
**differs** 207:8
**difficult** 39:6
77:24 193:24

194:7 197:17
218:14 233:24
**dig** 122:21
**digging** 115:3
124:17 244:18
**diligence** 34:3,9
235:6
**diluted** 194:6
268:18
**dilution** 268:23
**dioxide** 127:3
**direct** 11:15
33:15 70:7
126:2 136:3
149:12 153:10
162:15 241:5
**directed** 95:6,16
**directing** 129:22
**direction** 158:13
159:13
**directional**
159:25 161:11
165:18
**directionality**
158:8 160:15
165:1,4,8,10
**directions** 143:4
158:22,23
159:2
**directly** 65:19
**dirt** 266:12
**dirty** 59:2
**disagree** 47:22
198:8
**disagreed** 13:10
**disagreement**
14:8 198:6
**disappear**
268:21,22
**disappeared**
118:4
**discerning**
161:15
**discussed** 78:24
87:17 89:5
101:11 286:20
**discussing** 14:1

**discussion** 30:19
67:1 87:12
94:7 206:24
264:1 287:4
**discussions**
261:20 284:18
**diseases** 227:22
**dismissed**
129:25
**disparity** 258:23
**dispersed** 60:2
144:2
**dispersion** 31:22
143:14
**displaced**
143:24
**disposal** 59:7
177:15
**dispose** 59:21
**dispute** 60:8
236:24
**dissolve** 131:10
131:12
**dissolved** 110:20
**distance** 40:19
110:6,10,24
111:4,7 112:6
140:7 142:3,13
144:12 148:15
158:15,16,19
158:21 159:22
161:16 163:15
163:19 164:16
166:6,9,23
**distinct** 184:3
188:15 241:21
**distinctly** 244:11
**distinguish**
108:16 176:24
177:14
**distribution**
41:21 80:11,16
80:17,24
123:10 160:12
166:3 272:24
**distributions**
5:21 79:17

152:19 153:3
**District** 1:1,2
8:12,12
**disturbances**
125:3
**ditch** 171:4
174:16 176:22
177:8,20,23
**diversify** 55:25
**dock** 266:20
**Doctor** 113:23
**document** 5:10
6:24 11:6,11
23:21,23 58:7
62:6 74:1 86:3
88:15 89:14,19
90:2,15,16
91:6,7,10 92:9
92:22 93:20,25
94:15 101:7
104:12,13,18
104:21,22,24
119:21 120:2
123:5,14 150:1
152:23,25
153:7,12
186:12 188:6
204:3,5 215:11
221:3,8 227:17
228:2 230:8
232:1 234:22
236:12,19
240:14 241:4
248:3 254:3,25
262:6,9,11
265:12
**documented**
37:12
**documents**
11:17 12:1,3,6
12:8,13 88:16
88:20 91:5
97:4 118:6
220:17 222:9
222:13,17
284:19
**doing** 21:23,25

25:16 27:15
33:4 34:17,20
49:11 58:24
69:15 105:13
124:17 212:14
220:17 236:5
261:3,4
**dominant** 108:5
110:4 231:24
245:22 247:25
**Donald** 221:3
**door** 54:5
247:15
**downward**
140:24 141:8
141:13 147:20
148:10 149:5
149:17,21
**downwards**
141:4
**Dr** 5:19 8:9 9:21
12:24,25,25,25
23:11 58:18
70:5,8 71:20
80:7 82:10
83:15 85:23
86:23 87:15,16
88:4,10 92:24
93:4,10,14
94:5,6,8 96:8
97:17 98:3,11
109:18 111:1
119:17 123:4
129:21 141:6
142:24 147:4,9
148:2 152:25
164:8 172:19
173:8 174:17
174:19 181:14
196:22 204:6
216:25 238:17
240:5,13
261:12 269:11
277:18,23
279:11 285:23
289:16
**drainage** 60:5

61:16
**draw** 142:11
**drawing** 274:14
**drawings** 262:2
**drawn** 150:8,11
188:25
**dredge** 117:13
**dredged** 117:12
**drew** 158:17
**drip** 205:13
210:14
**driveway** 244:3
**driving** 48:17
**drops** 166:17
233:10
**drove** 104:2
**dry** 274:16
**Duarte** 1:3,3,6
8:10
**Duartes** 245:6
260:5
**dubious** 157:10
**due** 34:3,9 73:15
109:2 196:6
235:6 289:3
**dug** 59:1
**duly** 9:15 292:11
**dumped** 54:11
110:20 174:15
**dust** 25:11 50:14
99:9 100:18,25
125:16 192:18
**dwarfs** 202:23

**E**

**E** 4:2 5:2 6:2 7:2
291:1,1,1
292:1,1
**earlier** 46:8
140:8 167:20
182:14
**early** 57:1
**earth** 78:13
**easier** 147:11
**easily** 115:19
276:7
**east** 275:12

**eastern** 277:1
**economic**
   102:11 104:2
   105:22
**economics** 102:5
**edge** 68:3 167:3
   196:20
**EDS** 195:2
**effect** 69:19
   231:22,24
**effect's** 42:8
**effectively**
   103:21 104:8
**effects** 131:2
**effort** 76:19,20
   270:4
**efforts** 206:17
**EH** 221:3
**eigenvalue**
   188:1
**eigenvalues**
   42:13
**either** 31:6
   82:19 90:4
   121:11 143:8
   271:10 275:22
**electrochemist...**
   52:12
**electron** 37:11
   37:17 195:2
**electrostatic**
   191:11
**element** 197:15
**elements** 109:20
   228:15
**elevated** 109:4
   209:10 242:6
   283:11,11,12
   284:7
**elevation** 107:17
**elevations** 289:2
**eliminates** 48:16
**Elizabeth** 66:14
   66:14
**ELKINS** 3:16
**emanated** 139:3
**emanating**

173:25 175:21
**embrace** 144:23
**emission** 32:9
   33:13,13
   105:20 114:10
   114:14
**emissions** 14:13
   31:23 32:16,19
   33:6,9,23
   37:25 38:5
   53:4 54:2
   60:14 61:22
   99:10 100:19
   100:25 116:16
   131:14 138:13
   143:6 144:8
   177:15 179:6
   179:17 190:7
   192:10 199:1,2
   199:2 202:24
   208:3 239:11
   270:5 272:3
   288:16
**emitted** 109:8
   109:10
**emitters** 77:2
**employed** 45:9
   99:24
**employee** 74:10
   75:16
**employment**
   24:21 25:3
**encompassed**
   188:14
**ended** 21:22
   203:20
**ends** 243:14
   244:4
**endurance** 11:2
**Energy** 36:18,23
**engineer** 30:11
**engineering**
   25:9,15 27:17
   30:4,6,13,17
   30:18 31:3,10
   31:25
**engineers** 30:20

**engines** 25:11
**English** 8:7
**enhance** 115:24
**enhances** 126:14
**enriched** 173:3
**enrichment**
   113:2
**enterprise** 157:2
**entire** 109:15
   131:11,13,16
   145:25 153:12
   161:5 197:10
   237:4 279:16
   280:5
**entirely** 110:13
   198:20
**entities** 72:11
   73:9
**entitled** 4:14,18
   5:10 6:7,14
   61:25 62:10
   73:19 89:20
   93:20 153:2
   203:22 204:9
   228:15 240:7
**entrée** 30:18
**entropy** 202:2
**environment**
   75:1 117:15,24
   135:1,16 138:6
   206:7,9 238:22
**environmental**
   30:11,12 31:18
   31:21 43:24
   44:22 65:16,20
   68:5 74:10
   75:17 153:6
   265:23
**EPA** 33:12 67:2
   110:8,8 118:7
**equal** 214:13,17
   214:20
**equation** 80:22
**equipment**
   31:14 124:15
**equivalent**
   175:10 274:9

274:18 275:2
   276:3,16 277:2
**equivalents**
   276:14
**Eric** 3:23 8:3
**eroded** 35:8,12
**erosion** 53:5
   125:15
**err** 81:14,15
**error** 14:7,11
   20:15,18 80:2
**eruptions**
   143:25
**especially**
   230:21
**ESQ** 2:6,7,15
   3:5,15
**essentially** 15:16
   67:6 100:14,15
   192:8
**establish** 81:5
**established** 45:4
   72:20 198:24
**estimate** 23:14
   40:18 78:16
   107:5 200:18
   201:22
**estimates** 32:10
   33:13
**estimation** 14:13
**estimator** 79:21
   80:6
**et** 8:10,11
   190:14
**evaluate** 38:22
   39:18 60:13
   68:2 78:18
   91:14,18,22
   96:2,6,25 97:3
   130:10 169:16
   235:16
**evaluated** 61:1
   61:20 64:5
   95:19 198:2
**evaluates** 162:2
   217:11
**evaluating** 88:9

96:15
**evaluation** 5:5
   32:9 39:21
   55:2,5 65:8
   67:19 68:18
   91:19 92:3
   102:20 104:9
   112:19 127:9
   127:14,21,24
   139:1,7 146:20
   149:4 152:4
   170:8 173:9
   230:25 237:14
   250:17 276:1
**Everard** 232:10
**everybody** 236:7
**evidence** 39:13
   87:19 89:5
   110:8 123:5,14
   174:2 236:9
   249:11 264:3
   269:17 272:2
**exact** 129:3
   134:13 199:7
**exactly** 13:6
   41:9 54:25
   79:16 112:5
   224:2
**examination** 4:4
   9:19 157:11,13
   277:16 285:21
   289:14
**examined** 9:17
**example** 17:12
   22:23 28:10
   35:7 37:19
   41:17 45:10,23
   54:20 68:22
   69:17 77:19
   108:17,22
   115:11 139:18
   143:24 178:4
   183:14 185:5
   196:8 208:22
   231:10 233:20
   263:4 266:11
   266:17 273:24

**excavation** 6:16 240:8 244:3 245:5

**excavations** 244:22

**exceed** 19:3,6

**exceedance** 208:15

**exceedances** 108:14 113:2 167:14 274:4

**exceeded** 107:19 205:20 208:13

**Excel** 281:13

**excellent** 28:15

**exception** 14:5 28:8 192:16

**exceptional** 213:14 214:3

**exchangers** 31:15

**executing** 67:25

**Executive** 153:11,13

**exercise** 249:1

**Exhibi5** 255:8

**exhibit** 4:8,10,12 4:14,18 5:5,10 5:14,17,19,20 5:21,24 6:5,7 6:12,13,19,20 6:22,24 7:5 11:7,8,16 16:13,14,24,25 17:6,19 18:11 21:3 23:18,22 24:17 61:25 62:7,8,13 70:8 73:19 74:1,3,5 76:7 87:3 92:3 92:10,11,23,23 93:3,20 94:1,2 94:4,4,8,10,16 94:17,19,25 98:14,20 119:13,22 120:1 123:7,17

133:4 136:4 147:4,8,19 148:2,6,7 149:24 150:2 152:19,24 153:2 154:16 155:3 157:23 162:16 179:10 184:9,17 186:8 188:5,21,24 195:22 203:22 204:4,8 212:8 215:8,12,17,23 217:1,11 231:25 240:6 240:14,15,16 240:21 248:2 251:8 253:17 253:25 254:4,4 254:21 255:1,1 255:12,12 257:2 258:7 262:6,10 265:7 265:14,17 269:14 272:15 277:24,25 281:11 284:15 286:3

**exhibits** 4:7 5:4 6:4 7:4 86:22 91:16,23 284:9

**exist** 33:16 139:6

**existed** 178:21 178:24 209:22

**exists** 149:8

**expect** 17:7 38:9 87:13 104:16 110:7 113:17 125:10 131:1 131:10,12,14 135:18 137:8 151:20 159:3 159:14,24 166:8 168:15 168:19 170:1 178:7 190:19 190:25 191:19

192:1,5,9,17 215:2 260:16 272:23 289:21

**expectations** 143:23

**expensive** 225:8 225:20

**experience** 25:4 38:24 44:23 70:25 71:8

**expert** 4:10 10:8 16:14 21:9 29:23 30:1,4 31:17 32:8,19 32:23 33:2,4 34:2,13 35:24 36:10 43:24 44:1,7,18,21 46:4,14,19 47:6 62:13 82:25 91:14,21 96:3,13 142:25 143:2,7 202:25 235:12,21,23 236:2 237:19 266:1

**expertise** 30:14 31:22 45:15 72:1 143:13

**experts** 42:16 93:17 141:8,25 142:1

**explain** 146:8 207:7

**explained** 146:7 165:24

**explaining** 131:8

**explains** 123:16 133:4 276:2

**explanation** 144:19 145:1,3

**exploded** 59:19

**exploring** 182:13

**exposed** 59:1 61:18

**exposing** 61:14

**exposure** 61:10 62:15

**expression** 17:15

**extend** 279:15 289:20

**extended** 208:15

**extending** 17:25

**extends** 149:21

**extensive** 249:12 249:16

**extensively** 83:11 87:17

**extent** 6:8 14:18 21:21 37:15 55:11 117:6 138:22 203:23 204:9 208:2 243:5 278:25

**exterior** 153:20 206:11

**exterminator** 224:18

**extra** 175:16

**extract** 52:11,12 178:1

**extracted** 47:23

**extraction** 67:4 67:6

**extreme** 173:6

**extremely** 67:12

**F**

**F** 4:20 73:21 74:7,9 292:1

**face** 78:13 131:12

**facilities** 69:14

**facility** 14:14 54:16 55:12 57:6,22 58:5 60:14 100:9 102:22 104:10 106:4 108:4,18 138:14 159:12 170:23 173:11 173:20,21,24 190:19 273:11

**fact** 14:10 15:4 58:7 77:15 80:5 87:24 109:11 143:21 144:16 154:22 169:9 178:20 221:21 239:7 261:19,21 270:20 279:14

**factor** 20:16 117:10 132:13 155:2 268:24

**factors** 33:14 102:11 104:2

**facts** 236:15,15 236:17

**factual** 89:9 90:19

**fair** 44:17 85:6 124:8 155:24 287:2,13

**fairly** 53:14

**faith** 76:20

**fall** 46:23 47:23 168:9 172:15 199:7

**falling** 115:23

**familiar** 40:10 99:17

**families** 52:13 226:13

**famine** 227:3,6

**Fannin** 3:17

**far** 15:10 17:8 54:15,21 59:6 65:2 124:4,5 144:8 152:6 159:1 161:11 166:16 192:11 201:15 275:12 275:20 278:13

**farm** 77:19 218:11 228:10

**farmer** 226:21 228:5

**farmers** 218:2 218:19 219:1,9

220:5 221:23
222:13 223:2,7
225:23
**farming** 219:2
219:11
**farms** 78:3,5,14
78:15 219:10
222:3,6,9
224:7 225:1
**feasible** 198:20
**feature** 170:5,10
170:15,20
171:6 173:25
175:19,25
176:17 177:13
179:12,17
180:17
**features** 27:2,4
**fed** 198:11
**feeding** 49:25
**feedstock** 49:1,4
50:2,5 52:17
52:19,24 53:7
55:23,23 56:5
56:10,11
**feedstocks** 48:10
**feel** 90:7 285:12
286:5,21
**feet** 57:25 116:6
163:19,21,23
174:11 249:22
249:23 260:9
263:23
**fell** 132:24
**felt** 22:14 53:14
89:3 157:3
**fence** 267:2
**field** 31:6,12
146:24 184:20
229:3 258:2
261:16 262:1
263:2
**fifth** 195:6
**figure** 5:17,19
5:20 76:20,22
77:4 106:2
112:18 113:1

118:10,13
119:13,22
120:12 122:2
140:12,12,13
140:14,20,20
140:24 147:4,9
149:13,13,22
149:24 152:16
164:12 169:13
169:18,21,24
170:4,21
188:15 189:22
208:23 210:13
272:15,17,17
275:7 277:25
279:10,25
280:1,1,10
285:25 287:5,7
287:14 289:20
**figured** 178:23
**figures** 34:2
140:11 156:19
158:12,18
**file** 281:14
**files** 11:22,23,23
11:24
**fill** 22:24 122:23
171:8,25 172:2
172:4 173:13
230:16,21
231:2,5,7,15
231:20 234:13
235:9 236:21
236:24 237:8
237:25 238:3,7
245:16,23
246:3,4,23
247:9,10
248:15 249:5
249:12,24
260:8 263:19
263:22,23
264:4
**filled** 230:19
232:11
**filling** 230:17
232:20 261:2

**final** 17:22 67:9
**find** 18:21 19:14
49:12 53:10
60:3,4,6 119:2
138:25 144:13
144:16 198:1
245:3 247:5
260:16
**finding** 68:3
**fine** 10:24 97:16
135:5 181:2
203:5 226:3
**fined** 105:4
**fines** 103:19
104:6,10,15,16
105:6,10,13
**fingerprint**
284:12
**finish** 10:25
18:15 203:12
203:16 264:25
**finite** 59:16
**Finn's** 84:14
**fire** 52:11
193:15
**fired** 38:10
**FIRM** 2:16
**first** 9:14 20:16
21:3,7 24:17
36:18,23 58:23
61:4,9 62:21
64:15 68:15
70:18 83:5,6
85:17 98:21
101:3 103:24
112:17,25
126:3 140:19
153:14 154:1
160:11 163:12
188:1 197:5,8
198:18 204:19
206:8 207:6,9
207:15 208:11
213:8,13
215:23 221:18
230:15 232:9
249:3 262:13

262:14 269:15
269:25
**fit** 43:9,14
156:20 157:5
157:10,14
**five** 24:24
241:21 277:7
**fixed** 20:23
**flaming** 54:8
**flew** 225:13
**flies** 158:25
**flip** 153:25
185:17 213:6
251:22 262:15
266:18
**flower** 266:22
**Flowers** 1:18 4:5
4:9,11,13,17
8:9 9:13,21
11:9 16:15
17:5 23:11,19
58:18 62:3,12
70:5,8 80:7
82:10 83:15
87:15 96:8
109:18 111:1
119:12,17
123:4 129:21
141:6 142:24
147:9 148:2
152:25 164:8
172:19 173:8
174:17,19
181:12,14
196:22 204:6
216:25 238:17
240:5,13
261:12 269:11
277:18 285:23
289:16 291:3
291:15 292:9
**Flowers'** 5:19
147:5
**flows** 233:8
239:3
**fluorescence**
205:4

