**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUAN DUARTE and BETSY DUARTE, on Behalf of Themselves and all Others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES METALS REFINING COMPANY; FREEPORT MINERALS CORPORATION; FREEPORT-MCMORAN INC., and AMAX REALTY DEVELOPMENT, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-01624-EP-MAH <br><br> Honorable Evelyn Padin <br> Honorable Michael A. Hammer <br><br> **Fairness Hearing: July 26, 2023 at 2:00 p.m. Eastern Time** <br><br> **Oral Argument Requested** |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTRY OF FINAL JUDGMENT

PLEASE TAKE NOTICE on July 26, 2023, at 2:00 pm, the date previously scheduled by the Court for a Fairness Hearing in this matter, United States Metals Refining Company, Freeport Minerals Corporation, Freeport-McMoRan Inc., and Amax Realty Development, Inc. (collectively "Defendants") and Juan and Betsy Duarte, individually and in their capacity as class representatives, (collectively "Plaintiffs"), by and through their undersigned counsel, shall move for the entry of an order granting Final Approval of a Class Action Settlement between Defendants and Plaintiffs.

PLEASE TAKE FURTHER NOTICE that Defendants and Plaintiffs shall rely upon the Memorandum of Law in support of Joint Motion for Final Approval of the Class Action Settlement. For the reasons set forth in the accompanying Memorandum in Support, Plaintiffs and Defendants hereby move the Court to:

1. Enter a Final Order and Judgment granting final approval of the Class Action Settlement Agreement between Plaintiffs and Defendants; and

2. Grant such other relief and orders as the Court deems necessary and appropriate.

PLEASE TAKE FURTHER NOTICE that Plaintiffs and Defendants shall rely on the Memorandum in Support of Joint Motion for Final Approval of Class Action Settlement, including exhibits, and all other papers of record.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order and Final Judgment is submitted herewith.

PLEASE TAKE FURTHER NOTICE that the Motion is being made returnable on July 26, 2023, and that oral argument is requested.

Respectfully submitted this 10th day of July, 2023.

/s/ David R. Kott
David R. Kott, Esq.
McCARTER & ENGLISH
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
(973) 639-2056
dkott@mccarter.com

James D. Thompson III, Esq. (*pro hac vice*)
Lewis C. Sutherland, Esq. (*pro hac vice*)
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, TX 77002

*Attorneys for Defendants*

/s/ Steven J. German
**GERMAN RUBENSTEIN LLP**
Steven J. German, Esq.
19 West 44th Street, Suite 1500
New York, NY 10036
Telephone: (212) 704-2020
sgerman@germanrubenstein.com

*Counsel for Plaintiffs*