**fly** 37:4,4,12,16
38:13 193:17
239:6,7,11
242:25
**flying** 95:4
**focus** 27:1 30:13
237:23
**focused** 30:6
86:10 274:21
286:10
**focusing** 141:20
153:19 155:1
207:15
**follow** 103:8
**follow-ups**
285:20
**followed** 67:4,7
**follows** 9:18
225:6
**foot** 263:15,19
274:1,2,4
**footprint** 112:1
112:2
**forces** 142:20
**forecaster**
143:11
**forensic** 5:15
43:18 65:8
67:19 94:11
284:13
**forgot** 20:21
**form** 14:24 22:9
32:11 40:15
48:16,21 63:15
64:9,19 65:11
68:24 71:16
72:4 80:13
81:23 88:13
96:22 100:12
111:5 113:10
117:5 122:13
133:15 154:19
158:20 161:3
175:7 215:4
222:25 234:23
249:14 278:18
279:6 280:15

280:22 281:4
287:20 288:3
288:25
**formed** 33:9
**forth** 292:11
**found** 53:1,14
59:4 60:5
83:10 126:12
139:1 154:3
247:6
**foundation**
14:25 81:24
95:8 96:25
122:14 133:16
154:20 175:7
215:5 234:23
260:14
**foundations**
25:19 30:7
**four** 89:17 116:6
184:24 185:1,9
185:24 241:20
241:25 249:3
**fourth** 263:22
272:1
**fraction** 34:25
35:1,2,3 199:4
**fractures** 134:10
**frag** 263:23
**fragments** 59:8
59:10 263:14
**Frear** 221:3
**Frear's** 221:8
**FREEPORT**
1:12
**freight** 31:18,21
117:11
**frequency**
209:12 222:4
**frequent** 264:4
**frequently** 19:1
138:21 158:6
**Friday** 1:21 8:4
**front** 16:2 24:6
88:15 90:16
91:10,15
205:12

**Fruits** 228:15
**FTI** 284:15
**fugitive** 99:9
100:18,23,25
**fugitives** 53:3
54:1
**full** 132:23
276:22
**function** 117:7
142:11,21
**functioning**
46:14
**fundamentally**
47:20 48:11
**fungal** 227:22
**fungicide** 227:13
**fungicides** 221:4
221:9 231:21
**fungus** 227:5,6
227:10
**furnace** 233:9
**furnaces** 99:11
238:18
**furnished**
232:19
**further** 74:24
165:4 168:25
205:18 292:14
**future** 97:9

───────
**G**
**G** 291:1
**Gadoury** 2:15
8:21,21
**galena** 49:13
**gap** 232:10,11
**garages** 209:13
**garbage** 232:12
**garden** 266:21
**gas** 22:23 192:20
192:20
**gaseous** 99:10
**gasoline** 172:10
206:10
**Gateway** 1:19
8:7
**geez** 66:10

**general** 22:25
23:16 26:24
32:21 50:25
59:5 69:13
72:22 108:12
138:3 141:7
142:22 152:7
161:16 190:17
223:10 272:24
273:17
**generalized**
19:19 196:12
**generally** 45:25
49:10 56:22
70:19,24
114:19,24
118:7 128:23
130:25 131:9
137:14,18
138:18 157:23
158:4 177:8
**generate** 126:13
**generated** 34:1
37:6 96:18,20
173:12 235:5
**Generation**
36:18,23
**generator**
202:21,22
**generous** 198:12
**geochemically**
174:3,6
**geochemist**
19:15
**geochemistry**
26:24 27:9
29:23
**geographic**
15:17 55:11
56:16 110:15
110:19,23
132:18 158:23
160:12,16
164:15 287:18
**geographically**
159:2
**geography**

264:16
**geological** 40:14
228:18
**geology** 30:1
**George** 1:18 4:5
4:9,11,13,16
8:9 9:13 11:9
16:15 17:4
23:19 62:3,12
291:3,15 292:9
**geostatistical**
39:25
**geostatistician**
98:11
**geostatistics**
39:23 40:4,8
40:12 41:14
**Geosyntec** 5:7
92:5 162:16
188:6 189:2
248:3,19
284:10
**German** 2:6,8
4:6 8:19,19 9:8
10:21 14:22,24
16:18 17:3
22:9,19,21
27:11 32:11
34:5,10 48:22
63:15 64:9,19
65:11 68:24
71:16 72:4,24
75:23 80:13
81:23 87:4,6
88:13 89:7,22
90:1,5,10,13
90:22,24 91:3
95:23,25 96:21
100:12 106:10
108:19 111:5
113:10 117:3,5
122:13 123:19
123:24 125:13
133:9,15 143:9
143:17 145:5
145:11 146:11
147:2,25 151:8

151:16,24
152:12 154:19
155:7 156:6
157:6 158:20
159:7 161:1,3
161:13,19,22
162:8 163:17
166:4,11,25
167:24 169:3
171:9 175:6
176:3,10,15,22
177:3,5,17
179:19 180:5
181:1 188:18
192:14 193:4
194:17,19
195:25 197:6
201:8,14 202:7
208:4 209:15
209:17,24
212:11 213:23
214:6,14 215:4
216:10,18
219:5 220:8
221:16 222:25
223:14 224:9
224:20 225:4
225:11,18
226:16,24
228:3 231:19
234:16,21
235:10,18
238:23 244:14
246:8,15,24
247:16 248:17
249:13 252:18
253:7,14,23
254:19 255:20
255:24 256:15
256:23 258:10
258:25 259:10
260:11,18,22
264:5,15
268:16 274:10
276:18 277:7
277:17 282:24
285:17 287:20

288:3,7,25
289:13,15,22
289:24 290:5
**getting** 89:23
128:11 164:5
236:4 257:21
270:13 286:19
**Getty's** 94:6
**giant** 198:9
**GIS** 11:23
**give** 10:2 28:5
68:14 80:2
145:15 146:25
175:2 182:17
187:4,11
195:13 196:15
197:25 231:12
**given** 179:2,10
287:25 288:4
291:11 292:13
**gives** 182:25
211:3 252:25
**giving** 50:23
197:8
**glass** 138:20,25
**globules** 177:2
**go** 9:25 14:4
16:12 18:15,20
18:21 19:12
43:10 45:11
48:5 50:20
67:15 69:24
88:25 90:23
91:22,23 98:20
107:2 109:7
110:7 119:6
126:11 130:21
133:24 140:19
156:25 166:16
168:13,19
171:14 176:19
181:7 190:23
192:3 194:8
195:5 196:1
197:18 198:9
200:10 201:15
205:3 206:14

208:6,21 209:9
210:2 212:4
216:25 218:7
219:15,16
221:1 227:23
230:11 231:25
233:12 234:8
239:24 246:6
246:13,16,21
247:3,4,5
248:4,4 251:7
253:16 255:6
261:16 264:11
265:5 267:5
269:5 275:20
277:11
**goes** 17:9 24:23
45:17 53:5
74:22 75:6
107:1 161:11
233:6 273:22
274:2 280:4
**going** 9:25 10:18
42:8,10 70:7
73:25 81:2,7
90:3,20,24
91:1,7 93:25
103:25 112:4,5
114:11,14,18
118:3 119:6,20
141:4 142:22
144:1 150:3
154:16 159:21
168:11 180:24
181:6 183:15
188:1 192:18
193:25 198:6
202:5,6 229:12
236:11 239:23
261:2 268:15
269:5 282:9
**golf** 77:20,21
**good** 8:1 76:20
**goodness** 13:18
**gotta** 69:22
**grain** 276:9
278:21

**gram** 205:21
208:14
**grams** 20:21
**granitic** 129:17
**grants** 24:7
**granularity**
259:15
**grapes** 227:22
**graph** 120:22
188:19 277:3
**Gravel** 98:7
**greater** 81:2
122:3 137:19
138:4 154:11
155:4 156:2,12
174:1 210:8
229:23 230:1
**green** 48:13
128:16 148:14
150:9,17,25
154:17 155:5
221:18 222:24
223:5,12
224:23 225:2
226:11,22
275:22 284:21
**grew** 220:5
**grind** 28:11,12
28:14
**ground** 54:11
99:12 113:4
127:5,8 132:23
135:4 199:9
**groundwater**
134:1
**growing** 219:9
222:13 228:6
**grown** 219:20
228:23
**guarantee** 172:3
200:3 202:9
**guaranteeing**
172:6,8
**Guardians** 1:5
**guess** 20:13 42:8
90:25 91:2
122:16 138:1

165:14 172:17
244:16
**guidance** 69:13
**guy** 74:2 82:15
**gypsum** 37:5,13

**H**

**half** 208:13
229:11
**halfway** 121:18
263:6
**hand** 11:6 16:21
23:21 28:14
73:25 93:25
119:20 147:7
204:3 215:11
255:11 263:5
292:19
**handing** 92:9
94:15 150:1
152:23 184:16
186:12 254:3
254:25 262:9
265:12
**handwritten**
233:25 263:5
**Hangsford**
228:15
**happen** 124:11
125:5 134:8
142:14 180:14
192:22
**happened** 77:13
77:14 124:10
125:23 180:18
245:7 276:21
**happening**
54:23
**happens** 80:24
122:18
**happy** 16:4
**hard** 19:14
144:23 165:23
234:24 259:12
259:15
**hardware**
224:14,17

225:1
**hauled** 174:15
**hauling** 125:16
**hazard** 153:21
**hazardous** 69:14
77:1
**head** 50:24
106:9 137:13
252:12
**heading** 21:4
**hear** 96:5
**heat** 31:14
**heated** 59:14
**heavily** 76:24
151:6
**heavy** 18:25
34:22 35:1,3,5
35:9,10,14,21
35:25 36:3,5,8
38:21 39:4
40:5 56:17
58:8 108:15
124:15 126:7
**held** 24:5 25:6
**hell** 86:4
**help** 35:2 85:16
119:2 127:12
**helped** 257:6
**helpful** 13:14
39:1,1 179:14
**helps** 40:23
**hereinbefore**
292:10
**hereunto** 292:19
**hexavalent**
66:19,23 67:20
**hey** 289:4
**high** 48:19 56:4
103:18 105:5
106:25 107:5
114:24 128:8,9
132:17 144:16
144:20 159:20
196:10 202:17
204:20 207:11
207:14 208:25
209:12 210:21

250:13,18
258:19 268:2,5
**higher** 26:18
144:7 154:17
164:5 191:8
207:1 213:20
215:3 229:12
242:17,19
**highest** 49:11
57:24 113:19
118:14,17
120:9,20,23
121:22 171:18
183:15,16,21
184:1,5 185:10
185:11,12,14
242:23 255:17
256:1,3,4,7,8
**highlighted**
234:11
**highly** 109:11
117:24 126:12
182:19 195:14
195:20 197:2
197:11
**highs** 143:23
**hired** 66:6
**historian** 98:7
**historic** 14:13
**historical** 33:17
60:13 61:3,22
62:25 144:8
201:12 203:8
217:12 230:16
232:1 272:2
288:15
**historically**
200:22
**histories** 57:11
**history** 57:10
101:3 147:1
148:24,25
206:6 269:25
**Hoboken** 66:16
**hold** 8:25 33:3
44:6 89:7
230:9

**hole** 196:24,24
**hole-effects**
165:25
**holes** 232:20
247:4,6
**home** 208:17
**homes** 153:21
154:10,11
208:21,23
209:5
**Honeywell** 66:13
67:16
**hopefully** 19:12
277:19
**horizontal** 51:24
**hot** 144:6
**hour** 23:16,17
223:21 286:4
**hourly** 23:15
**hours** 13:5 89:17
**house** 151:7
152:10 199:18
200:3,5 201:1
201:5,21
206:19 239:16
**houses** 110:16
150:22,24,25
151:14,15,21
156:11 216:3
244:4 264:18
**housing** 5:22
150:16 152:16
152:20 153:4
153:17,21
154:1,9 156:2
156:3 206:18
207:1 214:21
214:22,22
215:18,24
216:5,12,22
**Houston** 2:17,19
3:19
**huge** 54:12
175:4
**human** 75:3
82:4,6
**hundred** 107:3

132:11,12,13
132:16 184:1
**hydrocarbons**
117:25
**hypothesis**
87:23 100:6
146:1 196:3
**hypothetical**
197:9,9 215:5
284:24

## I

**ID** 251:19 257:7
257:10 258:1
**idea** 52:23
197:24 200:25
211:4 236:5
265:5
**identification**
11:10 16:16
23:20 26:25
27:8 34:14
35:25 36:11
62:4 73:24
92:7 93:24
94:13 119:15
147:6 149:25
152:21 184:11
186:10 204:1
215:9 240:11
254:2,23
255:10 262:8
265:10
**identified**
136:19 139:24
170:4 192:8
218:19 234:12
248:21 250:9
**identifier** 257:4
**identify** 16:23
25:10,15 37:18
39:3 40:5 62:8
77:11 97:19
159:25
**identifying** 27:2
37:16 41:4
194:14,15

**IEUBK** 46:2,6
**II** 206:18
**illustrate** 187:2
**illustrated**
109:20 192:2
**illustration**
184:24
**illustrative**
192:22
**ilmenite** 35:4
**immediate**
173:11,21
234:19
**immediately**
252:8
**immobile** 118:8
**impact** 14:21
17:1 20:13
60:14 82:4
112:3 151:13
152:9 154:25
168:2,7,15
208:1 238:22
239:4 274:8
275:2 276:16
279:23 280:4,5
286:12,14
288:15
**impacted** 21:20
171:2,7 172:14
179:22,23,25
274:1 279:17
280:3,11,23,25
**impacts** 72:23
76:8 100:9,17
154:15 156:1
170:19 272:10
276:25 278:12
278:22,25
279:12 280:19
281:1,2,6
288:8,12,22
289:19
**imparting** 115:9
**implements**
225:16
**implies** 87:24

**importance**
96:16
**important** 88:8
127:21 130:23
207:8
**impossible** 222:3
**improbable**
182:19 196:14
198:1
**inaccurate**
220:6
**incarnations**
50:18 51:8
**inch** 118:18
120:20,24
121:14,24
136:13 194:3
212:17 258:8
275:7
**inches** 113:3
116:14 118:22
120:12,13
212:7 273:24
**include** 18:1,8
31:22 36:4
39:24 40:9
50:4 72:21
76:8 243:1,4,5
**included** 11:22
18:2 54:1,1,2
75:10,21 78:10
95:10,20
104:25 217:23
220:12 248:22
271:4
**includes** 24:20
72:10 73:7
179:11 260:3
**including** 19:10
55:7,17 56:14
129:24 172:19
237:15 284:9
**inclusion** 17:21
**incomplete**
215:5
**inconsequential**
19:23

incorrect 220:7
increased 19:1
increasing
  101:13 163:23
  163:25 164:25
  181:25 182:4
Independent
  223:21
independently
  89:2
indicate 182:3
  205:11,25
  233:21 273:9
  275:15
indicated 113:7
  149:16 249:2
  263:18
indicates 164:25
  182:18 216:3
  217:24 226:11
  234:17 275:22
indicating 29:21
  200:10 261:6
indication 52:22
  109:13 215:24
  230:20 231:2
  237:8,25 249:5
indications
  146:25
indicative
  191:25 248:15
indicator 34:23
indigenous
  127:1,17
indirectly 28:16
individual 78:18
  130:19 146:22
  148:20 195:9
  195:13 196:15
  197:4,11,17
  222:2 225:23
  245:12 248:20
  259:24 260:3
  286:20
individuals 59:9
industrial 30:23
  32:20 78:12

173:10,21
  232:24
industrialized
  76:24
industries 33:14
industry 70:20
  71:4
Infant 1:4
infestation
  222:18
infiltrate 135:5
infiltrating
  133:25
influence 133:21
  134:17
influenced 75:2
influences 73:8
information
  13:13 15:15
  17:11 23:5
  27:24 28:6
  53:16 90:19
  148:8 179:3
  187:5,12 189:4
  190:16,17
  218:25 220:2,3
  220:9,13,19
  231:13 235:2,4
  235:14 247:22
  254:11 262:19
  285:4
initial 113:14
  217:10 248:9
  251:12
ink 252:17,21
  253:6
inks 256:21
input 14:7 46:5
inputs 73:17
insecticide
  223:12
Insecticides
  221:4,9
inserted 241:2
inset 210:22
  211:21
inside 210:22

insignificant
  194:7
inspection
  265:18 266:1
instance 278:13
  278:23 284:10
instruct 90:8,14
  90:25
instruction 91:8
integer 183:11
integers 185:17
integrated
  276:22
intellectual
  96:24
intensive 222:1
interact 65:25
interested
  292:17
interfering 67:8
internet 215:18
interpolate
  157:25
interpolated
  210:6
interpolation
  40:18
interpret 112:10
  287:5
interpretation
  73:13 157:4
  162:6
interpreting
  164:6
interrogation
  23:17
intersecting
  170:13
interval 120:11
  120:20,25
  121:14,24
  212:10,18
  249:3 275:20
intervals 118:19
  119:20 122:5
  248:21 249:3
  258:9

introduce 8:15
introducing
  181:16 228:9
introduction
  74:14
inventory 32:16
  32:20 33:6,10
  33:23 199:1
inverse 40:19
investigate
  246:22
investigated
  116:18,19
  133:10
investigation
  5:15 6:14
  94:11 99:24
  240:7,17
  284:14
involved 58:22
  59:7 63:17
involvement
  261:13 287:17
involves 46:24
  47:25
Ireland 227:3
ish 50:12
island 102:3
  238:7
iso-concentrat...
  278:11
isopleths 273:6
  276:15 279:14
  287:6
isotopes 43:19
  67:11
isotopic 67:10
issue 64:12
  105:23
issued 15:20,23
  82:23 83:18
  188:21
issues 277:20
italicized 70:13
  85:25

_____
           J
_____

J 2:6
Japanese 25:17
  25:24
Jeff 85:10,19
  92:16
Jeffrey 204:14
Jersey 1:2,20
  4:20 8:8,13
  17:2 44:22
  45:4,9 65:15
  65:20,24 68:5
  72:3,20 73:6
  73:20 74:6,15
  75:19 77:25
  79:10,12 80:10
  126:12,15
  131:22 132:1
  221:25 223:22
  224:1 226:7
  227:25 229:3
  231:4,7 279:15
Jersey's 76:23
jobs 25:6,7
Joel 2:7 9:6
JUAN 1:3,5
judge 181:20
judgment 14:16
  14:20
jump 144:13
  206:6 226:4
jumping 89:1
  146:6
jumps 13:17
June 1:21 7:6
  8:4 15:24 16:1
  17:4 83:19
  223:22 226:7
  265:8 291:6
  292:19
jury 181:21

_____
           K
_____

K 291:1
K-curve 168:23
Kay 4:16 58:22
  60:2 61:10
  62:2,11,16

201:24
**keep** 13:6 16:7,8
  77:3 159:21
  180:24 212:13
**keeps** 168:11
**Kenner** 46:23
**kept** 118:3
**kill** 153:13
  230:19
**killing** 226:12
**kind** 26:1 34:18
  36:14,17 42:6
  53:23 57:13
  68:16 91:13
  106:21 128:4
  152:2,3 157:19
  165:22 172:13
  177:24 190:18
  198:25 199:11
  210:22 271:21
  288:14
**kinds** 49:9 53:3
  53:4 56:1
  125:17 193:10
**kitchen** 237:16
**knew** 59:7
**know** 10:25
  13:22,25 14:15
  18:14 20:1
  24:8 25:17
  28:10 40:9
  49:2 50:7,8,15
  51:1 52:2
  53:11 54:15,21
  55:25 56:22
  59:10 61:17
  63:4,8 67:2
  72:1,1,13,15
  72:19 73:5,11
  76:6 77:5,12
  77:14 78:4,5,7
  79:16,19 81:12
  82:3,13,18
  83:15 86:4
  87:10,12,25
  89:20,22 90:7
  91:19,24 93:1

93:7 94:23
96:11 98:8
105:3 109:10
112:7 116:9,17
116:23 123:1,1
124:6,16 125:7
125:8 126:1
128:1,5 129:13
129:14,15,16
134:5,11
135:11,24
137:11,12
142:2,10
146:21 148:17
148:23 150:15
150:20 152:1,6
160:15,20
162:11 163:1
170:24 171:1,5
171:21 172:22
173:2 174:23
175:3 176:5,6
177:7,10,13
178:20 179:9
179:13 180:22
185:11 187:17
187:18 189:16
189:20,25
190:2,3 192:16
194:2 196:10
197:18 200:20
200:20 202:14
207:22 213:17
220:24 222:3,8
222:12,16,21
223:1,5,7,8,10
223:25 224:12
225:24,24
227:2 228:6
229:11,16,21
229:23 232:24
233:3 234:25
236:13,15
238:12 241:3
241:20 244:17
245:5,8,20
246:12 247:21

247:22 248:1
249:19 257:21
259:14,22
260:12,17,23
261:11 265:1,3
265:4 266:21
266:21 271:9,9
274:2 278:6
286:4
**knowing** 175:8
**knowledge** 20:6
**known** 46:2
**knows** 89:11,20
  226:2
**Knudsen** 204:15
**Knudsen's**
  214:2
**kriging** 40:19,21
  157:24 158:22
**Kurtz** 85:19
  92:16
**Kurtz's** 85:10,23
  86:23 87:16
  88:4,10 91:20
  92:24 93:4,14
  94:5,6,8

### L

**L** 291:1
**label** 257:24
**labeled** 95:5
**laced** 202:20
**LaFemina** 1:22
  8:24 9:11,15
  292:5,22
**lag** 114:20
**laid** 235:13
**land** 77:9 78:8
  217:12 230:17
**LANIER** 2:16
**large** 56:16 58:7
  60:7 67:15
  79:23 105:6
  210:4 238:25
**largely** 118:8
**larger** 130:18
  137:15 210:17

210:18,22
**largest** 51:25
  224:6
**late** 51:4 102:22
  223:12 253:18
**lattice** 268:4
**laundry** 91:25
  231:21
**law** 2:16 74:15
**lawsuit** 102:1
**lawyers** 190:1
**layer** 136:14
  170:14 242:4
  243:10,13
  244:4,19 260:8
**layers** 241:17,21
  241:23
**leached** 117:16
  118:2
**lead** 5:11,22 6:9
  19:24 36:4,11
  39:22 41:5
  45:3,8,13,24
  49:13,19,20,20
  55:3,22 56:23
  61:21 64:5,6,7
  64:16,17 65:2
  65:10 68:22
  76:9 87:20
  93:22 101:16
  101:23 102:2,3
  106:5 107:2,19
  108:5,23 109:3
  109:3,6,9
  110:2,11,14,16
  114:14,20,23
  115:6,9,11,12
  115:14,16,19
  115:20 116:1,4
  116:13,21
  117:1,7,15,17
  117:21 118:3,8
  118:15 119:19
  120:4,4,10
  122:12 126:23
  132:3,17
  134:24,24

135:3,8,12,23
140:14 145:21
149:14 151:5
151:11,14,18
151:21,22
152:20 153:3
153:19,21
154:3,9,11,15
155:2 167:13
169:21 171:14
173:4,14
182:14 184:25
185:5,21
186:17,18
191:1,9,15
194:2,3,6
195:3 196:4
197:19 199:13
200:12,12,21
201:11,21
202:4,20
203:24 204:10
204:21 206:2,3
206:7,9,15,19
206:25 207:13
208:1 209:9
210:7,13
212:19,22
213:21 214:11
214:24 215:3
217:2 221:21
243:6 250:14
250:24 251:3
255:18 258:12
269:19 270:8
270:11,12,13
270:18,22
271:6,22 272:9
273:10,22
275:8,15 283:8
283:11 284:16
**lead-** 154:25
**lead-based** 65:9
108:17,22
133:14 152:8
153:17 155:14
156:1,12

199:15,17
200:1,7 201:13
208:2 213:3
214:23 216:17
**lead-in** 87:11
**leaded** 22:23
172:10 206:10
284:22
**learn** 194:10
**leave** 82:1
**leaving** 81:15
**led** 206:18
**left** 20:16 54:9
117:17 122:20
241:7 269:3
277:23
**legislative**
206:17
**lenses** 241:11
**Lenz** 3:23 8:3
**lesser** 208:2
243:5
**let's** 18:15,20
19:12,21 40:23
51:7 83:22
108:25 109:1,7
140:18,19
196:1 198:9,12
212:4 230:4
266:4
**letter** 7:5 265:7
265:17
**level** 44:14 45:4
45:13 73:7
74:23 81:6,9
159:22 200:1
207:13 258:17
**levels** 4:19 44:3
44:8,8,9 45:8
45:10,19,24
61:24 69:5,7
70:15,21 72:21
73:20 74:6,16
74:19 107:19
209:9 210:7
211:5 213:21
214:11 242:6

242:18,19
**Lewis** 3:15 8:17
10:6 89:8
**licensed** 44:4
82:14 180:7
**life** 24:8,9
**lifetime** 59:16
**light** 34:25 35:1
**lime** 227:20
**limestone** 128:7
128:7 129:20
**limit** 78:25 79:6
79:7,13,14,15
80:3 81:20,22
**limited** 126:7
128:2
**line** 39:12 43:10
103:11 121:4
157:5,14
164:25 197:24
205:13 210:14
212:2 244:5
252:9 272:1
274:22,22
**linear** 170:5,10
170:20 171:6
175:19,25
176:17 177:12
179:12,16
180:16
**lined** 59:25
**lines** 87:18 89:5
205:11,18
269:16 273:8
273:17 274:7
274:14,17
275:1,3,9
278:11 279:19
282:13
**link** 11:21
**links** 12:5,6
**liquids** 35:21
**Lisa** 84:17
**list** 36:21 87:13
87:14 91:25
231:22 269:16
**listed** 272:2

**literature** 151:5
271:1
**Litherland** 7:5
265:8,19
**lithology** 30:15
244:12 248:11
248:22
**litigated** 67:22
**litigation** 10:7
25:8 46:10,12
47:7,10 71:24
102:16
**little** 53:23 54:9
103:19 104:7
110:16,17
122:17 133:22
147:10 165:23
182:14,15,15
194:23 211:4
226:6,25 232:4
233:24 238:12
238:13,14
240:20 244:1
258:19 263:6
**lived** 218:3
**LiveNote** 1:23
292:6
**LLP** 2:8 3:16
17:4
**load** 29:10
**loading** 19:2
70:15
**loadings** 55:3
189:4 196:4,5
196:5
**loads** 233:22
**lobes** 15:18
**local** 224:13
**localized** 75:2
195:14,20
197:2
**located** 159:10
173:10
**location** 6:20
51:14 220:4
244:12 254:21
255:2 261:23

262:3 264:21
264:21
**locations** 53:19
53:19 180:17
205:12 261:24
266:7
**lodge** 90:6
**log** 254:11
259:14
**log-normal**
80:17
**logged** 144:15
**logical** 174:1
**logs** 6:19 146:23
178:25 179:2
231:10,12
249:10 250:2,4
250:5 254:1,5
**long** 25:12 50:9
56:18,19,21
60:20 84:12,16
103:18 105:5
132:7 159:22
261:7
**longer** 87:14
142:2 267:25
**look** 19:21 21:3
26:20 27:5,22
28:3 29:21
30:24 33:5,8
33:22 41:23
58:10 64:16
70:9 71:18
74:13 85:22
88:10 89:2,4
93:3,13 95:6,7
95:13 98:21
109:25 110:11
111:9,17
112:16 113:21
113:22 114:9
114:13 118:10
118:13 121:3,7
123:9 126:3
134:14 140:18
140:19 143:3
144:10,11

146:13 161:21
163:4 171:4,11
176:18 177:19
177:22 178:2,3
178:12,15,23
178:24 180:2,4
182:8 188:5
191:23 192:10
193:2,17 195:6
196:18 201:1,4
209:18 210:11
210:17 211:8
211:20 212:4
213:7 215:22
216:21 217:10
227:12 230:12
231:6,9 236:3
241:17,19
242:12 243:8
244:17 246:6
246:13 247:23
247:24 249:9
254:10 255:17
256:11 257:1,6
258:6 259:14
263:4 265:4
273:3,17
274:20,25
275:6,12,19
277:8 282:13
283:15 284:3
**looked** 27:23
35:16 37:9,11
37:21,24 38:7
44:4 53:6,18
60:16 68:16
77:8,22 78:21
82:24 86:24
88:6,17 89:12
95:3 106:7,13
107:18 112:8
116:20 127:16
139:23 161:23
167:20,21
215:13 220:10
234:10 241:13
264:7 265:6

267:23
**looking** 15:3
21:7 22:22
27:19 34:22
35:5 38:20
43:19 52:24
53:20 60:20
79:4 80:8,25
103:5 107:14
111:2 117:9,10
119:3 121:6
131:24 139:8
161:4,10
169:11,13
187:25 210:18
212:6 250:10
251:1 263:3
264:17 267:6
**looks** 116:25
124:14 185:12
228:14 244:18
265:5 267:10
**lose** 113:25
**lost** 114:1
239:19
**lot** 35:10 42:7
49:14 77:21
90:18 105:4
128:13 144:14
170:6 194:4,5
202:4,10
209:21 270:8
273:15
**lots** 97:12
220:23
**low** 79:20
126:17,24
130:1 131:19
135:4 145:16
145:24 159:22
164:4 185:11
200:2,7 232:21
238:14 258:9
268:1 283:9,14
**low-grade** 64:24
**lower** 122:4
167:13,14

188:17 211:2
214:11 258:11
258:13
**lowest** 183:20
283:14
**LSRP** 82:16
85:24 86:15
92:17 93:8,18
94:24
**lsutherland@...**
3:21
**lunch** 180:23
181:9,14
206:24

——— **M** ———

**M** 291:1
**machine** 242:5
**macroscopic**
194:8
**magic** 45:13
**magically**
182:16
**magnify** 193:23
**magnitude**
53:15
**main** 17:21
188:2 206:2,8
273:2
**maintain** 77:22
234:13
**maintenance**
214:22
**major** 18:3 42:8
51:9 53:7 88:4
110:8 168:2
207:10
**majority** 46:18
107:4 283:22
284:6 289:1
**making** 81:7
**man** 89:9
**man's** 73:17
**Mann-Kendall**
42:21,23 43:6
157:17
**manually** 51:24

59:11,15
**map** 6:20 40:1
53:19 126:25
127:16 158:9
164:11 169:14
217:18,23
218:1,20
219:19 230:17
251:24 254:21
255:2,11
256:12 257:19
265:4
**mapping** 204:20
**maps** 126:16
219:18 220:4
231:5,7 256:16
264:17
**marble** 73:4
**March/April**
17:24
**mark** 16:4,12
**marked** 11:7,9
16:16,25 23:19
23:22 62:4,7
73:23 74:1
92:7,10,23
93:23 94:1,13
94:16,25
107:16 119:14
119:21 147:5,7
149:24 150:2
152:21,24
184:11,17
186:10,13
204:1,4 215:9
215:12 240:10
240:14 254:1,4
254:23 255:1,9
255:12 262:7
262:10 265:10
265:13 276:4
**marriage** 292:16
**mass** 22:25 54:8
137:15,16
200:15,16
201:17,20
268:21

**master's** 30:5
**match** 112:5
**matches** 251:18
**material** 37:8
122:18 137:1,9
138:5 171:8
172:1,3,4,14
179:4,5,11
192:21 198:15
198:15 241:11
244:19 248:23
249:5 259:18
259:19,21
261:5 285:10
**materials** 25:16
35:5 49:4 56:1
60:21 85:8
95:11 142:19
162:25 172:20
172:21 173:12
173:18 176:2
176:14,25
177:16 179:18
182:25 189:17
189:19 194:15
203:19 231:14
234:13 235:9
235:24 236:21
245:16 248:15
249:12 256:22
260:8 268:14
269:2
**math** 20:18,20
**mathematical**
142:11,20
**Matteo** 258:14
**matter** 8:10,13
26:24 96:16
99:10 138:3
223:11 292:17
**matters** 148:3
**Mattingly** 97:21
97:23
**Mattingly's**
97:17
**max** 108:13
109:25 171:15

171:16
**maximum**
171:13
**McCarter** 8:7
**McNally** 82:11
**McNally's** 82:20
**McVehil** 20:14
**McVehil's** 98:3
**mean** 27:4 41:15
41:17 46:13
49:20 64:18
65:22 80:1,3,5
80:25 81:6,17
81:19 99:22
108:9,13
114:19 116:11
118:17 120:4,9
121:17 124:8
129:21 137:24
139:18 159:18
167:16,17,19
172:17 174:5
175:1,2 194:13
196:21 198:13
200:20 201:16
202:2 212:23
214:19 225:25
229:2,7 236:7
237:5 238:4,6
238:15 239:5
243:16,19
255:21,25
258:12 268:20
268:21
**meaning** 40:13
**meanings** 40:13
**means** 48:17
86:5 96:12
113:13 165:8
166:2 182:11
198:14 229:8
260:19,23
261:11 270:12
**meant** 25:2
39:11
**measure** 80:4
181:22 205:5

270:15
**measured** 113:3
256:20
**measurements**
33:15 127:13
**measures** 181:23
182:6
**mechanical**
26:10 31:10,13
**mechanism**
30:19 40:17
100:16 245:22
248:1
**mechanisms**
125:25
**media** 69:25
70:4 119:7,11
181:8,11
239:24 240:4
290:1
**median** 120:15
120:16,19,23
122:4 123:8
150:21,22
210:25 212:13
212:15 213:2
**mediation** 180:7
**mediocre** 28:13
43:14
**meet** 193:2
**meeting** 66:3,9
66:21 233:17
234:10 235:3
235:15
**meetings** 66:1
**member** 109:1
**memorized**
44:25
**memory** 88:18
89:13 124:24
**mention** 47:1
63:10,11
221:18 254:12
**mentioned** 14:7
24:6 41:18
258:13
**mentioning** 63:5

250:22
**mess** 164:11
**metal** 18:25 36:5
36:8,11 38:22
38:23 39:3,12
39:18 48:1,19
52:11,12 56:17
58:8 60:3
108:15 126:13
126:15 129:24
187:6
**metallurgy**
47:24
**metals** 1:11 4:19
8:11 15:11
35:25 36:3
38:21 39:4
40:5 73:20
74:6 117:20
126:7 127:7
144:13,22
145:3 169:7
183:10 185:23
197:11 198:3
239:8 242:18
242:19,21
243:1
**meteorology**
32:1 58:3,4
143:8,19
**meterological**
130:18
**meters** 208:16
**method** 25:21
25:22,23 26:5
26:6
**methodologies**
41:24
**methods** 25:20
26:1,2,4,9
66:23 67:1,4
**methylene** 26:6
**micrograms**
205:21 208:14
**micron** 135:19
135:24
**microns** 137:7,8

190:12,22
**microphone**
113:24
**microscope**
37:12 178:2
195:2
**microscopic**
194:8
**microscopy** 5:15
6:13 26:4
37:18 94:11
97:24 136:19
179:9,11,15
193:1,21
194:13 240:6
240:16,22
284:13
**mid** 102:22
**mid-lawn**
208:25 210:14
211:9,16,23,25
**mid-lawn's**
211:12
**mid-yard**
205:13
**middle** 99:3
103:10 112:25
211:13 213:7
243:15,16
**midpoint** 103:11
**migration**
116:12
**Mike** 82:11
**mildly** 126:8
**mile** 148:15
150:10,12
175:5
**miles** 150:10,12
160:18 174:14
174:20,23,25
175:5,10
**million** 205:22
210:8 211:18
211:23 229:4
229:13 267:15
267:16,19,20
275:16 276:9

276:13
**min** 108:12
109:25 171:15
**mind** 68:18 87:1
130:4 131:3
157:12 238:9
238:10 260:7
**minds** 44:16
**mine** 16:8 49:11
**mineral** 35:9,16
**mineralogy**
27:23 34:21
**minerals** 1:13
34:14,20,23
35:10,14,20
48:1 49:15
**mining** 54:10
**miniscule**
104:16
**minor** 22:13,18
25:8
**minute** 235:3
**minutes** 180:25
233:17 234:10
235:16 277:8
286:4
**mischaracteri...**
234:22
**missing** 121:1
**misunderstand**
279:4
**misunderstood**
282:11
**mixed** 42:24
73:3 261:6
**mixture** 227:15
227:19,20,25
228:8
**Mm-hmm** 18:23
210:20 219:22
**mobile** 114:22
114:23,25
115:2 117:22
**mobilize** 115:16
127:7
**mode** 125:19
**model** 14:7,12

14:16,21 15:5
15:7,13 17:12
46:1,2,6 99:18
99:22 100:8
113:7,8 159:4
180:3,6 259:8
274:6,15 275:1
276:2,6 277:24
278:4,9,21
279:10
**modeler** 32:6
33:24 34:7,12
**modeling** 15:10
20:14 32:7
142:25 143:2
143:19 272:21
273:3 274:5
**models** 33:12
99:23 273:2
**modified** 19:4
**mold** 59:15
**molten** 233:8
**Monday** 83:23
**money** 223:2
**monitoring**
270:18
**monotonic**
182:3
**monotonically**
181:25 182:1
**months** 217:8
**montmorillonite**
25:18 26:7,13
**morning** 8:1,6
140:8 142:25
270:17
**morphological**
27:4
**morphology**
27:20,22 28:6
37:22 38:3
178:13 192:4
192:12
**move** 115:13,19
116:1 122:21
131:11,13
133:11 134:19

136:25 166:13
**moved** 54:4
100:1
**movement**
126:23
**multi-cycle**
35:11
**multiple** 145:2
145:14 181:24

**N**

**N** 2:17 4:2 5:2
6:2 7:2 183:21
183:22 291:1,1
**N.D** 1:4
**NACE** 3:7
**name** 10:6 84:25
98:9 218:20
252:25
**named** 245:6
260:4
**names** 218:2
**NASSAU** 292:4
**Nation's** 5:22
152:20 153:3
**national** 153:16
270:23 271:15
**native** 48:1
172:2 241:14
**natural** 1:5
68:25 69:5,9
71:1,3,6,20
72:8,21 73:3,7
73:10,12,13,18
74:19,23 76:21
76:23 77:4
79:18 80:8
81:1,10 142:20
143:21
**naturally** 75:7
254:17
**nature** 27:21
38:25 39:25
47:9 144:1
**near** 53:21 121:8
159:20 166:15
167:7 209:9

230:19
**Nearly** 208:13
**necessarily** 79:8
122:19 142:23
143:22 145:6
159:15,19
225:5 247:17
247:19
**necessary** 87:2
90:8 105:19
193:5,11 245:3
245:12,14
**need** 10:24 11:3
23:8 50:22
91:6 127:12,13
140:2 145:17
145:19,19,20
147:3 160:10
160:11,19
179:23 233:22
235:20 250:5
269:1 277:7
285:4,13 286:5
286:21 287:8
**needed** 23:5
60:9 221:22,22
234:4 239:14
246:20 285:10
**needs** 44:4
**negative** 239:4
**neighborhood**
122:22 205:6
207:16
**neighborhoods**
6:11 203:25
204:11 210:5
**neutral** 126:7
**neutralization**
128:8
**neutralize**
128:12,13
**never** 31:5,12
85:1,3 92:20
94:19 95:2,3
115:7 246:16
250:4
**nevertheless**

185:16
**new** 1:2,20 2:10
2:10 4:19 8:8
8:13 9:16 17:2
29:3 44:21
45:4,9 59:22
65:15,20,24
68:5 72:2,20
73:6,20 74:6
74:15 75:19
76:23 77:25
79:10,12 80:10
102:2 105:19
126:12,15
131:21 132:1
156:7,10,11
169:12 221:25
223:22 224:1
226:7 227:24
229:3 231:4,7
279:15 292:2,8
**Newark** 1:20 8:8
**newer** 150:25
**Newfields** 5:14
6:14 94:10
95:5,9,21 97:3
97:23 98:11
162:20 240:7
240:17 284:13
**NEWFIELDS...**
4:22
**NEWFIELDS...**
73:23
**newspaper**
223:21 224:13
226:6 233:7
**Nidel** 3:5,7 9:4,4
89:16
**NJ** 66:1,9,21
**NJDEP** 74:16
**NOBLES** 1:6
**nods** 106:9
252:12
**non** 33:20 65:4
82:9 97:2
123:12 171:20
237:22 261:10

**non-copper**
199:4
**non-native** 6:15
171:7,25 172:4
172:5,20
173:18 231:14
235:8 236:21
240:8 241:12
245:16 248:15
248:23 249:5
249:12
**non-normal**
41:21
**non-parametric**
181:17
**non-site** 69:9
71:15 73:8
**non-site-** 71:13
72:10
**nonparametric**
106:13 181:22
**Nope** 62:17
**normal** 80:17
201:5
**normality** 42:25
43:4
**north** 158:24
226:21
**northeast** 170:5
278:10,23
280:17
**northwest**
208:23
**Nos** 4:21 5:8,12
5:16 6:25
73:22 92:6
93:23 94:12
262:7 265:9
**Nos.USMR00...**
7:7
**Notary** 1:24
9:15 291:21
292:7
**notation** 103:1
**note** 14:6 57:23
91:25 270:7,19
**notebooks** 235:4

**noted** 263:13
**notes** 146:25
233:16,20
262:1 263:2
277:8
**notice** 4:8 11:8
107:15 243:13
263:3
**noticed** 20:7
78:22 270:10
**notwithstandi...**
80:23 149:9
**noxious** 132:22
**nuisance** 60:9
**number** 8:13
9:22 11:22
20:2 39:13
41:12 47:2
58:12 67:11
69:18 73:1
78:23 95:9
108:14 118:6
129:4 167:14
181:8,11
201:10 211:22
212:24,25
241:3 249:18
249:19,20
257:2,7,10,15
257:22,25
258:1,6,21
269:16 273:5
273:20 275:13
282:6 285:24
288:24
**numbered** 98:21
98:22,23 99:2
195:7 269:15
**numbers** 73:4
76:7 112:4
116:5 118:17
177:25 188:16
199:8 212:23
216:24 255:19
257:18,19
258:16 273:15
**numerical**

183:10,13
**numerically**
278:24
**numerous** 77:1
77:1 195:9,12
197:4
**NW** 3:8

## O

**O** 291:1
**oath** 10:3 291:6
**object** 148:1
177:3 234:21
278:17 279:3
280:14,21
281:3 282:11
287:20
**objection** 10:21
14:22,24 22:9
22:19 27:11
32:11 33:19
34:5,10 63:15
64:9,19 65:3
65:11 68:24
71:16 72:4,24
75:23 80:13
81:23 82:8
87:4 88:13
89:7 90:7
95:23,25 96:21
97:1 100:12
108:19 111:5
113:10 117:3,5
122:13 123:11
123:19,24
125:13 133:9
133:15 143:9
143:17 145:5
146:11 147:2
151:8,16,24
152:12 154:19
155:7 156:6
157:6 158:20
159:7 161:1,3
161:13,19,22
162:8 163:17
166:4,11,25

167:24 169:3
171:9,19 175:6
176:3 177:6,17
179:19 180:5
188:18 192:14
193:4 194:17
195:25 197:6
201:8,14 202:7
208:4 209:15
209:24 212:11
213:23 214:6
214:14,15
215:4 216:10
216:18 219:5
220:8 221:16
222:25 223:14
224:9,20 225:4
225:11,18
226:16,24
228:3 231:19
234:16 235:10
235:18 237:18
237:21 238:23
244:14 246:8
246:15,24
247:16 248:17
249:13 252:18
253:7,14,23
254:19 255:20
255:24 256:15
256:23 258:10
258:25 259:10
260:11,18,22
261:9 264:5
268:16 274:10
276:18 279:5
288:3,25
**objective** 153:15
**observation**
45:7 141:3
**observe** 145:22
149:17
**observed** 55:9
171:18 195:15
**observing**
191:15
**obtained** 220:18

232:18
**obviously** 241:4
267:23
**Occasionally**
25:8
**occur** 48:24
49:10,17,21,23
113:2 120:10
145:24 182:12
**occurred** 151:11
198:22
**occurrence**
126:16 128:15
145:17
**occurring** 75:8
**occurs** 114:10
141:24 143:15
**October** 5:7
92:4,17 93:9
217:5
**odds** 79:22
182:11
**offer** 286:12
**offices** 8:6
**oftentimes** 35:6
**oh** 13:18 20:10
25:2 43:9
66:10 74:2
105:12 121:15
136:7 243:23
257:5 262:17
277:3
**Okanigby**
190:14
**okay** 9:9 10:15
11:4 13:15,24
14:3,17 15:1
16:9,22 17:13
17:17 18:13
19:12,18,25
20:17,22,24
21:1 23:10
24:14 25:5
28:19 29:9,12
29:19 30:9
39:17 40:25
43:7,16 47:15

51:19 57:12
61:6 63:11,19
64:4 68:1
70:11 73:25
74:2 76:5
83:17 84:1,20
85:2,9 86:6
87:9 88:2,23
90:5,10,22
91:11 92:18
95:18 97:16
98:2 99:1
100:21 101:5
103:6,15
105:25 108:21
111:8,11
112:15 114:5,6
114:7,8 115:17
118:12 119:4
120:18 121:19
121:21,21,21
124:8 132:12
132:19 136:11
136:15 137:5
140:15 141:22
146:2 147:22
150:5 155:22
156:18 161:7
161:24 163:3
163:19 164:13
165:2,21 168:5
169:10 178:19
178:22 180:15
180:20 181:3
183:2,6,19,23
184:13,21,22
187:18,22
188:7 190:5
193:13,20
200:23 217:3
218:9 219:25
220:25 226:3
230:14 232:2
233:10 237:1
238:11 239:22
239:25 248:8
255:22 256:2,2

257:16,20
260:24 262:21
263:7 266:15
267:11 269:4
271:18,20
272:16 277:5,9
279:8,22 280:7
281:15,17,21
282:19 283:5
283:18 286:15
287:2,13
**Oklahoma** 4:16
58:15,22 62:2
62:12
**old** 209:21
**older** 51:4
156:11 207:1
209:22 210:4
**once** 35:9 142:3
166:8,23 175:2
178:23 212:16
**ones** 52:14 58:13
59:22 77:23
83:24 216:15
263:5
**online** 198:18
**onsite** 53:20
**onward** 181:24
**open** 198:19
**opened** 50:11
**operate** 50:10
**operated** 21:12
31:6,13 54:12
56:20,21 57:4
57:7
**operating** 31:14
51:1 126:1
**operation** 54:17
57:9 62:25,25
256:22
**operational**
103:21 104:8
**operations** 48:4
222:2 223:16
279:17
**operator** 8:2
**opined** 38:12

23:8 45:6,15
45:16 64:22
68:20,25 69:6
91:20 100:7
102:24 103:1
105:9 116:4,15
122:8 126:21
129:6 136:23
141:12,16,20
143:14 149:20
173:23 175:22
175:24 236:20
245:11 251:2
259:4 260:20
280:3
**opinions** 13:20
17:7,15 18:5
18:19 45:2
47:10 68:8,12
87:2,7 98:25
102:10 235:12
236:8 260:1
269:15 285:5,7
285:9,11,14
**opportunity**
244:21
**opposed** 24:9
33:14 193:18
236:4,11
**opposite** 164:3
**orange** 275:14
**orchard** 219:10
**order** 23:5 46:6
53:15 185:21
231:22 246:10
**ordinal** 159:13
**ore** 48:1,13
49:12 59:13
**ores** 202:19
**organics** 67:8
114:24
**organize** 269:2
**oriented** 264:20
**origin** 159:11
**original** 15:20
17:19 241:5
**originally**

117:14
**originated** 116:6
133:13
**originating**
38:13
**Orleans** 29:4
156:8,10,11
**ought** 45:19
46:5 274:8
**outbuildings**
209:10
**outcome** 292:17
**outliers** 149:7
**outlined** 193:8
**outside** 111:19
142:3,8 166:23
167:21
**outstrips** 65:2
**outward** 159:12
279:15
**oval** 148:14
242:4
**overall** 14:12
245:25
**overhead** 103:21
104:9
**overlap** 79:19,25
**overlapped** 57:2
57:11
**overseeing** 84:23
**oversight** 19:9
**oversprayed**
221:19
**overview** 5:10
93:21 217:1
284:15
**oxide** 48:18
115:12,20
**oxidized** 118:2
**oxygen** 48:15

**P**

**P** 183:4
**P.G** 4:11 16:15
**p.m** 181:11
**pad** 110:19,22
131:10

**pads** 253:22
**page** 4:4,7 5:4
6:4 7:4 11:16
18:10,22 19:16
19:22 20:8
21:2 24:6 70:9
70:13 85:14
86:1 98:20,24
98:25 101:1
103:2,9,10
111:18 112:16
112:25 126:2
129:22 130:22
131:17 140:5
154:1 171:12
190:4 192:7,25
193:8 195:5
207:6 208:6,8
208:11 213:6
215:23 218:10
219:17 221:2
226:5 227:24
228:13 230:11
230:13 240:15
240:19 241:7
243:15 248:9
250:10 251:4
251:12,20,22
251:23 253:16
257:19 267:7
**pages** 195:23
218:8
**paint** 64:6,16
65:2,9 108:17
108:22 109:3
110:14,17
133:14 134:18
134:24 135:3
151:11,18
152:2,9 153:17
155:1,14 156:11
156:13 172:9
182:14 194:2,3
194:6 197:19
199:15,18
200:2,7,9,13
200:21 201:2

201:13 202:5
206:2,15 208:2
212:20,22
213:4 214:23
216:17 284:22
**painted** 201:7
**paints** 206:11,20
**paper** 58:11
76:2,16 95:4
96:18,20
211:12 214:1,7
228:14
**papers** 34:22
73:1
**paragraph** 21:4
98:22 99:2
101:3,10
112:17,25
126:4 140:6
195:7,8 213:8
230:13 269:15
**parameter**
127:20 164:22
**parameters** 46:5
133:18 146:21
**paraphrase**
282:9
**parcel** 146:14,14
146:16 247:3
247:24,24
**parcels** 196:9
**pardon** 9:3
**Parents** 1:4
**Paris** 221:18
222:23 223:5
223:12 224:23
225:2 226:11
226:22 284:21
**Park** 205:6
**parking** 170:6
**Parkway** 2:17
**part** 21:8 23:6
27:8,19 37:15
40:21 41:3
51:18 52:6
56:2 61:20
63:2 65:10

97:7 103:21,24
104:5,8 112:11
123:23 128:21
136:18 180:1
182:23 218:1
234:25 243:19
259:16,25
287:25
**partially** 138:19
138:20
**participated**
239:13
**particle** 28:18
38:4,4,8
133:12,17,19
134:18,19,22
134:23,25
135:3,8,17
137:19,22
138:15 192:11
194:21
**particles** 27:5,7
37:10,17,19,25
38:13 133:23
134:23 137:14
138:9,10 139:3
139:13,24
177:1 178:4,8
178:8,13 192:5
193:2 194:5
**particular** 27:15
27:16 46:5
58:10 74:20
89:14 110:2
122:10,24
123:14 125:2,6
128:21 148:24
149:3 159:6
170:9,25 171:6
176:20 185:20
186:2 189:22
194:14 211:15
219:3 223:7
246:12 263:13
271:23 288:16
288:18
**particularly**

26:12 33:17
76:24 87:20
96:4 132:21
138:9 151:10
169:6 227:9
242:22 250:13
274:21
**particulate** 99:9
170:22 177:15
190:18 192:4
272:9
**particulates**
100:20,22
178:1 190:12
190:24 191:7
**parties** 292:15
**parts** 205:22
210:8 211:17
211:23 229:4
229:12 267:15
267:16,19,19
275:16 276:9
276:12
**party** 82:7
102:16
**Pass** 277:6
289:11
**patch** 226:14
**pathway** 113:9
113:13 122:11
**pathways** 100:1
**Patrick** 36:18
**pattern** 28:13
110:13,14,18
110:23 145:15
164:4 195:14
195:20 196:12
197:3,25
245:25
**patterns** 51:16
111:2 206:1
**Paul** 4:20 73:21
74:7,9
**pay** 104:11
**PDF** 235:3
**peaked** 206:16
**Pearson** 41:20

**Pennsylvania**
37:2 139:19
193:15 239:6
242:15
**people** 60:1
61:14 68:17
122:21 161:10
218:3 266:22
**people's** 93:11
**percent** 27:25
107:3 211:5
**percentage**
19:23 80:25
**percentile** 79:22
210:24,24
211:5,21
**percentiles**
108:14
**perfect** 104:4
142:23
**period** 21:13
50:25 57:5,6
101:12 165:8
218:4 219:3
222:22
**periodically**
59:19
**periods** 220:6
**periphery** 274:3
**Perrine** 47:12
**Pershing** 251:14
254:7
**persist** 19:5
**person** 84:23
**pest** 227:7
**pesticide** 221:24
222:22 223:2
**pesticides** 22:24
172:10 222:1
231:21
**pests** 221:22
227:4
**petrology** 29:16
29:17,18
**pH** 127:13,15
128:17 129:8
132:2,5,7,9,10

132:16
**Ph.D** 1:18 4:11
4:17,21 9:13
16:15 62:3
73:21 291:3,15
292:9
**phase** 192:20,20
**phenomenon**
130:18,19,20
130:23
**philosophy**
81:13,14,19
**phone** 9:1
**photo** 124:13,19
266:7,19 267:2
**photograph**
240:22 243:16
243:21,24
244:1
**photographs**
240:21 272:3
272:11
**photos** 122:24
**physical** 106:8
138:11
**physically**
133:25 264:7
**phytotoxic**
221:19
**picked** 184:24
200:9
**picture** 131:25
243:9 251:13
276:22 287:11
287:11,12
**piece** 29:21
96:18,19,24
182:15,15
194:2
**pieces** 178:13,16
194:3
**Piedmont** 76:25
77:6 78:2
**pile** 52:25,25
54:13
**pipe** 133:23
135:22 182:15

198:19
**pipes** 60:5
**place** 52:4 67:24
81:16 82:2
93:15 145:15
182:17 196:11
196:25 265:4
266:2
**placement** 171:7
176:2 179:18
**places** 232:21
**plaintiff** 108:8
141:14 245:6
**plaintiff's** 82:25
107:15 128:22
169:2,17 260:4
263:12,18
264:2 266:1
273:25
**plaintiffs** 1:9 2:4
3:3 8:20,22 9:5
9:8 10:9 11:21
17:23 46:20
119:23 189:18
229:18 239:13
261:14 265:24
**plaintiffs'** 170:2
190:1
**planning** 124:2
**plans** 30:24,25
**plant** 33:15 37:6
37:8 38:10
139:20 174:14
239:12 272:3
**plausible** 253:3
253:8,9
**play** 40:20 158:5
**please** 8:15 9:11
16:24 70:10
290:2
**plot** 149:14
210:12 276:24
287:6
**plots** 144:12
208:7 275:14
**plotted** 122:7
144:15

**plow** 123:2
**plowing** 123:5
123:15
**plumbing** 61:16
**plume** 15:4,5,17
55:10,10
111:22 142:10
142:19 143:3,5
143:21 145:16
145:22 159:23
160:2,13,14
161:5
**plumes** 56:16
**plus** 59:13
115:21 236:6
**pod** 239:1
**point** 10:11,23
12:16 18:21
20:6 53:8,9
56:15 75:10
77:10 82:9
89:1 100:18,23
110:8,9 121:8
123:4,13 124:9
165:15 170:14
192:9 193:1
198:13 219:12
221:25 224:5
227:13 239:16
250:22 276:5
**points** 20:2
78:19 88:10
121:5,6 149:10
158:1 210:21
**poisoned** 226:13
**pollution** 32:2
52:14 101:14
101:16,23
105:18 198:17
202:19,21,22
269:25
**polygon** 170:13
170:14
**polymetallic**
49:8
**poorly** 28:9
**population** 80:5

**pores** 134:5
**porosity** 134:4
  137:25
**Port** 36:25 37:3
  139:21
**portion** 268:12
**portions** 230:18
**position** 96:8,9
**positions** 24:4
  244:11
**positive** 182:2,3
**possession** 95:22
**possibilities**
  22:23 85:18
  125:18
**possibility** 64:22
  81:11 123:3
  124:7 132:21
  221:24 256:19
  256:25
**possible** 64:17
  145:7,9 210:1
  242:9,10
  253:15 268:17
**post** 226:7
  267:22 275:14
  276:24 287:6
**post-World**
  206:18
**posted** 275:7
**postulation**
  203:8
**potato** 221:5,11
  223:6 224:18
  225:3 226:12
  226:14,23
  227:6 228:1,7
  229:2
**potatoes** 219:10
  222:14,17
  227:3,9 228:6
  228:9,23 229:2
**potential** 22:7
  38:17 61:20
  126:18 129:23
  130:1 131:19
  138:4,7 152:8

153:20 154:15
154:25 155:2,3
155:14 156:1
156:12 202:8
242:6 284:23
**potentially**
  161:25 239:10
**potentials**
  129:25
**pottery** 59:21,25
**pounds** 20:21
**poured** 59:15
**power** 37:1,8
  38:10 139:20
  239:12
**PowerPoint** 96:3
  96:10,18
  136:12 162:20
  217:23 220:12
  284:11
**PowerPoints**
  95:10
**PPIN** 6:19,21,23
  250:9 251:15
  254:1,6,22
  255:3,9,14
  259:6 281:16
**PPIN2010**
  240:24
**ppm** 167:23
  168:24 169:1
  185:5,5,6
  208:15 258:13
  274:22,22
  275:23
**practice** 46:9
  142:18
**precipitators**
  191:11
**precisely** 183:12
**preclude** 132:20
**predict** 128:24
  158:23 278:22
**predicted**
  278:20
**predicting** 278:5
**predictions**

15:10 276:8,12
276:14
**predictor** 154:3
  213:18
**predicts** 274:6
  276:2,19 278:9
**predominant**
  100:8 180:8,9
**predominantly**
  116:15 223:15
**prefer** 41:18
  82:5 91:13
  96:13 123:9
**preference** 16:6
  96:2
**preliminary**
  91:18
**preparation**
  12:9 98:14
  259:25
**prepare** 28:8
  62:20
**prepared** 12:2
  184:15
**preponderance**
  174:2
**presence** 87:19
  87:24 154:23
  156:17 193:17
  231:13 254:12
**present** 3:6,23
  22:4 24:25
  27:4 49:15
  65:10 73:15
  74:25 117:21
  129:8 139:13
  155:12,21
  197:13 204:20
  235:24 244:22
  245:16,23
  246:5,23 247:9
  247:10 254:17
  263:14
**presentation**
  85:24 86:14,18
  88:11 92:16
  94:24 162:17

217:4 219:4,16
**presentations**
  93:8,11,17
  95:21
**presented** 61:12
  96:17,19 220:3
**presents** 91:24
**press** 232:5
  256:14,22
**presses** 253:12
**pressure** 101:13
**pressures** 102:6
**presumably**
  154:22 237:19
**presume** 104:19
**pretty** 20:25
  37:14 72:6
  112:2 117:15
  136:2 230:2
  239:3
**previous** 207:8
**previously** 94:22
  94:24 209:22
  258:22
**prices** 103:18
**primarily** 46:13
  57:9
**primary** 21:13
  22:12 50:12
  52:3,20 56:12
  56:20 57:4,7
  88:10 106:5
  125:19 153:15
  264:19
**principal** 41:24
  42:2,15 84:23
  187:19,23
  188:10 189:1
**printed** 215:18
**printing** 252:4
  252:16,20
  253:5,6,12,12
  256:14,22
**prior** 94:25
  153:16 189:13
  201:23 216:11
  220:17 260:13

**pristine** 79:18
**pristinely**
  122:20
**private** 154:1,9
**privilege** 63:21
**probability**
  79:21 126:24
  145:16,24
**probable** 79:24
  80:1
**probably** 13:5
  44:4 50:24
  56:7 66:10
  67:3 69:3
  79:12 83:8
  84:25 103:19
  104:6 134:9
  142:4 185:13
  198:5 207:24
  276:7 280:4
**problem** 32:23
  77:24 79:15
  129:16,19
  166:5 193:21
  236:14,16
  243:24
**problems** 175:15
**process** 22:3
  32:20 41:2
  47:20 54:18
  65:1 105:23
  133:13 183:8
  185:17 202:17
**processes** 19:20
  30:23 48:8,23
  71:23,23
**processing** 31:7
**produce** 52:14
  115:15 198:14
  219:10
**produced** 17:20
  55:24 56:3,6
  65:1 94:23
  95:11 126:15
  126:25 127:4
  189:17 198:10
  199:3

produces 64:23
200:1 202:15
202:16 231:4
producing 56:1
127:6
product 54:8
56:7 63:18
production
51:21 52:3
57:15,16,17
228:17
Professional
1:22 292:6
professor 29:6
profile 116:25
119:18 120:3
122:10
profiles 241:6,11
profits 104:14
104:17 105:14
project 5:6
25:16 63:18
64:2 65:7,14
65:19 66:7,12
92:4 117:8,9
projects 60:12
65:23 159:12
promoting
126:22
promulgated
44:10 67:3
proper 230:21
231:3 238:1
properties 26:11
37:5,9,13,14
38:18 77:16
146:5,10,23
150:16,18
154:15 155:4,5
193:18 199:12
205:6,14
240:23 244:10
245:17,20,23
250:8 271:24
275:8,13
276:17 278:10
278:13 280:9

288:17,18
property 96:24
125:2,6 130:10
130:11,20
147:1 148:18
148:25,25
196:22 201:12
237:9 239:16
244:5 245:13
245:19 246:4,7
246:12,13,17
246:21 247:10
247:12,14
250:16 251:24
252:3,3,8
253:4,18 254:5
258:24 259:2
259:24 260:4,5
260:10 263:8
265:18 280:16
280:18
proportion
210:4
proposed 19:2
69:8 99:13
100:10 106:6
125:11 143:16
187:13 203:20
272:11 279:13
280:2,4,9,17
287:14,19,25
proposing 68:17
protect 228:7
Protection 65:16
65:21 68:6
74:11 75:17
153:7
proved 86:8
88:1 256:25
provide 261:22
261:25
provided 11:21
59:8 97:4
182:24 235:1
262:2,12,19
providing 10:8
proximity

259:17
Public 1:24 9:16
291:21 292:7
publication
228:18
published 75:18
pulled 54:7
86:11
pulverized 233:7
pumps 31:14
pure 134:14
135:9,10
purpose 21:4
52:8 55:7,16
56:13 58:6
63:4 66:20
220:24 264:13
264:19
purposes 43:25
67:18 184:23
267:25
pursue 188:4
put 48:3 54:9
77:21 88:11,14
90:16 105:7
117:13 118:1
148:14 173:19
175:3 185:14
199:16 201:21
223:3 236:12
247:4,5 265:3
putting 232:11
273:15 288:23
pyrological
133:13 138:13
pyrometallurg...
52:10,15 55:9
56:15
pyrometallurgy
47:25

Q
qualifies 238:8
qualify 28:7
qualitative
15:14,15
272:22 276:6

quality 157:9
270:23 271:5
271:16
quantification
271:22
quantify 199:1
270:5
quantitative
15:3 55:5
57:14 62:24
68:21 107:8
144:4 203:7
272:8 288:14
quantitatively
283:4
quantities
216:16 238:25
quantity 15:11
quarter 175:4
quartz 35:2
question 10:12
10:14,17,19
11:1 13:14,23
23:6 24:16
32:25 33:21
34:8 65:5 86:9
88:22 90:12,17
91:9 96:22,23
109:19,24
122:17 131:7
144:25 145:10
148:9 155:18
156:7,8 160:21
161:8 171:21
172:18 176:9
176:12 177:10
191:22 203:14
203:16 207:21
223:4 242:13
246:3,9,18,19
246:20 249:14
259:12 272:7
278:14 279:9
282:17 289:13
questions 90:15
97:6 246:5,11
246:11 247:7

247:12,14
263:2 269:12
277:19,22
278:4,6,8
281:25 282:2,4
282:5 285:18
285:24,25
286:2,7,10
288:6 289:22
quite 76:22
quote 44:25
71:19 85:22
87:10 221:5

R
R 292:1
radio 186:18
Rahway 226:21
railroad 54:10
rain 37:7,7
115:23 127:3
128:14 129:15
129:16,19
rained 130:8
132:24
raining 259:18
261:4
rambunctious
227:1
ran 52:20 54:6
56:12
Randolph 263:9
random 166:2
195:14,20
197:2
randomly
182:12
ranges 216:15
rank 183:16,17
183:20,21
184:2,6
ranked 185:9
ranking 185:22
ranks 183:12
186:6
Raritan 242:16
rate 23:15 52:3

138:16 168:9
**rates** 33:13
**ratio** 186:18,19
191:6,14
**rationale** 236:8
**ratios** 38:22 39:3
39:5,12,16,19
187:6,8,9,12
187:13 198:3
**reach** 22:16
196:17 231:1
**react** 135:15
138:5
**reactions** 19:15
19:20
**reactive** 134:23
134:25 135:3
136:25 137:9
137:10 138:10
138:12
**read** 12:23,23
32:4,6 33:7,25
44:24 70:22
82:20 83:19,23
83:25 84:3,10
84:14,17 85:3
85:5,10,21
88:23 91:17,22
98:5 99:15
100:11 103:22
126:19 174:7
193:25 211:11
213:14,22
214:7 218:15
271:2 290:4,5
290:7 291:4
**reading** 13:3
21:8 83:13
236:12
**reads** 99:7
101:10 103:16
154:8 195:12
**ready** 12:21
**real** 77:2
**reality** 142:14
**realize** 218:14
**really** 26:16,19

27:14 33:21
39:10 51:18
64:12 65:5
81:18 86:10
91:20 96:7
103:25 106:20
109:19,24
117:10 135:4
143:12,13
166:16 187:11
194:9 195:1
241:13 245:2
272:22 273:14
276:11,13
283:13 286:23
**realm** 256:18,24
**REALTY** 1:14
**rearranged**
125:21
**rearrangement**
125:22
**reason** 52:8 56:2
56:3 69:13
142:9 213:25
221:14
**reasonable**
22:16 77:24
109:15 122:9
129:7 133:2
140:23 146:4
147:17 259:5
**recall** 87:15,21
90:2 93:14
94:7,9 104:24
119:25 262:22
282:1,12 288:9
**recalling** 124:24
**receive** 278:11
**received** 287:23
**recess** 70:1
119:8 181:9
240:1 269:6
277:12
**recognize** 11:11
23:23 92:11
94:17
**recollection** 43:1

64:15 271:3,12
**recommended**
227:25
**record** 16:24
33:17 62:9
69:24 70:4
119:6,11
153:11 177:6
181:7,11
184:16 203:9
239:25 240:4
258:14 269:5,9
277:11,15
291:8,11
292:12
**recycled** 50:15
59:22
**recycling** 50:13
**red** 147:18 148:5
148:11 149:22
150:11,18,24
154:18 155:6
242:4 243:10
275:14
**reduce** 48:18
101:13
**reducing** 117:24
**reductant** 59:12
**reduction** 47:25
**redundant** 42:6
**reevaluate** 15:7
**refer** 55:13
68:15 166:22
**reference** 11:24
112:18 131:25
140:11 162:25
183:4 217:22
218:15
**references** 86:14
93:16 104:25
220:11,18
251:14
**referencing**
271:13
**referred** 165:24
273:5
**referring** 101:11

107:9,12
124:20 157:23
195:23 243:21
**refers** 227:21
**refining** 1:12
8:11 48:12,13
48:14
**regarding** 45:3
45:16 68:9,13
68:21 69:7
189:1 231:13
**regardless**
155:16 280:23
286:16
**region** 75:1
**regional** 74:19
75:9,21 76:8
**regions** 34:24
35:17
**Registered** 1:22
292:5
**regular** 142:13
**regulation** 45:5
**regulations**
44:22,24
**regulatory** 44:10
44:13 45:25
71:23 79:4
81:21 101:13
102:6 103:19
104:6 118:6
**rejected** 145:25
**relate** 214:23
**related** 47:7
49:7 62:15
69:10 71:14,15
72:11 73:8
266:1 282:5
292:15
**relates** 249:20
**relating** 237:5
**relationship**
109:5 153:19
182:4,6,12,17
283:8
**relative** 27:25
82:6 145:21

198:3
**relatively** 60:19
208:25 234:17
**releases** 21:12
**relevance**
194:23
**relevant** 69:1
97:6 220:6
**reliable** 53:14
157:14
**relied** 12:8,13
**relies** 14:19
**rely** 33:12 83:13
83:14
**relying** 12:18
15:2,9 84:4
101:24 103:2
196:16 272:21
273:16
**remain** 103:12
103:17 143:6
208:24
**remained** 56:24
103:18
**remaining**
147:18
**remains** 148:5,7
**remedial** 99:24
**remediated**
67:16
**remediation**
43:25 44:1,5
74:17 82:15
84:22,24
141:19
**remedy** 67:24
68:3
**remember** 12:17
13:10 19:13
39:2,7,14 51:9
51:11 64:11
65:6 66:12
83:24 84:19
93:19 97:25
98:1,8,9,12
104:12 117:23
181:18 278:14

282:7,17,20
283:2 284:18
**remnants**
260:13
**removed** 147:13
179:12 250:24
**removes** 67:7
**render** 17:7 21:9
45:16 87:2
143:14 285:4,5
285:10,14
**rendered** 68:8
87:3 285:7,11
285:15
**rendering** 45:2
45:14 68:12,20
69:6 102:9
105:8
**repainting** 201:6
**repeated** 258:1
**repeatedly** 151:4
**replaced** 221:20
**report** 4:11,14
5:18,19 7:5
12:9,23 14:19
15:20,24 16:15
17:3 18:2
20:16 21:4
23:7 30:18
32:7 33:7,25
47:1 50:19
55:13,17 61:25
62:14,20 63:6
70:8 78:20,24
82:23,24 83:12
84:8 85:4,4,14
85:25 87:8
91:14,21 92:2
96:3,13 97:7
98:14,20 100:7
101:2 102:18
103:2,8 112:17
112:18 118:11
118:14 119:14
119:23 123:23
124:22 126:3
129:22 140:4

147:5 149:17
169:12 170:11
188:22 189:14
190:4,11 191:3
192:25 195:6
208:13 213:15
220:18 221:24
230:12 235:12
235:21,23,23
236:2 237:20
237:24 238:5
250:10 251:3
251:20 265:7
265:17,25
267:5,6 269:14
272:15 273:10
277:25 281:12
283:9 286:1,24
287:7
**reported** 76:7
78:19 79:1
116:24 120:9
120:12 220:14
233:22 273:4
**reporter** 1:23,23
8:24 9:10
290:2 292:6,7
**Reporters** 8:3
**reporting**
228:22 232:16
**reports** 32:4
82:25 83:14
121:17,23
153:16 210:13
221:10 229:1
232:9 242:22
242:24
**represent** 10:6
12:7 92:15
186:23 215:16
216:8
**representation**
211:2
**represents** 236:2
259:19
**request** 11:17
12:2

**requested**
128:20
**require** 72:7,9
197:12
**required** 70:20
74:18 286:25
**requirements**
105:20
**requires** 74:15
**research** 230:25
**researchers**
116:24
**reserve** 14:15
**reserving** 14:20
**reside** 100:4
**residential** 6:10
6:15 17:2
21:10 37:5,8
203:25 204:11
204:22 205:1
206:7,9 207:16
213:16 214:5
240:8 245:17
260:10 267:25
**residue** 232:19
**resistant** 35:14
**respect** 38:17
102:10 105:9
126:22 130:23
147:18 148:10
152:8 161:15
167:9 169:21
169:25 220:4
235:2 241:15
276:14 286:2
287:4 288:20
**respond** 236:6
236:10
**response** 12:2
89:10 236:11
285:25 286:2
**responsible** 82:7
**responsive** 33:20
65:4 82:9 97:2
123:12 171:20
237:22 261:10
**rest** 202:23

**restriction**
274:12
**result** 60:16
102:12 118:2
144:7 170:21
171:24,25
176:1,2 179:5
179:17 186:1
285:8
**resulted** 14:12
**resulting** 75:9
75:20
**results** 6:23 15:3
25:22 205:17
214:3 232:18
249:1 255:9,13
267:8 282:15
283:17
**retort** 51:23,24
51:25 59:8,9
61:7
**retorts** 51:24
59:10 60:21
**returning**
213:20
**review** 42:14
78:6 93:4
97:17 98:3,6
98:10 270:17
**reviewed** 162:18
162:19 163:2
188:24
**reviewing** 86:3
101:7 227:17
228:2
**revised** 4:10
14:16,21 15:7
15:23 16:14
17:3 83:19
**revision** 17:10
17:12 18:3
**reworking**
125:11
**right** 12:14,19
13:9,17 15:12
15:13,24 16:2
16:11,19 18:9

20:3,10,10
21:1,14 30:1
30:15 37:23
38:14 41:6,22
42:5,9 43:3,12
47:17 48:11
49:3 61:11
63:12,23,25
69:21,23 70:7
74:21 75:22
76:14 79:22
81:3,10 86:13
88:5 97:11,14
104:3 105:20
106:1,8,18
107:10 109:22
111:15,20
112:19 113:9
113:20 117:23
119:5 121:7,10
121:13,14,25
122:5 124:11
125:6,24
127:23 128:23
129:10,12
130:2,25
131:20 132:7
132:10 137:24
138:15 139:16
139:24,25
140:16,18
141:16 142:8
143:1 144:21
145:14 146:2
147:1 149:1
152:11,17
154:13,18
156:9 158:14
162:3,13
163:24,25
164:17 165:17
166:10,14
169:5,8,18
172:15 174:16
178:5,9 180:18
184:8 185:7,18
185:19 186:5,6

187:6 188:17
189:15,18
190:20 191:2,9
191:10 192:12
194:12,16
195:3 197:19
197:20 198:3
200:18,22
201:25 202:2
207:3 211:3,6
211:13,24
213:4 214:13
215:3 217:8,24
217:25 220:7
220:19,22
221:15 222:10
223:10,17
224:21,22,23
225:3,10,25
227:10,20,21
228:10 229:8
229:14 231:15
231:18 235:9
235:17 236:4
236:23 239:8
239:14 242:1,7
244:13,20
246:7,14
249:24 250:11
250:15,18
251:7,21
252:10,11,17
252:24 253:1,2
253:19,22
255:19 256:2,4
256:5,9,9,14
258:9,24
263:20 266:12
266:25 267:20
267:21 268:2,6
268:7,10,15,20
268:25,25
271:11,14,24
272:25 273:1,6
273:11 275:3
275:18 276:17
277:10 286:18

288:1,17
289:24
**right-hand**
210:12
**right-of-way**
58:24 61:15
**right-of-ways**
59:4
**rigid** 143:22
**rise** 195:13
**risk** 44:18 61:14
89:23
**river** 239:3
**road** 60:3,4
61:11 174:14
232:17 233:21
234:12 238:13
**roads** 62:16
234:3
**Robin** 1:21 8:24
9:11,15 292:5
292:22
**rock** 28:11 35:18
129:1
**rocks** 29:18
34:24 78:17
129:14,17
**Roman** 195:6
**Roosevelt** 252:4
**Rosenfeld** 12:25
83:20 262:7
263:4
**roughly** 23:14
200:21 274:8
275:2
**Rouhani** 98:11
**Rubenstein** 2:7
2:8 9:6,6 17:4
**rule** 72:2 124:6
124:9
**rules** 10:1
**run** 46:6 114:5
157:17 160:19
163:11 283:24
**running** 89:23
97:20 114:2
**runoff** 53:5

**rural** 78:10,15
**Rustin** 52:9
55:14 56:3,10
56:19 57:4,16
57:21,24 58:3
58:9

_____
**S**
**salt** 276:10
278:21
**Sam** 2:17
**sample** 5:24 6:5
17:22 27:23
28:8 41:21
77:6,12,14,17
115:10 136:13
136:18 159:1
160:17 170:2
175:18 183:15
184:10 185:4
186:9 188:16
193:22,25
194:4,23 195:3
196:3,4,7
197:14 251:19
251:19 255:19
256:11 257:7,9
258:1 261:24
263:17,21,22
266:7,12,13,20
267:1,14,14,18
283:10,13
**sampled** 54:13
59:3 77:18
78:2,5,7,11,14
205:12 230:22
266:8 268:5
275:9
**samples** 25:19
27:21 37:11
53:13 78:10
81:1 107:2
108:7 109:12
119:19 120:5
139:5,8,23,23
141:15 147:12
149:21 160:4,6

160:10,17,18
160:19,23
161:6,9,17
169:2 170:9
171:6,22 184:1
184:24 185:1,9
185:24 186:3
186:22 188:14
191:10,16
195:16 196:18
196:19 208:13
211:17,19
229:18 249:4
249:17,20,24
250:13 261:23
262:4 263:13
264:8 266:19
267:12,13
275:21 287:7
**sampling** 18:4
53:18,19,22,23
58:23,24 69:15
112:1,2 160:2
176:17 261:13
261:18 264:2
274:1 282:5,15
283:17
**sand** 34:25 35:8
35:11 128:6
**Sandborn**
251:24
**Sanders** 4:20
73:21 74:7,9
75:16
**sandy** 134:15,16
**sat** 225:6
**satisfaction** 22:8
**satisfactory**
232:18
**saw** 23:13 68:16
84:25 88:20
89:14 91:4
140:9 177:2
264:3 285:8
287:10
**saying** 31:24
100:16 105:12

109:17 130:5
131:4 141:25
142:1,2,7
162:5 165:2
166:12 183:4
194:25 225:19
235:8 283:3
**says** 13:18 21:15
24:24 71:4,20
73:11,12 75:18
76:2,3 110:8
120:7 136:7
174:3 180:7,9
188:19 205:24
221:13 222:5
226:18,19
244:2 249:7
257:10 265:21
**scale** 132:7
135:19 137:4
**scanning** 37:17
195:2
**scatter** 157:9
**scenario** 133:3
276:22
**sciences** 40:14
**scientific** 22:17
45:17 88:9
109:16 122:9
129:7 133:2
140:23 146:4
147:17 151:5
259:5
**scraped** 199:18
**scraps** 129:24
**screen** 69:19
**screening** 44:3,7
45:9 107:19
**se** 32:6 192:18
**sealed** 47:14
**searched** 248:20
**searching** 111:3
**second** 21:8
42:10 59:7
61:7 62:18,19
98:22 120:23
121:8,22

125:22 154:7
185:11 207:2
207:10 230:12
231:22 232:15
241:8 256:8
**secondary** 21:14
49:24 50:3,13
237:2
**secondly** 221:20
**section** 70:14
85:17,25
131:18 217:11
**sedimentary**
34:24 35:18
**see** 11:18 14:16
15:13 18:20
19:21 21:5
36:20,20 51:7
70:16 74:14
75:4,12,13,13
78:11 83:22
85:15 86:16,18
88:17 91:6,7
91:21 96:13
99:5 101:18
103:13 109:3,5
109:9 116:5
120:14 121:2
123:7,16 126:9
127:17 133:4
136:2,16,21,22
137:4 143:25
145:15 147:11
147:14,19,23
147:24 148:13
150:13 153:23
154:5 162:9
163:9,16
165:23,23
166:5,9,21
167:2 170:20
176:18 185:2
185:24 186:15
186:20 188:9
188:21 190:8
194:1 195:10
195:17,21

196:7 197:25
201:2 204:12
204:16,23
205:8,15 206:4
206:12,21
207:18 208:18
208:22 209:1
210:9 212:8
213:11 216:1
217:15,20
218:5,10,12
219:13,21
220:20,24
221:6,12
223:23 224:15
224:19 226:9
227:16 228:19
228:24 229:5
230:3,23 232:7
232:13,22
233:15,25
234:6 237:10
237:13,14,15
237:17 238:2
240:20,25
241:7 243:9
244:6,7 248:24
249:6 251:16
251:23,25
252:5 255:4,15
259:6 260:25
263:10 265:6
265:25 266:5,6
266:9,16,18,24
267:2,3,13
269:3,21 270:2
271:7 272:5
274:23 275:10
275:24,25
279:7 284:1
285:4 289:2
**seeing** 89:21
94:7 104:12
119:25 176:19
282:14
**seeking** 207:25
**seen** 11:13 33:12

42:18 74:3
79:8,10 90:1
92:13,20 94:2
94:19 95:2
113:1 120:2
125:18 152:25
162:10 196:13
204:5 251:1
259:2 265:14
285:2,3
**selected** 170:12
**SEM** 28:3
**semester** 29:14
**semi-quantita...**
26:9 144:5
**sense** 28:16 48:2
76:19 90:18
132:18 168:25
279:12 283:7
**sentence** 18:25
19:4 21:8
70:18 74:22
75:6 99:3,7
100:11 101:2,9
103:10,16,25
104:6,24
153:14 154:2,8
154:8 195:8,12
204:19 206:8
208:20 230:15
**sentences** 75:14
126:5,6 206:15
213:13
**separate** 35:20
193:22
**series** 277:22
281:25 282:5
**set** 12:7 44:9
45:25 77:3
95:8 149:4
170:16,16
183:15,22
184:1 186:3
231:5 236:8
259:3 263:13
274:19 276:6
283:16 292:11

292:19
**sets** 219:8
276:17
**setting** 44:7
143:21 192:7
204:22 205:1
287:18
**settled** 59:6
99:12
**settles** 122:20
**seven** 217:7,8
**sgerman@ger...**
2:12
**shakes** 137:13
**shape** 15:17
27:6 38:4
168:15,23
194:21 273:17
**shapes** 79:16
**shards** 59:24,24
**share** 280:10
**Sharot** 234:4
**shed** 252:7
253:5,10
256:13
**shelf** 225:6
**shelves** 225:13
**Shipping** 36:25
37:3 139:21
**shop** 59:21
252:4 253:5,19
**shopping** 98:18
**short** 5:24 6:5
184:9,15 186:8
**shortly** 142:4,6
**show** 62:6 75:24
76:3 89:10,19
111:23 122:25
142:21 241:11
250:23 283:8
**showing** 19:20
110:23 122:2
126:16 210:23
240:13 262:3
272:3 280:2
**shown** 284:9,13
284:15

**shows** 113:5
140:24 163:13
164:3,4 188:13
210:19 230:18
231:5 251:12
273:4 276:4
277:3
**shy** 39:5
**sic** 17:1
**side** 24:8,9 30:12
81:14,15
104:14,15
109:7 121:12
200:3 241:7
**sidewalk** 238:13
**sign** 290:4,5,7
**signal** 166:13,14
166:17 191:12
**signature**
109:14 115:9
174:3,5 283:6
**significance**
107:6 182:20
182:25
**significant** 27:19
55:11 79:24
87:25 107:4
125:3 182:10
182:10 216:16
281:1,6 286:12
286:14 288:22
289:19
**significantly**
154:10 213:20
**silts** 128:6
**similar** 48:2
51:16 54:17
57:5 63:6
112:4 150:6
151:22 213:16
214:4
**similarly** 1:8
110:19 280:18
**simply** 45:7
48:18 133:25
158:25
**Singh** 12:25

71:20 83:20
**single** 89:18
146:10 207:15
219:17
**sink** 127:8
237:16
**sit** 12:14 13:9,16
43:2 64:14
65:6 173:16
218:25 220:2
271:11
**site** 26:16,22
43:25 53:25
66:13 67:15,17
69:17 75:1
99:18,22,23
100:1,8 113:7
113:8 114:19
145:18 159:4
173:1,1 174:1
174:4 175:19
175:20,21
180:3,6 188:16
207:9 250:25
259:8 264:16
**sites** 55:1 77:1,6
116:20
**sitting** 284:2
**situated** 1:8
280:18
**situation** 51:17
63:5
**sive** 177:25
**six** 194:3 212:7
212:17 273:24
275:7
**six-inch** 115:10
**size** 27:6 37:18
37:20,24 134:5
135:24 175:10
177:1 178:4
183:22 190:13
190:18 192:11
**skip** 205:10
207:5 208:20
218:7
**skipping** 154:7

206:14
**sky** 132:25
**slab** 48:21
**slag** 52:25 53:1,2
53:11 54:3
172:12 174:15
198:16 199:3,6
233:8 234:18
239:1
**slags** 172:20,25
175:1,3
**sledges** 253:12
**slide** 217:23
**slides** 220:12
**slightly** 279:8
**SLL** 207:12,15
**slope** 142:17
165:7,7
**slopes** 142:15
**slow** 265:1
**small** 54:10
134:2 135:22
135:23 136:19
141:17 165:22
186:3 207:9
**Small-** 204:10
**small-urban**
6:10 203:25
204:21 205:1
**smaller** 135:18
137:14,19
178:8 191:1
211:20 213:16
214:4
**smart** 96:6
**smelter** 4:15
17:1 19:1,20
19:21 21:12,14
22:12,13 23:2
47:3,7,11,16
47:17 48:24
49:1,5,19,24
50:3,9,12,14
51:1,6,15,21
52:18,18,20,21
54:5,6,7 55:14
55:20,21 56:3

56:12,19,20,20
56:21 57:4,5,7
57:10 58:4,15
58:19 59:8,25
62:2,11 63:1,1
63:13 64:23
69:12,20
100:17 101:4
101:12,22
102:4,7,12
104:3 109:8
110:4,6,24
111:7 115:22
125:19 127:3,4
128:15 130:19
131:14 132:22
133:14 134:18
134:25 135:2,8
135:17 137:1,9
138:14 139:3
142:10,19
144:9,17,20
154:23 155:11
155:15,17,21
156:17 159:1
159:20 164:1,4
164:5 165:5
166:6,13,15,16
166:17 167:7
168:3,6,16
172:11,16
174:10,16,20
175:9,9,19,21
178:11 179:22
190:7,15,18
191:13,17,19
192:10,23
196:6 198:10
198:18 199:20
199:25 200:4,8
202:10,22
205:2 207:23
211:16 213:4
214:8,10,12
215:1,2,6
231:23 237:3
237:13,14,17

250:24 251:5
259:17,19,20
261:4,7,8
264:18,21
269:20 274:16
278:12 279:12
279:17,24
280:12,20
281:8,9 282:16
283:2,7,20,22
284:5 286:14
288:16 289:3
289:19
**smelters** 47:2,3
49:22 51:3,6
52:10,11,13,15
55:9 56:16
58:7,10,12
63:14 101:10
103:12,17
105:3 110:9
122:19
**smelting** 47:20
47:21 52:3
54:18 55:12
128:16 190:19
**smokestacks**
51:5
**snippets** 232:4
**SO2** 115:21
**soil** 5:6,22 6:9
6:15 15:12
19:1 21:10
25:18 26:15,15
26:18,19 34:15
36:1 38:21
39:22 40:5
41:5 45:9
58:23 61:17,21
64:7 65:10
70:14,15,21
75:8 77:12,13
92:4 103:5
109:12 115:13
116:1 118:8,18
120:5 125:3
126:8,23

127:16,22
132:5 133:12
134:8 137:1
138:5 139:8,23
140:9 143:20
151:5,13 152:9
152:20 153:3
153:20 154:3,9
154:11 156:13
160:5 177:25
191:16 194:5
195:3 196:2,4
196:7 201:18
203:24 204:10
204:21 205:5
206:3 207:13
208:1 209:9
210:4,7 213:20
228:10 240:8
241:6,11,14
244:13 248:21
249:2 260:15
268:15,18,19
273:10,21
274:18 275:8
276:24 287:7
289:2
**soils** 4:20 17:2
21:20 30:7,15
45:13 59:2
60:17 61:1
64:17 66:24
73:21 74:7,17
110:11 116:2
126:12,16,17
127:10,15,17
128:1,2,4,6,22
129:8 130:1,24
131:18 132:1
132:16 134:12
134:13 228:23
229:3,3 254:17
**sold** 225:17
267:25
**solder** 135:9,11
135:13,19,20
136:19,24

solid 173:12
solubility 126:6
  126:14
solubilize 132:3
  132:17
solution 133:24
solvents 253:11
somewhat 264:4
sorry 25:2 114:6
  118:12 136:8
  212:13 257:5
  258:4
sort 17:24 30:14
  41:13 55:5,16
  62:23 63:5
  103:7,11
  148:14 156:20
  172:21 241:7
  243:15 249:4
  272:7 273:16
  285:24 288:23
sorts 284:23
source 22:12
  26:24 27:8
  34:13,23 35:7
  35:17,25 36:12
  38:20,23,25
  39:4,22 40:5
  41:2,4 64:6,17
  65:2 100:18
  101:24 106:5
  108:5 109:10
  109:13,14
  110:4,10
  143:24 144:21
  144:24 145:2
  145:18 153:20
  155:2 194:16
  197:12,14
  198:8,9 237:15
  237:16 280:12
sources 5:11 6:9
  22:3,8,13,18
  71:15 72:22
  75:11 77:10
  87:12,20,24
  88:1 93:12,21

100:23,23
110:9 126:4
129:23 130:24
145:2,4,14,23
146:9 173:10
195:9,13
196:15 197:4
197:12,18,23
202:23 203:23
204:10 206:8
217:2 284:16
284:23,25
south 158:24
190:15 224:3,4
southwest
280:19
space 144:16
205:20
spatial-resolut...
204:20 207:11
207:14
speak 108:24,25
speaking 8:2
Spearman 6:6
41:9,19 106:13
106:17,21
107:9,25 108:3
109:21 181:16
181:21 182:18
183:8 184:10
185:18 186:2,4
186:9 187:3,10
196:17 283:24
specialist 44:5
180:7
specialize 30:21
speciation 35:16
specific 13:14,22
89:4 115:8
145:18 146:15
177:21 246:6
246:17 250:17
286:10
specifically 71:2
101:14 150:19
153:18 162:14
180:2 195:23

209:19 235:22
247:3 250:9
specifics 126:1
135:6
spectacular
59:20
spelter 47:7,16
48:22 50:9
51:6,21 52:9
52:22 53:12
54:5,13,23
55:1,6,8,18
58:9
spend 13:2
spent 28:21 29:2
181:15 223:2
sphalerite 49:14
spheru 139:9
spherulitic
138:19 139:10
139:12,13
192:5,21
spillage 256:21
Spinning 70:15
spoil 117:13
spoke 284:21,22
284:22
spoken 82:10
83:2
spot 238:14
spots 144:6
spray 227:1
spread 127:5
St:PPIN2010
6:16 240:9
Stability 4:14
62:1,10
stabilize 26:15
stack 53:4 54:2
57:24 100:25
198:17 202:18
stacks 51:9
57:20,21
stage 63:18
standard 19:24
108:13 110:1
Standards

270:23 271:6
271:16
standpoint
105:10 107:9
118:7 272:22
stands 82:18
207:13
start 55:21 95:8
started 51:2
55:22 56:23
starting 163:4
192:9,25
starts 70:14
103:10 168:9
195:9 213:9
state 9:16 72:19
74:23 76:21
102:1 112:24
131:21 190:11
190:23 210:3
227:24 231:4
292:2,8
statement 70:19
82:1 123:15
138:18 159:17
203:4 206:23
237:24
Staten 102:3
states 1:1,11
70:18 74:14
75:7,19 153:14
154:2 204:19
206:8 228:17
230:15
statistical 41:13
41:24 43:8
80:18,20 107:5
154:2 164:21
statistically
182:9,10
statistics 39:7
40:14 41:2,6
108:6,10,11,12
110:2 170:17
171:12 184:13
statute 73:11
75:19,25 76:4

statutory 73:6
staurolite 35:4
stay 69:14 77:10
105:4
stayed 77:20
steep 206:19
step 48:17
Steve 97:21,23
Steven 2:6 8:19
89:15 90:21
sticks 167:15,18
stock 5:23
152:20 153:4
215:19 216:12
216:22 273:15
stop 98:17
storage 209:13
store 224:14,17
225:2 253:5,10
storm 104:4
strange 25:10
104:13
strawberries
226:14
stray 103:7
stream 233:9
street 2:9 3:17
232:10,17
234:2,4 238:14
240:24
streets 232:21
233:1,11
234:11,12,13
236:23
strength 26:18
182:7,8
strictly 159:19
strongest 154:2
166:14 191:12
structure 138:11
213:19 251:13
structures 30:14
209:22
study 4:18 6:7
27:15,16 29:18
73:19 74:5
76:12,17,19

77:7 78:2,10
78:20 79:1
153:15 154:22
203:22 204:8
207:7,7,9,20
209:8 210:3
213:9,14
228:22 229:1
**stuff** 53:5 93:12
96:14 122:23
132:22 144:2
162:11 198:16
200:4 261:1
**subject** 17:10
71:22 142:19
222:18
**subjects** 32:3
**submicron**
133:23
**submit** 23:25
**Submitted** 17:3
**Subscribed**
291:17
**subsequent**
87:11 219:17
**subsidence**
46:24
**substantive**
18:18
**suburban** 77:18
**sufficient** 179:24
270:14
**suggest** 144:6
154:14 219:1
224:25 276:15
**suggests** 210:3
226:20 276:25
**suite** 2:9,18 3:9
3:18 35:5,9,13
41:3
**sulfate** 227:20
**sulfide** 49:9
**sulfides** 49:9,16
49:16,17
126:13 127:1,5
**sulfite** 115:12,14
115:19 128:16

**sulfur** 48:14,17
127:2,10,11
**sulfuric** 115:15
126:14 127:6
132:24
**Sullivan** 5:18
12:25 14:11,19
83:21 93:10
119:14 120:8
212:10 272:18
273:4 279:11
**Sullivan's** 14:6
33:5,22 119:23
122:1 212:5,6
272:21 273:9
275:6 277:23
**summarize**
21:17 205:18
**summarizes**
170:12
**summary** 98:25
153:11,14
170:16 269:14
**summer** 266:2
**supplement**
153:16
**support** 87:19
87:23 88:12
89:4 110:3
269:17
**supporting**
235:25
**supports** 123:15
**sure** 32:13 36:6
48:12 69:3
72:6 77:13
80:15 81:4
94:5 105:17
114:12 118:25
132:8 138:2
167:11 168:17
169:12 172:13
175:23 178:6
180:19 183:24
200:19 201:3,9
201:22 202:1
211:7 230:2,4

241:14,24
268:11,17
277:21 282:11
**surface** 113:4,15
113:19 114:11
114:15 115:24
116:7 124:16
137:15,20
138:4 201:2
**surprise** 144:17
**surprised**
150:20
**surrounding**
32:3 284:19
**survey** 153:17
207:11,15
228:18
**Susan** 7:5 265:8
265:19
**susceptible**
227:9
**suspect** 209:19
214:9
**Sutherland** 3:15
4:5 8:17,17,25
9:20 10:6
33:19 65:3
70:6 82:8
89:15,25 90:3
90:6,11,20
97:1 119:16
123:11 171:19
176:11,23
177:4 180:21
181:3,13
237:18,21
239:18,22
240:12 261:9
269:1,10 277:6
277:9 278:3,17
279:3,5 280:14
280:21 281:3
281:24 282:22
285:19,22
289:11,23
**swear** 9:11
**sweating** 135:22

**sworn** 9:15
291:17 292:11
**sympathetic**
106:18 107:8
283:8
**sympathetically**
181:25
**synthesis** 236:3
236:6
**systems** 76:12
**Szegedi's** 84:17

**T**
**T** 291:1 292:1,1
**table** 5:24 6:5
19:22 68:14,16
76:12 107:15
111:10,13,17
170:11 171:12
174:7 184:9,15
186:8 229:22
249:22 255:11
267:7 281:13
**tables** 109:25
170:16
**Tacoma** 56:19
**tail** 168:10,11
**take** 10:24 11:2
28:11 44:2
69:21 108:25
118:24 142:12
149:9 177:25
180:23 193:22
196:3 197:22
199:17 224:11
260:25 269:1
276:9 278:21
283:23
**taken** 1:19 6:21
9:22 70:2
108:7 119:9
150:7 181:9
191:11 195:16
196:8 240:2
249:20 254:22
255:3 261:24
262:4 266:19

269:7 277:13
291:5
**takes** 131:25
183:9
**talk** 31:20 40:23
47:13 252:22
261:17
**talked** 66:3
67:14 68:4
83:10 85:1
108:2 140:8
167:16,19
175:23 237:6
258:22 262:23
269:23
**talking** 27:1
32:21 40:16
60:24 66:22
67:12 81:12,18
83:3 96:11
102:2,25
106:17 113:6
119:18 121:4
127:1 139:19
162:11 175:18
177:7,8,9,12
183:25 196:2
206:25 233:11
244:7 247:8
254:6 282:22
**talks** 85:23
96:14
**tall** 51:10,11
57:20
**tapped** 59:15
**task** 247:2
**tasked** 95:17
97:15 178:17
193:16 246:17
**taught** 29:15
**teach** 24:4 29:13
31:25 32:1,2
143:10 187:21
**tearing** 261:2
**technique** 38:22
47:24
**techniques**

39:13
**telephone** 2:7
3:6 9:5,7 61:15
**tell** 10:13 12:19
28:9,17 42:9
53:20 99:21
101:6 116:8
129:3,4 137:2
143:4 145:8
155:25 156:4
169:25 170:3
174:13 179:24
187:25 191:21
234:24 237:10
238:5 247:4,6
247:12,20
275:1 279:11
282:14 283:1
283:19,21
284:4 290:3
**telling** 105:2
156:16
**tells** 28:16
106:22,25
141:3 155:3,9
158:9 164:14
279:16
**temperature**
48:17 202:17
**ten** 66:11
**tend** 39:5 114:20
134:25 138:14
208:24
**tends** 207:1
242:17
**tens** 88:19
**term** 99:18
107:7 288:12
**terms** 14:20 22:7
25:3 27:5,19
32:22 39:21
42:13 51:15
55:2 57:14,15
68:3 111:2
116:25 117:6
146:6 154:25
168:22 184:19

193:25 194:10
194:15 235:8
246:19 247:8
248:10,14,22
264:20 272:23
276:8,12 289:4
**terrace** 205:13
210:15
**test** 35:22,23
42:22,24 43:4
67:5 89:13
157:17
**tested** 229:4
**testified** 9:17
25:1 238:16
242:14,16
272:20
**testify** 148:3
**testifying** 25:4
46:14,19,19
47:6
**testimony** 10:2,8
13:8 15:9 57:3
60:19 61:19
71:25 78:1,9
84:5 92:19
93:2,15 95:1
110:25 115:18
115:25 133:1
140:22 146:3
147:16 151:12
158:2 166:19
167:1,9 168:14
168:21 170:18
173:7 175:17
188:20 189:12
199:23 200:6
273:14 277:20
278:19 279:2
282:10 291:5
292:12
**testing** 102:21
103:3
**tetrabromome...**
35:21
**Texas** 2:19 3:19
**text** 244:1

**texture** 134:13
**thank** 40:22
**theoretical**
284:24
**theory** 144:24
**thick** 200:2
260:9
**thing** 20:7 25:10
42:20 67:14
102:4 115:1
169:20 178:5
178:21 183:25
199:10 202:14
205:22 287:3
**things** 14:1 27:7
35:3 37:23
40:9,19,24
43:17,19 50:14
51:8 66:4
87:17 88:7
91:14 95:4
97:13 106:7,12
127:2,7 134:17
139:22 142:14
146:24 172:20
180:14,18
182:7 189:5
190:10 192:17
193:11 214:12
214:17,19,23
214:24 219:9
220:23 228:21
269:16 283:23
**think** 12:14
13:12 19:5
20:5,25 25:13
25:14 39:15
40:23 46:8
47:23 50:11,16
53:22 66:14
69:11 71:19
77:8 80:3 86:7
86:21,24 87:25
88:6 109:18
110:12 115:8
117:8 124:6,25
128:11,14

135:2 136:1
140:12,20
141:7 142:15
151:18 155:8
156:23 157:16
163:21 164:18
164:21 165:6
165:10 168:1,5
171:2 176:7,16
177:24 185:14
193:11 197:1
198:4,5,7,23
201:15 203:3
203:11 205:21
207:13,24
210:18 211:1
212:1 225:5
236:1 245:18
249:8 259:23
260:25 269:23
271:17,19
272:20 273:1,5
278:19 282:25
285:10 286:9
286:24
**thinking** 165:13
**third** 42:11
163:22 185:12
208:12 243:8
243:22,25
249:23,24
258:2 263:21
**thirds** 195:7
**thorough** 53:13
**thoroughly**
28:14
**thought** 68:17
76:18 77:23
107:17 270:16
**thousand** 132:10
239:2
**thousands** 53:13
88:19 195:16
**three** 17:23 27:7
37:23 42:7
67:3 89:17
109:10 116:6

126:5 144:13
144:22 161:9
169:7 185:23
186:13 205:12
216:15 232:4
284:19
**throwing** 255:25
**thrown** 54:4
**tied** 253:18
**timber** 266:21
266:22
**time** 8:5 10:11
10:24 12:16
13:2 18:1
25:14 50:25
51:22 52:1
55:24 56:1
57:24 64:16
65:18 66:8
84:12,16 87:13
91:21 102:17
107:3,5 124:10
143:25 181:15
197:13 216:20
218:4 219:3,12
220:6 222:22
224:6 227:14
236:3,6
**times** 9:22 35:12
35:13 47:8
132:16 163:21
191:8 201:6
209:21
**tin** 49:11 135:12
**title** 17:1
**today** 8:4 10:2
10:12 12:22
17:14 46:15
64:14 65:6
167:20 173:17
218:25 220:2
277:21 284:8
285:3
**told** 46:8 104:21
142:24 157:16
163:1 201:23
249:9 270:16

**tolerance** 79:7
  79:13,14,15
  81:22
**ton** 200:1
**tonnage** 199:7
**tons** 64:23 65:1
  198:11,14
  199:8,9 202:15
  202:16,16
**tool** 166:20
**tools** 34:18
  35:19 41:4,13
  106:3 177:14
  177:22
**top** 50:24 112:3
  112:9 168:2
  208:8 211:22
  212:7,10,17
  243:19 244:19
  249:22,23
  263:8 274:4
**topic** 181:16
**topics** 88:4
  180:22
**torn** 209:23
**total** 57:15
  104:14,15
  201:17,18,20
**totally** 50:17
**totals** 216:21
**tourmaline** 35:4
**town** 43:10
  211:7,15
**toxicologist**
  45:22
**toxicologists**
  46:1
**toxicology** 45:17
**track** 13:6
**traffic** 214:24
**training** 28:25
**trait** 280:11
**tranche** 17:22
  262:14
**tranches** 17:23
**transcript** 85:7
  291:5,7

**transcripts**
  11:25 12:24
  13:3,8,13
**transect** 159:6
  159:10,11
  161:12 188:13
  234:19 250:12
  275:13,21
  277:1,1
**transects** 108:7
  112:11 142:16
  161:9 165:19
  166:8 169:2,17
  170:1 195:22
  229:17 234:25
**transfer** 180:10
**transitioned**
  50:13 51:23
  56:24
**translate** 195:1
**transport** 31:18
  31:21 117:11
  125:15,20
  180:8 248:1
**transported**
  99:4,8
**transwidth**
  140:7
**trapezoidal**
  188:15
**treat** 127:2
  228:1
**treated** 105:10
  267:24 268:5
**treating** 227:22
**trees** 153:13
**tremendous**
  64:25
**trend** 42:21 43:6
  43:8,10 140:24
  141:4,8,13,21
  142:2,7,22
  144:14,14
  147:20,23
  148:11 149:5,7
  149:8,14,17,21
  159:5,14,25

161:16 163:14
  166:9
**trend's** 142:22
**trends** 106:8
  108:1 213:15
**triacic** 128:5
**trial** 25:20
**trick** 89:8
**tried** 64:16
  77:10 92:1
**trip** 46:23
**truck** 122:22
  175:3
**true** 46:21 91:20
  93:6 96:1
  114:20 137:25
  138:8 146:10
  167:8,9 169:20
  184:4 200:24
  207:4 209:20
  213:5 221:15
  222:15,20
  228:11,12
  256:17 258:18
  279:18 287:3
  291:7,11
  292:12
**trumps** 161:25
  162:6
**try** 26:14,17
  69:15,18 76:20
  77:2 99:25
  178:1 208:1
**trying** 25:13
  26:17 69:11
  77:3 89:12
  145:12 157:25
  158:12 174:13
  187:2 248:7
  271:10
**Tulane** 29:3,7
**turf** 77:22
**turn** 18:10 21:2
  81:25 98:19
  103:9 136:9
  140:4 188:8
  217:17 228:13

232:3 248:2
  251:8 266:4,5
  269:13 272:14
  281:10
**Turnpike**
  279:15
**two** 20:1 24:10
  24:12 27:18
  40:13 42:10
  47:13 49:18
  51:9 52:5,7,10
  56:14 58:20,21
  60:23 75:13
  79:20 120:9
  122:4 126:4,6
  174:20,23,25
  175:5,10 182:7
  192:17 194:9
  195:7 206:8
  207:8 208:23
  210:19 213:13
  222:7 232:6
  244:4,10
  249:22,23
  256:13 260:9
  275:3,9 276:17
**type** 30:18 35:15
  77:16 125:4
  129:1 131:12
  157:22 165:7
  250:21 262:18
  267:14 272:8
**types** 35:20
  43:18 49:7,18
  49:21 77:9
  78:8 138:9
  194:14
**typical** 27:14
  132:5 260:9,12
  260:15,19,21
  260:23 261:11
**typically** 27:1,8
  41:3 134:12
  202:19 231:14
**typo** 19:22
**typos** 19:16

---

### U

**U.S** 8:10,12
  153:6 228:18
**ultimately** 50:16
**Um** 32:13
**unaltered** 28:18
**unanimity** 45:12
**unchanged**
  186:23
**uncommon**
  138:25
**uncontrollable**
  101:15,22
**underlain**
  129:17,19
**underlie** 34:4
**underlies** 189:21
**underlined**
  70:13
**underlying** 33:9
  45:16 73:16
  189:21 220:13
  235:2
**underneath**
  164:10
**understand** 10:2
  10:5,12 15:8
  30:23 32:2,4,7
  32:15 33:25
  45:24 88:3
  92:25 99:20,21
  102:15 109:17
  130:15 141:6,9
  141:23 148:9
  154:24 164:24
  168:4 194:24
  215:20 218:22
  233:18 234:15
  236:18 248:12
  248:16 254:8
  265:20 273:13
  274:5 277:21
**understanding**
  270:21
**understood**
  10:19 60:18

**uniform** 125:12
125:14
**Union** 6:16
240:9,24
**unique** 125:6
**unit** 48:4 54:16
153:21 181:8
**UNITED** 1:1,11
**units** 31:7 35:18
154:9 163:20
215:24
**universe** 88:16
91:5
**university** 24:5
**unnecessary**
89:3
**unreasonable**
118:9
**unreliable**
142:16,18
**unstable** 35:10
**unusable** 49:3
**up-to-date**
24:17
**upper** 78:25
79:5,6,13,14
79:15 80:2
81:19,22
273:24 274:1
**upsets** 37:6
**urban** 76:25
77:6,18 78:2
204:11 206:9
207:10 213:16
214:4
**use** 34:19 35:19
39:3,18,23
41:3,18 43:7
52:11,12 69:16
77:9 78:8 79:5
79:6,19,20
80:2 81:21
105:1 107:7
142:11 146:22
158:3 177:14
177:22 181:16

187:19 199:14
201:12 206:7
206:15,19
207:12 217:12
217:13 221:24
222:1,4 230:20
231:2 234:13
235:8 237:8,25
238:3,15
257:10,11,12
266:22
**useful** 179:3
194:14,20
**USMF010746...**
5:9 92:6
**USMR** 5:6
14:14 17:1
21:12,20 56:21
57:6,21 58:5
63:1 92:4
100:16 101:12
102:2,17,22
104:10,18,21
105:10 106:4
108:4,7,18
110:4 139:3
144:9 159:12
170:22 173:1
173:11,20,24
175:10 218:8
230:22 269:20
273:11 280:12
**USMR's** 19:1
100:9
**USMR008550...**
265:9
**USMR008550...**
266:6
**USMR008558...**
266:18
**USMR010746...**
188:9
**USMR010747...**
163:5
**USMR010747...**
195:24
**USMR010747...**

251:9
**USMR010747...**
251:23
**USMR010747...**
253:17
**USMR010747...**
248:5
**USMR010747...**
5:16 94:12
**USMR010747...**
6:17
**USMR010747...**
240:10
**USMR010747...**
136:10
**USMR011558...**
5:13
**USMR011558...**
93:23
**USMR011558...**
217:18
**USMR011558...**
221:2
**USMR011558...**
223:19
**usually** 49:13
50:5 59:12
99:24 102:3
182:8
**utility** 273:2

**V**

**vacuous** 157:1
**validity** 88:9
**value** 81:2
144:17,20
183:15,16,20
183:21 184:2,5
210:25 229:2
**values** 122:6
171:18 183:13
184:4 186:23
206:25 229:10
229:12 258:7
258:12 283:10
**vapor** 48:20,21
**vaporize** 135:22

**var** 112:6
**variability** 43:13
112:7 168:8
187:5 259:6,13
**variable** 164:15
188:2
**variables** 42:7
181:24
**variation** 106:18
107:8 144:14
259:1
**variations**
279:19
**varied** 130:6
**varies** 134:13
164:15 196:10
268:23
**variety** 77:9,22
78:7
**variogram** 40:20
157:19 158:3
159:25 160:19
161:12,20
162:1,2,7,10
163:14 164:9
164:14,25
165:16
**variograms**
40:10 157:22
158:6,22 163:7
163:12 164:7
165:18 166:10
166:20 195:21
284:12
**various** 33:14
35:20 50:18
51:8 87:18
102:11 119:20
146:21 254:11
266:7 267:12
287:5
**vary** 125:23
181:24 187:13
196:25
**varying** 158:21
188:3 196:23
**vast** 46:18

**Vegetables**
228:16
**vegetation**
122:25 124:14
**veracity** 235:7
**verifiable** 276:8
**version** 16:2
17:19 24:17
83:19
**versus** 8:10
36:18 56:21
57:16 102:2
108:18 150:17
152:11 156:2
199:3 264:21
287:6
**vertical** 51:23,25
**vessels** 59:11,17
**viable** 103:12,17
**vicinity** 69:12
127:4 173:11
173:22
**video** 8:2,8
69:22
**Videographer**
3:23 8:1,23 9:2
9:9 69:23 70:3
113:23 114:1,4
114:7 119:5,10
181:6,10
239:20,23
240:3 269:4,8
277:10,14
**VIDEOTAPED**
1:18
**view** 22:22,22
132:1
**VINSON** 3:16
**violation** 271:8
**violations** 270:1
270:6,8,11,20
270:22 271:5
271:12,13,23
**Virginia** 47:3
51:14 79:13
**vis-à-vis** 280:19
**visible** 243:10

260:7,13
**visit** 264:14,20
  265:5
**visited** 264:12
**visual** 107:21,22
  108:1 141:3
  157:4,11,12
  162:6
**vitae** 4:12 23:18
**vitrified** 138:9
  138:15,22
  139:4,9
**volcanic** 143:25
**volume** 214:24
  273:21
**vs** 1:10

---

### W

**W** 2:17 291:1
**wait** 15:6 235:11
**waive** 290:4
**want** 9:1 16:6
  26:10 49:11
  79:18 106:1
  147:25 149:12
  153:13 160:12
  160:14,15
  175:15,23
  177:5,10,13
  197:22 219:16
  236:20 237:23
  246:11 247:2,4
  263:1 269:24
  277:18,21
  281:10 290:3
**wanted** 18:8
  25:17 68:2
  103:8 228:7
  241:5 245:1,3
  245:9
**war** 206:18
  207:2
**Warner** 232:19
  232:25 234:5
**Washington**
  3:10
**wasn't** 51:18

52:6 53:21
87:1 88:8,24
95:16,16 96:4
96:11 97:15
130:6 172:18
178:17 179:20
180:1 227:5
245:11 246:17
247:23
**waste** 4:15 53:2
  54:13 59:25
  60:21 62:2,11
  65:1 69:14
  77:1 172:21
  173:12,18
  175:14,15,16
  176:2,14,25
  177:16 178:8
  179:4,18
  180:10 182:16
  198:15,15
  200:8 202:17
  203:10 232:25
  248:1
**water** 119:1
  181:5 233:10
**waterbodies**
  230:17
**way** 22:25 40:4
  54:12 55:21
  56:25 61:12
  67:22 69:19
  79:25 80:9,10
  96:6 112:10
  116:9 125:12
  125:14 130:7
  133:24 142:14
  142:15 150:23
  161:8 168:6,7
  168:7 173:8
  175:8 176:6
  180:8,9 183:18
  185:18 195:8
  196:20 198:9
  199:17 208:12
  208:16 249:17
  274:14 292:17

**ways** 79:9 207:9
**we'll** 119:7
  196:3 239:24
  277:11
**we're** 32:21 80:8
  81:12,17 155:1
  161:4 183:24
  201:17 210:18
  239:25 240:3
  282:14,22
  289:23
**we've** 66:1 92:22
  102:24 108:1,2
  108:2 175:23
  198:24 215:11
  247:8 250:3
  254:6 261:15
  269:23
**weather** 29:15
  32:1 51:16
  115:14 126:13
  143:10,11
**weathered** 35:8
  35:12 118:1
**weathering**
  73:15 115:24
  127:6
**week** 245:7
**weigh** 199:19
**weight** 194:5
**welcome** 50:21
**went** 15:5 25:23
  107:16 124:25
  184:14 189:9
  197:14,15,15
  197:16,16
  199:2,8,9
**weren't** 127:18
  189:13 219:1
  286:24
**west** 2:9 45:11
  47:3 51:14
  79:13 158:24
  275:20 278:13
  278:25
**western** 167:2
  277:1

**wheeled** 54:10
**when's** 25:13
**WHEREOF**
  292:18
**whisker** 208:7
  210:12
**white** 37:7,10
**wide** 110:15,18
  110:22 258:23
**widely** 236:22
**widespread**
  230:20 231:2
  237:8,25 238:3
  238:4,6,9,15
**wind** 99:9 130:7
**wipe** 139:23
**Wisconsin** 3:8
  205:7 207:22
**witness** 4:4 9:12
  9:14 15:1
  16:20 86:3
  90:8,25 91:1
  91:11 101:7
  106:9 108:21
  113:25 114:2,6
  137:13 181:2,4
  227:17 228:2
  252:12 277:6
  289:12 290:3,6
  292:10,13,18
**witnesses** 13:9
**wood** 266:13,20
  267:12,13,14
  267:18,24
**Woodbridge**
  223:22,25
**word** 40:12
  48:22 49:3
  79:18 96:20
  224:11 288:8
**wording** 87:22
**words** 112:10
  197:1
**work** 14:19 22:6
  22:15 23:16,25
  25:7 28:3,20
  31:1 34:18

35:15 46:18,24
61:20 62:14
63:18 65:23
66:2 91:20
93:11 97:24
133:8 164:8
179:10,11
187:20
**worked** 31:5,12
  58:12,14 60:12
  63:14 65:15,24
**workers** 61:11
  62:15
**working** 11:1
  61:15 65:19
  124:15 261:7
**workmen** 58:25
**works** 185:18
  207:8
**world** 57:25
  207:2
**Worldwide** 8:3
**worms** 222:5
**worth** 67:15
**wouldn't** 27:10
  27:13 44:6
  49:6 53:22
  57:8 66:2
  110:22 115:7
  125:10 130:14
  131:10,12
  159:3,13,18,24
  187:11 225:14
  254:20
**written** 34:22
  83:12
**wrong** 39:16
  43:5 69:12
**wrote** 85:4 98:16
  98:17 131:7,8
  131:9

---

### X

**X** 4:2 5:2 6:2 7:2
  163:20 256:1
**x-ray** 26:7 28:5
  28:9,13,15

205:4

**Y**

Y 164:18
**yard** 202:6,9
205:12,19
208:16 210:7
211:13
**yeah** 37:3 40:11
43:9 66:4,14
77:8 82:17
85:21 86:1,9
88:7 95:12
97:10 120:22
121:17 122:6
132:14 135:14
136:17 137:17
137:18 138:12
140:17,20
149:11 164:23
166:5 178:14
178:17 188:12
189:11 194:24
201:19 202:3
203:17 206:5
206:13 211:3
211:19,25
212:3 213:2
216:24 217:16
218:6,13
221:13 224:24
226:17 242:2
242:10 243:20
243:25 244:7
249:7,25 256:6
256:6,25
257:23 258:11
262:19 265:2
267:10 281:23
**year** 114:13
215:24 266:2
**years** 24:24 51:9
66:11 150:22
150:25 199:15
**yesterday** 11:21
**York** 2:10,10
9:17 102:2

292:2,8
**young** 35:7

**Z**

**zero** 168:13,20
212:7,17 258:8
263:15,23
275:7
**zinc** 4:15 47:16
48:3,12,13,14
48:15,18,19,21
48:21 49:1,11
49:12,13,18,20
49:20 50:13,15
51:3,15,21
52:18 54:7
59:14 62:1,11
117:14,16
191:1
**zincite** 48:16
**zone** 168:2
208:14

**0**

**0-6** 136:13
**0000337** 263:4
**00008751-8756**
4:22
**0001** 183:5
**000331-341** 7:1
262:7
**01155860** 218:8
**01155926** 5:13
**08** 282:6

**1**

**1** 18:21,22 69:25
98:20,25
150:10,12
181:11 182:20
182:21 183:17
183:21 185:4
186:5 255:19
255:22 258:22
263:15,19,23
**1%** 174:8
**1,040** 268:6

**1,710** 256:9
**1,960** 267:19
**1.6** 150:12
160:18
**10** 15:24 16:1
17:4 69:3 83:4
83:19 101:1
103:2 112:18
112:25 113:1
121:2 163:21
174:10
**10,000** 118:22
182:20,21
198:10
**10:08** 69:24
**10:12** 70:4
**100** 2:18 184:2
**1001** 3:17
**10036** 2:10
**100X** 137:3
**1074703** 164:19
**10940** 2:17
**10th** 83:22
**11** 4:8
**11:10** 119:7
**11:15** 119:11
**1155877** 226:5
**1155879** 227:12
**1155888** 228:13
**1155898** 232:3
**1155901** 234:9
**1155903** 233:12
**119** 5:17
**12** 70:9 116:14
118:18,18
120:11,20,24
121:13,16,20
121:23 140:12
156:19 158:12
158:18 258:8
**12%** 289:6,7
**12:23** 180:23
**12:24** 181:7
**120** 191:8
**13** 289:8
**13.4** 216:8
**135** 171:17

**14** 1:21 8:4
112:16 291:6
**140** 229:4,12,24
230:1
**147** 5:19
**148** 136:14
**149** 5:20
**15** 5:19 121:23
140:13,20
147:4,9 158:12
158:18
**150** 233:22
**1500** 2:9
**1502** 208:7
**1505** 213:7
**152** 5:21
**15B** 140:20,24
**16** 4:10 19:22
140:5 169:13
169:24 170:4
170:21 171:12
**16.6** 216:12
**170** 205:5
**18** 111:18
116:14 118:18
120:24 121:23
250:10 251:4
251:20
**180** 251:14
254:7
**1800s** 223:12
**184** 5:24
**1850** 217:19
218:11 219:4
**186** 6:5
**1870** 219:18
**1874** 221:10
**1876** 219:18
223:22
**1880** 219:20
**1885** 226:8
**1887** 219:19
**1889** 228:1
**19** 2:9 118:10,13
156:19 258:17
**19,000** 171:13
174:8

**1900s** 57:2
**1903** 233:21
**1906** 21:13
**1911** 50:11,17
**1912** 251:24
**1920** 151:14,23
152:11 156:2
**1920s** 206:16
**1926** 234:2
**1928** 232:5,6,16
**1937** 232:6
**1939** 216:11
**1940** 154:10
216:7
**1948** 221:4
**1949** 216:8
**1950** 151:15,19
151:21 152:11
156:3 207:2
216:4
**1955** 101:14
**1959** 216:4
**1960** 154:12
213:20
**1960s** 253:18
**1970** 76:13
**1979** 154:12
**1980s** 57:1
**1986** 21:13
102:7
**1996** 5:23
152:21 153:7
**1997** 77:6 78:2
78:10,19 79:1
**1998** 110:12
**19th** 51:4
**1b** 208:24

**2**

**2** 5:17 70:4
98:23 99:2
111:10,13
119:7,13
121:11 132:4
132:10 181:24
195:5 210:13
255:19,22

256:9,12,20
258:22
**2,040** 267:15
**2:14** 239:24
**2:17-CV-01624**
8:14
**2:17-cv-01624...**
1:10
**2:23** 240:4
**20** 13:5 69:2,3,4
103:9 137:7,8
140:14 152:16
156:20 158:13
158:18
**200** 3:9 45:10
258:13 274:22
**2000** 50:17,17
**20007** 3:10
**2013** 4:17 62:3
62:12
**2014** 24:24
**2017** 190:15
**2018** 5:7 7:6
92:5,17 93:9
93:16 217:5
265:8
**2019** 1:21 8:4
15:21,24 17:4
291:6,19
292:20
**202** 3:11
**203** 6:7
**20B** 5:20 149:13
149:13,24
**20th** 51:2 292:19
**21** 4:17 7:6 20:8
62:3,12 157:23
164:12 169:21
169:24 265:8
**21,000** 171:15
**212** 2:11
**215** 6:12
**2201** 3:8
**228** 230:5,6
**23** 4:12
**24** 85:14 86:2
111:13,19

167:23 168:24
169:1
**240** 6:13
**25** 211:5
**250** 212:19
274:22 275:5
**2500** 3:18
**253** 6:19
**254** 6:20
**255** 6:22
**25th** 210:23
**26** 5:7 92:5,17
126:2 129:22
130:22 131:17
217:5 230:11
230:13
**26.7** 216:5
**262** 6:24
**265** 7:5
**27** 226:8 272:15
272:17 277:25
279:10 285:25
287:5,7
**277,289** 4:6
**28** 279:25 280:1
280:10 287:14
289:20
**295** 185:5

_____

**3**
**3** 119:11 181:8
255:19,22
256:4,5,12,20
258:22
**3,000** 20:2
**3,100** 229:15,19
**3,240** 267:15
**3,436** 171:16
**3,750** 171:14
**3:01** 269:5
**3:11** 269:9
**3:20** 277:11
**3:34** 277:15
**3:48** 289:25
**30** 69:4 150:22
150:24 180:24
286:4

**30%** 289:9
**300** 121:9 275:5
**31** 249:3
**350** 23:16
**39%** 249:4

_____

**4**
**4** 1:19 8:7 18:10
19:22 21:2
132:6,10
171:12 174:7
181:11 239:24
**4%** 198:13
**4,000** 20:2
211:17
**4,840** 268:2
**40** 69:4 174:14
180:25 185:6
**40%** 198:13
205:19 210:6
**400** 23:17 45:10
205:20 208:14
208:15 210:8
211:25 212:2
275:23
**406** 94:25
**40s** 124:23
**437** 94:4
**44th** 2:9
**45** 118:22
**454** 92:23
**460-2253** 2:20
**47** 233:6

_____

**5**
**5** 111:17 133:4
182:8 195:6
240:4 266:20
290:1
**50%** 122:6,7
123:9,9
**500** 57:25 185:5
211:23,25
**53** 190:12,22
**53,960** 249:17
**542** 4:8 11:7,8
11:16

**543** 4:10 16:13
16:14,24,25
17:6,19 18:11
21:3 70:9 87:3
98:14,20
269:14 277:25
**544** 4:12 23:18
23:22 24:17
**545** 4:14 61:25
62:7,8,13
136:7
**546** 4:18 73:19
74:1,3,5 76:7
**547** 5:5 92:3,10
92:11,23
162:16 188:5
188:21,24
195:22 248:2
251:8 253:17
284:10
**548** 5:10 93:20
94:1,2,4,8
217:1,11 232:1
284:15
**549** 5:14 94:10
94:16,17,19
136:4 179:10
240:16 284:14
**55%** 216:22
**550** 5:17 119:13
119:22 123:7
123:17 212:8
**551** 5:19 147:4,8
147:19 148:6,7
**552** 5:20 149:24
150:2 154:16
**553** 5:21 152:19
152:24 153:2
155:3
**554** 5:24 184:9
184:17
**555** 6:5 186:8,13
**556** 6:7 203:22
204:4,8
**557** 6:12 215:8
215:12,17,23
**558** 6:13 240:6

240:14,15,21
**559** 6:19 253:25
254:4,4
**560** 6:20 254:21
255:1,1 257:19
**561** 6:22 255:8
255:12,13
257:2 258:7
281:11,22
286:3
**562** 6:24 262:6
262:10
**563** 7:5 265:7,13
265:14,17

_____

**6**
**6** 15:21 17:20
18:2,4 19:16
82:24 83:5
118:18 120:11
120:20 121:13
121:16,20
150:10 258:8,8
**6,550** 256:5
**6/14/15** 16:25
**600** 275:16
**605** 171:16
**61** 4:14
**626** 267:19
**664** 188:9
**68** 258:19
**68.6** 283:10

_____

**7**
**70,000** 23:14
64:23 202:15
**703** 165:16
**704-2020** 2:11
**71** 50:12 205:14
**711** 165:20
**713** 3:20
**73** 4:18
**7337** 6:19,21,23
250:9 251:15
251:19 252:11
254:1,6,22
255:3,9,14

259:6 281:16
  283:16
**746** 248:9
**75** 211:5,21
**75,000** 198:14
  202:16
**758-4834** 3:20
**75th** 210:24
**76** 6:16 240:9,24
**77002** 3:19
**77064** 2:19
**780-5153** 3:11

**8**

**8** 190:4 192:7,25
  193:8 223:22
  257:2 258:6,21
  267:2 282:13
  282:15,23,24
  283:1
**8:52** 1:20 8:5
**80** 45:11
**80%** 190:12
**80,000** 202:15
**80s** 102:22
**832** 2:20
**855070** 267:7,9

**9**

**9** 120:13 121:18
  136:7 148:15
  255:22,23
  266:7
**9,285** 4:5
**90** 113:3
**92** 5:5
**93** 5:10
**94** 5:14
**95th** 79:21
**99** 184:6 263:9